**23cv680 KWR-LF**

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

**AUG 1 4 2023**

**MITCHELL R. ELFERS**
**CLERK**

Siraj Wahhaj
Federal Detainee, N0.00414151
P.O. BOX 3540
Milan, New Mexico 87021

August 1, 2023

Greetings Chief Judge William Johnson,

I am writing you to inform you of the continuous Due Process violations perpetrated by CCCC. On Wednesday July 26, 2023, I arrived back from Court to my 700 C housing unit to find my unit on lockdown. On Thursday July 27, 2023, Special Operation Response Team ("SORT") conducted an operation and shook down 700 C. They confiscated my 2017 Rules of Criminal Procedure I was using to prepare for my September 23, 2023, trial. They also removed the rolling law library from the unit, the tablets, my clear radio and my white sweatshirt, this caused me irreparable harm.

I was informed that on Tuesday July 25, 2023, individuals from my unit removed some fencing from the West Rec. Those individuals were taken to Maximum Custody Management Unit ("MCMU"), yet the whole unit was placed on lockdown. My unit was on lockdown from Wednesday July 26, 2023, until Monday July 31, 2023, then we were placed on Tier Time Management Program ("TTMP"), out of the room for an hour a day. This causes me irrepable harm to confiscate my Rules of Criminal Procedures, the rolling law library, the tablet and putting me on TTMP. I am not able to conduct my phone calls needed for my preparation of trial. This causes me not to have access to the Courts.

I had a deadline for Jury instructions that was due on Monday July 31, 2023, CCCC caused me to miss that deadline. CCCC can not deny me access to the Courts, it is my constitutional right. This collective enforcement causes me prejudice. It has the appearance that CCCC is actively working with the government to hinder me from having access to the Courts. This is not an isolated incident, CCCC have been hindering me from having access with the Courts for five years. All of this is backed up with grievances. With my trial fast approaching, this has the appearance that CCCC is increasing the pressure to deny me Due Process.

1

As I outlined in Doc. 829, CCCC not allowing me to fax or email the Court, now I am being denied access to a tablet, Rules of Criminal Procedures and placed on TTMP for an hour out of my room. CCCC even arbitrary cut my Rec. denying me sun and fresh air because they can. It states on page 3 of CCCC's handbook that, Inmates/Residents are not subjected to personal abuse, **corporal punishment**, personal injury, disease, property damage, or harassment, Inmate property is protected.

If I was accused of committing an infraction I would have my day before Disciplinary Hearing Officer ("DHO") to find me guilty or innocent. With this collective enforcement I am never afforded that opportunity, which is a denial of my Due Process Rights. This causes me to be punished in pretrial detention which the constitution forbids.

On July 31, 2023, at 2:15 pm in 700 C, the unit peacefully assembled in the dayroom, sat down in the seats to address the ADO staff of why we are being collectively punished in TTMP for individuals who were already removed to MCMU for violations of CCCC's rules and regulations. ADO staff which included Assistant Warden ("AW") Morris, AW Gradiska, Chief of security Jones, corporate trainer Good, and Unit manager ("UM") Lopez. AW Morris stated he will only speak to ohe person to represent the grievances of the pod for everyone else to lock down. The pod chose me to represent their grievances. Everyone immediately complied. AW Morris stated they will not address these issues in the unit and escorted me to the chief of security's office.

I calmly explained to AW Morris that when I arrived back from court on Wednesday July 26, 2023, my unit 700 C was on lockdown. On Thursday July 27, 2023, SORT conducted an operation and shook down 700 C. Individuals allegedly responsible for the removal of fencing from the West Rec. were escorted to MCMU, the rest of the unit was placed on lockdown from Wednesday July 26, 2023, until Monday July 31, 2023. We were informed by a Detention Officer ("DO") that we were going to be off lock down on July 31, 2023. On Monday July 31, 2023, we were informed that we will be on TTMP for no less than 30 days. This caused the whole unit to be oppressed for a few individuals who CCCC already removed for punishment.

2

I informed AW Morris that during the course of the shake down Sort team removed my 2017 Rules of Criminal Procedures, my clear radio, white sweatshirt, all of the tablets, and the rolling law library. I stated because of this lockdown CCCC made me miss my deadline of filing the Jury instructions which was due on July 31, 2023. He stated that his primary concern is for the safety of detainees and staff. He further stated we were fortunate that no one was assaulted from these weapons. He mentioned TTMP is approved by the US Marshals. He stated that the Warden placed us on TTMP and he is the only one who can release us. The best thing we can do is have no issues until the warden gets back to the facility on Thursday August 3, 2023, for inspection and We ADO staff can report that 700 C had no write ups and the Warden can take that into consideration and release us from TTMP.

I reiterated that because of the lock down and confiscation is causing me to not have access to the Courts and irrepable harm. He stated to inform CCCC's staff of my deadlines so they can make accommodations. I informed him that I already informed CCCC's staff that I was Pro Se from May 26, 2023, that I had deadlines coming up. I again informed him that trial date is in September 23, 2023, and I need access to the tablet everyday, the tablet has the law library on it. He stated to get with UM Lopez to assist me. I asked AW Morris in front of UM Lopez are they going to give me a tablet so I can continue my preparation for trial. He stated he does not have a problem with it.

When UM Lopez was escorting me back to my unit I asked her when she will bring the tablet, she stated to put in a request, she will forward the request to the warden since he is the one who removed the tablets, he is the one who have to approve it.  This is contrary to what AW Morris stated. Meanwhile I lose time because CCCC removed all legal access to the Courts, which causes me irrepable harm. This is what I had to endure for five years is double talk and Due process violations.

I have been asking each DO on day shift to speak with chief of security Jones or any ADO concerning my deadline for the Jury instructions. Each DO informed me someone will come talk to me which they never did. I grievance the matter. I grievance these violations so CCCC could not say they were not informed that I was Pro Se and had Deadlines that I had to meet. ( See grievances 1 and 2)

3

A couple of points on this TTMP:

1) Prior to being placed on TTMP the remaining detainees in the unit did not receive any write ups for any infractions to justify placing the whole unit on TTMP.

2) The individuals who were responsible for those infractions were removed to MCMU, therefore eliminating the threat.

3) The remaining detainees have been consistently compliant with rules and regulations and we are consistently collectively punished for the same individuals that constantly violates CCCC's rules and regulations.

4) TTMP is worst than the SHU, because in the SHU a detainee is afforded an hour Rec. from Mon. thru Fri. They shower Mon. Weds. Fri.  TTMP a detainee is afforded an hour out of the cell period, no rec. just that hour. In that time we have to take a shower, use the phone, etc. If family gets off work after 5pm, we lose that call.

5) If the purpose of TTMP is to reform behavior, wouldn't removing the trouble makers from the unit resolved that issue. You are left with the detainees that are in compliance who are collectively punished in violations of Due Process Rights.

6) If someone is placed in a unit that is on TTMP that individual is punished for just being placed in that pod, no choice, no Due Process, nothing.

7) Detainees are not allowed to do video visits with our loved ones because of the removing of the tablets. Contact visits have been suspended since Covid in 2020. Those visits have not been reinstated. So we are deprived from video visits for 30 days or for however long the warden wants to keep us on TTMP. If this is not the definition of punishment in pretrial detention then I do not know what is.

8) This TTMP can influence a detainee to sign a plea. One detainee told me recently he is ready to sign a plea and go to the BOP to escape this hell.

9) If the US Marshals really approved TTMP, let them request from CCCC all the write ups from that unit. If there are not any write ups then CCCC can not justify placing a whole unit on TTMP.

10) TTMP causes detainees not to have access to the Courts. The rolling law library is on a schedule. Detainees in each unit have it once a week. When you are on TTMP you only have one hour out of the cell. That one hour has to be shared with other detainees needing to use the law library.

11) TTMP causes more harm to the compliant detainees than good. If staff would use their tools, identify who is in violation and write them up. Hold those individuals accountable. The fact of the matter is it is too much paper work. It is easier to just punish everyone. The ones who constantly causes trouble would have a paper trail on them if CCCC's staff would do their job.

Compared to Disciplinary Procedures:

## RESOLUTION OF OFFENSES
**VERBAL ACTION**- Should a staff member believe an offense may properly be responded to by a reprimand, warning, and/or counseling, they may so respond, in which case no Disciplinary Report is needed. A counseling report of this action may be made at the staff member's option.

**WRITTEN REPORT**- Informal resolution of minor incidents is encouraged, however, should a staff member believe an offense cannot be handled by verbal communication; they may file a written Disciplinary Report, using the appropriate form, with the appropriate supervisor of the rank of the shift Supervisor or above.

**SUPERVISOR INVESTIGATION**- The designated officer is to begin an investgation of the Disciplinary Report within 24 hours of the time the violation is reported. The investigation will be completed without unreasonable delay unless there are exceptional circumstances for delaying the investigation.

**MINOR OFFENSE**- If the Disciplinary Report is for a minor offense, the inmate/resident will be advised of the following:

- The contents of the Disciplinary Report

- The opportunity to make a statement and present documentary evidence, including written statements from others.

- The opportunity to have an interpreter present, if the hearing is in a language the accused inmates/resident does not understand.

5

**MAJOR OFFENSE**- If the Disciplinary Report is for a major offense, the inmate/resident will be advised of the following:

a. The contents of the Disciplinary Report

b. The opportunity to be present during all phases of the hearing, except deliberation, unless behavior is unruly so as to prevent attendance.

c. The opportunity to be represented by a designated staff member, if determined to be necessary by the Disciplinary Board/hearing Officer;

d. The opportunity to have an interperter present, if the hearing is in a language the accused inmate/resident does not understand;

e. The opportunity to make a statement and present documentary evidence, including written statements from others;

f. The opportunity to call witnesses on their behalf; unless doing so would be irrelevant, redundant and unduly hazardous to facility safety or would endanger the physical safety of any individual; the reasons for denial are to be stated in writing.

g. The right to waive a hearing and plead guilty to the charge(s).

Clearly a detainee is afforded more rights in the traditional infractions and punishment than the TTMP. ( See CCCC's handbook pages 37-41 )

# **CONCLUSION**

What do CCCC want the detainees to do. The most we can do is try to reason with the other detainees. Some detainees are facing alot of time, some suffer from severe addiction, others just do not care. According to the warden if these individuals which are in the minority continue to violate CCCC's rules and regulations, the rest of the population will be punished in TTMP. Where is the Due Process in that.

What is the difference if law enforcement were monitoring a house for drug trafficing on a block that has 20 residence. Law enforcement decided to arrest the whole block because the residence knew that one house was selling drugs and did not stop them. Not only will the cases be dismissed with prejudice, but civil rights law suits would be filed and/or those officers would be fired and possibly be prosecuted. In our case because we are in pre trial detention with the stigma of guilty without having the chance of due process, no one cares about our rights even when we assert them.

Imagine my Co- defendants and I came before you and you decided we were innocent and released us before allowing us to defend against the charges. You know what an uproar that would cause, you would be accused of circumventing Due Process.

I rather spend my time preparing for trial than writing you to inform you of CCCC's disregard of my constitutional rights, but if I do not preserve them I forfeit them. My intent is when these violations do occur, then I will swiftly keep you informed, because they may very well be adverse to my Due Process Rights and having a fair trial. Whatever you can do to ensure my constitutional rights are upheld is very appreciative.

Enclosed : is copies of my grievances and the TTMP Schedule.

Respectfully,

I swear under penalty of perjury that these statements are true and correct.

_____
Siraj Wahhaj
N0.00414151

Dated:_____

SIGNED AND SWORN TO before me this_____day of_____
20____,by_____

My commission expires;_____          _____
(SEAL)                                        Notary Public

8

Grievance No.:_____                                    **14-5B**

## INMATE/RESIDENT GRIEVANCE

| **FULL NAME:** | Siraj Wahhaj |
|---|---|
| **NUMBER:** | 00414151 | **HOUSING ASSIGNMENT:** | 700C 105u |

**INFORMAL RESOLUTION ATTACHED** (Not required for an emergency grievance)?  ☐ **YES**    ☐ **NO**

**GRIEVANCE CATEGORY (CIRCLE ONE):**

| | | |
|---|---|---|
| 1. Facility Staff | 8. Dental Services | 15. Housing |
| (2.) Access to Legal Materials | 9. Mental Health Services | 16. Laundry |
| 3. Denied Access to Informal Resolution/Grievance Process | 10. Trust Account | 17. Recreation |
| 4. Reprisal for Using Informal Resolution/Grievance Process | 11. Commissary | 18. Visitation |
| 5. Safety/Security | 12. Food Service | 19. Programs-education, work, religious, etc. |
| 6. Sanitation | 13. Mail | 20. Violations of federal or state regulations, laws, court decisions (i.e. ADA or Constitutional rights) |
| 7. Medical Services | 14. Intake | 21. Other |

Multiple issues on one form. Resubmit using separate grev. forms.

**STATE GRIEVANCE:** (Include documentation, witnesses, date of incident, and any other information pertaining to the grievance subject. Attach additional pages if necessary).

For Items purchased from commissary - A Lost Property Claim must be submitted. On Wednesday, Jul. 26, 2023 I arrived back from Court to my 700C housing unit to find my unit on lockdown. On Thursday July 27, 2023, SORT conducted an operation and shook down 700C. They confiscated my 2017 Rules of Criminal Procedure I was using to prepare for my september 23 2023 trial. They also removed the rolling law library from the unit, the tablets, my dear radio and my white sweatshirt. I am representing myself Pro Se, this caused me irreparable harm. I was informed that on Tuesday July 25, 2023, individuals from my unit removed some fencing from the West Rec. Those individuals were taken to Maximum Custody Management Unit "MCMU" yet the whole unit was placed on lockdown. On Monday July 31, 2023 700C was placed on Tier Time, out of the room for an hour a day. This causes me irreparable harm to take the Rules of Criminal Procedures, the rolling law library, the tablet and putting me on Tier Time I am not able to conduct phone calls needed for my preparation of trial. This causes me not to have access to the Courts. I had a deadline for Jury instructions that was due on Monday July 31, 2023, CCCI caused me to miss that deadline. CCCI can not deny me access to the Courts, it is my constitutional Rights. For legal material - You can submit a request to the librarian aide to

**Requested Action:** (Attach additional pages if necessary) bring you materials as well as request to use the law library more frequently.

