IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SIRAJ WAHHAJ,

      Plaintiff,

v.                                                                                    No. 23-cv-0680-KWR-LF

CIBOLA COUNTY
CORRECTIONAL CENTER, *et al*,

      Defendants.

## ORDER TO CURE DEFICIENCIES

This matter is before the Court on Plaintiff's *pro se* Letter Regarding Constitutional Violations (Doc. 1) (Letter).   The Letter alleges Plaintiff's conditions of confinement violate, inter alia, the Due Process Clause.   On August 16, 2023, the Clerk's Office sent Plaintiff a blank 42 U.S.C. § 1983 complaint and motion to proceed *in forma pauperis*.   He has not returned the forms. If Plaintiff wishes to pursue civil rights claims, he must return a completed complaint within thirty (30) days of entry of this Order.   By the same deadline, Plaintiff must also prepay the $402 filing fee or, alternatively, file an *in forma pauperis* motion along with an account statement reflecting transactions for a six-month period.   *See* 28 U.S.C. § 1915(a)(2).   All civil filings should include the case number (23-cv-0680-KWR-LF).   The failure to timely comply with both directives may result in dismissal of the Letter without further notice.

**IT IS ORDERED** that within thirty (30) days, Plaintiff must: (1) file a complaint on the § 1983 form; and (2) prepay the $402 filing fee or submit an *in forma pauperis* motion that attaches a six-month account statement.

_____
Laura Fashing
United States Magistrate Judge