This collective enforcement causes me prejudice. It has the appearance that CCCI is actively working with the government to hinder me from having access to the Courts. This is not an isolated incident, CCCI have been hindering me from having access with the Courts for five years. With my trial fast approaching it has the appearance that CCCI is increasing the pressure to deny me Due Process. If I was accused of committing an infraction I would have my day before OHO to find me guilty or innocent. With this collective enforcement I am never afforded that opportunity, which is a denial of my Due Process Rights. Please return back my 2017 Rules of Criminal Procedure, the tablet and let me out of the room to make phone calls, so I can continue with my preparation for trial. Thank You.

**Inmate/Resident's Signature:** 24: Siraj Wahhaj        **Date Submitted:** 7/31/23



# Grievance #260016581

| Profile Photo: | Resident Info |
|---|---|
|  | **Name:** SIRAJ WAHHAJ (1978-06-21)<br>**Booking Number:** 00414151<br>**Nationality:**<br>**Submitted Date:** 06/28/23 18:47<br>**Submitted from Location/Room:** SECTION:700--BLOCK:C--CELL:105--BED:U/700C<br>**Current Location/Room:** SECTION:700--BLOCK:C--CELL:105--BED:U/700C<br>**Facility:** Cibola County Correctional Center NM<br>**MAC ID:** 4846C122EF0C<br>**Device ID:** 4846C122EF0C |

**Audit Photo:**
Audit Photo

### Form Info

**Category:** Core Civic
**Form:** Access to Legal Materials Grievance

### Grievance Info

**Status:** CLOSED by AW Gradiska
**Facility Deadline:** 07/03/23 23:59
**Grievance Level:** 1
**Resident can reply:** No
**Disposition @ Level 1:** In Grievant's Favor



**Details:**

CCCC will be responsible for denying me access to the Courts/ legal materials.

**Details:**

**Informal Resolution #:**
*Put N/A if you did not file an Informal Resolution*
N/A

**State Grievance:**
*Include documentation, witnesses, date of incident and other information pertaining to grievance*
On June 26, 2023, I put in requests for a notary to Unit manager Lopez N0. 259179701 and the notary N0. 259180091. I have been Pro Se since May 26, 2023. CCCC is not going to allow me to email or fax the Courts. My only option they gave is for certified mail. When I have to wait for a week to get my legal documents notarized and mailed to the Courts, this causes me irreparable harm. My documents will be filed late causing me to forfeit those arguments.

**Requested Action:**
*What do you want to be done?*
Please do not delay notarizing my legal documents, so I can return them to the Court in a timely manner. Thank You!.

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 07/06/23 12:31 | AW Gradiska | Staff Response | Sir, your requested grievance was not within the 72 time frame therefore your grievance is in your favor due to administrative error. |
| 07/06/23 12:31 | AW Gradiska | Changed Status | From 'Open' to 'Closed' |
| 07/06/23 12:29 | AW Gradiska | Changed Disposition | Changed the disposition value for level 1 from from Not In Grievant's Favor to In Grievant's Favor |
| 07/05/23 11:44 | R. Galsthea | Changed Status | From 'Closed' to 'Open' |
| 07/04/23 12:02 | AW Gradiska | Staff Response | Mr Wahhaj, your legal paperwork was notarized by Unit Manager Lopez on Friday 6/30/2023, therefore your grievance is denied. |
| 07/04/23 12:02 | AW Gradiska | Changed Status | From 'Pending' to 'Closed' |
| 07/04/23 11:56 | AW Gradiska | Changed Disposition | Changed the disposition value for level 1 from from Not In Grievant's Favor to Not In Grievant's Favor |
| 07/04/23 11:56 | AW Gradiska | Changed Disposition | Changed the disposition value for level 1 from to Not In Grievant's Favor |
| 06/30/23 08:16 | AW Gradiska | Changed Disposition | Changed the disposition value for level 1 from to Not In Grievant's Favor |
| 06/30/23 08:15 | AW Gradiska | Changed Disposition | Changed the disposition value for level 1 from to Not In Grievant's Favor |
| 06/30/23 08:15 | AW Gradiska | Changed Disposition | Changed the disposition value for level 1 from to Not In Grievant's Favor |
| 06/30/23 08:15 | AW Gradiska | Changed Disposition | Changed the disposition value for level 1 from to Not In Grievant's Favor |
| 06/30/23 08:13 | AW Gradiska | Changed Disposition | Changed the disposition value for level 1 from to Not In Grievant's Favor |
| 06/30/23 08:11 | AW Gradiska | Changed Disposition | Changed the disposition value for level 1 from to |

| DATE-TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 06/29/23 09:30 | R. Gaisthea | Staff Response | Accepted, Grievance #2023-504-00184-G issued. AW Gradiska is assigned to respond. |
| 06/29/23 09:30 | R. Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 06/29/23 09:29 | R. Gaisthea | Internal Note | USMS |
| 06/28/23 18:47 | SIRAJ WAHHAJ | Submitted New | CCCC will be responsible for denying me access to the Courts/ legal materials. |



| DATE-TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 06/29/23 09:30 | R. Gaisthea | Staff Response | Accepted, Grievance #2023-504-00184-G issued. AW Gradiska is assigned to respond. |
| 06/29/23 09:30 | R. Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 06/29/23 09:29 | R. Gaisthea | Internal Note | USMS |
| 06/28/23 18:47 | SIRAJ WAHHAJ | Submitted New | CCCC will be responsible for denying me access to the Courts/ legal materials. |

# CORECIVIC/CIBOLA COUNTY CORRECTIONAL CENTER

# DETAINEE REQUEST TO STAFF

| TO: (Name and Title of Staff Member)/ A: (Nombre y cargo del miembro del personal) | | CCCC Staff |
|---|---|---|
| M. Duarez | | CHECK ONE/MARQUE UNO |
| FROM: (Detainee Nam)/ DE: (Nombre del detenido) | DETAINEE/COUNTY/USMS FEDERAL #/ NÚMERO DE | |
| Sirgy Wahhaj | DETAINEE/COUNTY/ USMS FEDERAL #: | |
| UNIT/ UNIDAD: | DATE/FECHA: | |
| 730 C | 3/31/23 | |

Subject: Briefly state your question or concern and the solution you are requesting. Be as specific as possible.
Asunto: Desciba brevemente su pregunta o preocupación y la solución que está solicitando lo más especifio posible.

Thank You!

**DO NOT WRITE BELOW THIS LINE/ NO ESCRIBA DEBAJO DE ESTA LINEA**

DISPOSITION:

| SIGNATURE OF STAFF MEMBER: | DATE/FECHA: |
|---|---|
| | |

Spanish/ Espanol

## Grievance #266577131

**Profile Photo:**



**Audit Photo:**
Audit Photo

**Resident Info**

**Name:** SIRAJ WAHHAJ (1978-06-21)
**Booking Number:** 00414151
**Nationality:**
**Submitted Date:** 07/23/23 10:36
**Submitted from Location/Room:** SECTION:700--BLOCK:C--CELL:105--BED:U/700C
**Current Location/Room:** SECTION:700--BLOCK:C--CELL:105--BED:U/700C
**Facility:** Cibola County Correctional Center NM
**MAC ID:** 4846C122EF0C
**Device ID:** 4846C122EF0C

**Form Info**

**Category:** Core Civic
**Form:** Facility Staff Grievance

**Grievance Info**

**Status:** CLOSED / In favor of by R. Gaisthea
**Facility Deadline:** 07/26/23 23:59
**Grievance Level:** 1
**Resident can reply:** No
**Disposition @ Level 1:** In Grievant's Favor
Appeal has been curtailed

**Details:**

At 10Am LT Howard came to 700 C, I informed her of what transpired. She stated if DO Rice needed to be relieved she could have

**Details:**

**Informal Resolution #:**
*Put N/A if you did not file an Informal Resolution*
Informed the LT.and she would have relieved her. I have been in pretrial detention for 5 years it is very therapeutic to be able

**State Grievance:**
*Include documentation, witnesses, date of incident and other information pertaining to grievance*
On Sunday July 23, 2023, 9:37AM at West Rec. DO Rice stated its time to go back in. I informed her our hour is not up. She stated she have to do Rec for other pods.She became belligerent stating she cut the time to make sure everyone gets rec. I stated I do not want to argue. I politely informed her that CCCC gives me permission for rec an hour a day, I am in pretrial detention with no freedom of movement. She stated she don't give a f*** grievance it. She was very oppressive.

**Requested Action:**
*What do you want to be done?*
Get sun and fresh air.When DO's abuse their authority it causes me irreparable harm.Please don't punish me in pretrial detention

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 08/01/23 11:58 | R. Gaisthea | Changed Status | From 'Pending' to 'Closed / In favor of' |
| 08/01/23 11:58 | R. Gaisthea | Changed Disposition | Changed the disposition value for level 1 from to In Grievant's Favor |
| 07/31/23 12:39 | B. Presely | Staff Response | Talked to detainee advised neither of the staff work here and for future we will make sure to follow the rec schedule |
| 07/27/23 11:48 | R. Gaisthea | Staff Response | Accepted, Grievance #2023-504-00219-G issued. S/S Presley and Assistant S/S Howard are assigned to respond. |
| 07/27/23 11:48 | R. Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 07/27/23 11:46 | R. Gaisthea | Internal Note | USMS |
| 07/24/23 15:30 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 07/23/23 10:36 | SIRAJ WAHHAJ | Submitted New | At 10Am LT Howard came to 700 C, I informed her of what transpired. She stated if DO Rice needed to be relieved she could have |


**CoreCivic**

Cibola County Correctional Center
2000 Cibola Loop
Milan, NM 87021

TO:        ALL STAFF

FROM:    Mark C. Foreman, Warden

RE:        Prisoner Population Tier Management Plan

DATE:    July 31, 2023


This notification is to inform all detainees housed in **700 Charlie** of the following program which will be implemented immediately. **700 Charlie** will now be on a Prisoner Population Tier Management Plan for no less than 30-days. This program is required to mitigate and manage continual prohibited activity and non-compliance with pod/cell sanitation, contraband introduction attempts, broken cell windows, tampering of cell door locking mechanisms, tampering of tablet charging stations, microwaves, kiosks and telephones, refusal to return meal trays, and an increase in incidents (including assaults, discovery of weapons/alcohol, and staff assaults). Detainees will have to adhere to the below listed requirements, receive no disciplinary reports during this time period, and comply with all lockdowns in order to advance through the Prisoner Population Tier Management Plan. Out of cell time for the upper and lower tier will conform to the attached schedule. Weekly reviews will be conducted by Administrative Duty Officer staff members for continued placement of tier management or return to normal unit operations.

Requirements:

- No covering of windows, light fixtures, or air vents
- No tenting, curtains, or laundry lines
- No items posted on cell walls
- No tampering or covering of sprinkler heads
- No graffiti in cells or dayroom
- No hanging of linen or clothing on upper tier rails or stairwells
- No tampering of locking mechanisms
- No tampering of tablets, tablet charging stations, phones, kiosks, microwaves or bulletin boards
- All meal trays will be returned after each meal period
- All detainees must return to their assigned cells when instructed to lock down
- Detainees will not enter any cell other than the cell they are assigned to
- All detainees must stand for the 3:00 PM photo identification count and present their ID cards
- All detainees in the pod must remain discipline free during this time frame


If at any time either tier does not lockdown at the scheduled time, the Tier Program will start over at day one. This will be a further delay resuming normal unit operations. Thank you,

| Monday | |
|---|---|
| 0830-1030 | AM |
| | **101-109** |
| | |
| 1300-1500 | PM |
| | **201-210** |

| Tuesday | |
|---|---|
| 0830-1030 | AM |
| | **201-210** |
| | |
| 1300-1500 | PM |
| | **101-109** |

| Wednesday | |
|---|---|
| 0830-1030 | AM |
| | **101-109** |
| | |
| 1300-1500 | PM |
| | **201-210** |

| Thursday | |
|---|---|
| 0830-1030 | AM |
| | **201-210** |
| | |
| 1300-1500 | PM |
| | **101-109** |

| Friday | |
|---|---|
| 0830-1030 | AM |
| | **101-109** |
| | |
| 1300-1500 | PM |
| | **201-210** |

| Saturday | |
|---|---|
| 0830-1030 | AM |
| | **201-210** |
| | |
| 1300-1500 | PM |
| | **101-109** |

| Sunday | |
|---|---|
| 0830-1030 | AM |
| | **101-109** |
| | |
| 1300-1500 | PM |
| | **201-210** |

Case 1:23-cv-00680-KWR-LF    Document 1    Filed 08/14/23    Page 16 of 38

# CIBOLA COUNTY CORRECTIONAL CENTER

# HANDBOOK SUPPLEMENT

# USMS INMATES



Cibola County Correctional Center (CCCC)
P.O. Box 3540
Milan, N.M. 87021

# Revised February 7, 2023

# TABLE OF CONTENTS

MESSAGE FROM THE WARDEN.................................................................................4

INTRODUCTION .....................................................................................................5

UNIT TEAM MEMBERS ..........................................................................................5

CLASSIFICATION ...................................................................................................5

INMATE/RESIDENT IDENTIFICATION BADGES...........................................................6

HOUSING UNIT RULES ..........................................................................................6

HOUSING UNIT AND CELL COMPLIANCE...................................................................8

MAXIMUM CUSTODY MANAGEMENT UNIT ................................................................9

PRISONER POPULATION TIER MANAGEMENT PLAN...................................................10

HALLWAY ETIQUETTE............................................................................................11

CONTRABAND.......................................................................................................11

INSTITUTION COUNTS............................................................................................12

FOOD SERVICE.....................................................................................................12

MEDICAL SERVICES...............................................................................................13

PREA..................................................................................................................14

MAIL....................................................................................................................17

TELEPHONE USE...................................................................................................20

VISITATION...........................................................................................................22

INMATE/RESIDENT ACCOUNTS...............................................................................23

COMMISSARY........................................................................................................24

RELIGIOUS SERVICES............................................................................................25

LIBRARY SERVICES ...............................................................................................25

RECREATION.........................................................................................................26

INMATE/RESIDENT EMPLOYMENT............................................................................27

PERSONAL PROPERTY............................................................................................27

BARBER SHOP......................................................................................................29

SMOKING POLICY.................................................................................................30

LAUNDRY.............................................................................................................30

ACCESS TO MEDIA .............................................................................................30

INMATE/RESIDENT GRIEVANCES.......................................................................30

INMATE/RESIDENT SEARCHES...........................................................................34

DRUG/INTOXICANT TESTING..............................................................................34

EMERGENCIES ...................................................................................................34

DISCIPLINARY OFFENSES AND PENALTIES.......................................................34

DISCIPLINARY PROCEDURES.............................................................................37

DIRECTIONS TO THE FACILITY...........................................................................41

Listed below are the required forms to address the needs you may have while at this facility. These forms are available by requesting from a staff member or can be found at designated locations:

| WHAT YOU NEED | Form |
| --- | --- |
| Dental, Mental Health, Routine Medical Care | Sick Call |
| Medical / Allergy Related Diet | Sick Call |
| Lost Property | Property Claim form |
| Special Visit | Inmate Request Form |
| Send Money Home | Release of Funds |
| Commissary Order | Commissary Bubble Sheet |
| Job | Inmate Request Form |
| Formal Grievance | Formal Grievance Form (14-5B) |
| Informal Resolution | Informal Resolution (14-5A) |
| Laundry | Inmate Request Form |
| Religious Counseling / Literature | Inmate Request Form |
| Legal Documentation | Inmate Request Form |
| Attorney Call (write your Attorney's name & number) | Inmate Request Form |
| Issues and/or concerns in the Unit | Inmate Request Form |

If you need emergency Medical or Security assistance, notify a staff member immediately

At Cibola County Correctional Center, Inmates/Residents are not subjected to personal abuse, corporal punishment, personal injury, disease, property damage, or harassment. Inmate property is protected.

## MESSAGE FROM THE WARDEN

Welcome to Cibola County Correctional Center. During your incarceration at this facility, you will be expected to comply with all rules and regulations of the facility. You will also be expected to participate in your volunteer work program(s) and follow program rules and regulations.

The facility has Unit Management to address your daily living needs. Your Unit Team consists of Unit Managers, Detention Counselors, Case Managers and housing Unit Detention Officers. Your Unit Team will assist you with any questions or concerns you may have. It is my hope and expectation that you will take advantage of the work opportunities and programs that you are offered here to assist you in your institutional adjustment and subsequent release or transfer.

Signature on File
**Mark Foreman, Warden**
Cibola County Correctional Center

"When the prison gates slam behind an inmate, he does not lose his human quality; his mind does not become closed to ideas; his intellect does not cease to feed on a free and open interchange of opinions; his yearning for self-respect does not end; nor is his quest for self-realization concluded."

— Thurgood Marshall

4

- IN NO CASE will the Warden or Designee make a finding or impose a penalty that increases the category of the offense(s) or penalties.

EXPUNGEMENT

If an inmate/resident is found not guilty of an offense, major or minor, either after the hearing or the appeal, all reference to that offense will be removed from their file.

CRIMINAL MISCONDUCT

1. If the designated supervisor reviewing the report or Disciplinary Hearing Officer, determine the conduct for which the inmate/resident is being disciplined is a crime, they will notify the Warden or Designee who will contact the appropriate law enforcement agency.

2. Any disciplinary hearing for this alleged offense will be conducted following the procedure set out herein and the inmate/resident will be advised that they have the right to remain silent in the hearing and that anything they say during the course of the disciplinary hearing may be used against them in any subsequent criminal proceeding.

### Directions to the Facility

**FROM ALBUQUERQUE:**
Cibola County Correctional Center is located approximately 81 miles west of Albuquerque. Exit at mile marker 79. At the stop sign, turn to the left, going under the overpass. Go straight past Petro through the intersection and you will be at our facility.

**FROM GALLUP:**
If you are traveling east from Gallup, exit at the 79 mile marker. As you exit to the right, continue to the right past Petro through the intersection and our facility will be on the left-hand side of the road.

Upon request, directional information may be provided to aid your visitor's arrival to the institution.

41

silence may be used against them in these proceedings. However, this silence alone cannot be used as the only evidence of guilt.

   e. The inmate/resident will have the opportunity to call witnesses on their behalf, unless doing so would be irrelevant, redundant or unduly hazardous to facility safety or would endanger the physical safety of the individual; such reasons for denial are to be stated in writing.

   f. Any time during the hearing, the Hearing Officer on their own, or at the request of the inmate/resident, may order an investigation into the incident and continue the hearing at future time.

**CONFIDENTIAL INFORMANTS** - An inmate/resident may be found guilty of a disciplinary infraction on the basis of reliable information from a source whose identity is not disclosed to the inmate/resident at the hearing. Such information may be presented at the hearing orally or in writing and the details of any information from an anonymous source are to be shared with the inmate/resident at the hearing to the extent that this may be done without creating a substantial risk to the safety of the informant.

**WRITTEN REPORT** - At the conclusion of the hearing, a written report will be prepared and given to the inmate/resident will include:

   a. The decision;
   b. The sentence imposed and the reason for imposing the particular sentence;
   c. A summary of the evidence upon which the decision and sentence was based;
   d. A list of all witnesses;
   e. The date and time of the hearing; and
   f. The signature of the Hearing Officer.

The Disciplinary Hearing Officer's decision is based solely on information obtained in the hearing process, including staff reports, the statements of the inmate/resident charged and evidence derived from witnesses and documents.

**PSYCHIATRIC ILLNESS** - If the inmate/resident has been diagnosed as having a psychiatric illness, the Warden/Administrator and the responsible physician or their designee will be consulted prior to the disciplinary measures recommended by the Hearing Officer or Disciplinary Board being taken.

**APPEAL** - An inmate/resident may appeal the decision of the disciplinary Officer as to an offense to the Warden/Administrator.

**TIME GUIDELINES**

- The inmate/resident is to be advised of their right to appeal the decision of the Disciplinary Board/Hearing Officer at the time they are provided the decision. The inmate/resident has up to 15 days within receipt of the decision to file an appeal.
- The Warden/Administrator is to respond to the appeal in writing affirming or reversing the decision within 5 days of the appeal.

The Warden or Designee, after review, may

- Concur with the findings and penalty;
- Void the report;
- Decrease punishment; or
- Send back for a new hearing to correct any error in procedure but not for an increase in punishment.

---

# CIBOLA COUNTY CORRECTIONAL CENTER

## Introduction

The inmate/resident communication of information book has been developed to ensure new arrivals to Cibola County Correctional Center (CCCC) are provided with necessary and valuable information concerning programs and services available at this institution. All inmates/residents will be held responsible and accountable for the contents of this booklet, in addition to the facilities rules and regulations.

During the orientation process you will be given the opportunity to raise specific questions regarding the operation, programs, and activities at CCCC. You are encouraged to take this opportunity to learn about this facility and its operation.

## Unit Team Members

Unit Team members consisting of a Unit Manager, Case Manager, Detention Counselors, and Detention Officers are assigned to the unit you will be residing in. Unit Team Members are here to help you adjust to daily living while housed in the Cibola County Correctional Center. If you need assistance, or if you do not understand any part of this booklet, contact your Case Manager or Detention Counselor. They can help you in most cases. Otherwise, they can direct you to the proper channels in assisting you with the procedures for your requests or concerns.

Unit Managers, Case Managers, Detention Counselors are and Detention Officers are available daily. Staff will also make daily contact with inmates/residents inside the housing units.

## Classification

Upon arrival, all inmates/residents will undergo a thorough screening and assessment process, including an orientation describing the facility's procedures, rules, programs and services. The orientation process will be documented, signed, and dated by you and placed in your file. If you have any special needs, you should advise a staff member as soon as possible. Special needs include, but are not limited to, drug/alcohol addictions, physical barriers/needs, history of mental illness, gang affiliation, seperatee needs, medical limitations, history of sexual victimization, or any thoughts of harming yourself or others.

The Classification scoring system is specific to CoreCivic facilities and will be used to determine the best housing area for each inmate. There are currently three custody levels at CCCC: Low, Moderate and High. The Booking Staff Member that conducts the Unit Team/Initial Classification will review information in your file and will utilize several factors to determine your custody level. You will be required to appear for your initial classification hearing. For your safety and the safety of others, you will remain in pre-class lockdown status until you are cleared by classification and medical, and STG. This process can take from a few days to a couple of weeks.

Your reassessment will be reviewed every 30 days in general population and every 7 days in Special Management Unit. A Re-Classification will occur every 6 months for un-sentenced and every 12 months for sentenced inmates. You will be provided a 48 hours notice of a scheduled classification hearing unless you waive such notice in writing. You are required to appear at your classification hearings which is documented and requires your signature. Your signature does not indicate agreement with the classification decision. If you do not agree with the decision(s) of the classification committee, you may appeal that decision(s) by sending an Inmate Request Form to the Classification Coordinator.

## Inmate/Resident Identification Badges

You are required to have your CoreCivic Identification badge (ID badge) on at all times. It will not be tampered with or removed for any reason. Your ID badge will be clipped to your uniform shirt pocket area and be visible to staff. **You are not allowed to possess the I.D. badge of another inmate.**

You are to show your ID badge to any employee upon request. Failure to show your ID badge will result in disciplinary action.

If, for any reason, you lose, damage or tamper with your ID badge, contact a member of your Unit Team immediately. The replacement cost for your lost or damaged badge is $5:00 and will be deducted from your account.

## Housing Unit Rules

The following is a list of housing unit rules. Failure to comply with these rules may result in disciplinary action. (See the disciplinary section of this handbook).

1. You must be in FULL uniform, socks, shoes and displaying your I.D. Badge each time that you exit your housing unit. While in the dayroom area, you may wear gym clothing, uniform pants with a shirt, etc. At no time are you allowed to walk in the presence of other inmates or staff in the dayroom area wearing only boxers/undergarments and/or shirtless. No hats, du-rags, hairnets or headgear of any type will be worn in the dayrooms or in any other area of the facility. Religious headgear is allowed to be worn with written approval from the facility Chaplain.
2. You must walk to the far right of the hall, at all times, when moving throughout the facility.
3. Showers must be turned off, unless you are in the shower stall.
4. You are not allowed to enter a pod without a staff member present.
5. You are not allowed to destroy or alter any item issued by Cibola County Correctional Center, or any item in your possession. Destroyed or altered items found in your possession will result in disciplinary action and/or restitution.
6. Television and radio volume will be maintained at a reasonable level, to be monitored by staff.
7. Microwaves shall not be used during count or after final lockdown.
8. You are not allowed to possess any money (paper or coin) on your person or in your property.
9. No more than five personal magazines or newspapers may be in your possession at any time. Any alterations of the newspaper or magazine will be considered contraband, and subject to confiscation and disposal
10. All property, to include commissary, shall be placed into yellow property bag(s).
11. Property bags shall be stored under the bottom bunk.

6

Any delays beyond this time will be justified and documented in writing on the Disciplinary Report by the Disciplinary Board or Hearing Officer.

**Notice of the hearing** is to be provided in writing to the inmate/resident at least 24 hours prior to the hearing. The inmate/resident may agree, in writing, to a hearing with less than 24 hours' notice. The disciplinary investigator is responsible for notifying the Inmate/Resident of the Charges. These persons will fully inform inmate/residents of the nature of the waiver of the 24 hour notice and the results of such a waiver. Inmate/residents will be allowed to make a voluntary choice, free from coercion, as to the waiver.

**HEARING ON A MINOR OFFENSE**

a. The inmate/resident will be present at all phases of the hearing, unless excluded for reasons of facility security; such reason will be stated in writing.

b. The inmate/resident will be allowed to make a statement and present any reasonable evidence, including written statements from others, in their behalf.

c. At the conclusion of the hearing, the Hearing Officer will complete the Disciplinary Report, indicate the finding and, if found guilty:

- The sentence imposed
- The date and time of hearing;
- The signature of the Disciplinary Hearing Officer.

d. The Disciplinary Hearing Officer will allow any other evidence that may aid in their decision.

e. Unless the Disciplinary Hearing Officer feels additional oral testimony is necessary, their decision may be based on the Disciplinary Report, the statements of the inmate/resident, and any other relevant written information presented at the hearing.

f. A copy of this record will be given to the inmate/resident at the conclusion of the hearing.

g. The penalty imposed is to be taken from the penalty list set forth in Policy 15-1 or from a penalty list required by the contracting agency.

h. The complete Disciplinary Report will then be forwarded to the Shift Commander, Warden/Administrator or appropriate designee for review.

**HEARING ON A MAJOR OFFENSE**

a. The inmate/resident will be present during all phases of the hearing except the deliberations phase unless they waive this right or because their unruly behavior does not permit attendance.

b. If the inmate/resident is not in attendance at the hearing and has not pleaded guilty, the absence may be used against them in the proceedings. However, the absence alone cannot be used as the only evidence of guilt.

c. The inmate/resident will receive copies of any written information which may be considered except where disclosure of such information would be unduly hazardous to institutional safety or endanger the physical safety of an individual; reasons for non-disclosure will be stated in writing. In all cases where written information is not disclosed, its contents will be summarized for the inmate/resident to the extent this may be done without creating a substantial risk to facility or personal safety.

d. The inmate/resident will have an opportunity to make a statement and to present documentary evidence. If criminal charges are pending concerning the subject of the hearing, the inmate/resident will be informed of their right to remain silent during the disciplinary proceedings and that anything they say during the course of the disciplinary hearing may be used against them in any subsequent criminal proceedings and that their

39

e. The opportunity to make a statement and present documentary evidence, including written statements from others;

f. The opportunity to call witnesses on their behalf; unless doing so would be irrelevant, redundant and unduly hazardous to facility safety or would endanger the physical safety of any individual; the reasons for denial are to be stated in writing.

g. The right to waive a hearing and plead guilty to the charge(s).

The appropriate spaces on the Disciplinary Report will be completed documenting the accused inmate/resident's choice or preference as to the above rights.

The person delivering the report will sign it and indicate the date and time the report was given to the inmate/resident.

The inmate/resident will be provided with a copy of the report at the conclusion of the disciplinary hearing.

## STAFF REPRESENTATION OF AN INMATE/DETAINEE

**Appointment of a Staff Representative** - A staff representative will be appointed when it is apparent that an inmate/resident is not capable of collecting and presenting evidence effectively on their own behalf. The Disciplinary Board/Hearing Officer will consider the following factors in deciding to appoint a staff representative:

a. Literacy level of the inmate/resident;

b. Complexity of the issues combined with the inmate/resident's overall intelligence and mental/emotional status;

c. Location of the inmate/resident (segregation may prevent the accused from gathering information for a defense); and

d. Ability of the inmate/resident to speak English or Spanish (if Spanish cannot be used by the hearing officer).

**Selection of a Staff Representative** - Staff members selected for duties as counsel for inmates/residents at Disciplinary Board hearings are to be granted sufficient time to meet with inmates/residents before the hearing, gather evidence and question witnesses and to represent the inmate/resident at the hearing.

**Activities of a Staff Representative** - The Staff Representative may, assist as follows:

a. Confer with the accused prior to the hearing.

b. Question witnesses for the accused during hearing.

c. Review written statements of charges and investigation.

d. Clarify position of the accused.

e. Make statements and present documentary evidence.

f. Aid the accused in presenting a defense or offer any explanation of the defense.

g. Excuse themselves along with the accused, from the deliberation phase.

## DISCIPLINARY HEARING

The disciplinary hearing will be held no later than seven days, excluding weekends and holidays, after the alleged violation.

**Postponement or continuance** of the disciplinary hearing for a reasonable period may be granted for good cause. Hearing postponement or continuance may be granted for such cause as preparation of a defense, illness or unavailability of an inmate/resident, further investigation of factual matters relevant to the hearing, or pending criminal court prosecution. Delaying a hearing is also justifiable on the basis of factual recording of an inmate/resident's unacceptable behavior during the hearing process or the inmate/resident's refusal to participate in a reasonable manner.

38

12. Water weight bags and soda-bottle barbells are prohibited.
13. Photos **depicting nudity** or that are **obscene** are prohibited.
14. Photos are to be placed in a photo album or in your property bag only.
15. Graffiti of any kind in any location is destruction of property and subject to restitution for repair through the disciplinary process.
16. Inmates shall not move from their assigned bunk without authorization. This is subject to disciplinary action.
17. There **shall be no tents for any reason.** Tents are defined as: any object used to obstruct the view of a cell area or a bunk area. Items such as towels, shirts, pants, sheets, blankets or any other items will be confiscated if used for tenting material. A request must be submitted to receive the items that were confiscated.
18. All beds will be made in each housing unit Monday to Friday between the hours of 8:00 AM and 4:00 PM; no exceptions. Detainees/prisoners will be allowed to lay on top of the made bunk with their extra blanket or sheet. In addition, detainees/prisoners need to be ready for cell and housing inspection by Unit Staff and/or Security Staff during these times 0800 to 1600 hours.
19. Night crew/kitchen worker's beds will be made before going to work.
20. Cell and bunk inspections will be conducted as outlined in the in the Housing Unit and Cell Compliance Section of the handbook. Cell inspections will be announced upon entering the Pod. Inmates present during the announcement shall be standing along the tier outside their cell door (or next to their bunk in open dorm pods) with their ID badge in hand from the time cell inspection is begun until the conclusion of the inspection.
21. All trash, to include but not limited to empty soda bottles, cardboard boxes, bags, cartons, milk carts, Styrofoam trays needs to be placed into the trash.
22. Janitorial and cleaning supplies are not allowed to be kept in the cells or around the bunk area.
23. Graffiti of any kind in any location is destruction of property and subject to restitution through the disciplinary process.
24. If you are requesting to move within your housing unit, you must submit a request form to your Unit Manager. No moves will be made without prior approval. Failure to do so will result in disciplinary action.
25. No lingering is permitted around dayroom windows.
26. No loitering is permitted on the top tier or stair case areas.
27. You are not allowed to stand near any fire door exit, unless directed by staff for emergency purposes.
28. When prepare for count is announced, lockdown occurs. You shall proceed to your assigned bunk and prepare to be counted by two staff.
29. During count time, you shall display your I.D. Badge in the window, so the information is readily available to staff. If housed in an open dormitory, you shall display your I.D Badge in a visible area near your assigned bed.
30. During standing I.D count, you are required to stand up, with both feet on the floor, and be counted by two staff.
31. Showering is not permitted during count time without written permission from the Unit Manager.
32. You must use your CoreCivic issued cup when receiving any juice, coffee, or water during meal times.

7

## Housing Unit and Cell Compliance

**Housing Unit and Cell Compliance:**
The following housing unit and cell sanitation standards and will be enforced. Behavior management programs such as the Prisoner Population Tier Management Plan (PPTMP) or assignment to the Maximum Custody Management Unit (MCMU) will be utilized to enforce compliance. The USMS, AUSA, Probation Office, County or District Courts may be informed of your failure to comply with jail policy, procedure, and sanitation standards for consideration during sentencing, when merited.

- No covering, painting, or defacing of windows, light fixtures or air vents.
- No tenting, curtains, or laundry lines.
- No items posted on cell walls; photos are not allowed to be posted on cell walls or any other location.
- No tampering or covering of sprinkler heads.
- No graffiti in cells or dayroom.
- Dayroom tables will be free and void of personal property, trash, and nuisance contraband when not in use.
- No hanging of linen or clothing on upper tier rails, stairwells, partition walls or pull-up bars.
- No tampering of locking mechanisms.
- No painting of patterns or designs on cell walls, floors or ceilings.
- No damage to cell windows or wall expansion joints.
- Window sills will not be used for property storage.
- No tampering of tablets, tablet charging stations, phones, kiosks, microwaves or bulletin boards.
- All meal trays will be returned after each meal period.
- All prisoners/detainees must return to their assigned cells when instructed to lock down.
- Detainees will not enter any cell other than the cell they are assigned to.
- All detainees must stand for the 3:00 PM photo identification count and present their ID cards.
- All prisoners/detainees must conform to facility rules and regulations.
- Dayrooms and cells will be maintained at a high level of sanitation at all times.

**Housing Unit Inspection Guidelines:**
Cibola County Correctional Center conducts a formal housing unit and cell compliance inspection process each weekday as delineated in the housing unit inspection schedule. Administrative Duty Officer (ADO) inspections commence each weekday at approximately 9:00 AM in conformance with the inspection schedule. The following requirements will be adhered to and enforced by unit team staff in preparation for the formal inspection process:

1. All prisoners will be in full issued uniform with pant legs and shirt sleeves fully extended.
2. Jackets will not be worn.
3. With the exception of approved religious headwear; hats, doo-rags or any other head covering will not be worn.
4. All prisoners will stand at attention in front of their cell doors (in secure cell dorms) or in front of their assigned bed space (in open dorms).
5. All prisoners will possess their issued ID card in hand.

8

- Commissary
- Special activities

2. MAJOR OFFENSES

The Disciplinary Officer or Board may impose up to two (2) of the following penalties for a major offense:

a. Any penalty which may be imposed for a minor offense;
b. Extra duty up to eight (8) hours
c. Restitution
d. Cell or dorm restriction for a maximum of 15 days;
e. One to thirty days (1-30) days Disciplinary Segregation per offense, a maximum of 60 days for all offenses arising from one incident. Confinement past 30 days requires review and approval of the Warden
f. Loss of accumulated good conduct time, where applicable.
g. Parole rescission or retardation, where applicable.

## Disciplinary Procedures

**RESOLUTION OF OFFENSES**

**VERBAL ACTION** - Should a staff member believe an offense may properly be responded to by a reprimand, warning, and/or counseling, they may so respond, in which case no Disciplinary Report is needed. A counseling report of this action may be made at the staff member's option.

**WRITTEN REPORT** - Informal resolution of minor incidents is encouraged, however, should a staff member believe an offense cannot be handled by verbal communication; they may file a written Disciplinary Report, using the appropriate form, with the appropriate supervisor of the rank of Shift Supervisor or above.

**SUPERVISOR INVESTIGATION** - The designated officer is to begin an investigation of the Disciplinary Report within 24 hours of the time the violation is reported. The investigation will be completed without unreasonable delay unless there are exceptional circumstances for delaying the investigation

**MINOR OFFENSE** - If the Disciplinary Report is for a minor offense, the inmate/resident will be advised of the following:

- The contents of the Disciplinary Report
- The opportunity to make a statement and present documentary evidence, including written statements from others
- The opportunity to have an interpreter present, if the hearing is in a language the accused inmate/resident does not understand.

**MAJOR OFFENSE** - If the Disciplinary Report is for a major offense, the inmate/resident will be advised of the following:

a. The contents of the Disciplinary Report;
b. The opportunity to be present during all phases of the hearing, except deliberation, unless behavior is unruly so as to prevent attendance.
c. The opportunity to be represented by a designated staff member, if determined to be necessary by the Disciplinary Board/Hearing Officer;
d. The opportunity to have an interpreter present, if the hearing is in a language the accused inmate/resident does not understand;

37

11. GAMBLING: Operating or acting in any game of chance involving betting or wagering of goods or other valuables; or possess gambling paraphernalia.

12. HINDERING AN EMPLOYEE IN THE PERFORMANCE OF HIS DUTIES: Acting in such a way to interrupt an employee during his work time such as causing delays, giving false information.

13. INSURRECTION: Participation or encouraging others to participate in unauthorized activity such as rioting or a work stoppage.

14. POSSESSION OF CONTRABAND: Having in one's control any item which has not been approved by the facility including weapons or any item which has been altered for use as a weapon, intoxicants, and drug paraphernalia.

15. POSSESSION OF STOLEN PROPERTY: Having in one's control any item, which has been stolen from any other person.

16. REFUSAL TO SUBMIT TO A DRUG OR INTOXICANT TEST: Not giving a urine sample for use in testing for drug usage or refusing to submit to a Breathalyzer.

17. REFUSAL TO SUBMIT TO A SEARCH: To refuse to allow a search of your body, belongings or living area when requested by a facility employee.

18. REFUSAL TO WORK: When a person refuses to perform an assigned job.

19. REPEATED VIOLATION OF MINOR RULES: Obtaining three or more minor rule violations within a 30 day period, said 30 day period starting from the date the first minor rule violation occurs and ending on the 30th day after that date.

20. SEXUAL MISCONDUCT: This includes, but is not limited to, the following acts:

a. Taking part in sex act(s) where all parties agree to take part.
b. Exposing the genitals or buttocks to an employee or visitor.
c. Masturbation where an employee, visitor or other inmate can see the act.

21. THEFT: Unauthorized taking of something that belongs to someone else.

22. THREATENING ANOTHER WITH HARM: Telling someone, through actions or words, that harm will come to him.

23. UNAUTHORIZED RECEIPT OF ANY ITEM OF VALUE: Receiving an item, which has any value through false pretenses, threats, or stealing.

24. UNAUTHORIZED SALE, TRANSFER OR RECEIPT OF PROPERTY: Any unauthorized sale or giving to another person or receipt from another person's any belongings or property.

25. UNAUTHORIZED USE OF DRUGS OR INTOXICANTS: Use of any drug or intoxicants, which has not been prescribed or approved for the inmate to use.

26. UNAUTHORIZED USE OF MAIL OR TELEPHONE: Using the mail or telephone to commit fraud, theft or against posted times and uses.

27. VIOLATION OF ANY FEDERAL, STATE OR LOCAL LAW: Any act, though not specifically listed in this policy that would be either a felony or misdemeanor under federal laws or under the state laws in which the inmate is housed will constitute a major or minor violation.

PENALTIES

1. MINOR OFFENSES

The Disciplinary Board or Hearing Officer may impose up to two (2) of the below listed penalties after a determination of guilt on a minor offense:

a. Reprimand, written or verbal;
b. Living area restriction for a maximum of 15 days;
c. Loss of one of the following privileges for a maximum of 30 days

6. All cell doors will be open.
7. All cell lights and open dorm lighting will be turned on.
8. All televisions will be turned off.
9. Telephone and shower usage will not be allowed during inspection.
10. A porter will be staged adjacent to the dorm entrance door.
11. A porter will be staged at the shower-bathroom-sink station.
12. Once signaled by an ADO staff member, the porter adjacent to the dorm entrance door will announce (Good morning sir, good morning ma'am, unit "i.e. 400 Alpha, etc." ready for inspection).
13. Afterwards, all other prisoners will repeat the same announcement in unison (Good morning sir, good morning ma'am, unit "i.e. 400 Alpha, etc." ready for inspection).
14. All prisoners will remain in place until completion of the inspection process.

Subsequently, the inspection team consisting of ADO's, unit team staff, STG officer, maintenance supervisor, and the safety manager will proceed to inspect every cell or bed space on the upper and lower tier levels of the dorm. Additionally, the day room, showers, microwaves, phones, tablet, and sink-toilet stations will inspected based on dorm design (secure cell vs. open dorm). On occasion and when merited, one pod per housing unit exhibiting the highest level of sanitation and inspection readiness, may receive incentive items for exceeding housing unit and cell compliance requirements. The inspection team will convene to determine which pod (per housing unit) merits recognition, and the final decision will be made by the warden or acting warden based on inspection team recommendations.

Housing Unit Inspection Schedule:
The following housing unit inspection schedule will be adhered to each week. The inspection team will conduct daily inspections commencing at approximately 9:00 AM each weekday. The inspection schedule may be modified based on facility operational needs; however, this will only occur during exigent circumstances. Based on operational needs, additional housing unit inspections may be scheduled with limited notice throughout the week.

| MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|
| Unit 100 | Unit 300 | Unit 500 | Unit 700 | Unit 900 |
| Unit 200 | Unit 400 | Unit 600 | Unit 800 | |

In addition to the housing unit inspection schedule cited above, Unit Team staff will conduct impromptu daily housing unit inspections in all areas; therefore, inspection readiness must be maintained each weekday between the hours of 8:00 AM and 4:00 PM; except for holidays.

## Maximum Custody Management Unit

Housing unit 500 Charlie has been designated as the Maximum Custody Management Unit (MCMU). The MCMU houses the most violent and disruptive elements within the prisoner population. Prisoners who engage in serious assaults on staff and other prisoners, those who are non-compliant and engage in disruptive behavior, and those who continue their criminal enterprise (possession of illicit contraband, cell phones, drugs, and weapons) are candidates for housing in the MCMU. Prisoners housed in the MCMU will be afforded opportunities to step-down to high, medium, and low custody classifications only when a change of conduct, behavior, and compliance is sustainably demonstrated. Assignment to the MCMU will be for a minimum of 90-days. A tier management system (upper/lower tier) will be implemented within the MCMU after 45-days to allow progression to regain limited commissary and tablet privileges,

only when conduct and behavior warrants such action. Access to legal phone calls, legal materials, and legal visits will continue and must be requested through unit team staff.

The following restrictions apply in the MCMU:

- No commissary privileges.
- No television viewing privileges.
- No tablet service privileges.
- No mail privileges (only approved legal mail will be authorized for receipt).
- No personal property in cell (property will be inventoried and stored until release from MCMU).
- No microwave privileges.
- No programming or dayroom activity.
- All out-of-cell movement (to include movement outside of housing unit 500) requires prisoners to be handcuffed behind their back and the application of leg restraints. Cell doors will never be opened without all prisoners within the cell being restrained.
- Cell doors will never be opened without all prisoners within the cell being restrained.
- All feeding will occur through cell door food ports.
- Prisoners housed in the MCMU will not be utilized as porters.
- Showers will only be offered Monday, Wednesday, and Friday.
- Recreation will only be offered in secure recreation cages; five (5) days a week in 1-hour increments.
- Cell compliance must be adhered to at all times in order to progress through tier management.

## Prisoner Population Tier Management Plan

### Prisoner Population Tier Management Plan:

The Prisoner Population Tier Management Plan serves as a behavior management plan. It is designed to promote a safe, secure, and humane environment for prisoners and staff. The prisoner population tier management plan is vetted and approved by the USMS Prisoner Operations Division. This program is required to mitigate and manage continual prohibited activity and non-compliance with pod/cell sanitation, contraband introduction attempts, broken cell windows, tampering of cell door locking mechanisms, tampering of tablet charging stations, microwaves, kiosks and telephones, refusal to return meal trays, and an increase in incidents (including assaults, discovery of weapons/alcohol, and staff assaults).

Detainees will have to adhere to the below listed requirements, receive no disciplinary reports during this time period, and comply with all lockdowns in order to advance through the Prisoner Population Tier Management Plan. Cut of cell time for the upper and lower tier will conform to the attached schedule. Weekly reviews will be conducted by Administrative Duty Officer staff members for continued placement of tier management or return to normal unit operations.

### Requirements:

1. No covering of windows, light fixtures, or air vents.
2. No tenting, curtains, or laundry lines.
3. No items posted on cell walls or any other location.
4. No tampering or covering of sprinkler heads.
5. No graffiti in cells or dayroom.
6. No hanging of linen or clothing on upper tier rails or stairwells.
7. No tampering of locking mechanisms.

10

3. POSSESSION OF GAMBLING PARAPHERNALIA: Having in one's control, items for use in operating or acting in any game of chance involving betting or wagering of goods or other valuables.

4. PRESENT IN AN UNAUTHORIZED AREA: Being in an area that is designated through verbal, written or posted orders as "off limits" to a specific inmate or inmates in general

5. SELF-MUTILATION: Inflicting injury on one's self. For example, cutting on one's own body or tattooing.

6. SMOKING IN RESTRICTED AREA OR AT A RESTRICTED TIME: Smoking of any form in an area or at a time designated verbally or through written post orders as a no smoking area.

7. UNEXCUSED ABSENCE FROM PLACE OF ASSIGNMENT: Being away without authorization from an appropriate supervisor, from the place of assignment such as dorm, work area, recreation area, infirmary, etc.

8. UNSANITARY AND DISORDERLY HOUSING CONDITIONS: Not keeping a clean, neat living area. The area should be kept in a manner so that all possessions are stored in an organized manner in areas designated for such. The area should be free from dirt and clutter.

9. USE OF VULGAR, ABUSIVE OR OBSCENE LANGUAGE: Use of words and/or phrases that are vulgar, abusive or obscene.

## MAJOR OFFENSES

1. ARSON: Starting or causing to be started a fire, which could or does cause damage to person(s) or property.

2. ASSAULT: An attack upon the body of another person. This includes rape.

3. ATTEMPT/CONSPIRACY: This is an offense for inmates who do not actually commit the offense but participate in the following ways:
   - attempts to commit the offense
   - solicit another or others to commit the offense
   - conspires with another or others to commit the offense
   - facilitate the action of another or others in committing the offense

4. COUNTERFEITING, FORGERY OR UNAUTHORIZED REPRODUCTION: counterfeiting, forging or reproducing without approval, any document, article, identification, money, security or official paper.

5. DEATH OF ANY PERSON: Any act of which the end result is the death of any person including inmates, staff or civilians.

6. DESTRUCTION, ALTERATION OR DAMAGE TO PROPERTY: Destroying, changing or hurting property of CoreCivic or any other person.

7. DETAINING A PERSON AGAINST HIS WILL: Keeping a person in or removing from an area without the agreement of the person who is being kept or removed. Example: Taking of hostages.

8. ESCAPE: Leaving the grounds of an institution or from the custody of an employee outside the facility without permission or failure to return from a furlough or pass.

9. FAILURE TO FOLLOW VERBAL OR POSTED RULES AND/OR ORDERS: Not following specific rules and/or orders which have been designated for the clean, safe, orderly operation of the facility of which the inmates have been told of in advance through posting or verbally by an employee of the facility or person who has charge of the inmate at the time. This includes failure to follow the facility procedures for taking count.

10. FIGHTING: Engaging in physical conflict with another person.

35

## Inmate/Resident Searches

Frequent and unannounced searches of your cell and other areas of the facility are conducted as often as necessary to ensure the safety and security of the facility. Searches are conducted to detect and prevent the introduction of contraband, to recover missing or stolen property, to prevent escapes and/or disturbances. You will not be present when your cell is searched. All searches will be conducted in a professional manner that avoids unnecessary force, embarrassment or indignity to you. You will be expected to follow all orders given to you during a search.

Strip searches are conducted by members of the same sex as the inmate/resident being searched, except in emergency circumstances where a legitimate penalogical interest exists in the performance of the cross gender strip search. Strip searches will be conducted when reasonable belief or suspicion that an inmate may be in possession of an item considered, to be contraband. All strip searches are to be conducted in a private area, except in an emergency situation.

## Drug/Intoxicant Testing

This facility operates a drug surveillance program that includes suspect and random testing. Refusal to provide a urine sample will result in disciplinary action.

## Emergencies

During any emergency situation, you will follow each directive and order given to you immediately and expediently. Emergency evacuation routes are posted in each housing unit. You should familiarize yourself with these posted evacuation routes, they are there for your safety. Fire drills will be conducted in various areas and at different times where you may be located or working. Your cooperation in these drills is very important. If you are made aware of a fire or emergency situation, notify the first available detention officer or any staff member immediately. Your safety is of paramount importance. Your familiarization and cooperation during emergency drills or an actual situation will be your part to ensure the safety of all concerned.

## Disciplinary Offenses & Penalties

NOTICE OF OFFENSES AND PENALTIES

MINOR OFFENSES

1. DISORDERLY CONDUCT: Behavior such as loud talking or yelling, pushing, which creates a disturbance and/or disrupts the orderly running of the facility.

2. FAILURE TO MAINTAIN PERSONAL HYGIENE: Not having a clean body and clothes.

8. No tampering of tablets, tablet charging stations, phones, kiosks, microwaves or bulletin boards.
9. All meal trays will be returned after each meal period.
10. All detainees must return to their assigned cells when instructed to lock down.
11. Detainees will not enter any cell other than the cell they are assigned.
12. All detainees must stand for the 3:00 PM photo identification count and present their ID cards.
13. All detainees in the pod must remain discipline free during this time frame.

## Hallway Etiquette

While in the hallways of the institution, you are expected to comply with the following requirements:

- Walk on the right side of the hallway, in a single file line.
- Shirts must be tucked in and your I.D. Badge visible.
- Do not engage in horseplay, yelling or other disruptive behavior.
- DO NOT RUN.

## Contraband

Having any item which has not been approved by the facility or that has been altered, is considered contraband. This includes but is not limited to:

- Weapons of any kind, any altered item, drugs and/or drug paraphernalia, intoxicants, stockpiled food items that may be used to make intoxicants, tattoo paraphernalia, gambling paraphernalia, unauthorized medications, unauthorized medical items, tobacco and/or tobacco products, property belonging to another inmate, money, coins, key patterns; any item that is not on the approved allowable property list; any item not on the approved commissary list; any item belonging to CCCC that has not been officially issued to you, including food items from the kitchen.
- Any item belonging to any staff member or any item, document, article, identification, money, security or official paper that is counterfeit, forged or reproduced without approval.
- Any pictures of any kind depicting nudity, gang affiliation/activity, child pornography, sexual acts or of a sexual nature will be considered contraband.
- You are not allowed to receive any item from a visitor.
- You are not allowed to donate/barter trade or sell your property to any other inmate while at this facility or when you leave this facility.
- You are not allowed to accept property from any inmate, nor possess the property of any other person. Having contraband in your possession may result in disciplinary action.
- Having contraband in your possession that would be considered a felony or misdemeanor may result in a referral to local law enforcement.

Case 1:23-cv-00680-KWR-LF    Document 1    Filed 08/14/23    Page 27 of 38

## Institution Counts

There are seven (7) formal counts that occur daily at the facility. Each of these counts requires that you report to and be in your assigned cell or dormitory bed, unless you are on an approved out count. All inmate/resident movement will cease during count times. Being out of place for count or attempting to delay or disrupt count will result in disciplinary action.

Count will be announced by a Staff Member. Inmates are required to lock down for count. You MUST remain on your bunk until count clears.

At 3:00 p.m. (1500 hours) a "Face to Photo" Count will be called. **YOU ARE REQUIRED TO STAND.**

Emergency counts can occur at any time and will require the facility to lockdown. Whenever you are informed of an emergency count, you are to follow instructions given to you by a staff member. Informal courts may occur at any time. You will be counted in place.

## Food Service

Meals will be served to you, and consumed, in your housing unit. Exceptions may be made for safety and security reasons. Inmates in special management units will receive their meals in their cells. Meal times are as follows:

Start serving Breakfast:    0430
Start serving Lunch:        1130
Start serving Dinner:       1600

Meal times may vary slightly, due to facility security concerns.

If you have a special dietary need due to religious or medical reasons, it is your responsibility to request a special diet that meets your needs. Your request will be evaluated to ensure that you will be provided with an appropriate meal. Requests for religious and/or vegetarian diets must be submitted to the Chaplain for review and approval. Request for medical diets must be submitted through a sick call request.

The facility menu is free of pork and all pork by-products.

### FOOD TRAYS

- The officer will ensure each Housing Unit will be given the exact amount of trays based on the amount of inmates living in that Pod.
- Upon receiving of food trays (plastic or styrofoam), detainees/inmates will have 20 minutes to eat from their tray.
- If food is not consumed for any reason within the 20 minutes, the inmate/detainee's food must be placed into that inmate/detainee's bowl or container.
- All food trays (plastic and styrofoam) shall be returned to the kitchen within 45 minutes.
- Plastic trays will be placed by the door for collection.
- Styrofoam trays will be placed in the day room trash can.

> In the event the Detainee is not satisfied with the Informal response, the Detainee will have five (5) calendar days to submit a formal grievance to the Grievance Coordinator The Detainee will be required to attach a copy of the 14-105A to the formal grievance form.

The Grievance Coordinator will assign each Informal Resolution to the affected department for review and response preparation.

If it is determined by the Warden/Administrator that an inmate/resident is deliberately abusing the grievance system through excessive filing of grievances and/or repeated refusal to follow procedures, the Warden/Administrator may suspend the filing of additional grievances until all pending grievances have been resolved. The Warden/Administrator will provide the inmate/resident with written documentation of the suspension

### APPEALS PROCEDURE:

Filing

If a detainee is not satisfied with the decision of a formal or emergency grievance, the detainee may file a 1st level appeal to the Warden. The detainee must file the appeal within fifteen (15) calendar days of the response date listed on the 14-105B Detainee Grievance form.

If a detainee is not satisfied with the decision of the 1st level appeal, the detainee may file a 2nd level appeal to the Division Managing Director. The detainee must file the 2nd level appeal within f if teen (15) calendar days of the response provided by the Warden at the first level of appeal.

Appeals may be given directly to the Grievance Coordinator or placed in the grievance mailbox.

The detainee will receive a response to the 1st level of appeal which is filed with the institution for the Warden/Facility Administrator within twenty (20) calendar days of submission. The 2nd level of appeal which is filed to the Facility Support Center the detainee will receive a response (30) calendar days of submission. The Division Managing Director's decision is final unless otherwise specified in the facility management contract.

### TRANSFERS/RELEASES:

If a grievance is submitted for review and the detainee is transferred or released from custody, efforts to resolve the grievance will normally continue. It is the detainee's responsibility to notify the Grievance Coordinator of the pending transfer or release and to provide a forwarding address and any other pertinent information.

When a Detainee is illiterate, disabled, or non-English speaking, the response shall be read/written in the language that they understand. If you wish to review the 14-105 Inmate/Resident Grievance Procedures policy, you may request to review it through the Law Library.

➢ The 14-105B Detainee Grievance form must be utilized to file a formal grievance. The Detainee will complete Page 1 of the 14-105B and place into the grievance mailbox in your housing unit. If a grievance mail box is not used, the formal grievance will be forwarded to the Grievance Coordinator. Pink copy is for the detainee to keep.
➢ If additional space is needed to continue your statement, you may attach a second standard size sheet of paper.
➢ Include the name of staff in the statement if they are involved in the alleged incident.
➢ Include the date and approximate time in the statement of incident.
➢ In the Grievance Category area, only circle one. If you have more than one issue submit separate grievance forms for each department
➢ Unless a time extension has been granted, grievances will be responded to within three (3) business days of submission.

For response, the Grievance Coordinator will forward the grievance to the appropriate department head in relation to the formal grievance unless the grievance pertains to the department head, in which case a different department head will be designated.

## EMERGENCY GRIEVANCE PROCEDURE:

If the subject matter of the grievance is such that compliance with the regular time guidelines would subject the detainee to risk of personal injury or cause other serious irreparable harm to the detainee, the detainee may request that the grievance be considered an emergency grievance. The emergency grievance must detail the basis for requiring an immediate response. When the grievance is of an emergency nature, utilization of the informal resolution process is not required.

Filing

➢ The 14-105B Detainee Grievance form must be utilized to file an emergency grievance. The Detainee will complete Page 1 of the 14-105B and give it directly to the Grievance Coordinator during regular workdays, or to the Administrative Duty Officer or Shift Supervisor during evenings or weekends. If the emergency grievance is filed with the Shift Supervisor, the ADO will be notified upon receipt of the emergency grievance.. Pink copy is for the detainee to keep.

## INFORMAL RESOLUTION PROCEDURE:

Filing

➢ The 14-105A Informal Resolution form must be utilized to initiate the informal resolution process. Pink copy is for the detainee to keep.
➢ Detainees are required to submit 14-105A's through facility mail, in person, via designated grievance mailboxes, or to the appropriate Department Head, Supervisor or unit staff.
➢ Include the date and approximate time in the statement of incident.
➢ Include the name of staff in the statement if they are involved in the alleged incident.
➢ Use the space provided on the form to write your statement. Do not write in the margins of the 14-105A form. If additional space is needed to continue your statement, you may attach a second standard size sheet of paper.
➢ Unless unusual circumstances are present, the detainee will receive a response to an Informal Resolution within three (3) business days of submission. In the event of unusual circumstances, the assigned staff member will provide the detainee with written documentation extending the response deadline.

32

---

## Medical Services

### What happens when you arrive?

You will undergo a thorough medical examination within 14 days after your arrival. In order to qualify for a job in this facility, you must first be medically cleared.

### How to access the Medical Department (Sick Call)

If you require medical services, please submit a sick call request to be seen by a qualified health care professional.  You may submit a sick call request two ways: 1. You can hand your sick call request to a nurse during pill call. 2. Submit your sick call request directly to the sick call request box located within your unit. Sick call requests are triaged by a nurse in the following order: routine, urgent and emergent. The appointment is scheduled based on level of severity.  If at any time you feel you are having a medical emergency, please notify the pod officer so appropriate emergency protocols are initiated.  Please remember to bring your identification card to your appointments, otherwise, your appointment will need to be rescheduled.

### Pill Line (Med-Line)

Inmates who receive medications must report to the nurse during pill call. Pill call schedules are posted within the housing unit and pill call is held in your unit. All medications must be swallowed immediately. Water and cups are provided. Proof of identification is required, otherwise, you will not receive your medications. Failure to adhere to the policies and procedures will result in discontinuation of medication.

Keep on Person (KOP) medications are given directly to the patient and must be kept in the original blister package. The medication should be kept secure in the cell and must be taken as ordered by the provider. Failure to comply with the policies and procedures for KOP medication(s) will result in loss of KOP privileges

### ADVANCE DIRECTIVES AND DO NOT RESUCITATE (DNR)

Information regarding Advance Directives or Do Not Resuscitate (DNR) Orders may be obtained from Medical personnel by utilizing a medical request form.

### DENTAL

Dental care is obtained through sick call requests.

### MEDICAL GRIEVANCES

To submit a grievance for Medical, Mental Health or Dental, you must use the triplicate copy form, 14-5A Informal Resolution or 14-5B Inmate/Resident Grievance form.

See Page 30, Inmate/Resident Grievances.

### SUICIDE AND MENTAL HEALTH CARE

Patients requesting mental health services should submit a sick call request. Mental health sick call requests are handled in the same manner as the medical sick call requests (see above).

13

**Patients experiencing depression, thoughts of self-harm or harm to others and/or mental health crisis should notify the housing officer immediately.

## MEDICAL RECORDS

Per policy, you may request copies of your medical records, however, you will not be able to keep the records (on person or in cell). Any requested copies of medical records will be stored in your property.

## PREA

### PRISON RAPE ELIMINATION ACT (PREA)

The Prison Rape Elimination Act (PREA) was passed by Congress in 2003. This law resulted in the development of standards for the elimination of sexual abuse in confinement. The final standards were published on June 20, 2012, and became effective on August 20, 2012. In compliance with PREA, CoreCivic and Cibola County Correctional Center have established a Zero Tolerance Policy against all forms of Sexual Abuse and Sexual Harassment.

### WHAT IS SEXUAL ABUSE AND SEXUAL HARASSMENT

The following is considered Sexual Abuse under PREA:

Sexual Abuse of an Inmate by another Inmate – Any of the following acts, if the victim does not consent, is coerced into such act by overt or implied threats of violence, or is unable to consent or refuse:

1. Contact between the penis and the vulva or the penis and the anus, including penetration, however slight.
2. Contact between the mouth and the penis, vulva, or anus;
3. Penetration of the anal or genital opening of another person, however slight, by a hand, finger, object, or other instrument; and
4. Any other intentional touching, either directly or through the clothing, of the genitalia, anus, groin, breast, inner thigh, or the buttocks of another person, excluding contact incidental to a physical altercation.

Sexual Abuse of an Inmate by an Employee, Contractor or Volunteer– Any of the following acts, with or without consent of the inmate:

1. Contact between the penis and the vulva or the penis and the anus, including penetration, however slight;
2. Contact between the mouth and the penis, vulva, or anus;
3. Contact between the mouth and any body part where the employee, contractor, or civilian has the intent to abuse, arouse, or gratify sexual desire;
4. Penetration of the anal or genital opening, however slight, by a hand, finger, object, or other instrument that is unrelated to official duties or where the employee, contractor, or civilian has the intent to abuse, arouse, or gratify sexual desire;
5. Any other intentional contact, either directly or through the clothing, of or with the genitalia, anus, groin, breast, inner thigh, or the buttocks, that is unrelated to official duties or where the employee, contractor, or civilian has the intent to abuse, arouse, or gratify sexual desire;

Grievance Coordinators may return and reject without response any grievance or appeal written by a detainee in a manner, which is obscene or abusive, or does not meet other parts of the filing requirements.

If you do wish to pursue a formal complaint, it is important that the procedures outlined below be followed in order to ensure that your grievance is promptly addressed. You shall never be subjected to retaliation, reprisal or harassment for use of or participation in the grievance procedure.

**Grievable Matters:**
> Violation of the state and federal laws, regulations, or court decisions, including but not limited to violations of the Americans with Disabilities Act (ADA), constitutional rights, etc.;
> Application of rules, policies, and/or procedures towards Detainees over which CoreCivic has control.
> Individual staff actions, including any denial of access to the informal resolution or grievance procedure.
> Reprisals against Detainees for utilizing the informal resolution or grievance processes; and
> Any other matter relating to the conditions of care and supervision within the authority of CoreCivic.

**Not used to seek remedy:** State and Federal court decisions

> State and Federal laws and regulations
> U.S. Marshals Service (USMS) standards, decisions, or matters.
> • NOTE: USMS standards, decisions, or matters shall be grieved in accordance with the regulations of the USMS.
> Disciplinary actions; all disciplinary action must be addressed in accordance with disciplinary procedures in place at the facility.
> Property issues where a detainee is requesting monetary compensation (property issues must be addressed in accordance with property procedures in place at the facility).
> Classification status; all classification status must be addressed in accordance with classification procedures in place at the facility.
> Alleged PREA (Prison Rape Elimination Act) incidents. Should a report be submitted and received as a detainee grievance, it will be immediately referred to the facility investigator or Administrative Duty Officer (ADO) and processed in accordance with CoreCivic policy 14-2 Sexual Abuse Prevention and Response.

## INFORMAL RESOLUTION :

Detainees may utilize the informal resolution process concerning questions, disputes, or complaints prior to the submission of a formal grievance. The informal resolution stage should resolve most detainee issues. If a detainee is not satisfied with the results of the informal resolution process, the detainee may file a formal grievance.

Detainee may bypass or terminate the informal resolution process at any point and proceed directly to the formal grievance.

## FORMAL GRIEVANCE PROCEDURE:

Filing

## Smoking Policy

For the Safety and Security of all Staff and Inmates/Residents, Cibola County Correctional Center is a Tobacco Free Facility. Possession of any tobacco products will result in disciplinary action.

## Laundry

All inmates will receive a laundry bag for their cells and all clothing will be considered a permanent issue. The laundry is assigned to you. If an inmate moves to another cell or unit, then the clothing and laundry bag will go with the inmate to the new location. The laundry schedule will be posted in your housing unit.

## Access to Media

You have access to media. You have the right to communicate with the media through telephone calls or written correspondence. Face-to-face interviews between you and the media may be allowed consistent with safety and security objectives and with the approval of the Warden, Vice President, Marketing and Communications, Vice President, Operations and the General Counsel. If required, the contracting agency's approval must also be obtained. For more information please contact a Unit Staff Member.

## Inmate / Resident Grievances

A grievance procedure is made available to all detainees and includes at least one level of appeal. Grievance forms are readily available and easily accessible to detainees.
Detainees have unfettered access to grievance forms which require no assistance or facilitation from staff to obtain forms or deposit grievance forms in the mail; regardless of housing location. Grievance forms are collected daily excluding weekends and Federal Holidays.

Time limits are not imposed or when a detainee may submit a formal grievance.

Detainees grievance forms is a three-part triplicate form that will be used for all grievances, informal and formal. The three copies will allow for dissemination to the detainee, the detainee's file, and the facility. Grievance forms are available in your housing units, control rooms and on the facility tablet system. The ONLY forms NOT available on the tablet are Medical, Mental Health and Dental Grievance forms. You MUST use the triplicate copy forms i.e. 14-5A Informal Resolution or 14-5B Inmate/Resident Grievance forms.

The grievance system is not intended to be used for requests for services or for requests to see medical. Please utilize the request form on the tablet system, sick call request or paper request forms for facility requests. A detainee may not submit a grievance on behalf of another detainee. Utilize the correct category on each form, and only address one issue per form.

6. Any attempt, threat, or request by an employee, contractor, or civilian to engage in the activities outlined above in (1) - (5) of this section;
7. Any display by an employee, contractor, or civilian of his or her uncovered genitalia, buttocks, or breast in the presence of an inmate/detainee, and
8. Voyeurism by an employee, contractor, or volunteer. Voyeurism is defined as the invasion of privacy of an inmate by an employee, contractor, or volunteer for reasons unrelated to official duties, such as peering at an inmate who is using a toilet in his or her cell to perform bodily functions; requiring an inmate to expose his or her buttocks, genitals, or breasts; or taking images of all or part of an inmate's naked body or of an inmate performing bodily functions.

The following is considered Sexual Harassment:

1. Repeated and unwelcome sexual advances, requests for sexual favors, or verbal comments, gestures, or actions of a derogatory or offensive sexual nature by one inmate directed toward another inmate and,
2. Repeated verbal comments or gestures of a sexual nature to an inmate by an employee, contractor or volunteer including demeaning references to gender, sexually suggestive or derogatory comments about body or clothing, or obscene language or gestures.

NOTE: Sexual activity between inmates at this facility is prohibited and inmates will receive disciplinary reports for engaging in such activity. Sexual activity is not sexual abuse unless it was found to have been coerced.

### HOW TO REPORT

You have the right to be free from sexual abuse and sexual harassment by another inmate, or a staff member (including a contractor or volunteer). You have the right to be able to report all allegations, have them taken seriously, and have them investigated. You have the right to be protected from retaliation by staff and inmates for making reports of sexual abuse.

NOTE: A report of sexual abuse made in good faith based upon a reasonable belief that the alleged conduct occurred does not constitute falsely reporting an incident or lying even if the investigation does not establish evidence to substantiate the allegation.

If you are the victim of sexual abuse or sexual harassment, or you are threatened with sexual abuse, you should verbally report this immediately to any staff member. Witnesses to any act of sexual abuse are also encouraged to report this immediately and may remain anonymous. Cibola County Correctional Center has multiple ways for inmates to report sexual abuse and sexual harassment.

- You may report incidents to any staff member either verbally or in writing
- Report the incident or allegation to Health Services, Mental Health, or the facility Chaplain
- Submit a letter marked "confidential" and send it the Warden
- Call the CCCC Internal PREA reporting hotline on any inmate telephone as follows:
  1. Pick up the handset
  2. Press 9
  3. Enter your PIN
  4. Press #
  5. These calls may be monitored and recorded

To make a report (including an anonymous report) to an agency outside of CoreCivic you can contact:

Milan Police Department
619 Uranium Avenue
Milan, New Mexico 87021

- Office of the Inspector General (OIG) at 1-800-869-4499

You may advise 3rd parties, such as friends and family outside of the facility, to contact the following on your behalf:

- 24 Hour CoreCivic Ethics and Compliance Hotline 1-800-461-9330 or
- www.corecivic.com/ethicsline
- Note: This is not a number for inmates to report an imminent threat of sexual abuse or an incident of sexual abuse or sexual harassment.

## RESPONSE TO SEXUAL ASSAULT

If you are the victim of sexual abuse, staff will respond to assist you. First responders will separate you from your abuser, if known, or may ask you some brief questions to learn his identity. Staff may request that you do not eat, drink, brush your teeth, change clothing, use the toilet, or shower in order to preserve evidence. You will be taken to facility Health Services for evaluation and treatment of any injuries.

All allegations of sexual abuse that may be criminal in nature are referred to law enforcement for investigation. At this facility, criminal investigations are conducted by the Milan Police Department (MPD). As part of their investigation, MPD may request that the facility arrange for a forensic medical exam to gather evidence. This can only be done if the incident is reported timely and is within the period of time where evidence can be gathered. You will be offered a victim advocate to accompany you through the forensic exam and the investigatory interviews. You have the right to decline the forensic exam.

You will not be placed in restrictive housing solely because you have made a report or are a victim of sexual abuse. A staff person will be assigned to conduct retaliation monitoring. This person will meet with you after the report has been made and at least 90 days after to ensure that you have not been the victim of retaliation from staff or inmates for making the report. Retaliation monitoring will stop if the allegation is determined to be unfounded. You will also receive notification of the outcome of the investigation once it has been completed.

## EMOTIONAL SUPPORT SERVICES

If you have been the victim of sexual abuse inside or outside of prison, the facility has a number available for you to call and obtain emotional support utilizing the inmate telephone system. Trained counselors will speak with you and provide counseling and/or crisis intervention. The Rape Crisis Center of Central New Mexico in Albuquerque provides this service. Calls to this number will be confidential and will not be monitored or recorded. This number is not for reporting allegations or incidents.
24 Hour Hotline: 505-266-7711

16

LOST OR DAMAGED PROPERTY:
Property that has been lost or damaged due to CoreCivic employee negligence will be eligible for claim investigation. If you wish to request an investigation of property that has been lost or damaged due to CoreCivic employee negligence, you must complete Page 1 of the 14-6D Lost/Damaged/Stolen Property Claim and forward it to the Property Officer. All claims must be submitted within seven (7) calendar days of the incident. Verification of proof of ownership and value must occur immediately upon investigation. A copy of this policy will be available in the library.

ALLOWABLE PERSONAL PROPERTY ACCEPTED OR TRANSFERRED BY THE USMS:
All Prisoners detained by the U.S. Marshals must be fully aware of the policy of the USMS governing the possession of allowable property. Allowable property is defined as property the individual may retain in his/her possession while incarcerated, subject to the regulations of the assigned facility. USMS policy allows the following property:

- Legal papers or materials relevant to the current judicial proceedings;
- One religious medal that poses no threat as a potential weapon or escape device;
- Eye glasses or contact lenses, with case (contact lenses clear only no color);
- Prescribed medicine and health devices;
- One plain wedding band (rings with stones are not authorized);

    In addition, Cibola County Correctional Center allows the following
- Religious reading material (soft bound)
- Property receipts
- Up to 10 personal photos measuring no more than 5X7.
- Up to 10 magazines and 10 books
- Dentures
- KOP medication
- Radio 1, must be approved by Chief of Security or Chief of Unit Management

No additional property will be accepted or transferred by the USMS. Prisoners who collect or otherwise purchase from detention facility commissary programs do so at their own risk; only the property listed above will be transferred between facilities. Transfers are unpredictable and prisoners do not receive advance notice of movements. Prohibited property in your possession will be disposed pursuant to the procedures of your assigned facility.

Note: All property must be placed in the yellow property bags. Any items outside of the property bag may be confiscated as excess property. If detainee needs additional property bag for legal documents, request should be made to the Unit Manager.

## Barber Shop

Free barbering services will be provided to inmates Monday through Friday by assigned barbers only. See posted schedules for barber hours. Hair cutting will be permitted in the Barber Shop, by an approved Barber. Barbers shall not provide service to any inmate when the skin of the inmate's face, neck, or scalp is inflamed, or when there is scaling, pus, or other skin eruptions, unless service of such inmate is performed in accordance with the specific authorization of the Chief Medical Officer. No person who is infested with head lice shall be served.

Jacket - during the cold weather months.

Your issue of bedding shall be limited to:

| | |
|---|---|
| Sheet: 2 | Pillowcase: 1 |
| Towel: 2 | Blanket: 1 (a 2nd blanket may be issued upon request during the winter months) |
| Washcloth: 2 | Laundry Bag: 1 |
| Pillow 1 | Mattress 1 |

Your issue of personal hygiene items shall be limited to:

| | |
|---|---|
| Toothbrush: 1 | Toilet Paper: 1 |
| Toothpaste: 1 | Hygiene Kit: 1 |
| Soap: 1 | Razor: upon request |

Hygiene items may be requested, through your Unit Staff on an "as needed" basis, in accordance with written facility procedures.

All Facility Issued Property shall be returned to the facility prior to your departure/transfer. You will be charged for any facility property not returned.

Upon admissions any unauthorized property or property exceeding $100 in value will not be kept on person. Property that is not allowed will be stored in the property room until date of release, mailed out or you are transferred. You will have the option to mail property out at your own expense or have family member pick up the property or send in a money order to Cibola County Detention Center for postage of your personal property and will be mailed out. Any unclaimed property will be destroyed after thirty days.

Any USMS going to court or transferred out USMS policy allows the following;

- Legal papers or materials relevant to the current judicial proceedings;
- One religious medal that poses no threat as a potential weapon or escape device;
- Eyeglasses or contact lenses, with case;
- Prescribed medicine and health devices;
- One plain wedding band (rings with stones are no authorized)
- One set of court clothing (belts and shoelaces are not authorized)

NO STREET SHOES ARE ALLOWED ON ANY COURT TRANSPORTS

All other personal property will be mailed out on your own expense. (i.e. radios, books, cellphones hobby craft, pictures, clothing and shoes) No exceptions! Release of funds will be filled out to mail out any personal property. Property Officers will be notified a week in advance. Once the request and release of funds is received the Property officer's will assist you on mailing your personal property out.

If you are transferred out, or released on a short notice while on a court hearing please contact us at the facility (505) 285-4989. Property Officers will hold your personal property for 30 days. You or your family member can pick it up or you can pay the shipping for your property to be sent to you or your family. If you have family that live out of town and wants to pay for shipping please contact Property at (505) 285-4989 or (505) 285-4989 we will give you the postage amount and you or family can send in a money order to Cibola County Detention Center with the amount and your property will be sent out.

Any property that has been abandoned or any package returned by sender will be kept for 30 days after that it will be disposed of.

| | |
|---|---|
| Address: | Rape Crisis Center of Central New Mexico |
| | 9741 Candelaria NE |
| | Albuquerque, New Mexico 87112 |

### TIPS FOR AVOIDING SEXUAL ABUSE

- Pay attention to your surroundings.
- Carry yourself in a confident manner at all times.
- Do not accept gifts or favors from others. They usually come with "strings attached"
- Do not accept an offer from another resident to be your protector or "friend."
- Find a staff member with whom you feel comfortable discussing your fears and concerns. Confide in him/her if you feel threatened.
- Be alert! Do not use contraband such as drugs or alcohol, as they will weaken your ability to be alert and make good choices.
- Be direct and firm when others ask you to do things that you do not want to do.
- Do not give mixed messages to others regarding your wishes for sexual activity.
- Choose your acquaintances wisely.

## Mail

As long as you bear the mailing cost, there is no limit on the volume of correspondence that you can send/receive or on the length, language, content, or source of correspondence or publications except when it is a clear violation of policy 16-01 Correspondence Procedures. A copy of this policy is available in the library.

### MAILING ADDRESS

At a minimum, the following information must be included on any outgoing correspondence:

John Doe #000000000
Cibola County Correctional Center
P.O. Box 3540
Milan, NM 87021

Mr./Mrs. John Doe
1234 Main St.
Milan, NM 87021

At a minimum, the following information should be included on any incoming correspondence:

```
┌─────────────────────────────────────────────────────────────┐
│ Senders Name                                    ┌─────────┐   │
│ And Address                                     │ Place   │   │
│                                                 │ Stamp   │   │
│                                                 │ Here    │   │
│                                                 └─────────┘   │
│              John Doe #000000000                              │
│              Cibola County Correctional Center               │
│              P.O Box 3540                                     │
│              Milan, NM  87021                                 │
│                                                               │
│                                                               │
└─────────────────────────────────────────────────────────────┘
```

Each inmate will sign an Acknowledgment of Mail Regulations while in Receiving and Discharge.

A. INCOMING MAIL/GENERAL
1. All incoming general correspondence is subject to being read, in part or in full, and searched for contraband before it is delivered to the inmate/resident.
2. Mail will be processed and delivered within twenty-four (24) hours excluding weekends and holidays.
3. Newspapers and publications will be inspected in the Mailroom prior to distribution.
4. Contraband that is found will cause the entire package/letter to be returned to the sender with appropriate documentation.
5. If the contraband is a violation of the law it will be referred for investigation.
6. Correspondence containing information about escape plots, threats, and plans to commit illegal activities will be reviewed by the internal controls officer.
7. Hard cover books are not authorized at this facility.
8. Number of single faced photos allowed is limited to 10 photos no larger than 5" x 7".
9. Identity documents, such as passports, birth certificates, etc., in an inmate's possession are contraband and may be used by the DHO as evidence against the inmate or for other purposes authorized by law.
10. Authorized incoming regular mail will be photo-copied. This will include the envelope and all contents within the envelope including any photographs. All originals will be held for 14-days prior to disposition.

B. OUTGOING MAIL/GENERAL
1. All outgoing mail will not be sealed.
2. A mail box will be located in the corridor of your housing unit.
3. All outgoing mail must be addressed with a recipient name and address, to include city and zip code.
4. To send mail when stamps are not readily available, you will need to submit a Release of Funds form which will authorize removal of funds from your account to pay for the postage. At a minimum, the Release of Funds Form must include your name, number, housing unit and signature.

C. SPECIAL CORRESPONDENTS MAIL
"Special Correspondents Mail" means correspondence directed to or received from any of the following persons:
- State and Federal elected officials,
- State and Federal Officials appointed by the President of the United States,
- State and Federal judges and courts,
- Attorneys who can be verified as licensed to practice law in any state, Secretaries

18

PHOTOS
Photo tickets ($2.00 each) are purchased through commissary; upon receiving commissary receipt notify Recreation Coordinator or Recreation Officers of your purchase. Clothing to be worn will be in accordance with Cibola County Correctional Center (Full Uniform) dress code.
- No group photos
- No altered clothing
- No shirtless photos
- No hand gestures of any kind

BOARD GAMES AND MOVIES
Board games will be checked out from the unit control with prisoner identification card; multiple games will not be checkout with one ID-Card. The ratio will be 1 for 1, meaning one game for one ID-Card.

Movies will be shown on channel 3; NO Rate-R, Non-Rated or Foreign movies are played. Movies are selected and played in accordance with Swank Motion Pictures.

TELEVISIONS
Television programming is the responsibility of the Unit Manager. To ensure fairness to all prisoners, the Unit Manager will post sports viewing and special programming schedules on a regular basis. Special viewing of sporting events may also be allowed, upon submission of a written request. No deviations will be permitted.

Televisions will be turned off during formal facility count, cleaning and sanitation of housing areas, at lockdown and when it will interfere with other facility operations.

## Inmate / Resident Employment

Every effort will be made to provide you an opportunity to participate in the voluntary work program. Ordinarily you will not be permitted to work in excess of eight (8) hours daily, or 40 hours weekly unless a request is made to and approved by the Assistant Warden. In addition, you shall be required to sign a voluntary work program statement and receive necessary training.

Should you decide to participate in the volunteer work program, you will be required to work according to an assigned work schedule. Unexcused absences from work or unsatisfactory work performance could result in your removal from the voluntary work program.

## Personal Property

FACILITY ISSUE PROPERTY :

Your initial issue of clothing shall be limited to:
Shirts: 3          Socks (pair): 7
Pants: 3           Underwear: 7
T-shirts: 3        Bras: 3 for females
Shower shoes: 1    Laundry bag: 1
Shoes (pair): 1   Note: Kitchen workers allowed to have work boots in addition to.

27

---

## Recreation

Prisoners at this facility have opportunities to participate in leisure time and/or physical activities outside their respective cell/unit on a daily basis. These opportunities will grant prisoners access to outdoor or indoor activities for at-least one hour. Prisoners who choose not to take part of these opportunities will remain secured in their housing unit during their designated recreation time.

The recreation schedule will be posted in the housing units.

### OUTDOOR RECREATION
Facility and weather permitting; scheduled outdoor recreation will be provided on Sundays, Tuesdays, Thursdays and Saturdays.

### INDOOR RECREATION
Indoor recreation will be provided on Mondays, Wednesday and Fridays; Barber Shop services will be available during indoor recreation.

### RECREATION ATTIRE
- Sweatpants-Gray
- Sweatshirt-Gray
- Authorized religious items (i.e. rosary, wedding band, etc.)
- Facility issued jacket
- Facility issued uniform

The following are non-allowable items during recreation times:
- Food
- Cups, dishes or utensils
- Books, paper or writing instruments

### OUTDOOR/INDOOR RECREATION GUIDELINES:
- Prisoners are to clear metal detector(s) going into and out of recreation.
- Prisoners are not allowed to enter or exit recreation once movement is secured.
- Random pat searches will be conducted when entering and exiting of recreation.
- Checkout of equipment is permitted with prisoner identification card.
- Check-in of equipment is necessary for the return of prisoner identification card.
- Report any injuries you may have received while at recreation immediately.
- Theft/destruction/altercation of any recreation equipment will result disciplinary actions.
- MISCONDUCT WILL NOT BE TOLERATED.

### BARBER SHOP
Free barbering services will be provided for prisoners during indoor recreation. See posted Monthly Recreation Schedule for time of recreation. Haircuts shall not be permitted for prisoners with inflammation of the face, neck or scalp or if there is scaling, pus or other skin eruptions. Barber Shop rules and procedures are posted and shall be followed.

---

of the Army, Navy, or Air Force,
- City, county, state and federal officials have responsibility for your present, prior or anticipated custody, parole or probation supervision.
- Confining authority,
- Officials of a foreign Consulates,
- Administrators of grievance systems,
- Members of the paroling authority,
- County agencies regarding child custody proceedings,
- Verified legal service providers/organization (e.g. American Civil Liberties Union, Prison Law Office, National Association of Criminal Defense Lawyers)

Properly identified **"Special Correspondence Mail"** will only be opened in the presence of inmates, and may be inspected for contraband but not read. Outgoing special correspondence or legal mail shall not be opened, inspected or read.

1. The sender must be adequately identified and the envelope marked confidential to **ensure that it is treated as special correspondence mail. It is the inmate's responsibility to inform senders of the labeling requirement.**
    2. Mail from the chambers of the judge and from members of the U.S. congress which is clearly identified will not require special mail marking.
    3. It is the inmate's responsibility to advise his attorney of the procedure for identifying attorney-client correspondence.
    4. The Mailroom Staff and Unit Staff are responsible for pickup and delivery of legal/special mail.
    5. Items received in an envelope marked confidential but containing items that are clearly not legal mail will possibly be confiscated and/or returned to sender.

**D. RESTRICTED MAIL**
   1. Inmates may be placed on restricted correspondence.
   2. The recommendation will be made by the Chief of Security and a determination will be made by the Warden.

**E. MAILING SUPPLIES**
   1. Stamps, envelopes, and paper are available for purchase through the facility Commissary. See the "Commissary" section for further ordering information.
   2. If you are indigent, the facility (housing unit staff) will provide writing paper, writing implements and envelopes at no cost.

**F. STAMPS/INDIGENT SUPPLIES**
   1. In order to quality for indigent supplies, you must have $3.00 or less in your account for a minimum of 30 days or longer. You must submit a request for indigent supplies to unit staff, who will verify your indigent status.

**G. RETURNED MAIL**
   1. All returned mail and packages will be opened and **INSPECTED** to prevent the introduction of contraband.

**H. PACKAGES**
   1. The following packaged items are approved to be received;
      - Five (5) books and magazines may be received. Any excess is returned or placed in the detainees property. (BOOKS AND MAGAZINES WILL ONLY BE RECEIVED FROM THE PUBLISHER)
      - Warranted products may be received form manufacturer or distributors.

2. Packages will be checked to ensure that they contain only the items authorized by the Warden.
3. Packages that contain unauthorized materials shall be mailed back to the sender at the inmate's expense.
4. Out going packages will be inspected for contraband. Mailing packages out of the facility may occur as follows:
   a. Personal items will be mailed at the inmate's expense and approved by the Unit Manager.

I. CERTIFIED MAIL
1. Inmates are authorized to certify their mail. If you wish to send Certified Mail, you can request a certified label from your assigned Case Manager, Counselor or the Mailroom Staff. Please be advised that there will be an additional charge to send Certified Mail.

J. INMATE CORRESPONDENTS
Inmates may correspond with inmates incarcerated in other correctional facilities as outlined below.
   a. Prior written approval of the Warden/Administrator or designee must be obtained from each facility. Copies of the approvals will be provided to both inmates.
      i. Written approvals will remain in effect even though one (1) or both of the inmates are transferred to another facility.
   b. Correspondence privileges will be limited to:
      i. Immediate family members (spouse, parents, siblings, children, and grandchildren); and
      ii. Co-defendants in active cases, unless Co-Defendants are ordered by a judge to have no contact with each other.
   c. Correspondence will not be deemed to be special in any manner.
   d. All outgoing correspondence must remain unsealed until reviewed by designated facility employees.
   e. Photographs of incarcerated inmates must not be included in any correspondence.
   f. Inmates/residents may not receive nor send correspondence to multiple inmates inside the same envelope.

## Telephone Use

The dormitories have been equipped with telephones. These telephones have been provided so you can communicate with friends and/or relatives. Upon your arrival, the Processing Officer will issue you a PIN number. This pin number will be active throughout your stay at the facility. To activate your pin, you need to have access to the inmate telephone system, either in the Intake Hold Room or in your assigned housing unit. All inmates are required to set up a voice password prior to completing their first phone call. This system is designed to make sure that no other inmate can access your pre-paid account. Pre-paid accounts are your responsibility; you must protect your Voice Biometrics in order to receive your funds.

Voice Biometric Set-up:
- Enter (1) for English or (2) for Spanish. Enter your PIN. The system will prompt you to enroll your voice password.
- State your full name and the facility name (Cibola County) slowly and clearly, each time the system asks, until it states the enrollment is completed. This could take up to ten (10) times.

## Religious Services

Cibola County Correctional Center employs a full-time Chaplain who ensures that you are permitted to pursue legitimate religious practices accomplished within the boundaries of security, safety and orderly operations of the institution. Religious services include weekly services, pastoral counseling, religious study, religious diets and spiritual leadership. Religious programs are voluntary and open to all inmates.

You may approach the Chaplain for counseling or you may submit an Inmate Request Form to set up an appointment to address religious concerns. Requests for religious materials must be made in writing. Communication between you and the Chaplain is confidential, except for statement(s) that you plan to harm yourself or others or actions that may be taken to jeopardize the security of the facility.

You may request religious publications. The Chaplain, in consultation with the Warden/Facility Administrator or designee, shall review and approve religious publications, books, magazines, tracts, brochures, posters, etc. delivered to the facility at-large (i.e. not addressed to a specific inmate/detainee) prior to these documents being circulated within the facility. Restrictions on such correspondence shall be in accordance Facility and Contracting Agency Policy requirements. The Chaplain may have copies of Bibles, service books and prayer books available by written request.

The facility will permit and facilitate the observance of special religious holidays consistent with security requirements. You may submit requests for special religious observances to the Chaplain 60 days prior to the occurrence. Upon verification that the request is consistent with the usual practice of a particular religion, the Chaplain will submit a recommendation, through the Chief of Unit Management, Chief of Security, the Assistant Warden, and to the Warden for final approval. You must comply with all rules and regulations of this facility while participating in religious services. You will be removed from the service, if found in violation, and disciplinary action may be taken.

## Library Services

The library at this facility contains standard library materials found in a school or community library. The needs, interests and abilities of the majority of inmates are carefully considered and the library collection developed accordingly. You are permitted to check out books during library hours. The Librarian/designee or inmate librarian can assist you. It is important that you take care of the books and return them timely so other inmates have the opportunity to read and enjoy them.

Hours of operation are posted in the housing units.

### LAW LIBRARY

Cibola County Correctional Center provides a law library for inmate use. The law library provides legal materials using the Lexis/Nexis publications on CD ROM, and instructions for use of the Lexis/Nexis computer system are available in the library. Cibola County Correctional Center provides access to computers, printers, and other supplies for use in the law library.

The schedule for use is posted in all housing units.

Pay to:               Corrections Corporation of America
Code city:            Trustcca
State:                TN
Sender's account #:   COMMISSARY# and Inmate's last name (as it appears on your
                      ID card).
                      Example: 123456SMITH
                      Important: No spaces, no first names.

In addition, money orders and cashier's checks for deposits may be mailed to the following address:

CoreCivic Inmate Trust
*Inmate Last Name, First Name Commissary Number*
Facility: Cibola
P.O. Box 16545
Atlanta, GA, 30321-0545

Foreign currency will be placed in your property. There is no limit to the amount of funds you may have in your account. All inmates are strongly advised to inform persons sending money to them to keep a copy of the envelope in which the money has been sent and a copy of the cashier's check/money order for their personal records.

You are only authorized to receive money from people who are on your approved Inmate Visitation List. Money sent from people who are not on your approved Inmate Visitation List will be returned to the sender. See your Unit Staff if you have any questions.

Additional information is located in the housing units.

## Commissary

Your commissary will be delivered to you in your housing unit.
You can purchase commissary one time per week, this includes phone time. The spending limit is **$40.00** per week. Photos
You MUST have the money available in your account at 6:00 a.m. Monday morning, or you will wait until the following week for commissary. Commissary staff will not pick and choose what an inmate can afford. The order will be processed until the money runs out or you reach your spending limit. There will be no refunds for wrong items purchased. It is your responsibility to properly fill out the order form. Prior to opening your commissary bag, you must verify all items. If you feel there is a problem with the order one of the commissary staff will verify the items in the bag with you prior to it being opened. Once you have opened the bag, the order is complete. There will not be any exchanges, refunds or replacement of missing items. Commissary will provide a time for inmates at court, work, or medical to receive their commissary even if it is not at the specified time for their housing unit. Commissary is open from 8:00 a.m. to 4:00 p.m. Monday through Friday, with the exception of Holidays; the schedule is posted in the units and is subject to change without notice.

Commissary is purchased at your own risk. If you are released, refunds will not be granted for items that have been purchased.

If you are released from the facility with money on your telephone account, and wish to receive a calling card for unused minutes, call the following number: 866-348-6231.

24

- Repeat your name and facility (Cibola County) the same each time you make a call. (You must say this exactly the same each time).
- If you believe your recording is not matching, you can request a reset.
- A reset will be done within 2 hours, as long as:
  - ➢ You have not completed a call using general funds in the last 72 hours.
  - ➢ The name, facility and voice match the original recording.

Once activated, you are entitled to an initial five (5) minute free call <u>within</u> twenty-four hours of arrival at the facility.

### THREE (3) WAY CALLS ARE NOT PERMITTED AND WILL BE BLOCKED
(Blocked numbers can be "unblocked" once family/friends pay a $25 fee plus adding $25 in Pre-Paid credit.
#### Call Acceptance Prompts
#### (This is what your receiving party hears)

PREPAID, FREE, COLLECT
This is an Intelmate automated operator with a (PREPAID, FREE, COLLECT) from (INMATE'S NAME) AT (FACILITY NAME). This call is subject to recording and monitoring except for privileged communications between an attorney and client. Press one or star to accept this call. To deny this call press (2), or (3) to block all future calls from this inmate. Thank you for using Talton Communications.

ADVANCE PREPAY
This is a free one minute call from (INMATE'S NAME) at (FACILITY NAME). Your phone does not accept collect calls. Talton as a courtesy has provided this call for friends and family. You cannot receive additional calls from this inmate until you set up a prepaid account. We can take your credit or debit card information over the phone and connect you immediately back to your call. This call is subject to recording and monitoring except for privileged communications between an attorney and client. Press (1) or * to accept this call. To deny this call, press (2), or (3) to block all future calls from this inmate. Thank you for using Talton Communications.

**See your Unit Team for information regarding Customer Service for Phone Issues.**

VOICE MAIL
Each inmate has a personal voice message mailbox accessible by entering the PIN number.
- Inmates receive automated voice mail message when a person purchases prepaid phone time on their behalf.
- Customer service sends pre-recorded messages to inmates in response to an issue via 211#.
- Friends and family can also leave inmates a 3-minute voice mail message for a small fee paid by family.

PREPAID CALLING FOR FRIENDS AND FAMILY
Friends & family can set up a prepaid account for you.
- Talton Customer Service at 1-866-348-6231
- www.talton.com website

See your unit bulletin board for current calling rates.

UNMONITORED LEGAL CALLS
If you wish to make an unmonitored legal call from your pod, please see a member of your unit team. They will assist you in the process of having the number marked "UNMONITORED" in the

21

Talton Phone System. This process includes verification that the number is for an attorney.

TELEPHONE ACCESS FOR INMATES WITH DISABILITIES

Disabled inmates are granted the same access to telephone privileges as other inmates. When needed, the facility can provide a Telecommunications Device for Deaf Persons (TTY) or Accessible Telephone (telephones equipped with volume control and telephones that are hearing-aid compatible) for inmates who are deaf or hard of hearing. Accommodations can also be made for inmates with speech disabilities. If needed, the facility will engage in an interactive and individualized process that considers whether an inmate with a disability needs any additional accommodation to access telephones.

See your Unit Team if you have further questions regarding disability accommodations.

DISABLING OF TELEPHONES

Telephones will be shut off during facility counts and at 10:00pm each night. There may also be times when security needs of the facility require that the phones be temporarily shut off. If you have any questions, please contact your Unit Staff.

TALTON TABLET INSTRUCTIONS:

- Leave tablets on charging station when not in use.
- Use the top right button on the side of the case to turn on tablet.
- Select English, Spanish or French from the dropdown box on the top right of the screen.
- Use your Telephone PIN and put your face in the box on the screen to log in.
- You will be asked to set up a 2nd PIN, please choose a number different from your phone PIN.
- The Tablet will log you out after 5 minutes of inactivity. You will continue being charged as long as you are logged into the Tablet.

**Tablets are a PRIVILEGE not a RIGHT**
**They can and will be restricted if misused or broken**

**ALL CALLS ARE SUBJECT TO RECORDING AND MONITORING**

## Visitation

At CCCC, all of your visits are non-contact. The number of visitors you may receive and length of visits are determined by policy and procedures, security requirements, the facility schedule, space, personnel constraints, and/or contract requirements. If you have visitors who travel from out of state, exceptions to the length and number of visits you receive must be pre-approved and scheduled in advance. See your Unit Staff if you have questions.

Prior to receiving visits at this facility, you must complete an Inmate Visiting List. Required information for each visitor includes their name, relationship (to you), address, birthdate and telephone number. Information noted will be verified by Unit Staff prior to approval or denial. Only six (6) visitors will be allowed on your approved list. You cannot revise your approved visiting list for six months. See your Unit Staff if you have any questions.

VISITING SCHEDULE:

A current visitation schedule is posted in your housing unit.

To schedule a visit, your visitor must call the following number: 1-505-285-4900. Visits must be scheduled Monday through Friday for the following week's session. If you have any questions, contact Unit Staff.

You will only be allowed one (1) hourly session per week, unless pre-approved. Visitation schedules are posted in your housing unit. Review the schedule often. It is subject to change.

The Warden or designee can limit or restrict any visitor from entering the facility when reasonable suspicion exists that such visits jeopardize the security of the facility, your safety, or visitors' safety. Refer to the visiting schedule posted in your housing unit for specific visitation dates and times that apply to you.

No more than three (3) visitors will be allowed to visit you at any one time. Visitors will not be allowed to bring or pass you any items or gifts.

Visitation rules are located in your housing unit, the visitation area and front lobby. Violation of visitation rules may result in the termination of your visit and suspension of the visitors' future visitation privileges. This is in addition to any disciplinary sanctions that you may receive.

You may wear your wedding band to your visit. No other jewelry (rings, watches, necklaces, etc.) will be allowed. You must wear your ID band and regular issued uniform in order to be permitted into the visitation area.

The Warden or Designee must approve Clergy visits, in cooperation with the Chaplain, in advance. Any clergy member, who wishes to visit you as a friend, must complete a visiting application and must be on your visitation list. During normal hours, attorneys and their representatives; i.e. investigators, paralegals, and law students, are permitted to visit you in reasonable numbers for business purposes. Attorneys must call the facility to schedule a visit.

SPECIAL VISITS

Cibola County Correctional Center shall accommodate the scheduling needs of visitors for whom scheduled visiting hours pose a hardship, for example, authorizing special visits for your family visitors. Your Unit Manager will be the point of contact for such special visit requests.

## Inmate/Resident Accounts

To send money, contact unit management staff to make arrangements to prepare a release of funds.

DEPOSITS TO ACCOUNTS FOR NEW ARRIVALS

US Postal money orders, US treasury checks, and US International Postal money orders will be credited to your account in two working days.

GENERAL DEPOSITS TO INMATE ACCOUNTS

Cash, personal and business checks will not be accepted at the facility or through inmate mail. Deposits can be processed through Western Union (Blue Quick Collect Form ONLY) with the following information:

Siraj Wahhaj
federal detainee NO. 00414151
P.O. Box 3540
Milan, New Mexico 87021



Legal
mail

Legal
mail

**RECEIVED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 1 2023

**MITCHELL R. ELFERS**
**CLERK**

United States District Court
District of New Mexico
Office of the Clerk
Suite 270
333 Lomas BLVD. N.W.
Albuquerque, New Mexico 87102