**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FEB 1 2 2024

MITCHELL R. ELFERS
CLERK

**UNITED STATES DISTRICT
FOR THE
DISTRICT OF NEW MEXICO
CIV DIVISION**

| | |
|---|---|
| SIRAJ WAHHAJ ) | |
| ) | |
| Plaintiff, ) | No.23-cv-0680-KWR-LF |
| ) | |
| ) | |
| vs. ) | |
| ) | |
| CIBOLA COUNTY, ) | |
| CORRECTIONAL CENTER, et al, ) | |
| ) | |
| Defendants | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
CIV DIVISION**

| | |
|---|---|
| SIRAJ WAHHAJ ) | |
| ) | |
| Plaintiff/ Petitioner, ) | No.23-cv-0680-KWR-LF |
| ) | |

vs.                                    )
                                       )
                                       )
CIBOLA COUNTY,                         )
CORRECTIONAL CENTER, et al,            )
                                       )
                                       )
Defendants/Respondents.

_____

## PRISONER'S MOTION AND AFFIDAVIT
## FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. 1915

_____

I request leave to commence this civil action without prepayment of fees or security therefor pursuant to 28 U.S.C. 1915. In support of my request, I declare that:

(1) I am unable to pay such fees or give security therefore.

(2) The nature of this action is:

Is a Civil action.

(3) I am entitled to redress.

(4) I authorize the institution in which I am or have been incarcerated, to release any information concerning my inmate account(s) or other information concerning my financial affairs. I further authorize the agency having custody of me to collect from my trust account and forward to the Clerk of this Court payments in accordance with 28 U.S.C. 1915(b)(2).

(5) I acknowledge and consent that a portion of any recovery, as directed by the Court, shall be paid to the Clerk for reimbursement of all fees and costs incurred by me as a result of being granted leave to proceed in forma pauperis.

(6) My assets and their value are listed below:

(Assets my include income from employment, rent payments, interest or dividends, pension, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Workers Compensation, unemployment benefits, gifts or inheritance, cash, funds in bank account, funds in prison accounts, real estate, stocks, bonds, notes, automobiles or other valuable property ( excluding ordinary household furnishings and clothing), or any other source of income.)

You may attach an additional page, if necessary.

_____

_____

REQUIRED CERTIFICATION: you must attach to this motion and affidavit a certified copy of your trust fund account statement (or institutional equivalent) for the six- month period immediately preceding the filing of this action. You must obtain the certified copy of your trust fund account statement (or institutional equivalent) from the appropriate official or each penal institution at which you are or were confined during the six- month period."

I declare under penalty of perjury that the foregoing is true and correct.

Executed at <u>Cibola County Correctional Center on</u>  <u>February 8, 2024</u>
                      (location)                          (date)

_____
Prisoner's Original Signature

## CIBOLA COUNTY CORRECTIONAL CENTER
### INMATE ACCOUNT SUMMARY 12/10/2018 to 12/10/2023

Print Date: 12/13/2023 11:19:37AM

**INMATE** WAHHAJ, SIRAJ IBN
**AGENCY #:** 00414151
**PERM #:** 5503713
**HOUSING:** 700/C/105/U

| Transaction Date/Time | Transaction Amount | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|
| **INMATE FUND** | | | | | | | | |
| 12/10/18 18:59 RESTORE FROM HISTORY | $13.31 | $13.31 | | | | $13.31 | 11682450 | |
| 12/13/18 06:54 WESTERN UNION INTERFACE - AUTO ENTE | $100.00 | $100.00 | | | 94764257421 JAMELLA JIHAD | $113.31 | 11711248 | |
| 12/17/18 08:28 REGULAR COMMISSARY PURCHASE | -$38.51 | -$38.51 | | | | $74.80 | 11750355 | |
| 01/09/19 15:34 REGULAR COMMISSARY PURCHASE | -$12.15 | -$12.15 | | | | $62.65 | 11987023 | |
| 01/11/19 15:36 REGULAR COMMISSARY PURCHASE | -$5.95 | -$5.95 | | | | $56.70 | 12011777 | |
| 01/15/19 14:43 REGULAR COMMISSARY PURCHASE | -$45.67 | -$45.67 | | | | $11.03 | 12046206 | |
| 01/24/19 15:27 REGULAR COMMISSARY PURCHASE | -$10.80 | -$10.80 | | | | $0.23 | 12137338 | |
| 01/28/19 06:41 WESTERN UNION INTERFACE - AUTO ENTE | $100.00 | $100.00 | | | 56921640591 JAMELLA JIHAD | $100.23 | 12158722 | |
| 01/28/19 11:12 REGULAR COMMISSARY PURCHASE | -$39.12 | -$39.12 | | | | $61.11 | 12167947 | |
| 01/30/19 12:23 REGULAR COMMISSARY PURCHASE | -$2.73 | -$2.73 | | | | $58.38 | 12195281 | |
| 02/07/19 08:21 REGULAR COMMISSARY PURCHASE | -$24.15 | -$24.15 | | | | $34.23 | 12278444 | |
| 02/07/19 11:30 REGULAR COMMISSARY PURCHASE | -$1.68 | -$1.68 | | | | $32.55 | 12281848 | |
| 02/12/19 06:42 WESTERN UNION INTERFACE - AUTO ENTE | $200.00 | $200.00 | | | 81664222311 JAMELLA JIHAD | $232.55 | 12325546 | |
| 02/13/19 09:20 REGULAR COMMISSARY PURCHASE | -$27.31 | -$27.31 | | | | $205.24 | 12344100 | |
| 02/14/19 11:41 REGULAR COMMISSARY PURCHASE | -$1.68 | -$1.68 | | | | $203.56 | 12359161 | |

| INMATE NAME: | WAHHAJ, SIRAJ IBN |
|---|---|
| AGENCY #: | 00414151 |
| PERM: | 5503713 |

## CIBOLA COUNTY CORRECTIONAL CENTER
### INMATE ACCOUNT SUMMARY 12/10/2018 to 12/10/2023

Print Date: 12/13/2023 11:19:37AM

| INMATE | WAHHAJ, SIRAJ IBN |
|---|---|
| AGENCY #: | 00414151 |
| PERM #: | 5503713 |
| HOUSING: | 700/C/105/U |

| Transaction Date/Time | Transaction Amount | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|
| 02/20/19 08:33 REGULAR COMMISSARY PURCHASE | -$33.21 | -$33.21 | | | | $170.35 | 12410288 | |
| 02/20/19 13:47 REGULAR COMMISSARY PURCHASE | -$5.91 | -$5.91 | | | | $164.44 | 12415276 | |
| 02/20/19 13:48 VOIDED REGULAR PURCHASE | $3.02 | $3.02 | | | | $167.46 | 12415278 | |
| 02/20/19 13:48 VOIDED REGULAR PURCHASE | $2.60 | $2.60 | | | | $170.06 | 12415282 | |
| 02/22/19 09:53 REGULAR COMMISSARY PURCHASE | -$40.00 | -$40.00 | | | | $130.06 | 12435442 | |
| 02/25/19 10:46 REGULAR COMMISSARY PURCHASE | -$40.94 | -$40.94 | | | | $89.12 | 12458418 | |
| 03/01/19 08:12 JOB PAY - NONREMIBURSABLE | $15.00 | $15.00 | | | | $104.12 | 12503823 | |
| 03/07/19 07:05 REGULAR COMMISSARY PURCHASE | -$26.79 | -$26.79 | | | | $77.33 | 12568741 | |
| 03/08/19 07:47 VOIDED REGULAR PURCHASE | $2.60 | $2.60 | | | | $79.93 | 12585968 | |
| 03/08/19 11:29 REGULAR COMMISSARY PURCHASE | -$2.73 | -$2.73 | | | | $77.20 | 12592778 | |
| 03/12/19 08:28 REGULAR COMMISSARY PURCHASE | -$20.00 | -$20.00 | | | | $57.20 | 12622100 | |
| 03/13/19 09:02 REGULAR COMMISSARY PURCHASE | -$48.42 | -$48.42 | | | | $8.78 | 12638642 | |
| 03/14/19 10:05 VOIDED REGULAR PURCHASE | $1.20 | $1.20 | | | | $9.98 | 12654229 | |
| 03/18/19 07:21 WESTERN UNION INTERFACE - AUTO ENTE | $200.00 | $200.00 | | | 23386256791 JAMELLA JIHAD | $209.98 | 12678205 | |
| 03/19/19 07:30 JOB PAY - NONREMIBURSABLE | $14.00 | $14.00 | | | | $223.98 | 12698156 | |
| 03/19/19 07:57 REGULAR COMMISSARY PURCHASE | -$9.23 | -$9.23 | | | | $214.75 | 12699214 | |

| INMATE NAME: | WAHHAJ, SIRAJ IBN |
|---|---|
| AGENCY #: | 00414151 |
| PERM: | 5503713 |

**CIBOLA COUNTY CORRECTIONAL CENTER**
**INMATE ACCOUNT SUMMARY 12/10/2018 to 12/10/2023**

Print Date: 12/13/2023  11:19:37AM

| INMATE | WAHHAJ, SIRAJ IBN |
|---|---|
| AGENCY #: | 00414151 |
| PERM #: | 5503713 |
| HOUSING: | 700/C/105/U |

| Transaction Date/Time | Transaction Amount | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|
| 03/25/19 08:38<br>REGULAR COMMISSARY PURCHASE | -$51.31 | -$51.31 | | | | $163.44 | 12755699 | |
| 03/25/19 14:13<br>VOIDED REGULAR PURCHASE | $1.20 | $1.20 | | | | $164.64 | 12763653 | |
| 04/04/19 08:30<br>REGULAR COMMISSARY PURCHASE | -$50.22 | -$50.22 | | | | $114.42 | 12867016 | |
| 04/05/19 15:34<br>REGULAR COMMISSARY PURCHASE | -$2.73 | -$2.73 | | | | $111.69 | 12892617 | |
| 04/08/19 16:03<br>REGULAR COMMISSARY PURCHASE | -$20.00 | -$20.00 | | | | $91.69 | 12916024 | |
| 04/10/19 15:38<br>REGULAR COMMISSARY PURCHASE | -$47.92 | -$47.92 | | | | $43.77 | 12946092 | |
| 04/15/19 07:21<br>JOB PAY - NONREMIBURSABLE | $5.00 | $5.00 | | | | $48.77 | 12982020 | |
| 04/15/19 07:23<br>REVERSED TRANSACTION FROM 04/15/2019 07:21 | -$5.00 | -$5.00 | | | | $43.77 | 12982217 | |
| 04/15/19 11:08<br>JOB PAY - NONREMIBURSABLE | $5.00 | $5.00 | | | | $48.77 | 12989993 | |
| 04/15/19 11:09<br>JOB PAY - NONREMIBURSABLE | $5.00 | $5.00 | | | | $53.77 | 12990014 | |
| 04/15/19 11:10<br>JOB PAY - NONREMIBURSABLE | $5.00 | $5.00 | | | | $58.77 | 12990050 | |
| 04/16/19 15:14<br>REGULAR COMMISSARY PURCHASE | -$40.91 | -$40.91 | | | | $17.86 | 13010495 | |
| 04/17/19 07:23<br>JOB PAY - NONREMIBURSABLE | $5.00 | $5.00 | | | | $22.86 | 13014167 | |
| 04/17/19 09:48<br>REGULAR COMMISSARY PURCHASE | -$10.00 | -$10.00 | | | | $12.86 | 13017294 | |
| 04/17/19 11:00<br>REGULAR COMMISSARY PURCHASE | -$10.00 | -$10.00 | | | | $2.86 | 13018506 | |
| 04/17/19 11:50<br>VOIDED REGULAR PURCHASE | $10.00 | $10.00 | | | | $12.86 | 13019504 | |

| INMATE NAME: | WAHHAJ, SIRAJ IBN |
|---|---|
| AGENCY #: | 00414151 |
| PERM: | 5503713 |

## CIBOLA COUNTY CORRECTIONAL CENTER
## INMATE ACCOUNT SUMMARY 12/10/2018 to 12/10/2023

Print Date: 12/13/2023 11:19:37AM

| INMATE | WAHHAJ, SIRAJ IBN |
|---|---|
| AGENCY #: | 00414151 |
| PERM #: | 5503713 |
| HOUSING: | 700/C/105/U |

| Transaction Date/Time | Transaction Amount | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|---|
| 04/18/19 07:00 WESTERN UNION INTERFACE - AUTO ENTE | $200.00 | $200.00 | | | 44556973961 | JAMELLA JIHAD | $212.86 | 13024242 | |
| 04/22/19 15:20 REGULAR COMMISSARY PURCHASE | -$51.33 | -$51.33 | | | | | $161.53 | 13067707 | |
| 04/25/19 14:34 CR - POSTAGE | -$3.20 | -$3.20 | | | | | $158.33 | 13103739 | |
| 04/26/19 15:18 VOIDED REGULAR PURCHASE | $2.80 | $2.80 | | | | | $161.13 | 13115605 | |
| 04/29/19 08:36 REGULAR COMMISSARY PURCHASE | -$12.12 | -$12.12 | | | | | $149.01 | 13126042 | |
| 05/08/19 10:49 REGULAR COMMISSARY PURCHASE | -$47.33 | -$47.33 | | | | | $101.68 | 13235186 | |
| 05/10/19 11:55 REGULAR COMMISSARY PURCHASE | -$2.73 | -$2.73 | | | | | $98.95 | 13261130 | |
| 05/13/19 15:04 CR - POSTAGE | -$1.15 | -$1.15 | | | | | $97.80 | 13286539 | |
| 05/14/19 15:11 REGULAR COMMISSARY PURCHASE | -$42.52 | -$42.52 | | | | | $55.28 | 13302356 | |
| 05/16/19 07:04 WESTERN UNION INTERFACE - AUTO ENTE | $200.00 | $200.00 | | | 04548095401 | JAMELLA JIHAD | $255.28 | 13318290 | |
| 05/17/19 11:59 VOIDED REGULAR PURCHASE | $4.09 | $4.09 | | | | | $259.37 | 13338073 | |
| 05/21/19 08:36 REGULAR COMMISSARY PURCHASE | -$36.54 | -$36.54 | | | | | $222.83 | 13369846 | |
| 05/22/19 14:13 CR - POSTAGE | -$6.80 | -$6.80 | | | | | $216.03 | 13388278 | |
| 05/23/19 08:39 SEND MONIES OUT | -$40.00 | -$40.00 | | | 504017289 | Margaret Carrillo | $176.03 | 32802167 | |
| 05/23/19 11:35 VOIDED REGULAR PURCHASE | $1.20 | $1.20 | | | | | $177.23 | 13397906 | |
| 05/30/19 11:04 REGULAR COMMISSARY PURCHASE | -$50.39 | -$50.39 | | | | | $126.84 | 13460409 | |

| INMATE NAME: | WAHHAJ, SIRAJ IBN |
|---|---|
| AGENCY #: | 00414151 |
| PERM: | 5503713 |

Page 4 of 40

## CIBOLA COUNTY CORRECTIONAL CENTER
## INMATE ACCOUNT SUMMARY 12/10/2018 to 12/10/2023

Print Date: 12/13/2023 11:19:37AM

| INMATE | WAHHAJ, SIRAJ IBN |
|---|---|
| AGENCY #: | 00414151 |
| PERM #: | 5503713 |
| HOUSING: | 700/C/105/U |

| Transaction Date/Time | Transaction Amount | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|---|
| 05/30/19 15:59 | $2.33 | $2.33 | | | | | $129.17 | 13463950 | |
| VOIDED REGULAR PURCHASE | | | | | | | | | |
| 06/05/19 06:51 | $50.00 | $50.00 | | | 46933605101 | | $179.17 | 13517563 | |
| WESTERN UNION INTERFACE - AUTO ENTE | | | | | | JAMELLA JIHAD | | | |
| 06/05/19 08:47 | -$38.69 | -$38.69 | | | | | $140.48 | 13520594 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | | |
| 06/11/19 08:47 | -$54.42 | -$54.42 | | | | | $86.06 | 13585674 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | | |
| 06/17/19 14:59 | -$10.00 | -$10.00 | | | | | $76.06 | 13652402 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | | |
| 06/17/19 15:21 | -$38.76 | -$38.76 | | | | | $37.30 | 13653080 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | | |
| 06/19/19 09:29 | -$20.00 | -$20.00 | | | | | $17.30 | 13673818 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | | |
| 06/21/19 07:49 | $200.00 | $200.00 | | | 22068261421 | | $217.30 | 13698521 | |
| WESTERN UNION INTERFACE - AUTO ENTE | | | | | | JAMELLA JIHAD | | | |
| 06/24/19 08:25 | -$56.11 | -$56.11 | | | | | $161.19 | 13718114 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | | |
| 07/02/19 09:25 | -$49.39 | -$49.39 | | | | | $111.80 | 13813714 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | | |
| 07/08/19 11:40 | -$20.00 | -$20.00 | | | | | $91.80 | 13866614 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | | |
| 07/09/19 08:32 | -$34.76 | -$34.76 | | | | | $57.04 | 13880228 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | | |
| 07/12/19 11:51 | -$2.73 | -$2.73 | | | | | $54.31 | 13925892 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | | |
| 07/15/19 11:51 | -$42.01 | -$42.01 | | | | | $12.30 | 13945464 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | | |
| 07/16/19 07:34 | $80.00 | $80.00 | | | 22849916721 | | $92.30 | 13956071 | |
| WESTERN UNION INTERFACE - AUTO ENTE | | | | | | BALKIS WAHHAJ | | | |
| 07/19/19 06:29 | $200.00 | $200.00 | | | 15765843441 | | $292.30 | 13994187 | |
| WESTERN UNION INTERFACE - AUTO ENTE | | | | | | JAMELLA JIHAD | | | |

| INMATE NAME: | WAHHAJ, SIRAJ IBN |
|---|---|
| AGENCY #: | 00414151 |
| PERM: | 5503713 |

## CIBOLA COUNTY CORRECTIONAL CENTER
## INMATE ACCOUNT SUMMARY 12/10/2018 to 12/10/2023

Print Date: 12/13/2023 11:19:37AM

**INMATE**          WAHHAJ, SIRAJ IBN
**AGENCY #:**       00414151
**PERM #:**         5503713
**HOUSING:**        700/C/105/U

| Transaction Date/Time | Transaction Amount | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|
| 07/22/19 10:13 REGULAR COMMISSARY PURCHASE | -$55.73 | -$55.73 | | | | $236.57 | 14018702 | |
| 07/24/19 11:18 CR - COPIES | -$26.10 | -$26.10 | | | | $210.47 | 14050250 | |
| 07/29/19 11:20 REGULAR COMMISSARY PURCHASE | -$20.00 | -$20.00 | | | | $190.47 | 14096190 | |
| 07/29/19 11:34 REGULAR COMMISSARY PURCHASE | -$20.00 | -$20.00 | | | | $170.47 | 14096647 | |
| 07/29/19 11:45 VOIDED REGULAR PURCHASE | $20.00 | $20.00 | | | | $190.47 | 14096895 | |
| 08/01/19 10:05 REGULAR COMMISSARY PURCHASE | -$48.06 | -$48.06 | | | | $142.41 | 14136286 | |
| 08/06/19 13:58 REGULAR COMMISSARY PURCHASE | -$40.74 | -$40.74 | | | | $101.67 | 14192924 | |
| 08/12/19 15:53 REGULAR COMMISSARY PURCHASE | -$48.45 | -$48.45 | | | | $53.22 | 14258640 | |
| 08/15/19 12:26 VOIDED REGULAR PURCHASE | $1.20 | $1.20 | | | | $54.42 | 14296052 | |
| 08/19/19 10:26 REGULAR COMMISSARY PURCHASE | -$10.00 | -$10.00 | | | | $44.42 | 14330676 | |
| 08/19/19 12:27 REGULAR COMMISSARY PURCHASE | -$44.08 | -$44.08 | | | | $0.34 | 14332706 | |
| 08/21/19 14:50 VOIDED REGULAR PURCHASE | $1.20 | $1.20 | | | | $1.54 | 14363018 | |
| 08/27/19 06:47 WESTERN UNION INTERFACE - AUTO ENTE | $200.00 | $200.00 | | | 28090027951 JAMELLA JIHAD | $201.54 | 14411059 | |
| 08/28/19 13:18 REGULAR COMMISSARY PURCHASE | -$56.06 | -$56.06 | | | | $145.48 | 14432668 | |
| 08/29/19 14:41 VOIDED REGULAR PURCHASE | $2.48 | $2.48 | | | | $147.96 | 14449426 | |
| 09/03/19 08:44 REGULAR COMMISSARY PURCHASE | -$56.06 | -$56.06 | | | | $91.90 | 14476893 | |

| | | |
|---|---|---|
| **INMATE NAME:** | WAHHAJ, SIRAJ IBN | |
| **AGENCY #:** | 00414151 | |
| **PERM:** | 5503713 | Page 6 of 40 |

## CIBOLA COUNTY CORRECTIONAL CENTER
### INMATE ACCOUNT SUMMARY 12/10/2018 to 12/10/2023

Print Date: 12/13/2023  11:19:37AM

| INMATE | WAHHAJ, SIRAJ IBN |
|---|---|
| AGENCY #: | 00414151 |
| PERM #: | 5503713 |
| HOUSING: | 700/C/105/U |

| Transaction Date/Time | Transaction Amount | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|---|
| 09/03/19 08:58 VOIDED REGULAR PURCHASE | $56.06 | $56.06 | | | | | $147.96 | 14477455 | |
| 09/03/19 10:04 REGULAR COMMISSARY PURCHASE | -$20.00 | -$20.00 | | | | | $127.96 | 14479848 | |
| 09/04/19 08:40 REGULAR COMMISSARY PURCHASE | -$57.83 | -$57.83 | | | | | $70.13 | 14497076 | |
| 09/06/19 07:57 CR - COPIES | -$1.80 | -$1.80 | | | | | $68.33 | 14525287 | |
| 09/10/19 08:37 REGULAR COMMISSARY PURCHASE | -$38.81 | -$38.81 | | | | | $29.52 | 14563207 | |
| 09/12/19 14:47 VOIDED REGULAR PURCHASE | $2.60 | $2.60 | | | | | $32.12 | 14597276 | |
| 09/12/19 15:02 VOIDED REGULAR PURCHASE | $2.60 | $2.60 | | | | | $34.72 | 14597843 | |
| 09/16/19 08:39 REGULAR COMMISSARY PURCHASE | -$34.00 | -$34.00 | | | | | $0.72 | 14623896 | |
| 09/18/19 13:28 VOIDED REGULAR PURCHASE | $5.60 | $5.60 | | | | | $6.32 | 14661149 | |
| 09/20/19 14:45 REGULAR COMMISSARY PURCHASE | -$3.97 | -$3.97 | | | | | $2.35 | 14687028 | |
| 09/25/19 06:51 WESTERN UNION INTERFACE - AUTO ENTE | $50.00 | $50.00 | | | 70121960401 | BALKIS WAHHAJ | $52.35 | 14726438 | |
| 09/26/19 09:33 REGULAR COMMISSARY PURCHASE | -$51.81 | -$51.81 | | | | | $0.54 | 14742446 | |
| 10/07/19 07:43 WESTERN UNION INTERFACE - AUTO ENTE | $80.00 | $80.00 | | | 53566010001 | BALKIS WAHHAJ | $80.54 | 14845666 | |
| 10/14/19 12:20 REGULAR COMMISSARY PURCHASE | -$75.44 | -$75.44 | | | | | $5.10 | 14935458 | |
| 10/21/19 09:59 REGULAR COMMISSARY PURCHASE | -$5.07 | -$5.07 | | | | | $0.03 | 15010157 | |
| 10/28/19 07:05 WESTERN UNION INTERFACE - AUTO ENTE | $90.00 | $90.00 | | | 22909468801 | BALKIS WAHHAJ | $90.03 | 15078832 | |

| INMATE NAME: | WAHHAJ, SIRAJ IBN |
|---|---|
| AGENCY #: | 00414151 |
| PERM: | 5503713 |

**CIBOLA COUNTY CORRECTIONAL CENTER**
**INMATE ACCOUNT SUMMARY 12/10/2018 to 12/10/2023**

Print Date: 12/13/2023  11:19:37AM

| INMATE | WAHHAJ, SIRAJ IBN |
|---|---|
| AGENCY #: | 00414151 |
| PERM #: | 5503713 |
| HOUSING: | 700/C/105/U |

| Transaction Date/Time | Transaction Amount | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|
| 10/28/19  11:37 REGULAR COMMISSARY PURCHASE | -$20.00 | -$20.00 | | | | $70.03 | 15090360 | |
| 11/01/19  09:13 REGULAR COMMISSARY PURCHASE | -$45.87 | -$45.87 | | | | $24.16 | 15138761 | |
| 11/01/19  14:37 VOIDED REGULAR PURCHASE | $5.31 | $5.31 | | | | $29.47 | 15149132 | |
| 11/05/19  08:38 REGULAR COMMISSARY PURCHASE | -$29.11 | -$29.11 | | | | $0.36 | 15180143 | |
| 11/18/19  09:43 WESTERN UNION INTERFACE - AUTO ENTE | $90.00 | $90.00 | | | 83983687461 BALKIS WAHHAJ | $90.36 | 15325044 | |
| 11/18/19  11:22 REGULAR COMMISSARY PURCHASE | -$10.00 | -$10.00 | | | | $80.36 | 15329821 | |
| 11/18/19  11:34 REGULAR COMMISSARY PURCHASE | -$50.70 | -$50.70 | | | | $29.66 | 15330162 | |
| 11/24/19  08:42 REGULAR COMMISSARY PURCHASE | -$18.07 | -$18.07 | | | | $11.59 | 15392648 | |
| 11/25/19  06:54 WESTERN UNION INTERFACE - AUTO ENTE | $100.00 | $100.00 | | | 68684323901 JAMELLA JIHAD | $111.59 | 15400305 | |
| 12/05/19  09:17 REGULAR COMMISSARY PURCHASE | -$10.74 | -$10.74 | | | | $100.85 | 15513996 | |
| 12/10/19  08:24 REGULAR COMMISSARY PURCHASE | -$48.88 | -$48.88 | | | | $51.97 | 15564790 | |
| 12/10/19  15:37 REGULAR COMMISSARY PURCHASE | -$48.16 | -$48.16 | | | | $3.81 | 15573413 | |
| 12/11/19  12:16 CR - COPIES | -$2.60 | -$2.60 | | | | $1.21 | 15582855 | |
| 12/11/19  15:40 VOIDED REGULAR PURCHASE | $48.16 | $48.16 | | | | $49.37 | 15585513 | |
| 12/16/19  07:15 WESTERN UNION INTERFACE - AUTO ENTE | $100.00 | $100.00 | | | 84545796211 JAMELLA JIHAD | $149.37 | 15621752 | |
| 12/17/19  10:05 REGULAR COMMISSARY PURCHASE | -$21.66 | -$21.66 | | | | $127.71 | 15647750 | |

| INMATE NAME: | WAHHAJ, SIRAJ IBN |
|---|---|
| AGENCY #: | 00414151 |
| PERM: | 5503713 |

## CIBOLA COUNTY CORRECTIONAL CENTER
### INMATE ACCOUNT SUMMARY 12/10/2018 to 12/10/2023

Print Date: 12/13/2023  11:19:37AM

**INMATE**        WAHHAJ, SIRAJ IBN
**AGENCY #:**     00414151
**PERM #:**       5503713
**HOUSING:**      700/C/105/U

| Transaction Date/Time | Transaction Amount | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|
| 12/18/19  14:38 CR - COPIES | -$1.20 | -$1.20 | | | | $126.51 | 15663638 | |
| 12/20/19  10:42 REGULAR COMMISSARY PURCHASE | -$2.73 | -$2.73 | | | | $123.78 | 15684698 | |
| 12/22/19  08:19 REGULAR COMMISSARY PURCHASE | -$65.01 | -$65.01 | | | | $58.77 | 15692848 | |
| 12/23/19  07:11 WESTERN UNION INTERFACE - AUTO ENTE | $90.00 | $90.00 | | | 16274675161 WADIYAH A LATIF | $148.77 | 15699101 | |
| 12/23/19  11:21 REGULAR COMMISSARY PURCHASE | -$20.00 | -$20.00 | | | | $128.77 | 15707926 | |
| 12/30/19  09:44 REGULAR COMMISSARY PURCHASE | -$20.00 | -$20.00 | | | | $108.77 | 15762201 | |
| 01/06/20  11:45 REGULAR COMMISSARY PURCHASE | -$20.00 | -$20.00 | | | | $88.77 | 15834403 | |
| 01/09/20  09:13 REGULAR COMMISSARY PURCHASE | -$35.69 | -$35.69 | | | | $53.08 | 15879199 | |
| 01/09/20  15:26 REGULAR COMMISSARY PURCHASE | -$2.73 | -$2.73 | | | | $50.35 | 15886972 | |
| 01/14/20  08:34 REGULAR COMMISSARY PURCHASE | -$5.22 | -$5.22 | | | | $45.13 | 15927188 | |
| 01/21/20  09:02 REGULAR COMMISSARY PURCHASE | -$16.27 | -$16.27 | | | | $28.86 | 15993824 | |
| 01/21/20  10:57 REGULAR COMMISSARY PURCHASE | -$20.00 | -$20.00 | | | | $8.86 | 15997812 | |
| 01/27/20  07:20 WESTERN UNION INTERFACE - AUTO ENTE | $100.00 | $100.00 | | | 98917815062 JAMELLA JIHAD | $108.86 | 16052911 | |
| 01/27/20  08:30 REGULAR COMMISSARY PURCHASE | -$8.35 | -$8.35 | | | | $100.51 | 16058502 | |
| 01/29/20  12:44 VOIDED REGULAR PURCHASE | $1.12 | $1.12 | | | | $101.63 | 16091854 | |
| 01/30/20  08:33 CR - POSTAGE | -$0.55 | -$0.55 | | | | $101.08 | 16100085 | |

**INMATE NAME:**   WAHHAJ, SIRAJ IBN
**AGENCY #:**      00414151
**PERM:**          5503713

**CIBOLA COUNTY CORRECTIONAL CENTER**
**INMATE ACCOUNT SUMMARY 12/10/2018 to 12/10/2023**

Print Date: 12/13/2023 11:19:37AM

| INMATE | WAHHAJ, SIRAJ IBN |
|---|---|
| AGENCY #: | 00414151 |
| PERM #: | 5503713 |
| HOUSING: | 700/C/105/U |

| Transaction Date/Time | Transaction Amount | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|---|
| 02/05/20 08:48 REGULAR COMMISSARY PURCHASE | -$8.39 | -$8.39 | | | | | $92.69 | 16166138 | |
| 02/10/20 09:06 REGULAR COMMISSARY PURCHASE | -$20.00 | -$20.00 | | | | | $72.69 | 16212472 | |
| 02/11/20 08:59 REGULAR COMMISSARY PURCHASE | -$40.28 | -$40.28 | | | | | $32.41 | 16229991 | |
| 02/18/20 12:03 REGULAR COMMISSARY PURCHASE | -$17.15 | -$17.15 | | | | | $15.26 | 16302919 | |
| 02/24/20 08:21 REGULAR COMMISSARY PURCHASE | -$15.20 | -$15.20 | | | | | $0.06 | 16360818 | |
| 02/24/20 15:54 VOIDED REGULAR PURCHASE | $1.57 | $1.57 | | | | | $1.63 | 16370595 | |
| 02/26/20 06:42 WESTERN UNION INTERFACE - AUTO ENTE | $100.00 | $100.00 | | | 60641575062 JAMELLA JIHAD | | $101.63 | 16387902 | |
| 02/26/20 06:42 WESTERN UNION INTERFACE - AUTO ENTE | $35.00 | $35.00 | | | 58105303842 BALKIS WAHHAJ | | $136.63 | 16387905 | |
| 03/02/20 13:07 REGULAR COMMISSARY PURCHASE | -$15.00 | -$15.00 | | | | | $121.63 | 16442234 | |
| 03/04/20 12:58 REGULAR COMMISSARY PURCHASE | -$45.25 | -$45.25 | | | | | $76.38 | 16475300 | |
| 03/06/20 13:13 REGULAR COMMISSARY PURCHASE | -$2.94 | -$2.94 | | | | | $73.44 | 16500890 | |
| 03/10/20 08:28 REGULAR COMMISSARY PURCHASE | -$24.85 | -$24.85 | | | | | $48.59 | 16534446 | |
| 03/11/20 15:38 VOIDED REGULAR PURCHASE | $3.36 | $3.36 | | | | | $51.95 | 16555855 | |
| 03/16/20 15:19 REGULAR COMMISSARY PURCHASE | -$20.17 | -$20.17 | | | | | $31.78 | 16603640 | |
| 03/23/20 08:48 REGULAR COMMISSARY PURCHASE | -$23.90 | -$23.90 | | | | | $7.88 | 16667693 | |
| 04/01/20 07:28 WESTERN UNION INTERFACE - AUTO ENTE | $100.00 | $100.00 | | | 35144125872 BALKIS AURA WAHHAJ | | $107.88 | 16759027 | |

| INMATE NAME: | WAHHAJ, SIRAJ IBN |
|---|---|
| AGENCY #: | 00414151 |
| PERM: | 5503713 |

## CIBOLA COUNTY CORRECTIONAL CENTER
### INMATE ACCOUNT SUMMARY 12/10/2018 to 12/10/2023

Print Date: 12/13/2023 11:19:37AM

**INMATE**         WAHHAJ, SIRAJ IBN
**AGENCY #:**      00414151
**PERM #:**        5503713
**HOUSING:**       700/C/105/U

| Transaction Date/Time | Transaction Amount | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|
| 04/01/20 10:41 REGULAR COMMISSARY PURCHASE | -$31.11 | -$31.11 | | | | $76.77 | 16764485 | |
| 04/07/20 10:25 REGULAR COMMISSARY PURCHASE | -$23.49 | -$23.49 | | | | $53.28 | 16830164 | |
| 04/09/20 08:58 REGULAR COMMISSARY PURCHASE | -$2.62 | -$2.62 | | | | $50.66 | 16851945 | |
| 04/10/20 11:06 REGULAR COMMISSARY PURCHASE | -$2.73 | -$2.73 | | | | $47.93 | 16863901 | |
| 04/13/20 12:27 REGULAR COMMISSARY PURCHASE | -$22.00 | -$22.00 | | | | $25.93 | 16882720 | |
| 04/20/20 12:58 REGULAR COMMISSARY PURCHASE | -$17.08 | -$17.08 | | | | $8.85 | 16948591 | |
| 04/28/20 14:25 REGULAR COMMISSARY PURCHASE | -$8.67 | -$8.67 | | | | $0.18 | 17022880 | |
| 04/29/20 07:00 WESTERN UNION INTERFACE - AUTO ENTE | $100.00 | $100.00 | | | 53302072042 BALKIS AURA WAHHAJ | $100.18 | 17026062 | |
| 05/04/20 09:56 REGULAR COMMISSARY PURCHASE | -$32.08 | -$32.08 | | | | $68.10 | 17067746 | |
| 05/04/20 11:53 VOIDED REGULAR PURCHASE | $32.08 | $32.08 | | | | $100.18 | 17069804 | |
| 05/04/20 14:54 REGULAR COMMISSARY PURCHASE | -$31.46 | -$31.46 | | | | $68.72 | 17075154 | |
| 05/11/20 13:20 REGULAR COMMISSARY PURCHASE | -$9.87 | -$9.87 | | | | $58.85 | 17140632 | |
| 05/13/20 06:41 WESTERN UNION INTERFACE - AUTO ENTE | $100.00 | $100.00 | | | 12405081822 JAMELLA JIHAD | $158.85 | 17157222 | |
| 05/14/20 10:38 JOB PAY - NONREMIBURSABLE | $3.00 | $3.00 | | | | $161.85 | 17172096 | |
| 05/15/20 11:12 REGULAR COMMISSARY PURCHASE | -$2.73 | -$2.73 | | | | $159.12 | 17185748 | |
| 05/18/20 08:38 REGULAR COMMISSARY PURCHASE | -$21.09 | -$21.09 | | | | $138.03 | 17199629 | |

**INMATE NAME:**   WAHHAJ, SIRAJ IBN
**AGENCY #:**      00414151
**PERM:**          5503713

# CIBOLA COUNTY CORRECTIONAL CENTER
## INMATE ACCOUNT SUMMARY 12/10/2018 to 12/10/2023

Print Date: 12/13/2023  11:19:37AM

**INMATE**        WAHHAJ, SIRAJ IBN
**AGENCY #:**     00414151
**PERM #:**       5503713
**HOUSING:**      700/C/105/U

| Transaction Date/Time | Transaction Amount | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|
| 05/21/20 13:21 JOB PAY - NONREMIBURSABLE | $5.00 | $5.00 | | | | $143.03 | 17237592 | |
| 05/26/20 11:05 REGULAR COMMISSARY PURCHASE | -$13.04 | -$13.04 | | | | $129.99 | 17268342 | |
| 05/28/20 10:15 JOB PAY - NONREMIBURSABLE | $5.00 | $5.00 | | | | $134.99 | 17293091 | |
| 06/01/20 11:35 REGULAR COMMISSARY PURCHASE | -$25.93 | -$25.93 | | | | $109.06 | 17320199 | |
| 06/04/20 07:50 JOB PAY - NONREMIBURSABLE | $5.00 | $5.00 | | | | $114.06 | 17357520 | |
| 06/08/20 12:27 REGULAR COMMISSARY PURCHASE | -$17.60 | -$17.60 | | | | $96.46 | 17390076 | |
| 06/10/20 08:00 JOB PAY - NONREMIBURSABLE | $5.00 | $5.00 | | | | $101.46 | 17410403 | |
| 06/12/20 09:44 VOIDED REGULAR PURCHASE | $17.60 | $17.60 | | | | $119.06 | 17433279 | |
| 06/12/20 14:35 REGULAR COMMISSARY PURCHASE | -$17.60 | -$17.60 | | | | $101.46 | 17437269 | |
| 06/15/20 09:50 REGULAR COMMISSARY PURCHASE | -$26.90 | -$26.90 | | | | $74.56 | 17449549 | |
| 06/22/20 09:56 REGULAR COMMISSARY PURCHASE | -$22.94 | -$22.94 | | | | $51.62 | 17507743 | |
| 06/23/20 15:24 REGULAR COMMISSARY PURCHASE | -$10.00 | -$10.00 | | | | $41.62 | 17526426 | |
| 06/29/20 08:52 REGULAR COMMISSARY PURCHASE | -$32.98 | -$32.98 | | | | $8.64 | 17563784 | |
| 07/06/20 14:57 REGULAR COMMISSARY PURCHASE | -$5.00 | -$5.00 | | | | $3.64 | 17621515 | |
| 07/07/20 07:11 WESTERN UNION INTERFACE - AUTO ENTE | $200.00 | $200.00 | | | 21841688092 JAMELLA JIHAD | $203.64 | 17624937 | |
| 07/08/20 14:00 REGULAR COMMISSARY PURCHASE | -$31.76 | -$31.76 | | | | $171.88 | 17645797 | |

**INMATE NAME:**    WAHHAJ, SIRAJ IBN
**AGENCY #:**       00414151
**PERM:**           5503713

## CIBOLA COUNTY CORRECTIONAL CENTER
## INMATE ACCOUNT SUMMARY 12/10/2018 to 12/10/2023

Print Date: 12/13/2023  11:19:37AM

**INMATE**          WAHHAJ, SIRAJ IBN
**AGENCY #:**       00414151
**PERM #:**         5503713
**HOUSING:**        700/C/105/U

| Transaction Date/Time | Transaction Amount | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|
| 07/10/20 08:50 REGULAR COMMISSARY PURCHASE | -$20.00 | -$20.00 | | | | $151.88 | 17662103 | |
| 07/13/20 13:05 REGULAR COMMISSARY PURCHASE | -$23.80 | -$23.80 | | | | $128.08 | 17682357 | |
| 07/17/20 09:53 CR - COPIES | -$2.60 | -$2.60 | | | | $125.48 | 17721242 | |
| 07/20/20 10:15 REGULAR COMMISSARY PURCHASE | -$20.17 | -$20.17 | | | | $105.31 | 17737880 | |
| 07/24/20 07:15 CR - COPIES | -$3.50 | -$3.50 | | | | $101.81 | 17775125 | |
| 08/01/20 10:47 REGULAR COMMISSARY PURCHASE | -$31.77 | -$31.77 | | | | $70.04 | 17833717 | |
| 08/05/20 08:13 REGULAR COMMISSARY PURCHASE | -$20.00 | -$20.00 | | | | $50.04 | 17869016 | |
| 08/05/20 15:34 REGULAR COMMISSARY PURCHASE | -$20.19 | -$20.19 | | | | $29.85 | 17874593 | |
| 08/10/20 13:57 REGULAR COMMISSARY PURCHASE | -$20.41 | -$20.41 | | | | $9.44 | 17911053 | |
| 08/14/20 07:11 WESTERN UNION INTERFACE - AUTO ENTE | $200.00 | $200.00 | | | 55120466242 JAMELLA JIHAD | $209.44 | 17942647 | |
| 08/17/20 14:01 REGULAR COMMISSARY PURCHASE | -$20.00 | -$20.00 | | | | $189.44 | 17967500 | |
| 08/18/20 09:27 REGULAR COMMISSARY PURCHASE | -$19.34 | -$19.34 | | | | $170.10 | 17975741 | |
| 08/19/20 06:56 CR - COPIES | -$9.85 | -$9.85 | | | | $160.25 | 17982486 | |
| 08/21/20 14:21 REGULAR COMMISSARY PURCHASE | -$2.73 | -$2.73 | | | | $157.52 | 18006742 | |
| 08/24/20 14:46 REGULAR COMMISSARY PURCHASE | -$34.70 | -$34.70 | | | | $122.82 | 18024812 | |
| 08/26/20 07:41 VENDOR ORDER | -$10.75 | -$10.75 | N/A | | GABY'S CAFÉ | $112.07 | 33637496 | SMASH BURGER |

| | |
|---|---|
| **INMATE NAME:** | WAHHAJ, SIRAJ IBN |
| **AGENCY #:** | 00414151 |
| **PERM:** | 5503713 |

## CIBOLA COUNTY CORRECTIONAL CENTER
## INMATE ACCOUNT SUMMARY 12/10/2018 to 12/10/2023

Print Date: 12/13/2023 11:19:37AM

| INMATE | WAHHAJ, SIRAJ IBN |
|---|---|
| AGENCY #: | 00414151 |
| PERM #: | 5503713 |
| HOUSING: | 700/C/105/U |

| Transaction Date/Time | Transaction Amount | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|
| 08/26/20 07:41 VENDOR ORDER | -$10.25 | -$10.25 | | | N/A GABY'S CAFÉ | $101.82 | 33637497 | PATTY MELT |
| 08/26/20 15:23 REGULAR COMMISSARY PURCHASE | -$5.14 | -$5.14 | | | | $96.68 | 18044220 | |
| 09/01/20 09:01 REGULAR COMMISSARY PURCHASE | -$13.56 | -$13.56 | | | | $83.12 | 18077545 | |
| 09/01/20 12:49 REGULAR COMMISSARY PURCHASE | -$10.00 | -$10.00 | | | | $73.12 | 18082188 | |
| 09/08/20 09:03 REGULAR COMMISSARY PURCHASE | -$28.82 | -$28.82 | | | | $44.30 | 18126512 | |
| 09/10/20 07:16 JOB PAY - NONREMIBURSABLE | $5.00 | $5.00 | | | | $49.30 | 18147246 | |
| 09/14/20 15:14 REGULAR COMMISSARY PURCHASE | -$5.00 | -$5.00 | | | | $44.30 | 18183195 | |
| 09/15/20 08:28 REGULAR COMMISSARY PURCHASE | -$23.55 | -$23.55 | | | | $20.75 | 18188214 | |
| 09/16/20 08:05 JOB PAY - NONREMIBURSABLE | $5.00 | $5.00 | | | | $25.75 | 18197607 | |
| 09/18/20 11:08 REGULAR COMMISSARY PURCHASE | -$2.73 | -$2.73 | | | | $23.02 | 18220566 | |
| 09/22/20 08:23 REGULAR COMMISSARY PURCHASE | -$20.86 | -$20.86 | | | | $2.16 | 18245411 | |
| 09/23/20 06:45 WESTERN UNION INTERFACE - AUTO ENTE | $50.00 | $50.00 | | | 05501742042 BALKIS WAHHAJ | $52.16 | 18253315 | |
| 09/23/20 07:49 JOB PAY - NONREMIBURSABLE | $5.00 | $5.00 | | | | $57.16 | 18254744 | |
| 09/24/20 07:25 WESTERN UNION INTERFACE - AUTO ENTE | $200.00 | $200.00 | | | 43919001402 JAMELLA JIHAD | $257.16 | 18260976 | |
| 09/24/20 13:32 VENDOR ORDER | -$11.40 | -$11.40 | | | N/A GABBY'S BURGERS | $245.76 | 33680584 | SMASH BURGER/W GREEN CHILE |
| 09/24/20 13:32 VENDOR ORDER | -$10.76 | -$10.76 | | | N/A GABBY'S BURGERS | $235.00 | 33680585 | PHILLY STEAK SANDWICH |

| INMATE NAME: | WAHHAJ, SIRAJ IBN |
|---|---|
| AGENCY #: | 00414151 |
| PERM: | 5503713 |

**CIBOLA COUNTY CORRECTIONAL CENTER**
**INMATE ACCOUNT SUMMARY 12/10/2018 to 12/10/2023**

Print Date: 12/13/2023  11:19:37AM

| INMATE | WAHHAJ, SIRAJ IBN |
|---|---|
| AGENCY #: | 00414151 |
| PERM #: | 5503713 |
| HOUSING: | 700/C/105/U |

| Transaction Date/Time | Transaction Amount | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|
| 09/28/20 08:26 REGULAR COMMISSARY PURCHASE | -$39.03 | -$39.03 | | | | $195.97 | 18282410 | |
| 09/28/20 15:13 REGULAR COMMISSARY PURCHASE | -$20.00 | -$20.00 | | | | $175.97 | 18289290 | |
| 09/30/20 07:41 JOB PAY - NONREMIBURSABLE | $5.00 | $5.00 | | | | $180.97 | 18300081 | |
| 10/05/20 08:23 REGULAR COMMISSARY PURCHASE | -$29.35 | -$29.35 | | | | $151.62 | 18332980 | |
| 10/09/20 07:57 JOB PAY - NONREMIBURSABLE | $5.00 | $5.00 | | | | $156.62 | 18371930 | |
| 10/13/20 09:06 REGULAR COMMISSARY PURCHASE | -$16.09 | -$16.09 | | | | $140.53 | 18402757 | |
| 10/15/20 07:45 JOB PAY - NONREMIBURSABLE | $5.00 | $5.00 | | | | $145.53 | 18418506 | |
| 10/19/20 09:14 REGULAR COMMISSARY PURCHASE | -$10.00 | -$10.00 | | | | $135.53 | 18442948 | |
| 10/20/20 09:45 REGULAR COMMISSARY PURCHASE | -$27.94 | -$27.94 | | | | $107.59 | 18457463 | |
| 10/20/20 12:03 VENDOR ORDER | -$15.00 | -$15.00 | | N/A PIZZA HUT | | $92.59 | 33719494 | 1 LG. VEGGIE LOVERS |
| 10/21/20 07:44 JOB PAY - NONREMIBURSABLE | $5.00 | $5.00 | | | | $97.59 | 18464361 | |
| 10/26/20 13:13 REGULAR COMMISSARY PURCHASE | -$31.70 | -$31.70 | | | | $65.89 | 18501048 | |
| 10/30/20 09:22 JOB PAY - NONREMIBURSABLE | $5.00 | $5.00 | | | | $70.89 | 18531205 | |
| 11/02/20 10:13 REGULAR COMMISSARY PURCHASE | -$11.09 | -$11.09 | | | | $59.80 | 18546192 | |
| 11/02/20 15:02 REGULAR COMMISSARY PURCHASE | -$10.00 | -$10.00 | | | | $49.80 | 18551083 | |
| 11/04/20 09:43 JOB PAY - NONREMIBURSABLE | $5.00 | $5.00 | | | | $54.80 | 18567436 | |

| INMATE NAME: | WAHHAJ, SIRAJ IBN |
|---|---|
| AGENCY #: | 00414151 |
| PERM: | 5503713 |

## CIBOLA COUNTY CORRECTIONAL CENTER
## INMATE ACCOUNT SUMMARY 12/10/2018 to 12/10/2023

Print Date: 12/13/2023  11:19:37AM

**INMATE**  WAHHAJ, SIRAJ IBN
**AGENCY #:**  00414151
**PERM #:**  5503713
**HOUSING:**  700/C/105/U

| Transaction Date/Time | Transaction Amount | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|
| 11/09/20 07:56 CR - POSTAGE | -$8.25 | -$8.25 | | | | $46.55 | 18596279 | |
| 11/09/20 07:56 CR - POSTAGE | -$8.25 | -$8.25 | | | | $38.30 | 18596288 | |
| 11/10/20 09:42 REGULAR COMMISSARY PURCHASE | -$37.78 | -$37.78 | | | | $0.52 | 18614333 | |
| 11/11/20 07:29 JOB PAY - NONREMIBURSABLE | $5.00 | $5.00 | | | | $5.52 | 18620585 | |
| 11/12/20 15:27 VOIDED REGULAR PURCHASE | $3.88 | $3.88 | | | | $9.40 | 18633376 | |
| 11/12/20 15:27 VOIDED REGULAR PURCHASE | $1.03 | $1.03 | | | | $10.43 | 18633378 | |
| 11/16/20 13:38 REGULAR COMMISSARY PURCHASE | -$10.00 | -$10.00 | | | | $0.43 | 18658677 | |
| 11/17/20 06:29 WESTERN UNION INTERFACE - AUTO ENTE | $200.00 | $200.00 | | | 18082601022 JAMELLA JIHAD | $200.43 | 18661229 | |
| 11/17/20 09:24 REGULAR COMMISSARY PURCHASE | -$15.42 | -$15.42 | | | | $185.01 | 18664412 | |
| 11/22/20 07:08 REGULAR COMMISSARY PURCHASE | -$23.32 | -$23.32 | | | | $161.69 | 18691896 | |
| 11/23/20 12:55 REGULAR COMMISSARY PURCHASE | -$10.00 | -$10.00 | | | | $151.69 | 18705068 | |
| 11/29/20 07:33 JOB PAY - NONREMIBURSABLE | $5.00 | $5.00 | | | | $156.69 | 18727815 | |
| 11/29/20 08:27 JOB PAY - NONREMIBURSABLE | $5.00 | $5.00 | | | | $161.69 | 18727857 | |
| 11/30/20 06:56 CR - POSTAGE | -$0.55 | -$0.55 | | | | $161.14 | 18729058 | |
| 12/01/20 08:15 REGULAR COMMISSARY PURCHASE | -$36.80 | -$36.80 | | | | $124.34 | 18746070 | |
| 12/02/20 08:15 JOB PAY - NONREMIBURSABLE | $5.00 | $5.00 | | | | $129.34 | 18757149 | |

**INMATE NAME:**  WAHHAJ, SIRAJ IBN
**AGENCY #:**  00414151
**PERM:**  5503713

## CIBOLA COUNTY CORRECTIONAL CENTER
## INMATE ACCOUNT SUMMARY 12/10/2018 to 12/10/2023

Print Date: 12/13/2023 11:19:37AM

**INMATE**        WAHHAJ, SIRAJ IBN
**AGENCY #:**     00414151
**PERM #:**       5503713
**HOUSING:**      700/C/105/U

| Transaction Date/Time | Transaction Amount | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|
| 12/07/20 09:43 REGULAR COMMISSARY PURCHASE | -$10.00 | -$10.00 | | | | $119.34 | 18791599 | |
| 12/08/20 07:40 CR - POSTAGE | -$0.55 | -$0.55 | | | | $118.79 | 18800737 | |
| 12/08/20 09:12 REGULAR COMMISSARY PURCHASE | -$18.02 | -$18.02 | | | | $100.77 | 18802559 | |
| 12/09/20 11:39 JOB PAY - NONREMIBURSABLE | $5.00 | $5.00 | | | | $105.77 | 18812383 | |
| 12/15/20 08:28 REGULAR COMMISSARY PURCHASE | -$45.32 | -$45.32 | | | | $60.45 | 18851427 | |
| 12/16/20 08:07 CR - POSTAGE | -$0.55 | -$0.55 | | | | $59.90 | 18859376 | |
| 12/16/20 08:08 CR - POSTAGE | -$0.65 | -$0.65 | | | | $59.25 | 18859387 | |
| 12/17/20 10:44 JOB PAY - NONREMIBURSABLE | $5.00 | $5.00 | | | | $64.25 | 18867168 | |
| 01/04/21 13:52 REGULAR COMMISSARY PURCHASE | -$44.75 | -$44.75 | | | | $19.50 | 18964353 | |
| 01/06/21 06:40 WESTERN UNION INTERFACE - AUTO ENTE | $200.00 | $200.00 | | | 15434790622 JAMELLA JIHAD | $219.50 | 18976628 | |
| 01/06/21 10:36 JOB PAY - NONREMIBURSABLE | $4.00 | $4.00 | | | | $223.50 | 18981126 | |
| 01/06/21 10:41 JOB PAY - NONREMIBURSABLE | $2.00 | $2.00 | | | | $225.50 | 18981141 | |
| 01/06/21 10:45 JOB PAY - NONREMIBURSABLE | $2.00 | $2.00 | | | | $227.50 | 18981181 | |
| 01/08/21 11:45 REGULAR COMMISSARY PURCHASE | -$2.73 | -$2.73 | | | | $224.77 | 18999238 | |
| 01/11/21 09:58 REGULAR COMMISSARY PURCHASE | -$39.89 | -$39.89 | | | | $184.88 | 19012869 | |
| 01/11/21 13:49 REGULAR COMMISSARY PURCHASE | -$20.00 | -$20.00 | | | | $164.88 | 19016786 | |

**INMATE NAME:**   WAHHAJ, SIRAJ IBN
**AGENCY #:**      00414151
**PERM:**          5503713

**CIBOLA COUNTY CORRECTIONAL CENTER**
**INMATE ACCOUNT SUMMARY 12/10/2018 to 12/10/2023**

Print Date: 12/13/2023  11:19:37AM

| INMATE | WAHHAJ, SIRAJ IBN |
|---|---|
| AGENCY #: | 00414151 |
| PERM #: | 5503713 |
| HOUSING: | 700/C/105/U |

| Transaction Date/Time | Transaction Amount | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|---|
| 01/13/21  07:12 JOB PAY - NONREMIBURSABLE | $5.00 | $5.00 | | | | | $169.88 | 19028629 | |
| 01/19/21  07:20 CR - POSTAGE | -$0.55 | -$0.55 | | | | | $169.33 | 19060228 | |
| 01/19/21  09:42 REGULAR COMMISSARY PURCHASE | -$10.00 | -$10.00 | | | | | $159.33 | 19065383 | |
| 01/19/21  09:53 REGULAR COMMISSARY PURCHASE | -$30.27 | -$30.27 | | | | | $129.06 | 19065634 | |
| 01/22/21  09:42 CR - POSTAGE | -$8.30 | -$8.30 | | | | | $120.76 | 19091777 | |
| 01/27/21  14:06 JOB PAY - NONREMIBURSABLE | $3.00 | $3.00 | | | | | $123.76 | 19122508 | |
| 02/01/21  09:33 REGULAR COMMISSARY PURCHASE | -$41.12 | -$41.12 | | | | | $82.64 | 19144686 | |
| 02/01/21  14:46 REGULAR COMMISSARY PURCHASE | -$10.00 | -$10.00 | | | | | $72.64 | 19150076 | |
| 02/02/21  10:22 VOIDED REGULAR PURCHASE | $2.10 | $2.10 | | | | | $74.74 | 19157482 | |
| 02/03/21  10:17 JOB PAY - NONREMIBURSABLE | $3.00 | $3.00 | | | | | $77.74 | 19164434 | |
| 02/03/21  13:25 VENDOR ORDER | -$11.00 | -$11.00 | | | N/A PIZZA 9 | | $66.74 | 33878858 | CHEESE |
| 02/08/21  07:02 WESTERN UNION INTERFACE - AUTO ENTE | $200.00 | $200.00 | | | 25587777902 JAMELLA JIHAD | | $266.74 | 19188524 | |
| 02/08/21  09:02 REGULAR COMMISSARY PURCHASE | -$10.00 | -$10.00 | | | | | $256.74 | 19193019 | |
| 02/11/21  08:49 REGULAR COMMISSARY PURCHASE | -$28.42 | -$28.42 | | | | | $228.32 | 19216350 | |
| 02/16/21  09:33 REGULAR COMMISSARY PURCHASE | -$23.18 | -$23.18 | | | | | $205.14 | 19240572 | |
| 02/22/21  09:35 REGULAR COMMISSARY PURCHASE | -$31.24 | -$31.24 | | | | | $173.90 | 19277766 | |

| INMATE NAME: | WAHHAJ, SIRAJ IBN |
|---|---|
| AGENCY #: | 00414151 |
| PERM: | 5503713 |

**CIBOLA COUNTY CORRECTIONAL CENTER**
**INMATE ACCOUNT SUMMARY 12/10/2018 to 12/10/2023**

Print Date: 12/13/2023  11:19:37AM

| INMATE | WAHHAJ, SIRAJ IBN |
|---|---|
| AGENCY #: | 00414151 |
| PERM #: | 5503713 |
| HOUSING: | 700/C/105/U |

| Transaction Date/Time | Transaction Amount | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|
| 02/23/21  08:35 REGULAR COMMISSARY PURCHASE | -$10.00 | -$10.00 | | | | $163.90 | 19286807 | |
| 02/24/21  12:07 CR - POSTAGE | -$8.55 | -$8.55 | | | | $155.35 | 19296448 | |
| 02/25/21  07:58 JOB PAY - NONREMIBURSABLE | $5.00 | $5.00 | | | | $160.35 | 19301451 | |
| 03/02/21  08:41 REGULAR COMMISSARY PURCHASE | -$30.72 | -$30.72 | | | | $129.63 | 19331359 | |
| 03/04/21  08:24 JOB PAY - NONREMIBURSABLE | $5.00 | $5.00 | | | | $134.63 | 19347214 | |
| 03/08/21  14:44 REGULAR COMMISSARY PURCHASE | -$10.00 | -$10.00 | | | | $124.63 | 19374650 | |
| 03/09/21  08:13 REGULAR COMMISSARY PURCHASE | -$26.38 | -$26.38 | | | | $98.25 | 19378669 | |
| 03/10/21  07:08 JOB PAY - NONREMIBURSABLE | $5.00 | $5.00 | | | | $103.25 | 19386613 | |
| 03/15/21  11:47 REGULAR COMMISSARY PURCHASE | -$30.95 | -$30.95 | | | | $72.30 | 19419115 | |
| 03/16/21  14:53 REGULAR COMMISSARY PURCHASE | -$10.00 | -$10.00 | | | | $62.30 | 19430769 | |
| 03/18/21  07:51 JOB PAY - NONREMIBURSABLE | $5.00 | $5.00 | | | | $67.30 | 19440599 | |
| 03/22/21  08:33 REGULAR COMMISSARY PURCHASE | -$32.57 | -$32.57 | | | | $34.73 | 19462251 | |
| 03/23/21  14:35 CR - POSTAGE | -$0.71 | -$0.71 | | | | $34.02 | 19477048 | |
| 03/24/21  06:37 WESTERN UNION INTERFACE - AUTO ENTE | $100.00 | $100.00 | | | 31644456602 MAJOR JORDAN | $134.02 | 19478882 | |
| 03/25/21  06:40 WESTERN UNION INTERFACE - AUTO ENTE | $200.00 | $200.00 | | | 44431453402 JAMELLA JIHAD | $334.02 | 19485252 | |
| 03/25/21  07:31 JOB PAY - NONREMIBURSABLE | $5.00 | $5.00 | | | | $339.02 | 19486726 | |

| INMATE NAME: | WAHHAJ, SIRAJ IBN |
|---|---|
| AGENCY #: | 00414151 |
| PERM: | 5503713 |

## CIBOLA COUNTY CORRECTIONAL CENTER
## INMATE ACCOUNT SUMMARY 12/10/2018 to 12/10/2023

Print Date: 12/13/2023  11:19:37AM

| INMATE | WAHHAJ, SIRAJ IBN |
|---|---|
| AGENCY #: | 00414151 |
| PERM #: | 5503713 |
| HOUSING: | 700/C/105/U |

| Transaction Date/Time | Transaction Amount | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|
| 03/25/21  11:14 CR - POSTAGE | -$8.55 | -$8.55 | | | | $330.47 | 19489858 | |
| 03/29/21  15:23 REGULAR COMMISSARY PURCHASE | -$20.00 | -$20.00 | | | | $310.47 | 19511836 | |
| 04/01/21  08:19 REGULAR COMMISSARY PURCHASE | -$33.58 | -$33.58 | | | | $276.89 | 19526944 | |
| 04/01/21  11:16 JOB PAY - NONREMIBURSABLE | $5.00 | $5.00 | | | | $281.89 | 19529611 | |
| 04/05/21  09:24 REGULAR COMMISSARY PURCHASE | -$10.00 | -$10.00 | | | | $271.89 | 19551992 | |
| 04/07/21  09:51 REGULAR COMMISSARY PURCHASE | -$32.08 | -$32.08 | | | | $239.81 | 19572120 | |
| 04/08/21  11:09 JOB PAY - NONREMIBURSABLE | $5.00 | $5.00 | | | | $244.81 | 19580873 | |
| 04/12/21  13:19 REGULAR COMMISSARY PURCHASE | -$20.00 | -$20.00 | | | | $224.81 | 19607875 | |
| 04/12/21  13:48 REGULAR COMMISSARY PURCHASE | -$18.65 | -$18.65 | | | | $206.16 | 19608310 | |
| 04/15/21  09:26 CHECK | $1,400.00 | $1,400.00 | | | U.S TREASURY | $1,606.16 | 19629392 | 404420196545 |
| 04/15/21  13:08 JOB PAY - NONREMIBURSABLE | $5.00 | $5.00 | | | | $1,611.16 | 19631839 | |
| 04/19/21  09:00 REGULAR COMMISSARY PURCHASE | -$99.31 | -$99.31 | | | | $1,511.85 | 19649179 | |
| 04/19/21  13:05 REGULAR COMMISSARY PURCHASE | -$100.00 | -$100.00 | | | | $1,411.85 | 19654449 | |
| 04/21/21  14:48 JOB PAY - NONREMIBURSABLE | $5.00 | $5.00 | | | | $1,416.85 | 19670430 | |
| 04/22/21  11:21 VENDOR ORDER | -$11.84 | -$11.84 | N/A | | GABY'S CAFÉ | $1,405.01 | 33995259 | Philly Steak |
| 04/28/21  09:11 REGULAR COMMISSARY PURCHASE | -$22.36 | -$22.36 | | | | $1,382.65 | 19712963 | |

| INMATE NAME: | WAHHAJ, SIRAJ IBN |
|---|---|
| AGENCY #: | 00414151 |
| PERM: | 5503713 |

## CIBOLA COUNTY CORRECTIONAL CENTER
## INMATE ACCOUNT SUMMARY 12/10/2018 to 12/10/2023

Print Date: 12/13/2023  11:19:37AM

| INMATE | WAHHAJ, SIRAJ IBN |
|---|---|
| **AGENCY #:** | 00414151 |
| **PERM #:** | 5503713 |
| **HOUSING:** | 700/C/105/U |

| Transaction Date/Time | Transaction Amount | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|
| 04/28/21  12:50 JOB PAY - NONREMIBURSABLE | $5.00 | $5.00 | | | | $1,387.65 | 19714989 | |
| 04/29/21  08:37 REGULAR COMMISSARY PURCHASE | -$19.21 | -$19.21 | | | | $1,368.44 | 19720567 | |
| 04/29/21  09:43 VOIDED REGULAR PURCHASE | $19.21 | $19.21 | | | | $1,387.65 | 19721300 | |
| 05/03/21  12:54 CR - POSTAGE | -$0.55 | -$0.55 | | | | $1,387.10 | 19743412 | |
| 05/04/21  08:47 REGULAR COMMISSARY PURCHASE | -$12.18 | -$12.18 | | | | $1,374.92 | 19749469 | |
| 05/07/21  08:57 VOIDED REGULAR PURCHASE | $1.32 | $1.32 | | | | $1,376.24 | 19775265 | |
| 05/07/21  12:04 JOB PAY - NONREMIBURSABLE | $5.00 | $5.00 | | | | $1,381.24 | 19777954 | |
| 05/07/21  13:06 CR - POSTAGE | -$137.85 | -$137.85 | | | | $1,243.39 | 19778460 | |
| 05/10/21  12:54 REGULAR COMMISSARY PURCHASE | -$20.00 | -$20.00 | | | | $1,223.39 | 19796055 | |
| 05/12/21  06:00 REGULAR COMMISSARY PURCHASE | -$42.85 | -$42.85 | | | | $1,180.54 | 19808094 | |
| 05/12/21  14:42 JOB PAY - NONREMIBURSABLE | $5.00 | $5.00 | | | | $1,185.54 | 19815124 | |
| 05/17/21  08:40 REGULAR COMMISSARY PURCHASE | -$27.12 | -$27.12 | | | | $1,158.42 | 19841594 | |
| 05/17/21  10:43 CR - POSTAGE | -$0.55 | -$0.55 | | | | $1,157.87 | 19844500 | |
| 05/17/21  13:34 REGULAR COMMISSARY PURCHASE | -$40.00 | -$40.00 | | | | $1,117.87 | 19847380 | |
| 05/18/21  10:56 SEND MONIES OUT | -$40.00 | -$40.00 | | | 504019882 BALKIS WAHHAY | $1,077.87 | 34034224 | |
| 05/21/21  06:25 WESTERN UNION INTERFACE - AUTO ENTE | $200.00 | $200.00 | | | 37449450502 JAMELLA JIHAD | $1,277.87 | 19873881 | |

| INMATE NAME: | WAHHAJ, SIRAJ IBN |
|---|---|
| **AGENCY #:** | 00414151 |
| **PERM:** | 5503713 |

## CIBOLA COUNTY CORRECTIONAL CENTER
## INMATE ACCOUNT SUMMARY 12/10/2018 to 12/10/2023

Print Date: 12/13/2023  11:19:37AM

| INMATE | WAHHAJ, SIRAJ IBN |
|---|---|
| AGENCY #: | 00414151 |
| PERM #: | 5503713 |
| HOUSING: | 700/C/105/U |

| Transaction Date/Time | Transaction Amount | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|
| 05/24/21  12:00 REGULAR COMMISSARY PURCHASE | -$20.00 | -$20.00 | | | | $1,257.87 | 19891887 | |
| 05/25/21  11:44 REGULAR COMMISSARY PURCHASE | -$62.04 | -$62.04 | | | | $1,195.83 | 19902470 | |
| 05/27/21  15:05 VOIDED REGULAR PURCHASE | $3.42 | $3.42 | | | | $1,199.25 | 19918854 | |
| 05/27/21  15:06 VOIDED REGULAR PURCHASE | $1.09 | $1.09 | | | | $1,200.34 | 19918855 | |
| 06/01/21  12:17 REGULAR COMMISSARY PURCHASE | -$20.00 | -$20.00 | | | | $1,180.34 | 19941285 | |
| 06/02/21  15:21 REGULAR COMMISSARY PURCHASE | -$85.78 | -$85.78 | | | | $1,094.56 | 19955897 | |
| 06/04/21  09:25 JOB PAY - NONREMIBURSABLE | $5.00 | $5.00 | | | | $1,099.56 | 19969158 | |
| 06/04/21  09:33 JOB PAY - NONREMIBURSABLE | $5.00 | $5.00 | | | | $1,104.56 | 19969205 | |
| 06/07/21  15:04 REGULAR COMMISSARY PURCHASE | -$40.00 | -$40.00 | | | | $1,064.56 | 19990968 | |
| 06/07/21  15:23 REGULAR COMMISSARY PURCHASE | -$68.38 | -$68.38 | | | | $996.18 | 19991187 | |
| 06/09/21  15:25 CR - POSTAGE | -$1.20 | -$1.20 | | | | $994.98 | 20008905 | |
| 06/11/21  08:34 VOIDED REGULAR PURCHASE | $2.92 | $2.92 | | | | $997.90 | 20021920 | |
| 06/11/21  12:22 JOB PAY - NONREMIBURSABLE | $5.00 | $5.00 | | | | $1,002.90 | 20025037 | |
| 06/14/21  08:33 REGULAR COMMISSARY PURCHASE | -$25.26 | -$25.26 | | | | $977.64 | 20035604 | |
| 06/14/21  13:31 REGULAR COMMISSARY PURCHASE | -$20.00 | -$20.00 | | | | $957.64 | 20041497 | |
| 06/17/21  11:09 JOB PAY - NONREMIBURSABLE | $5.00 | $5.00 | | | | $962.64 | 20065067 | |

| INMATE NAME: | WAHHAJ, SIRAJ IBN |
|---|---|
| AGENCY #: | 00414151 |
| PERM: | 5503713 |

## CIBOLA COUNTY CORRECTIONAL CENTER
### INMATE ACCOUNT SUMMARY 12/10/2018 to 12/10/2023

Print Date: 12/13/2023  11:19:37AM

| INMATE | WAHHAJ, SIRAJ IBN |
|---|---|
| AGENCY #: | 00414151 |
| PERM #: | 5503713 |
| HOUSING: | 700/C/105/U |

| Transaction Date/Time | Transaction Amount | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | Current Balance | Receipt #  DLN |
|---|---|---|---|---|---|---|---|
| 06/21/21  11:08 REGULAR COMMISSARY PURCHASE | -$20.00 | -$20.00 | | | | $942.64 | 20089140 |
| 06/23/21  07:22 WESTERN UNION INTERFACE - AUTO ENTE | $200.00 | $200.00 | | | 40779175802 JAMELLA JIHAD | $1,142.64 | 20104805 |
| 06/24/21  13:40 JOB PAY - NONREMIBURSABLE | $5.00 | $5.00 | | | | $1,147.64 | 20117120 |
| 06/24/21  15:11 REGULAR COMMISSARY PURCHASE | -$38.14 | -$38.14 | | | | $1,109.50 | 20117775 |
| 06/29/21  08:42 REGULAR COMMISSARY PURCHASE | -$20.51 | -$20.51 | | | | $1,088.99 | 20143764 |
| 07/01/21  12:05 CR - POSTAGE | -$8.55 | -$8.55 | | | | $1,080.44 | 20159491 |
| 07/06/21  10:02 REGULAR COMMISSARY PURCHASE | -$49.63 | -$49.63 | | | | $1,030.81 | 20187983 |
| 07/09/21  14:34 JOB PAY - NONREMIBURSABLE | $5.00 | $5.00 | | | | $1,035.81 | 20220462 |
| 07/09/21  14:39 JOB PAY - NONREMIBURSABLE | $5.00 | $5.00 | | | | $1,040.81 | 20220483 |
| 07/12/21  10:33 REGULAR COMMISSARY PURCHASE | -$57.75 | -$57.75 | | | | $983.06 | 20232797 |
| 07/12/21  15:40 REGULAR COMMISSARY PURCHASE | -$40.00 | -$40.00 | | | | $943.06 | 20237571 |
| 07/14/21  12:44 JOB PAY - NONREMIBURSABLE | $5.00 | $5.00 | | | | $948.06 | 20254263 |
| 07/19/21  15:10 REGULAR COMMISSARY PURCHASE | -$20.00 | -$20.00 | | | | $928.06 | 20290067 |
| 07/21/21  12:35 REGULAR COMMISSARY PURCHASE | -$48.49 | -$48.49 | | | | $879.57 | 20304934 |
| 07/21/21  12:57 CR - POSTAGE | -$8.55 | -$8.55 | | | | $871.02 | 20305260 |
| 07/21/21  12:58 CR - POSTAGE | -$0.55 | -$0.55 | | | | $870.47 | 20305265 |

| INMATE NAME: | WAHHAJ, SIRAJ IBN |
|---|---|
| AGENCY #: | 00414151 |
| PERM: | 5503713 |

**CIBOLA COUNTY CORRECTIONAL CENTER**
**INMATE ACCOUNT SUMMARY 12/10/2018 to 12/10/2023**

Print Date: 12/13/2023  11:19:37AM

**INMATE**      WAHHAJ, SIRAJ IBN
**AGENCY #:**   00414151
**PERM #:**     5503713
**HOUSING:**    700/C/105/U

| Transaction Date/Time | Transaction Amount | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|
| 07/22/21  12:37 JOB PAY - NONREMIBURSABLE | $5.00 | $5.00 | | | | $875.47 | 20313056 | |
| 07/26/21  12:29 REGULAR COMMISSARY PURCHASE | -$20.00 | -$20.00 | | | | $855.47 | 20336565 | |
| 07/27/21  11:56 REGULAR COMMISSARY PURCHASE | -$29.58 | -$29.58 | | | | $825.89 | 20345045 | |
| 07/30/21  08:57 JOB PAY - NONREMIBURSABLE | $5.00 | $5.00 | | | | $830.89 | 20363981 | |
| 08/02/21  14:59 REGULAR COMMISSARY PURCHASE | -$40.00 | -$40.00 | | | | $790.89 | 20383125 | |
| 08/03/21  08:50 REGULAR COMMISSARY PURCHASE | -$49.53 | -$49.53 | | | | $741.36 | 20387747 | |
| 08/06/21  09:32 REVERSED TRANSACTION FROM 07/21/2021 12:58 | $0.55 | $0.55 | | | | $741.91 | 20415153 | |
| 08/06/21  09:33 CR - POSTAGE | -$8.55 | -$8.55 | | | | $733.36 | 20415154 | |
| 08/06/21  11:27 VOIDED REGULAR PURCHASE | $49.53 | $49.53 | | | | $782.89 | 20416989 | |
| 08/06/21  14:45 JOB PAY - NONREMIBURSABLE | $5.00 | $5.00 | | | | $787.89 | 20418889 | |
| 08/10/21  15:04 REGULAR COMMISSARY PURCHASE | -$14.23 | -$14.23 | | | | $773.66 | 20444100 | |
| 08/12/21  13:09 CR - POSTAGE | -$1.80 | -$1.80 | | | | $771.86 | 20458145 | |
| 08/17/21  09:12 REGULAR COMMISSARY PURCHASE | -$6.84 | -$6.84 | | | | $765.02 | 20489126 | |
| 08/20/21  14:22 CR - COPIES | -$9.70 | -$9.70 | | | | $755.32 | 20516353 | |
| 08/23/21  09:51 REGULAR COMMISSARY PURCHASE | -$9.71 | -$9.71 | | | | $745.61 | 20527253 | |
| 09/09/21  06:26 WESTERN UNION INTERFACE - AUTO ENTE | $200.00 | $200.00 | | | 13667364742    JAMELLA JIHAD | $945.61 | 20645092 | |

**INMATE NAME:**   WAHHAJ, SIRAJ IBN
**AGENCY #:**      00414151
**PERM:**          5503713

## CIBOLA COUNTY CORRECTIONAL CENTER
## INMATE ACCOUNT SUMMARY 12/10/2018 to 12/10/2023

Print Date: 12/13/2023  11:19:37AM

| INMATE | WAHHAJ, SIRAJ IBN |
|---|---|
| AGENCY #: | 00414151 |
| PERM #: | 5503713 |
| HOUSING: | 700/C/105/U |

| Transaction Date/Time | Transaction Amount | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|
| 09/09/21  08:29 REGULAR COMMISSARY PURCHASE | -$50.76 | -$50.76 | | | | $894.85 | 20647445 | |
| 09/10/21  14:22 VOIDED REGULAR PURCHASE | $50.76 | $50.76 | | | | $945.61 | 20664499 | |
| 09/13/21  15:13 REGULAR COMMISSARY PURCHASE | -$56.84 | -$56.84 | | | | $888.77 | 20684484 | |
| 09/15/21  15:55 VOIDED REGULAR PURCHASE | $1.09 | $1.09 | | | | $889.86 | 20701888 | |
| 09/16/21  08:54 CR - POSTAGE | -$1.86 | -$1.86 | | | | $888.00 | 20706776 | |
| 09/16/21  08:55 CR - POSTAGE | -$9.98 | -$9.98 | | | | $878.02 | 20706803 | |
| 09/16/21  09:30 CR - COPIES | -$5.50 | -$5.50 | | | | $872.52 | 20707235 | |
| 09/20/21  10:21 REGULAR COMMISSARY PURCHASE | -$50.77 | -$50.77 | | | | $821.75 | 20732574 | |
| 09/27/21  15:15 REGULAR COMMISSARY PURCHASE | -$20.00 | -$20.00 | | | | $801.75 | 20789746 | |
| 10/01/21  09:01 REGULAR COMMISSARY PURCHASE | -$54.13 | -$54.13 | | | | $747.62 | 20814930 | |
| 10/04/21  08:48 REGULAR COMMISSARY PURCHASE | -$59.75 | -$59.75 | | | | $687.87 | 20832137 | |
| 10/11/21  12:36 REGULAR COMMISSARY PURCHASE | -$20.00 | -$20.00 | | | | $667.87 | 20885808 | |
| 10/12/21  15:34 REGULAR COMMISSARY PURCHASE | -$41.17 | -$41.17 | | | | $626.70 | 20900033 | |
| 10/15/21  06:36 WESTERN UNION INTERFACE - AUTO ENTE | $200.00 | $200.00 | | | 89034471532 JAMELLA JIHAD | $826.70 | 20917385 | |
| 10/15/21  12:55 VOIDED REGULAR PURCHASE | $1.72 | $1.72 | | | | $828.42 | 20922797 | |
| 10/15/21  12:55 VOIDED REGULAR PURCHASE | $2.42 | $2.42 | | | | $830.84 | 20922798 | |

| INMATE NAME: | WAHHAJ, SIRAJ IBN |
|---|---|
| AGENCY #: | 00414151 |
| PERM: | 5503713 |

**CIBOLA COUNTY CORRECTIONAL CENTER**
**INMATE ACCOUNT SUMMARY 12/10/2018 to 12/10/2023**

Print Date: 12/13/2023  11:19:37AM

| INMATE | WAHHAJ, SIRAJ IBN |
|---|---|
| AGENCY #: | 00414151 |
| PERM #: | 5503713 |
| HOUSING: | 700/C/105/U |

| Transaction Date/Time | Transaction Amount | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|
| 10/18/21  12:17 CR - POSTAGE | -$0.58 | -$0.58 | | | | $830.26 | 20937225 | |
| 10/18/21  12:18 CR - POSTAGE | -$0.71 | -$0.71 | | | | $829.55 | 20937226 | |
| 10/18/21  15:25 REGULAR COMMISSARY PURCHASE | -$40.00 | -$40.00 | | | | $789.55 | 20940133 | |
| 10/19/21  15:14 REGULAR COMMISSARY PURCHASE | -$36.78 | -$36.78 | | | | $752.77 | 20949320 | |
| 10/22/21  11:23 CR - POSTAGE | -$1.36 | -$1.36 | | | | $751.41 | 20970869 | |
| 10/22/21  15:50 VOIDED REGULAR PURCHASE | $2.12 | $2.12 | | | | $753.53 | 20973101 | |
| 10/25/21  14:45 REGULAR COMMISSARY PURCHASE | -$54.56 | -$54.56 | | | | $698.97 | 20989106 | |
| 10/25/21  15:48 REGULAR COMMISSARY PURCHASE | -$20.00 | -$20.00 | | | | $678.97 | 20989556 | |
| 10/28/21  12:40 VOIDED REGULAR PURCHASE | $8.70 | $8.70 | | | | $687.67 | 21013363 | |
| 11/01/21  10:20 REGULAR COMMISSARY PURCHASE | -$20.00 | -$20.00 | | | | $667.67 | 21033407 | |
| 11/01/21  11:12 REGULAR COMMISSARY PURCHASE | -$49.17 | -$49.17 | | | | $618.50 | 21034614 | |
| 11/08/21  15:06 REGULAR COMMISSARY PURCHASE | -$20.00 | -$20.00 | | | | $598.50 | 21093732 | |
| 11/10/21  13:16 REGULAR COMMISSARY PURCHASE | -$39.19 | -$39.19 | | | | $559.31 | 21112857 | |
| 11/15/21  13:20 REGULAR COMMISSARY PURCHASE | -$40.00 | -$40.00 | | | | $519.31 | 21143270 | |
| 11/16/21  09:53 REGULAR COMMISSARY PURCHASE | -$54.93 | -$54.93 | | | | $464.38 | 21151660 | |
| 11/21/21  09:11 REGULAR COMMISSARY PURCHASE | -$35.21 | -$35.21 | | | | $429.17 | 21182894 | |

| INMATE NAME: | WAHHAJ, SIRAJ IBN |
|---|---|
| AGENCY #: | 00414151 |
| PERM: | 5503713 |

**CIBOLA COUNTY CORRECTIONAL CENTER**
**INMATE ACCOUNT SUMMARY 12/10/2018 to 12/10/2023**

Print Date: 12/13/2023 11:19:37AM

| INMATE | WAHHAJ, SIRAJ IBN |
|---|---|
| AGENCY #: | 00414151 |
| PERM #: | 5503713 |
| HOUSING: | 700/C/105/U |

| Transaction Date/Time | Transaction Amount | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|
| 11/29/21 09:03 REGULAR COMMISSARY PURCHASE | -$52.99 | -$52.99 | | | | $376.18 | 21231529 | |
| 11/29/21 15:13 REGULAR COMMISSARY PURCHASE | -$40.00 | -$40.00 | | | | $336.18 | 21237507 | |
| 12/06/21 15:25 REGULAR COMMISSARY PURCHASE | -$40.00 | -$40.00 | | | | $296.18 | 21287271 | |
| 12/09/21 09:32 REGULAR COMMISSARY PURCHASE | -$94.92 | -$94.92 | | | | $201.26 | 21308252 | |
| 12/13/21 06:48 WESTERN UNION INTERFACE - AUTO ENTE | $200.00 | $200.00 | | | 47223411772 JAMELLA JIHAD | $401.26 | 21325452 | |
| 12/13/21 11:55 REGULAR COMMISSARY PURCHASE | -$40.00 | -$40.00 | | | | $361.26 | 21334699 | |
| 12/14/21 08:42 REGULAR COMMISSARY PURCHASE | -$28.50 | -$28.50 | | | | $332.76 | 21339732 | |
| 12/20/21 11:13 REGULAR COMMISSARY PURCHASE | -$40.00 | -$40.00 | | | | $292.76 | 21377606 | |
| 12/21/21 10:18 REGULAR COMMISSARY PURCHASE | -$66.20 | -$66.20 | | | | $226.56 | 21386326 | |
| 12/27/21 10:05 REGULAR COMMISSARY PURCHASE | -$40.00 | -$40.00 | | | | $186.56 | 21411789 | |
| 01/03/22 08:44 REGULAR COMMISSARY PURCHASE | -$38.02 | -$38.02 | | | | $148.54 | 21443448 | |
| 01/03/22 14:54 VOIDED REGULAR PURCHASE | $2.42 | $2.42 | | | | $150.96 | 21452215 | |
| 01/04/22 11:37 REGULAR COMMISSARY PURCHASE | -$40.00 | -$40.00 | | | | $110.96 | 21460361 | |
| 01/05/22 07:45 CR - POSTAGE | -$1.16 | -$1.16 | | | | $109.80 | 21466661 | |
| 01/10/22 15:44 REGULAR COMMISSARY PURCHASE | -$20.00 | -$20.00 | | | | $89.80 | 21501705 | |
| 01/12/22 08:35 REGULAR COMMISSARY PURCHASE | -$28.80 | -$28.80 | | | | $61.00 | 21512184 | |

| INMATE NAME: | WAHHAJ, SIRAJ IBN |
|---|---|
| AGENCY #: | 00414151 |
| PERM: | 5503713 |

**CIBOLA COUNTY CORRECTIONAL CENTER**
**INMATE ACCOUNT SUMMARY 12/10/2018 to 12/10/2023**

Print Date: 12/13/2023  11:19:37AM

| INMATE | WAHHAJ, SIRAJ IBN |
|---|---|
| AGENCY #: | 00414151 |
| PERM #: | 5503713 |
| HOUSING: | 700/C/105/U |

| Transaction Date/Time | Transaction Amount | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|
| 01/18/22  14:37 REGULAR COMMISSARY PURCHASE | -$10.00 | -$10.00 | | | | $51.00 | 21547021 | |
| 01/18/22  14:50 REGULAR COMMISSARY PURCHASE | -$30.82 | -$30.82 | | | | $20.18 | 21547099 | |
| 01/24/22  06:40 WESTERN UNION INTERFACE - AUTO ENTE | $200.00 | $200.00 | | | 32482604792 JAMELLA JIHAD | $220.18 | 21571630 | |
| 01/24/22  09:13 REGULAR COMMISSARY PURCHASE | -$19.83 | -$19.83 | | | | $200.35 | 21575463 | |
| 01/25/22  15:27 REGULAR COMMISSARY PURCHASE | -$20.00 | -$20.00 | | | | $180.35 | 21590261 | |
| 02/01/22  08:59 REGULAR COMMISSARY PURCHASE | -$39.88 | -$39.88 | | | | $140.47 | 21626204 | |
| 02/01/22  14:45 REGULAR COMMISSARY PURCHASE | -$10.00 | -$10.00 | | | | $130.47 | 21628923 | |
| 02/02/22  14:15 VOIDED REGULAR PURCHASE | $5.52 | $5.52 | | | | $135.99 | 21638705 | |
| 02/07/22  08:25 REGULAR COMMISSARY PURCHASE | -$36.37 | -$36.37 | | | | $99.62 | 21663457 | |
| 02/07/22  12:17 CR - POSTAGE | -$0.73 | -$0.73 | | | | $98.89 | 21667972 | |
| 02/08/22  10:16 VENDOR ORDER | -$13.98 | -$13.98 | | | N/A GARCIA'S KITCHEN | $84.91 | 34430820 Ground Beef & Beef Burrito | |
| 02/11/22  12:04 VOIDED REGULAR PURCHASE | $2.92 | $2.92 | | | | $87.83 | 21701673 | |
| 02/14/22  13:24 REGULAR COMMISSARY PURCHASE | -$10.00 | -$10.00 | | | | $77.83 | 21717231 | |
| 02/15/22  08:32 REGULAR COMMISSARY PURCHASE | -$27.02 | -$27.02 | | | | $50.81 | 21723104 | |
| 02/22/22  08:54 REGULAR COMMISSARY PURCHASE | -$21.62 | -$21.62 | | | | $29.19 | 21766228 | |
| 03/01/22  11:02 REGULAR COMMISSARY PURCHASE | -$28.39 | -$28.39 | | | | $0.80 | 21811048 | |

| INMATE NAME: | WAHHAJ, SIRAJ IBN |
|---|---|
| AGENCY #: | 00414151 |
| PERM: | 5503713 |

**CIBOLA COUNTY CORRECTIONAL CENTER**
**INMATE ACCOUNT SUMMARY 12/10/2018 to 12/10/2023**

Print Date: 12/13/2023  11:19:37AM

| INMATE | WAHHAJ, SIRAJ IBN |
|---|---|
| AGENCY #: | 00414151 |
| PERM #: | 5503713 |
| HOUSING: | 700/C/105/U |

| Transaction Date/Time | Transaction Amount | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | Current Balance | Receipt #  DLN |
|---|---|---|---|---|---|---|---|
| 03/11/22 06:43 WESTERN UNION INTERFACE - AUTO ENTE | $100.00 | $100.00 | | | 87698926772 BALKIS AURA WAHHAJ | $100.80 | 21877787 |
| 03/14/22 07:25 WESTERN UNION INTERFACE - AUTO ENTE | $200.00 | $200.00 | | | 64701042172 JAMELLA JIHAD | $300.80 | 21889933 |
| 03/14/22 15:04 REGULAR COMMISSARY PURCHASE | -$10.00 | -$10.00 | | | | $290.80 | 21899122 |
| 03/15/22 07:52 CR - POSTAGE | -$0.58 | -$0.58 | | | | $290.22 | 21902196 |
| 03/17/22 08:43 REGULAR COMMISSARY PURCHASE | -$64.64 | -$64.64 | | | | $225.58 | 21916479 |
| 03/17/22 10:39 VENDOR ORDER | -$12.50 | -$12.50 | | | N/A GABBY'S CAFÉ | $213.08 | 34488877 Philly Cheese Steak with Fries |
| 03/18/22 08:27 VOIDED REGULAR PURCHASE | $1.20 | $1.20 | | | | $214.28 | 21923585 |
| 03/21/22 09:55 REGULAR COMMISSARY PURCHASE | -$20.00 | -$20.00 | | | | $194.28 | 21937275 |
| 03/22/22 08:47 REGULAR COMMISSARY PURCHASE | -$40.09 | -$40.09 | | | | $154.19 | 21945041 |
| 03/22/22 10:36 CR - POSTAGE | -$0.58 | -$0.58 | | | | $153.61 | 21946849 |
| 03/22/22 10:36 CR - POSTAGE | -$0.58 | -$0.58 | | | | $153.03 | 21946850 |
| 03/28/22 15:03 REGULAR COMMISSARY PURCHASE | -$22.31 | -$22.31 | | | | $130.72 | 21983847 |
| 04/04/22 12:33 REGULAR COMMISSARY PURCHASE | -$35.25 | -$35.25 | | | | $95.47 | 22022811 |
| 04/12/22 07:52 REGULAR COMMISSARY PURCHASE | -$23.04 | -$23.04 | | | | $72.43 | 22071001 |
| 04/19/22 08:59 REGULAR COMMISSARY PURCHASE | -$28.86 | -$28.86 | | | | $43.57 | 22111756 |
| 04/22/22 14:57 VOIDED REGULAR PURCHASE | $2.33 | $2.33 | | | | $45.90 | 22131550 |

| INMATE NAME: | WAHHAJ, SIRAJ IBN |
|---|---|
| AGENCY #: | 00414151 |
| PERM: | 5503713 |

## CIBOLA COUNTY CORRECTIONAL CENTER
### INMATE ACCOUNT SUMMARY 12/10/2018 to 12/10/2023

Print Date: 12/13/2023 11:19:37AM

| INMATE | WAHHAJ, SIRAJ IBN |
| --- | --- |
| AGENCY #: | 00414151 |
| PERM #: | 5503713 |
| HOUSING: | 700/C/105/U |

| Transaction Date/Time | Transaction Amount | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | Current Balance | Receipt # | DLN |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 04/25/22 09:03 REGULAR COMMISSARY PURCHASE | -$28.02 | -$28.02 | | | | $17.88 | 22136818 | |
| 05/02/22 07:54 WESTERN UNION INTERFACE - AUTO ENTE | $200.00 | $200.00 | | | 31515983472 JAMELLA JIHAD | $217.88 | 22174511 | |
| 05/02/22 08:11 REGULAR COMMISSARY PURCHASE | -$50.39 | -$50.39 | | | | $167.49 | 22175444 | |
| 05/12/22 07:43 REGULAR COMMISSARY PURCHASE | -$36.39 | -$36.39 | | | | $131.10 | 22243846 | |
| 05/18/22 09:31 REGULAR COMMISSARY PURCHASE | -$30.77 | -$30.77 | | | | $100.33 | 22279499 | |
| 05/25/22 08:38 REGULAR COMMISSARY PURCHASE | -$27.68 | -$27.68 | | | | $72.65 | 22320333 | |
| 06/02/22 14:28 REGULAR COMMISSARY PURCHASE | -$23.70 | -$23.70 | | | | $48.95 | 22365848 | |
| 06/08/22 09:42 REGULAR COMMISSARY PURCHASE | -$22.81 | -$22.81 | | | | $26.14 | 22398817 | |
| 06/13/22 09:12 REGULAR COMMISSARY PURCHASE | -$24.51 | -$24.51 | | | | $1.63 | 22428248 | |
| 06/15/22 06:28 WESTERN UNION INTERFACE - AUTO ENTE | $200.00 | $200.00 | | | 94884101062 JAMELLA JIHAD | $201.63 | 22442283 | |
| 06/15/22 14:29 VOIDED REGULAR PURCHASE | $1.19 | $1.19 | | | | $202.82 | 22446002 | |
| 06/15/22 14:29 VOIDED REGULAR PURCHASE | $0.53 | $0.53 | | | | $203.35 | 22446003 | |
| 06/20/22 08:56 REGULAR COMMISSARY PURCHASE | -$58.64 | -$58.64 | | | | $144.71 | 22468840 | |
| 06/27/22 14:49 REGULAR COMMISSARY PURCHASE | -$10.00 | -$10.00 | | | | $134.71 | 22513958 | |
| 07/01/22 07:55 REGULAR COMMISSARY PURCHASE | -$29.96 | -$29.96 | | | | $104.75 | 22532378 | |
| 07/07/22 07:54 REGULAR COMMISSARY PURCHASE | -$33.10 | -$33.10 | | | | $71.65 | 22565840 | |

| INMATE NAME: | WAHHAJ, SIRAJ IBN |
| --- | --- |
| AGENCY #: | 00414151 |
| PERM: | 5503713 |

**CIBOLA COUNTY CORRECTIONAL CENTER**
**INMATE ACCOUNT SUMMARY 12/10/2018 to 12/10/2023**

Print Date: 12/13/2023  11:19:37AM

| INMATE | WAHHAJ, SIRAJ IBN |
|---|---|
| AGENCY #: | 00414151 |
| PERM #: | 5503713 |
| HOUSING: | 700/C/105/U |

| Transaction Date/Time | Transaction Amount | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|
| 07/11/22  09:08 REGULAR COMMISSARY PURCHASE | -$41.01 | -$41.01 | | | | $30.64 | 22589976 | |
| 07/13/22  11:40 CR - POSTAGE | -$7.96 | -$7.96 | | | | $22.68 | 22605781 | |
| 07/19/22  06:39 WESTERN UNION INTERFACE - AUTO ENTE | $500.00 | $500.00 | | | 40289298002 DELLA BACHICHA | $522.68 | 22633478 | |
| 07/25/22  10:49 REGULAR COMMISSARY PURCHASE | -$30.47 | -$30.47 | | | | $492.21 | 22669703 | |
| 08/04/22  07:36 REGULAR COMMISSARY PURCHASE | -$54.60 | -$54.60 | | | | $437.61 | 22729787 | |
| 08/09/22  16:05 REGULAR COMMISSARY PURCHASE | -$40.54 | -$40.54 | | | | $397.07 | 22766014 | |
| 08/12/22  07:48 WESTERN UNION INTERFACE - AUTO ENTE | $200.00 | $200.00 | | | 09465519682 JAMELLA JIHAD | $597.07 | 22781147 | |
| 08/15/22  15:23 REGULAR COMMISSARY PURCHASE | -$21.91 | -$21.91 | | | | $575.16 | 22802513 | |
| 08/22/22  09:09 REGULAR COMMISSARY PURCHASE | -$34.00 | -$34.00 | | | | $541.16 | 22841267 | |
| 09/01/22  14:45 REGULAR COMMISSARY PURCHASE | -$30.80 | -$30.80 | | | | $510.36 | 22909339 | |
| 09/06/22  13:55 REGULAR COMMISSARY PURCHASE | -$20.00 | -$20.00 | | | | $490.36 | 22936287 | |
| 09/07/22  08:51 REGULAR COMMISSARY PURCHASE | -$21.25 | -$21.25 | | | | $469.11 | 22941298 | |
| 09/12/22  15:24 REGULAR COMMISSARY PURCHASE | -$48.46 | -$48.46 | | | | $420.65 | 22974912 | |
| 09/19/22  08:34 REGULAR COMMISSARY PURCHASE | -$38.39 | -$38.39 | | | | $382.26 | 23013331 | |
| 09/19/22  14:19 VOIDED REGULAR PURCHASE | $8.84 | $8.84 | | | | $391.10 | 23019221 | |
| 09/26/22  15:21 REGULAR COMMISSARY PURCHASE | -$20.00 | -$20.00 | | | | $371.10 | 23060240 | |

| INMATE NAME: | WAHHAJ, SIRAJ IBN |
|---|---|
| AGENCY #: | 00414151 |
| PERM: | 5503713 |

**CIBOLA COUNTY CORRECTIONAL CENTER**
**INMATE ACCOUNT SUMMARY 12/10/2018 to 12/10/2023**

Print Date: 12/13/2023 11:19:37AM

| INMATE | WAHHAJ, SIRAJ IBN |
|---|---|
| AGENCY #: | 00414151 |
| PERM #: | 5503713 |
| HOUSING: | 700/C/105/U |

| Transaction Date/Time | Transaction Amount | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|
| 09/28/22 15:12 REGULAR COMMISSARY PURCHASE | -$21.15 | -$21.15 | | | | $349.95 | 23073957 | |
| 10/03/22 14:34 REGULAR COMMISSARY PURCHASE | -$20.00 | -$20.00 | | | | $329.95 | 23102422 | |
| 10/05/22 07:56 REGULAR COMMISSARY PURCHASE | -$44.54 | -$44.54 | | | | $285.41 | 23113902 | |
| 10/11/22 15:47 REGULAR COMMISSARY PURCHASE | -$20.00 | -$20.00 | | | | $265.41 | 23156284 | |
| 10/12/22 08:14 REGULAR COMMISSARY PURCHASE | -$18.53 | -$18.53 | | | | $246.88 | 23158902 | |
| 10/12/22 08:14 REGULAR COMMISSARY PURCHASE | -$6.86 | -$6.86 | | | | $240.02 | 23158903 | |
| 10/17/22 08:55 REGULAR COMMISSARY PURCHASE | -$21.73 | -$21.73 | | | | $218.29 | 23185486 | |
| 10/17/22 15:16 REGULAR COMMISSARY PURCHASE | -$20.00 | -$20.00 | | | | $198.29 | 23191814 | |
| 10/26/22 11:06 REGULAR COMMISSARY PURCHASE | -$29.65 | -$29.65 | | | | $168.64 | 23247026 | |
| 11/01/22 08:49 REGULAR COMMISSARY PURCHASE | -$16.38 | -$16.38 | | | | $152.26 | 23279697 | |
| 11/01/22 14:49 REGULAR COMMISSARY PURCHASE | -$20.00 | -$20.00 | | | | $132.26 | 23286524 | |
| 11/07/22 15:29 REGULAR COMMISSARY PURCHASE | -$9.98 | -$9.98 | | | | $122.28 | 23325672 | |
| 11/14/22 08:43 REGULAR COMMISSARY PURCHASE | -$13.98 | -$13.98 | | | | $108.30 | 23361695 | |
| 11/14/22 11:50 CR - POSTAGE | -$17.45 | -$17.45 | | | | $90.85 | 23366064 | |
| 11/14/22 15:00 REGULAR COMMISSARY PURCHASE | -$20.00 | -$20.00 | | | | $70.85 | 23369676 | |
| 11/18/22 10:42 CR - COPIES | -$1.20 | -$1.20 | | | | $69.65 | 23396022 | |

| INMATE NAME: | WAHHAJ, SIRAJ IBN |
|---|---|
| AGENCY #: | 00414151 |
| PERM: | 5503713 |

## CIBOLA COUNTY CORRECTIONAL CENTER
### INMATE ACCOUNT SUMMARY 12/10/2018 to 12/10/2023

Print Date: 12/13/2023 11:19:37AM

**INMATE** WAHHAJ, SIRAJ IBN
**AGENCY #:** 00414151
**PERM #:** 5503713
**HOUSING:** 700/C/105/U

| Transaction Date/Time | Transaction Amount | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|
| 11/18/22 10:43 CR - COPIES | -$0.20 | -$0.20 | | | | $69.45 | 23396025 | |
| 11/21/22 15:20 REGULAR COMMISSARY PURCHASE | -$20.00 | -$20.00 | | | | $49.45 | 23415106 | |
| 11/22/22 08:15 REGULAR COMMISSARY PURCHASE | -$20.72 | -$20.72 | | | | $28.73 | 23418796 | |
| 11/28/22 12:02 REGULAR COMMISSARY PURCHASE | -$20.00 | -$20.00 | | | | $8.73 | 23446080 | |
| 11/30/22 06:45 WESTERN UNION INTERFACE - AUTO ENTE | $200.00 | $200.00 | | | 34812872852 JAMELLA JIHAD | $208.73 | 23459550 | |
| 12/01/22 08:05 REGULAR COMMISSARY PURCHASE | -$25.21 | -$25.21 | | | | $183.52 | 23465494 | |
| 12/05/22 13:49 REGULAR COMMISSARY PURCHASE | -$29.24 | -$29.24 | | | | $154.28 | 23495076 | |
| 12/12/22 09:38 REGULAR COMMISSARY PURCHASE | -$39.90 | -$39.90 | | | | $114.38 | 23540711 | |
| 12/13/22 11:24 CR - POSTAGE | -$7.82 | -$7.82 | | | | $106.56 | 23551346 | |
| 12/13/22 11:25 CR - POSTAGE | -$7.82 | -$7.82 | | | | $98.74 | 23551353 | |
| 12/13/22 11:25 CR - POSTAGE | -$0.60 | -$0.60 | | | | $98.14 | 23551357 | |
| 12/13/22 11:25 CR - POSTAGE | -$1.68 | -$1.68 | | | | $96.46 | 23551363 | |
| 12/21/22 08:13 REGULAR COMMISSARY PURCHASE | -$27.03 | -$27.03 | | | | $69.43 | 23603902 | |
| 12/22/22 14:57 REGULAR COMMISSARY PURCHASE | -$5.20 | -$5.20 | | | | $64.23 | 23612682 | |
| 01/03/23 14:33 REGULAR COMMISSARY PURCHASE | -$20.37 | -$20.37 | | | | $43.86 | 23664133 | |
| 01/09/23 09:00 REGULAR COMMISSARY PURCHASE | -$36.49 | -$36.49 | | | | $7.37 | 23696559 | |

**INMATE NAME:** WAHHAJ, SIRAJ IBN
**AGENCY #:** 00414151
**PERM:** 5503713

**CIBOLA COUNTY CORRECTIONAL CENTER**
**INMATE ACCOUNT SUMMARY 12/10/2018 to 12/10/2023**

Print Date: 12/13/2023  11:19:37AM

| INMATE | WAHHAJ, SIRAJ IBN |
|---|---|
| AGENCY #: | 00414151 |
| PERM #: | 5503713 |
| HOUSING: | 700/C/105/U |

| Transaction Date/Time | Transaction Amount | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|
| 11/05/23  12:16 REGULAR COMMISSARY PURCHASE | -$4.71 | -$4.71 | | | | $14.19 | 25602439 | |
| 11/07/23  14:53 VOIDED REGULAR PURCHASE | $6.75 | $6.75 | | | | $20.94 | 25620517 | |
| 11/11/23  09:51 REGULAR COMMISSARY PURCHASE | -$20.86 | -$20.86 | | | | $0.08 | 25644894 | |
| 11/16/23  06:37 WESTERN UNION INTERFACE - AUTO ENTE | $200.00 | $200.00 | | | 87890886052  JAMELLA JIHAD | $200.08 | 25684179 | |
| 11/18/23  07:30 REGULAR COMMISSARY PURCHASE | -$42.21 | -$42.21 | | | | $157.87 | 25698124 | |
| 11/18/23  09:20 REGULAR COMMISSARY PURCHASE | -$6.70 | -$6.70 | | | | $151.17 | 25699418 | |
| 11/22/23  15:23 JOB PAY - NONREMIBURSABLE | $15.00 | $15.00 | | | | $166.17 | 25733410 | |
| 11/25/23  08:18 REGULAR COMMISSARY PURCHASE | -$39.67 | -$39.67 | | | | $126.50 | 25741997 | |
| 12/02/23  07:00 REGULAR COMMISSARY PURCHASE | -$36.54 | -$36.54 | | | | $89.96 | 25796420 | |
| 12/03/23  09:37 REGULAR COMMISSARY PURCHASE | -$3.39 | -$3.39 | | | | $86.57 | 25806976 | |
| 12/05/23  12:53 CR - POSTAGE | -$8.53 | -$8.53 | | | | $78.04 | 25824910 | |
| 12/06/23  16:05 JOB PAY - NONREMIBURSABLE | $15.00 | $15.00 | | | | $93.04 | 25832682 | |
| 12/06/23  16:08 JOB PAY - NONREMIBURSABLE | $15.00 | $15.00 | | | | $108.04 | 25832788 | |
| 12/07/23  15:48 JOB PAY - NONREMIBURSABLE | $15.00 | $15.00 | | | | $123.04 | 25839706 | |
| 12/09/23  05:41 REGULAR COMMISSARY PURCHASE | -$34.69 | -$34.69 | | | | $88.35 | 25849749 | |
| 12/09/23  05:57 REGULAR COMMISSARY PURCHASE | -$13.19 | -$13.19 | | | | $75.16 | 25850009 | |

| INMATE NAME: | WAHHAJ, SIRAJ IBN |
|---|---|
| AGENCY #: | 00414151 |
| PERM: | 5503713 |

**CIBOLA COUNTY CORRECTIONAL CENTER**
**INMATE ACCOUNT SUMMARY 12/10/2018 to 12/10/2023**

Print Date: 12/13/2023  11:19:37AM

| INMATE | WAHHAJ, SIRAJ IBN |
|---|---|
| AGENCY #: | 00414151 |
| PERM #: | 5503713 |
| HOUSING: | 700/C/105/U |

| Transaction Date/Time | Transaction Amount | Deposit/Withdrawl Amount | Collected Cost Recovery | Billed Cost Recovery | Check # | Current Balance | Receipt # | DLN |
|---|---|---|---|---|---|---|---|---|
| 12/10/23  16:54 | -$1.34 | -$1.34 | | | | $73.82 | 25863311 | |
| REGULAR COMMISSARY PURCHASE | | | | | | | | |

| CURRENT ACCOUNT BALANCES | |
|---|---|
| ACCOUNT | BALANCE |
| INMATE FUND | $73.82 |
| INMATE ESCROW FUND | $0.00 |
| Total Balance: | $73.82 |

| INMATE NAME: | WAHHAJ, SIRAJ IBN |
|---|---|
| AGENCY #: | 00414151 |
| PERM: | 5503713 |

Page 40 of 40

## I. The Parties to the Compliant

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attached additional pages if needed.

Name <u>Siraj Ibn Wahhaj</u>

All other names by which you have been known: <u>Siraj Wahhaj</u>

ID Number <u>00414151</u>

Current Institution <u>Cibola County Correctional Center</u>

Address <u>P.O. Box 3540</u>                                                                 <u>Milan</u>

<u>New Mexico</u>                     <u>87021</u>                     city
state                          zip code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure the defendant(s) listed below are identical to those contained in the above captain. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both, attach additional pages if needed.

Defendant No. 1

Name <u>Correction Corporation of America</u>
Job or Title (if known) _____
Shield Number _____
Employer _____
Address  5501 Virgin Way Suite 110
<u>Brentwood</u>                 <u>Tennessee</u>                 <u>37027</u>
        City                      State                    Zip Code

☑ Individual capacity    ☑ official capacity

Defendant No. 2

Name  Cibola County Correctional Center/CoreCivic
Job or Title (if known) _____
Shield Number _____
Employer Core Civic
Address P.O. Box 3540

Milan          New Mexico          87021
City              State              Zip code

☑ Individual capacity    ☑ official capacity

Defendant No. 3

Name  Mark Foreman                                Job or
Title (if known) Warden                    Shield Number
                                          Employer Cibola
_____    Address P.O. Box 3540
County Correctional Center/Core Civic      Milan          New Mexico
                                          City              State
          87021
          Zip code

☑ Individual capacity    ☑ official capacity

Defendant No. 4

Name_____
Job or Title (if known) _____
Shield Number _____
Employer _____
Address _____

——————————    ——————————————    ——————————————
    City                      State                      Zip code

    Individual capacity                      official capacity


## II. Basis for Jurisdiction

Under 42 U.S.C. 1983, you may sue state or local officials for the ' deprivation of any rights, privileges, or immunities secured by the Constitution and [ federal laws]." Under Bivens v. Six unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

    Federal officials (a Bivens claim)

    state or local officials (a 1983 claim)

B. Section 1983 allows claims alleging the " deprivation of any rights, privileges, or immunities secured by the Constitution and [ federal officials]. " 42 U.S.C. 1983. If you are suing under section 1983, what federal constitution or statutory right(s) do you claim is/ are being violated by state or local officials?

This is a civil rights action filed by Siraj Wahhaj, a federal detainee at CCCC, for damages and injunctive relief under 42 U.S.C. 1983, This action arises under the United States Constitution, particularly under the provisions of the First, Fifth and Fourteenth, Amendments to the United States Constitution.

C. Plaintiffs and suing under Bivens may only recover from the for violation of certain constitutional rights. If you are suing under Bivens, what constitutional right(s) do you claim is/are being violated by federal officials?

——————————————————————————————————————

D. Section 1983 allows defendants to be found liable only when they have acted " under color of any statue, ordinance, regulation, custom, or usage, of any State or

Territory or the District of Columbia." 42 U.S.C. 1983. If you are suing under section 1983, explain how each defendant acted under color or state or local law. If you are suing under Bivens, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Defendant CCA is a private for profit corporation that operates CCCC.

Defendant Cibola County Correctional Center/CoreCivic is a municipal corporation existing under and by virtue of the laws of the State of New Mexico. They are sued in their official and individual capacities.

Defendant Mark Foreman was, at all times material times, is the warden of Cibola County Correctional Center/CoreCivic. He is sued in his individual capacity and official capacity.

Count 1. Violation of the 1st, 5th and /or 14 Fourteenth Amendments against all defendants under 42 U.S.C. 1983

Count 2. State law claim for negligent hiring, supervision, training, and retention against CCA, CCCC and Foreman

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows (check all that apply):

☑ <u>Pretrial detainee</u>

Civilly committed detainee

Immigration detainee

Convicted and sentenced state

Convicted and sentenced federal prisoner

Other (explain)_____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statues. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose. These events arose while being detained at CCCC.

C. What date and approximate time did the events giving rise to your claim(s) occur? The dates started September 2018 through current 2023.

I first started grievancing legal access to the courts/legal materials in July 7, 2019. (See grievance # 2019-504-00411- G. On July 11, 2019, I put in a grievance on a DO Begay, I did not know how to spell her name at the time, I spelled it Biege. The response was we do not have an officer Biege. It was deemed not in my favor. There was no attempt to find out the officers name. This is what I had to deal with from the inception of my incarceration. (See grievance # 2019- 504-c-1D-G) On August 11, 2020, I submitted a grievance about a staff preventing me from using the law library. (See grievance # 98389473) On September 22, 2020, I filed a grievance complaining about collective enforcement on DO Beline. (See grievance # 101046173) On October 28, 2020, I submitted a grievance about being prevented from using the law library. (See grievance # 106205753) On January 27, 2021, I grievance the CCCC delaying printing out my motion because the law library did not have a printer. (See grievance # 101046173) On March 9, 2021, I submitted a grievance about not having access to the law library. I appealed it to warden Robert Nilius who stated " No relief granted at this time. (See grievance # 119503843) This has been a recurring theme from the inception of my incarceration no relief at this time or double talk. On April 4, 2021, I submitted a grievance complaining about us detainees receiving chemicals that were water in

the height of the Covid outbreak. (See grievance # 122138553) On April 10, 2021, I submitted a grievance complaining about CCCC's medical not treating me for my covid long symptoms. (See grievance # 122803223) On April 14, 2021, I submitted a grievance complaining that CCCC was rationing chemicals in the height of covid. (See grievance # 123173831) On April 27,2021, I submitted a grievance complaining that my sick calls pertaining to covid were being discarded. (See grievance # 124477851) On May 8, 2021, I submitted a grievance about not getting chemical to fight covid. (See grievance # 125738572) On May 20, 2021, I submitted a grievance complaining that my legal materials that I was working on needed to be printed out. (See grievance # 126942842) On May 23, 2021, I submitted a grievance complaining about CCCC' staff closing out my request without providing me with the service I requested and the copies of the request. (See grievance # 127273572) On May 26, 2021, I submitted a grievance complaining that staff was being tested for covid's second outbreak, but detainees in my unit 300 D were sick and the whole pod was not tested per CDC guidelines. (See grievance # 127641652) On May 29, 2021, I submitted a grievance complaining about not receiving chemicals to mitigate the covid outbreak. (See grievance # 128009672) On June 24, 2021, I submitted a grievance complaining that CCCC would not provide me the results of my covid test and blood analysis. (See grievance # 130872772) On July 8, 2021, I submitted a grievance complaining that my original legal materials were held by a staff causing my motions delayed. (See grievance # 132679462) On July 23, 2021, I submitted a grievance complaining that there was no working law library for detainees' usage. (See grievance # 134440522) On July 29, 2021, I submitted a grievance complaining CCCC illegally filled out my sick without seeing me for my abnormal kidneys. (See grievance # 135266212) On July 29, 2021, I submitted a medical grievance # 2021-504- 00250, CCCC's medical responded seven days passed the deadline. They was supposed to respond by August 13, 2021, they responded on August 20, 2021. (See grievance # 2021-504-00250) On September 11, 2021, I submitted a grievance complaining that CCCC's staff made me miss my hearing in my Taos County case. As a result, I received a letter on September 7, 2012, ruling against me. (See grievance # 141055372) On January 20, 2022, I submitted a grievance complaining about having a ripped yellow that my legal materials were coming

out and having one pair of socks. (See grievance # 160194842) On April 8, 2022, I submitted a grievance complaining that our shower in 300D was not working. (See grievance # 172823612) On April 11, 2022, I submitted a grievance complaining that our Ramadan trays were coming late. ( See grievance # 173300472) On May 6, 2022, I submitted a grievance complaining about not having the law library. ( See grievance # 177340432) On June 10, 2022, I submitted a grievance complaining about not receiving a complete hygiene... (See grievance # 183438262) On June 20, 2022, I submitted a grievance complaining that 300 D did not have hot water for three days.. (See grievance # 185092262) On June 22,2022, I submitted a grievance complaining that 300 D did have chemicals for two days.. (See grievance # 185566272) On July 4, 2022, I submitted a grievance complaining that my religious Eidul Ahad were being arbitrarily denied in violation of my First Amendment. ( See grievance # 187827492) On July 19, 2022, I submitted a grievance complaining that the hot water went out on Saturday July 16, 2022, and maintenance will fix it on Monday July 18, 2022.( See grievance # 190073382) On November 7, 2022, I submitted a grievance complaining about not receiving my 35 educational certificate i successfully completed. Warden Forman responded stating " Currently the program facilitator position is vacant. Once we fill the position the certificates will be provided. ( See grievance # 212291112)

D. What are facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?) CCCC has been engaged in concealing the due process rights of detainees under its care by manipulating the grievance process. In furtherance to this conspiracy CCCC illegally moved the grievances of all detainees of tier management policy from the tablet. This attempt to conceal that CCCC policy reflected the group punishment of all detainees without due process, without the opportunity to go before DHO. Even after multiple attempts to inform the warden and CCCC's staff that I'm Pro Se and needed access to the legal material / courts. He and CCCC's staff continued with the policy of collected enforcement. He responded was it is not a negotiation, and he needs everyone's 100% compliance. I was always in compliance; I did not receive any infractions for non-compliance. My release from tier management is conditional on everyone's 100% compliance which is out of

my control. I only have control for myself. The manipulation of the grievance process was not isolated just to me. I ask other detainees was their grievances pertaining to tier management removed from their grievances section on the tablet and without exception they all said yes. This was a systematic attempt to conceal the detainees exhaustion of administrative remedies and deny us due process. According to policy detainee grievances are not supposed to be removed and they must keep a record of all grievances. The Warden continues to threaten the detainees with tier management if one person does not comply with CCCC's policies. On Saturday January 20, 2023, the warden came to my unit 700 C for a town hall meeting. In that meeting he stated at the 3pm count every inmate has to stand at the door with the lights on until count is finished. He stated if one person is not at the door with ID and lights on, all of us will go on tier management. The Warden always threatens detainees with tier management. This is an intentional policy to deny detainees due process rights. CCCC has mechanism in place where they can go in the grievances and illegally remove/ delete the grievances. I grievance that my grievance was illegally erased from the system. I also grievance that my grievance was illegally removed from the grievance and placed in request category.

To further illustrate that point of manipulation of the grievance system.  On February 5, 2024, I requested a copy of all of my grievances, request # 418805661. On February 6, I received my grievances and was charged $18.00 for the copies. However, going through those grievances, I found that it was not complete. On November 15, 2022, I Submitted a grievance complaining that I was not provided a copy of my requests. (See grievance # 213955652) On November 7, 2022, I submitted a grievance complaining about being denied access to the courts, one hour recreation daily, and my mandatory jummah prayers on Fridays. (See grievance # 212327742)

On November 7, 2022, I submitted a grievance complaining that CCCC is illegally manipulating the grievance process. That I grievance the collective enforcement policy of warden Foreman and that grievance was illegally removed to request. (See grievance # 212114222)

On December 28, 2021, I submitted a grievance that my unit in 300D was handcuffed behind our backs for 2 hours causing me excruciating pain I violation of the Federal Marshal's detainee handbook which states detainees are not supposed to remain handcuffed for more than 15 minutes. (See grievance # 156738762)

On December 28, 2021, I submitted a grievance complaining that SORT dumped my legal materials on the bed causing my motions to be lost. (See grievance # 15602972)

On August 3, 2021, I submitted a grievance complaining about CM Jaramillo illegally reading legal documents during a yearly inventory. I stated she may scan them for contraband but not read them. (See grievance # 136167302)

On July 22, 2021, I submitted a grievance complaining that the Muslims at CCCC did not receive our meal celebrating Eidul ahad. CCCC's response was the acting warden had me call another CoreCivic facility about this meal celebration that you are referring to. The Chaplin at that facility advised they are not required to provide this meal. Only major holidays are required. (See grievance # 134103312)

On June 23, 2021, I submitted a grievance complaining that my I appealed the warden that my sick call being returned to me, and the grievance disappeared from the tablet. (See grievance # 130782502)

On June 15, 2021, I submitted a grievance complaining that my grievance was erased from the tablet. CCCC's response was there is a glitch on the system and I am aware of this issue. I am in contact with the Talton company. Be patient while we get this issue fixed. (See grievance # 129755692)

Onn May 10, 2021, I submitted a grievance complaining that CC Blea did not looking good. I asked her what was wrong she stated he has allergies. It was confirmed that she had covid 19 yet out units in 300 and 400 were not tested according to CDC and NMDOH. CCCC's response was that the facility cannot disclose employees' medical condition due to HIPPA. If you have and signs and symptoms of Covid. Please follow medical protocol and fill out a sick call form. (See grievance # 125650472)

On April 3, 2021, I submitted a grievance complaining that the law computer was broken. CCCC's response was the facility has computers on order but cannot specify what day or when they will arrive. Due to other inmates vandalizing facility property causes a hardship for those inmates who actually use the items for their case. This is unfortunate but there is only so much the facility can do. Ms. Backaus is assisting very hard to assist with the law library needs. Please be patient, there was an order for new computers. (See grievance # 122094653)

CCCC has to follow the standards of the Federal Marshals detention guidelines Handbook. CCCC is subcontracted through the County of Grants which is contracted through the Marshals. CCCC understood their commitment, signed contracts for that commitment, and had annual audits to make sure CCCC is abiding by those standards. CCCC could not state that they were not aware of these violations because, these violations are written in their handbook approved by CCCC. My condition of confinement is documented through how many audits CCCC failed in five years that I was detained there. That is on record that no one can manipulate/conceal. Either everyone did not know of CCCC's violations of detainees constitutional rights or they were complicit.

I lost time in conducting research to adequately prepare for trial. I missed deadlines for motions. My anxiety doubled because I was fighting CCCC instead of focusing all of my efforts on my case. CCCC was hindering, obstructing me from having legal access to the courts. They would not allow me to email, fax any courts whether they were federal, state, or other agencies. As a result of CCCC's obstruction I was convicted at trial. CCCC knew of my Pro Se, status way in advance and deliberately ignored my pleas for assistance with legal access to the courts. My legal mail was delayed in retrieval and sending out. In essence I was punished in pretrial detention in violation of my 5th amendment right to Due Process. Without the ability to email or fax when my legal mail gets delayed or lost it caused me irreparable harm. If it is CCCC's policy not to allow detainees to email or fax the courts why do attorneys have that right.

I have exhausted all of administrative remedies that were available to me using all steps that CCCC allowed. I exhausted every option made available under a

prison's/detainee's grievance procedure. There was no possibility of any further relief. I filed grievances and appealed them to the warden, I have sent notarized letters to my lawyers, and finally I wrote to the judge on numerous occasions complaining of my due process rights. All of that were futile because it did not prevent CCCC from continuously violating my due process rights.

The Warden is an employee of CoreCivc. CoreCivc had a duty to train the Warden on the Federal Marshal detainee standard handbook. CoreCivic had a duty to train warden Foremen on the difference between pretrial detention and prison. Warden Foremen's experience comes from years of working in the BOP. He is used to dealing with inmates who were already found guilty and serving their sentences. He was not used to dealing with detainees who are in pretrial detention with a presumption of innocence until proven guilty. He treats everyone as though they are already guilty. That is reflective on his language and his polices, he always refers to detainees as inmates/prisoners. Notice the tier management program geared to correct inmates/prisoners.

CCCC's administrators thwarted detainees from taking advantage of a grievance process through machination, misrepresentation, and intimidation.

1) The manipulation of the grievance process was not isolated just to me. I asked other detainees was their grievances pertaining to tier management removed from their grievances section on the tablet and without exception they all said yes. This was a systematic attempt to conceal the detainees exhaustion of administrative remedies and deny us due process. According to policy detainee grievances are not supposed to be removed and they must keep a record of all grievances.

CCCC's tier management is an unconstitutional municipal policy and practice which deprived me of due process, denial of legal materials, which caused me to miss motion deadlines, denying me access to the courts, and oppression. It is because of CoreCivic and Warden foreman deliberate in difference that directly violated my constitutional rights.

The policy of tier management is written clearly in the CCCC's detainee handbook.

14 of 31

This handbook would have to be approved by CCA before the warden could have implemented it. In the warden's response to grievances, he states Tier management is approved by the Marshals. If CCCC is stating that the warden did not have the authority to implement the TMP and he went rouge they did not do anything to stop him.

Failure to train claim. To establish a failure to train claim, Wahhaj must demonstrate: i) that an officer committed an underlying constitutional violation; ii) that a municipal policy or custom exists; and iii) that there is a direct causal link between the policy or custom, and injury alleged.

As UM Lorez stated it was Warden Foreman who placed us on tier management, and it is only him who can remove us. CCCC's failure to train staff to the laws of the Marshal detention standards handbook to have a checking mechanism when the warden violated it. Employees at CCCC follow the marching orders of the warden without knowing the Marshal detention standards handbook of detainees. Most employees at CCCC do not know those standards. CCCC should have known that Foreman was unfit to run federal detention facility that is reflective on warden Foreman's BOP policies. His inability to transition to federal detainees, his attitude and polices that the detainees are already guilty so therefore it is no need to provide them with due process rights. It was because of CCCC's negligent or retention hiring of Warden Foreman that proximate cause of the injury. CCCC should have known because of warden Foreman's 30 year of BOP experience he was condition to dealing with convicts, 30 years of experience at the BOP does not translate to experience with pretrial detainees who have a presumption of innocence until proven guilty. CCCC's failure to train and supervise Foreman to the laws of pretrial detention detainees in following the Marshal's federal standard handbook caused the plaintiff's injury.

Warden Foreman was unfit to run a federal detention facility because his 30 years at the BOP was for convicted inmates.

I requested months in advance to file for applications for civil rights violations perpetrated by Homeland security and Travelers Redress Inquiry program (TRIP) complaint. CCCC told me it is policy not to allow detainees to file applications

online even it pertains for legal access for preparation for trial. Homeland Security website stated you will get a quicker response if filed online. I was forced to use mail. I filed both applications in July of 2023 and got one response in January 2024, I wanted to use both applications for my defense for trial in September of 2023, CCCC's policies denied me that right. (See attachment Outlined in my letter to the judge other detainees who have lawyers are able to fax, email the courts, however because I am Pro Se, I was not given that right this caused me irreparable harm.

**Denial of access to the courts:** Because of Warden and CCCC's tier management policy they caused me to miss a deadline of jury instructions. CCCC knew i was pro se way in advance and made no exceptions to detainees who had deadlines for motions or preparation for trial. This stops me from collertally "or challenging" the condition of me confinement. CCCC frustrated and impeded my efforts to pursue nonfrivolous legal claims concerning my condition of confinement. CCCC imposed restrictions and conditions that constituted punishment.

## PATTERNS OF MISCONDUCT

Patterns of misconduct, CCCC is no stranger to patterns is mis conduct/constitutional violations. The Corporation has failed Marshal Audits for years. CCA's remedies is to change their name. This company has a history of misconduct/ constitutional violations, numerous non-frivolous lawsuits filed against them. The plaintiff himself was part of a class action suit against them for violation of conditions of confinement. I documented over the course of 5 years these misconduct/constitutional violations. See Attachment 1 for grievances, Attachment 1a for letters to the courts and my attorney and Attachment 1b for my declarations.

CCA did not exercise reasonable care in hiring, retaining, supervising, and training employees at CCCC. Negligent supervision and respondent superior liability for negligence of defendant Foreman

The violations came from the top, which was the warden acting on behave of

corecivic following polices that CoreCivic approved.

The policy of tier management is written clearly in the CCCC's detainee handbook. This handbook would have to be approved by CCA before the warden could have implemented it. In the warden's response to grievances, he states Tier management is approved by the Marshals. If CCCC is stating that the warden did not have the authority to implement the TMP and he went rouge they did not do anything to stop him.

As UM Lorez stated it was Warden Foreman who placed us on tier management and it is only him who can remove us.  CCCC's failure to train staff to the laws of the Marshal detention standards handbook to have a checking mechanism when the warden violated it. Employees at CCCC follow the marching orders of the warden without knowing the Marshal detention standards handbook of detainees. Most employees at CCCC do not know the those standards. CCCC should have known that Foreman was unfit to run federal detention facility that is reflective on warden Foreman's BOP policies. His inability to transition to federal detainees, his attitude and polices that the detainees are already guilty so therefore it is no need to provide them with due process rights. It was because of CCCC's neglect or retention hiring of Warden Foreman that proximate cause of the injury. CCCC should have known because of warden Foreman's 30 year of BOP experience he was condition to dealing with convicts, 30 years of experience at the BOP does not translate to experience with pretrial detainees who have a presumption of innocence until proven guilty. CCCC's failure to train and supervise Foreman to the laws of pretrial detention detainees in following the Marshal's federal standard handbook caused the plaintiff's injury.

Warden Foreman was unfit to run a federal detention facility because his 30 years at the BOP was for convicted inmates.

I requested months in advance to file for applications for civil rights violations perpetrated by Homeland security and Travelers Redress Inquiry program (TRIP) complaint. CCCC told me it is policy not to allow detainees to file applications online even it pertains to legal access for preparation for trial. Homeland Security website stated you will get a quicker response if filed online. I was forced to use

mail. I filed both applications in July of 2023 and got one response in January 2024, I wanted to use both applications for my defense for trial in September of 2023, CCCC's policies denied me that right. (See Attachment 1b for my declarations) It also states on the DHS TRIP application at the E- mailing Instructions: Please e-mail the completed form and copies of identity documents to: TRIP@dhs.gov. Submitting documents electronically will accelerate the process. (See Attachment 1b for my declarations) Outlined in my letter to the judge other detainees who have lawyers are able to fax, email the courts, however because I am Pro Se, I was not given that right this caused me irreparable harm. (See Attachment 1a for letters to the courts and my attorney.)

**Denial of access to the courts:** Because of Warden and CCCC's tier management policy they caused me to miss a deadline for jury instructions. CCCC knew i was pro se way in advance and made no exceptions to detainees who had deadlines for motions or preparation for trial. This stops me from collertally" or challenging' the condition of my confinement. CCCC frustrated and impeded my efforts to pursue nonfrivolous legal claims concerning my condition of confinement. CCCC imposed restrictions and conditions that constituted punishment.

Plaintiff seeks compensatory and punitive damages.

1) a denial of legal resources, and (2) that the denial of such resources hindered my efforts to pursue a nonfrivolous claim.

Because I am Pro Se the court treats me like any defendant who attained counsel. Therefore, I must follow the rules and meet the deadlines like everyone else. CCCC caused me to miss my deadline for jury instructions because they placed my whole unit of tier management.

In Chief Johnson ruling he stated " Nonetheless, in a strained attempt to overcome the justiciability bar, Petitioners maintain that the deficiencies at CCCC are capable of being repeated:

Respondents have not met the stringent and heavy burden of demonstrating that their challenged conduct has permanently ceased. First, there is nothing in the record that demonstrates that these measures and policies are permanent. To the

contrary, according to Petitioners, the cleaning supplies that had been temporarily made available at CCCC are now being rationed. The hygiene supplies that had been temporarily made available to inmates are now being reduced. At their discretion, Respondents could alter or abandon these preventative measures and policies and based on Petitioners current experiences the alteration of preventative measures has begun to take shape. Without assurance that the preventative measures and polices are permanent, Petitioners are at risk of continued injury and Respondents have not reasonably foreclosed a chance of recurrence of their damaging conduct. Secondly, the supposed preventative measures and polices implemented by CCCC do not fully comport with relief sought by Petitioners. Petitioners request enlargement of confinement and release. The preventative measures and polices touted by Respondents do not provide such relief. Since Respondents have not established with assurance that there is no reasonable expectation that the alleged conduct will recur and because their preventative measures and polices do not fully comport with the relief sought by Petitioners, this petition is not moot."

What is interesting in Chief Johnson ruling that at their discretion, Respondents could alter or abandon these preventative measures and policies and based on Petitioners current experiences the alteration of preventative measures has begun to take shape. Without assurance that the preventative measures and polices are permanent, Petitioners are at risk of continued injury and Respondents have not reasonably foreclosed a chance of recurrence of their damaging conduct.

This has been exactly my experience when it's time for the audits CCCC rushes to conform to show the appearance of compliance and when the audit is over it is business as usual, this has been the pattern of misconduct /constitutional violations.

I outlined the dates and who did what and when with the attachments. See Attachment 1 for grievances, Attachment 1a for letters to the courts and my attorney and Attachment 1b for my declarations.

## V. Injuries

If you sustained injuries related to events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

The injuries I sustained were missing motion deadlines, information from applications filed by mail I was not able to use them for trial. I was locked down for months at a time in tier management for infractions I did not commit and all oppression I had to endure from the inception of my incarceration. From vindictive staff denying law library access, denial of medical care concerning covid, being handcuffed in zip ties for hours causing me excruciating pain. Denial of religious meals on the Muslims to holy holidays.

## VI. Relief

State briefly what you want the court to do for you. make no legal arguments. Do not cite any cases or statues. If requesting money damages, include the amounts of any actual damages and/ or punitive damages claimed for the acts alleged. Explain the basis for these claims.

### DENIAL OF DUE PROCESS

a.  The acts of the defendants that constitute deprivation of the plaintiff's civil rights and are the basis of the claim in this action include:

a. Denial of First, Fifth and Fourteenth Amendments rights:

i. By unlawfully and wrongfully denying plaintiff's access to the courts, access to legal materials without justification.

ii. By unlawfully and wrongfully subjecting him to collective enforcement/punishment without Due Process without being charged with an infraction and having an opportunity to go before DHO;

iii. By unlawfully and wrongfully manipulating of the grievance process in violation of my due process.

## JURY DEMAND

Plaintiff demands trial by jury on all issues triable by jury in this action.

## PRAYER

WHERFORE, plaintiff request that the court grant the following relief:

A. Issue a declaratory judgment statement that:

1.  Due process violations of plaintiff by defendants CCA, CCCC and Warden Foreman.

2.  Defendant CCA failure to take action violated plaintiff's right under amendment to the United States Constitution and constituted under state law.

3.  Defendant Foreman- actions in plaintiff's denial of access to Courts, and defendants CCA, CCCC in sustaining it, violated the plaintiff's right under the Due Process Clause of the Fourteenth Amendment to the United States Constitution.

4.  Defendants CCA and CCCC actions in failing to provide relief for the plaintiff violated, and continue to violate, the plaintiff's rights under the Fifth and Fourteen Amendments to the United States Constitution.

B. Issue an injunction ordering defendants CCA, CCCC, or their agents to:

1. Immediately change their policy for tier management.

2. Immediately change their policy for Pro SE detainees giving them supervised access to file legal applications pertaining to their trial, email and fax of the courts.

3. Carry out without delay

C. Issue an injunction ordering defendant Warden Foreman to:

1. Abide by the Marshal's federal detainee standard handbook.

2. Provide a copy and or access to detainees of the Marshal's Federal detainee standards handbook.

D. Award compensatory damages in the following amounts:

1. $5,000,000 against CCA.

2. $5,000,000 against CCCC.

3. $2,500,000 against Warden Foreman.

E. Award punitive damages in the following amounts:

1. $5,000,000 each against defendants CCA, CCCC and $2,500,000 against Warden Foreman.

F. Grant such other relief as it may appear that plaintiff is entitled.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act(" PLRA"), 42 U.S.C. 1997 e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievances procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

 <u>Yes</u>

No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of events giving rise to your clim(s).

CCCC.

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?



☑ Yes

No

Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

No

Do not know

If yes, which claim(s)?

_____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

No

If not, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes

No

E. If you did file a grievance:

1. Where did you file the grievance?

I filed the grievances on the grievance forms and tablet.

2. What did you claim in your grievance?

Denial of access to the courts, denial access to legal materials, Due Process Violations. Discrimination against religious practices.

3. What was the result, if any?

Some were found not in my favor, some were found in my favor, but the violations did not stop.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

I appealed all decisions to warden Foreman or the previous wardens. That is the highest level afforded at CCCC. If my grievances were deemed ungrievable and facility would not let me proceed I stopped there. See Attachment 1 for grievances, Attachment 1a for letters to the courts and my attorney and attachment 1b for my declarations. I exhausted every option made available under a prison's/detainee's grievance procedure. Which I have completed and there was no possibility of any further relief.


F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

_____

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_____ ( Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The " three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has " on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state  a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

No

B. If your answer to A. is yes, describe each lawsuit by answering question 1 through 7 below. (If there is more than one lawsuit, describe the additional

lawsuit on another page, using the same format.) Class Action Petition for Writ of Habeas Corpus and injunctive and Declaratory Relief Pursuant to 28 U.S.C 2241,42 U.S.C. 1983

1. Parties to the previous lawsuit

Plaintiff(s) MATHEW MARTINEZ et al
Defendant(s) Core Civic, Luis Rosa, Jr., Warden CCCC, Sonya K. Chavez, United States Marshal for the District of New Mexico, Donald W Washington, Director of the United States Mashal Service.

2. Court (If federal court, name the district: If state court, name the county and state)

New Mexico District Court

3. Docket or index number

Civ.No.20-1309 WJ/CG

4. Name of Judge assigned to your case

Chief William P. Johnson

5. Approximate date of filing lawsuit

June 22,2021

6. Is the case still pending?

   Yes

 No

If not, give the approximate date of disposition. June 22,2021.

7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

The case was dismissed with Prejudice, my attorney Erlinda Johnson stated she

was not going to appeal it.

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Yes

☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

1. Parties to the pervious lawsuit

Plaintiff(s)_____

Defendant(s) _____

2. Court (If federal court, name the district; if state court, name the county and State)

_____

3. Docket or index number

_____

4. Name of judge assigned to your case

_____

5. Approximate date of filing lawsuit

_____

6. Is the case still pending?

Yes

No

If no, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was judgement entered in your favor? Was the case appealed?)

_____

## IX. Certification and Closing

Under Federal Rule of Civil procedure 11, by signing below, I certify to the best of my knowledge information, and belief that this compliant:(1)is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise with the requirements of Rule 11.

### A. For Parties Without an attorney

I agree to provide the clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's office may result in the dismissal of my case.

Date of signing ___2/ 8 / 24_____

Signature of Plaintiff _____

Printed Name of plaintiff Siraj Ibn Wahhaj

Prison Name of Plaintiff  Cibola County Correctional Center

Prison Identification #  00414151

| Milan | New Mexico | 87021 |
|-------|------------|-------|
| City | State | Zip Code |

### B. For Attorneys

Date of signing _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Address _____

_____       _____       _____
City                State              Zip Code

Telephone Number _____
Email Address _____

## DENIAL OF DUE PROCESS

The acts of the defendants that constitute deprivation of the plaintiff's civil rights and are the basis of the claim in this action include:

a. Denial of Fifth and Fourteenth Amendments rights:

i. By unlawfully and wrongfully denying plaintiff's access to the courts, access to legal materials without justification.

ii. By unlawfully and wrongfully subjecting him to collective enforcement/punishment without Due Process without being charged with an infraction and having an opportunity to go before DHO.

iii. By unlawfully and wrongfully denying Plaintiff Religious Constitutional Rights.

## JURY DEMAND

Plaintiff demands trial by jury on all issues triable by jury in this action.

## PRAYER

## DENIAL OF DUE PROCESS

29 of 31

WHERFORE, plaintiff request that the court grant the following relief:

A. Issue a declaratory judgment statement that:

1. Due process violations of plaintiff by defendants CCA, CCCC and Warden Foreman.

2. Defendant CCA failure to take action violated plaintiff's right under amendment to the United States Constitution and constituted under state law.

3. Defendant Foreman- actions in plaintiff's denial of access to Courts, and defendants CCA, CCCC in sustaining it, violated the plaintiff's right under the Due Process Clause of the Fourteenth Amendment to the United States Constitution.

4. Defendants CCA and CCCC actions in failing to provide relief for the plaintiff violated, and continue to violate, the plaintiff's rights under the First, Fifth and Fourteen Amendments to the United States Constitution.

B. Issue an injunction ordering defendants CCA, CCCC, or their agents to:

1. Immediately change their policy for tier management.

2. Immediately change their policy for Pro SE detainees giving them supervised access to file legal applications pertaining to their trial, email and fax of the courts.

3. Carry out without delay

C. Issue an injunction ordering defendant Warden Foreman to:

1. Abide by the Marshals federal detainee standards handbook.

2. Provide a copy and or access to detainees of the Marshal's Federal detainee standards handbook.

D. Award compensatory damages in the following amounts:

1. $5,000,000 against CCA.

2. $5,000,000 against CCCC.

3. $2,500,000 against Warden Foreman.

E. Award punitive damages in the following amounts:

1. $5,000,000 each against defendants CCA, CCCC and $2,500,000 against Warden Foreman.

F. Grant such other relief as it may appear that plaintiff is entitled.

# ATTACHMENT 1

## Request #419105181

Profile Photo:



Audit Photo:

**Resident Info**

Name: SIRAJ WAHHAJ (1978-06-21)
Booking Number: 00414151
Nationality:
Submitted Date: 02/06/24 08:49
Submitted from Location/Room: SECTION:700--BLOCK:C--CELL:105--BED:U/700C
Current Location/Room: SECTION:700--BLOCK:C--CELL:105--BED:U/700C
Facility: Cibola County Correctional Center NM
MAC ID: 4846C122EF0C
Device ID: 4846C122EF0C

**Form Info**

Category: Core Civic
Form: Grievance Coordinator

**Request Info**

Status: CLOSED by R. Gaisthea
Facility Deadline: 02/13/24 23:59

COPY

Details of Request:

Yes. Thank you!

Details of Request:

Description of issue or problem.:
Yes. Thank you!

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 02/06/24 11:43 | R. Gaisthea | Staff Response | There is a total of 90 pages which cost 20 cents per page for a copy. The total will be $18.00. I will be by today with a release of funds form to sign. Thank you. |
| 02/06/24 11:43 | R. Gaisthea | Changed Status | From 'Open' to 'Closed' |
| 02/06/24 08:49 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 02/06/24 08:49 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 02/06/24 08:49 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 02/06/24 08:49 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 02/06/24 08:49 | SIRAJ WAHHAJ | Submitted New | Yes. Thank you! |

2-5AA

# RELEASE OF FUNDS AUTHORIZATION

| DATE | February 6, 2024 | HOUSING LOCATION | 700 C 105U |
|------|------------------|------------------|------------|
| INMATE NAME | Wahhaj, Siraj | ID NUMBER | 00414151 |

List name and address of business/individual to receive funds:

| Name | Cibola County Correctional Center | | |
|------|-----------------------------------|--|--|
| Address | P.O. Box 3540 | | |
| City | Milan | | |
| State | New Mexico | | |
| Zip Code | 87021 | Phone Number | 505-285-4900 |

| Amount of Funds Being Requested | $18.00 |
|---------------------------------|--------|

Explain reason for the request:

| The inmate requested a copy of his entire grievance file. A total of 90 pages. Each copy is 20 cents a page which totals $18.00. |
|---|

I understand that by signing this form I am authorizing the amount stated above to be withdrawn from my trust account. I further understand that all personal property items ordered must be within the facility's allowable property list.

| INMATE SIGNATURE | |
|------------------|--|

*Submit all completed forms to the Unit Team or designated employee.*

---

This section for employee use only:

Check One: ☐ Request Approved  OR  ☐ Request Denied

| Employee Printed Name | | Title | |
|-----------------------|--|-------|--|
| Employee Signature | | Date | |

If denied, explain why:

| |
|--|
| |
| |

*Submit all completed forms to the Business Office for processing.*

---

Disposition:

☐ Amount Deducted From Trust Account  OR  ☐ Insufficient Funds in Trust Account

| Employee Printed Name | | Title | |
|-----------------------|--|-------|--|
| Employee Signature | | Date | |

☐ Request sent back for further information

| Employee Printed Name | | Title | |
|-----------------------|--|-------|--|
| Employee Signature | | Date | |

Page 1 of 1

12/8/08

Proprietary Information – Not For Distribution – Copyrighted        Property of CoreCivic

# Request #418805661

| | |
|---|---|
| **Profile Photo:**  <br><br> **Audit Photo:** | **Resident Info** <br><br> Name: SIRAJ WAHHAJ (1978-06-21) <br> Booking Number: 00414151 <br> Nationality: <br> Submitted Date: 02/05/24 10:37 <br> Submitted from Location/Room: SECTION:700--BLOCK:C--CELL:105--BED:U/700C <br> Current Location/Room: SECTION:700--BLOCK:C--CELL:105--BED:U/700C <br> Facility: Cibola County Correctional Center NM <br> MAC ID: 4846C122EF0C <br> Device ID: 4846C122EF0C <br><br> **Form Info** <br><br> Category: Core Civic <br> Form: Grievance Coordinator <br><br> **Request Info** <br><br> Status: CLOSED by R. Gaisthea <br> Facility Deadline: 02/12/24 23:59 |



**Details of Request:**

I' m requesting a copy of all of my grievances I will pay the cost. Thank You!

**Details of Request:**

**Description of issue or problem.:**
I' m requesting a copy of all of my grievances I will pay the cost. Thank You!

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 02/06/24 11:15 | R. Gaisthea | Changed Status | From 'Pending' to 'Closed' |
| 02/06/24 08:47 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 02/05/24 11:40 | R. Gaisthea | Staff Response | Are you requesting copies to your entire grievance file? |
| 02/05/24 11:40 | R. Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 02/05/24 10:37 | SIRAJ WAHHAJ | Submitted New | I' m requesting a copy of all of my grievances I will pay the cost. Thank You! |

## Grievance #399351831

**Profile Photo:**

**Audit Photo:**

**Resident Info**

Name: SIRAJ WAHHAJ (1978-06-21)
Booking Number: 00414151
Nationality:
Submitted Date: 11/27/23 13:59
Submitted from Location/Room: SECTION:700--BLOCK:C--CELL:105--BED:U/700C
Current Location/Room: SECTION:700--BLOCK:C--CELL:105--BED:U/700C
Facility: Cibola County Correctional Center NM
MAC ID: 4846C122EF0C
Device ID: 4846C122EF0C

**Form Info**

Category: Core Civic
Form: Facility Staff Grievance

**Grievance Info**

Status: CLOSED by C Keeton
Facility Deadline: 12/29/23 23:59
Grievance Level: 3
Resident can reply: No
Disposition @ 1: Not In Grievant's Favor
Disposition @ 2: Not In Grievant's Favor
Disposition @ Level 3: Not In Grievant's Favor

**Details:**

Remove the possession of weapons charge from my record that I was not sanctioned for.

**Details:**

N/A

**State Grievance:**
*Include documentation, witnesses, date of incident and other information pertaining to grievance*
On November 22, 2023, I requested Ms Padia # 398133041 to reduce my classification from 3 points to minus 1 as a low, there is a possession of a weapon charge that I was never sanctioned for. I ask her to provide me with proof that I was sanctioned for that charge or remove it from my record. She never responded to my request. This causes me irreparable harm to have a charge on my record that I was never sanctioned for affecting my classification.

**Requested Action:**
*What do you want to be done?*
Remove the possession of weapons charge from my record that I was not sanctioned for or show me proof that I was.. Thank You!

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 12/27/23 08:42 | C Keeton | Changed Status | From 'Pending' to 'Closed' |
| 12/27/23 08:42 | C Keeton | Changed Disposition | Changed Disposition for level 3 with value '' to 'Not In Grievant's Favor' |
| 12/27/23 08:42 | **C Keeton** | **Staff Response** | **Warden Foreman correctly advised you to direct your inquiry to the USMS.** |
| 12/26/23 13:33 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 12/26/23 13:33 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 12/26/23 13:33 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 12/26/23 13:33 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 12/26/23 13:33 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 12/26/23 13:33 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 12/26/23 13:33 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 12/26/23 13:33 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 12/26/23 13:33 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 12/26/23 13:33 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 12/26/23 13:33 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 12/26/23 13:33 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 12/08/23 14:01 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 12/06/23 09:02 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 12/01/23 19:50 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/30/23 09:48 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/30/23 09:48 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/30/23 09:37 | **R. Gaisthea** | **Staff Response** | **2nd Level Appeal accepted. Managing Director Keeton is assigned to respond.** |
| 11/30/23 09:37 | R. Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 11/29/23 16:22 | SIRAJ WAHHAJ | Escalated | WAHHAJ, SIRAJ has escalated the grievance on 11/29/2023 16:22 -07:00 Response: I am representing myself Pro Se. I am requesting a |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| | | | copy of the charges so I may present them to the Marshals. I never received a determination for that charge. It is my right to have the charges and the determination of those charges. The Marshals will rely on CCCC'S report. A denial of that is a violation of my due process rights.Thank You! |
| 11/29/23 16:22 | | Changed Status | From Closed to Open due to Appeal |
| 11/29/23 16:22 | | Changed Level | Level changed from 2 to 3 due to Appeal |
| 11/29/23 16:16 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/29/23 16:15 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/29/23 16:11 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/29/23 16:09 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/29/23 11:38 | M. Foreman | Staff Response | Mr. Wahhaj, In accordance with the USM-129 "Individual Custody/Detention Report" offense code 5212 "Possession of Weapon - Illegal Alien in Possession of Firearm" is reflected as a charge. In the event this information is no longer valid (and you were found not guilty of this offense) please have your attorney or the courts contact the USMS so they may update their database. In the interim, the facility will rely on this information for your custody classification. Thank you, |
| 11/29/23 11:38 | M. Foreman | Changed Status | From 'Pending' to 'Closed' |
| 11/29/23 11:31 | M. Foreman | Changed Disposition | Changed the disposition value for level 2 from to Not In Grievant's Favor |
| 11/29/23 10:18 | R. Gaisthea | Staff Response | Appeal Accepted. Warden Foreman is assigned to respond. |
| 11/29/23 10:18 | R. Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 11/29/23 09:07 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/29/23 09:07 | SIRAJ WAHHAJ | Escalated | WAHHAJ, SIRAJ has escalated the grievance on 11/29/2023 09:07 -07:00 Response: According to Chief of unit management W. Despain , CCCC's staff can bring unverifiable, unsanctioned charges against any detainee and the only recourse I have is to address it with the Marshals. This is a violation of my constitutional due process rights that no one can usurp. In addition this is contrary to the CCCC's handbook that detainees and staff must follow. On page three of that handbook it states " Inmates/ Residents are not subject to personal abuse, corporal punishment, personal injury, disease, property damage, or harassment, Inmate property is protected. It also states on pages 37-41 a detainee is afforded to be Served within 24 hours for minor and major offenses, disciplinary report, an opportunity to be represented by a designated staff member, if determined to be necessary by the disciplinary Board/ hearing Officer. I was not brought before a DHO/ Disciplinary board and sanctioned for these alleged charges in violation of my due process rights.If a was sanctioned for these alleged infractions please provide me with the proof. This charge affects my classification points and is unjustifiably on my record for 10 years. If CCCC'S staff wants to be vindictive and bring false charges I have no due process rights to fight these false allegations. I will keep reminding CCCC that it's primary job is housing and security. They can not impede on any of my constitutional due process rights. Please rectify. |
| 11/29/23 09:07 | | Changed Status | From Closed to Open due to Appeal |
| 11/29/23 09:07 | | Changed Level | Level changed from 1 to 2 due to Appeal |
| 11/29/23 08:41 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/29/23 08:41 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/28/23 15:40 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/28/23 15:40 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/28/23 12:46 | W. Despain | Staff Response | Per U.S. Marshal 129, these are the charges they filed against you. Any request to changes to these charges would have to be addressed to the U.S. Marshal. |
| 11/28/23 12:46 | W. Despain | Changed Status | From 'Pending' to 'Closed' |
| 11/28/23 12:42 | W. Despain | Changed Disposition | Changed the disposition value for level 1 from from Not In Grievant's Favor to Not In Grievant's Favor |
| 11/28/23 12:42 | W. Despain | Changed Disposition | Changed the disposition value for level 1 from to Not In Grievant's Favor |
| 11/28/23 11:01 | R. Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 11/28/23 11:01 | R. Gaisthea | Recategorization | Changed Category and Form from 'Core Civic/Other' to 'Core Civic/Facility Staff Grievance' |
| 11/28/23 10:56 | R. Gaisthea | Changed Status | From 'New' to 'Pending' |
| 11/28/23 10:55 | R. Gaisthea | Recategorization | Changed Category and Form from 'Core Civic/Other' to 'Core Civic/Facility Staff Grievance' |
| 11/28/23 10:51 | R. Gaisthea | Staff Response | Accepted, Grievance #2023-504-00469-G issued. Chief of Unit Management Despain is assigned to respond. |
| 11/28/23 10:51 | R. Gaisthea | Changed Status | From 'New' to 'Pending' |
| 11/28/23 10:49 | R. Gaisthea | Staff Response | Accepted, Grievance #2023-504-00469-G issued. Chief of Unit Management Despain is assigned to respond. |
| 11/28/23 10:48 | R. Gaisthea | Staff Response | Accepted, Grievance #2023-504-00469-G issued. Chief of Unit Management Despain is assigned to respond. |
| 11/28/23 10:48 | R. Gaisthea | Changed Status | From 'New' to 'Pending' |
| 11/28/23 10:45 | R. Gaisthea | Recategorization | Changed Category and Form from 'Core Civic/Other' to 'Core Civic/Facility Staff Grievance' |
| 11/28/23 10:45 | R. Gaisthea | Internal Note | USMS |
| 11/28/23 10:36 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:01 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:01 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:01 | SIRAJ WAHHAJ | Viewed Staff Response | |

| DATE/TIME | USER | ACTION | DETAILS |
|-----------|------|--------|---------|
| 11/27/23 14:01 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:01 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:01 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:01 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:01 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:00 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:00 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:00 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:00 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:00 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:00 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:00 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:00 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:00 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:00 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:00 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:00 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:00 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:00 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:00 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 13:59 | SIRAJ WAHHAJ | Submitted New | Remove the possession of weapons charge from my record that I was not sanctioned for. |

# Grievance #399351831

**Profile Photo:**

**Resident Info**

Name: SIRAJ WAHHAJ (1978-06-21)
Booking Number: 00414151
Nationality:
Submitted Date: 11/27/23 13:59
Submitted from Location/Room: SECTION:700--BLOCK:C--CELL:105--BED:U/700C
Current Location/Room: SECTION:700--BLOCK:C--CELL:105--BED:U/700C
**Audit Photo:** Facility: Cibola County Correctional Center NM
MAC ID: 4846C122EF0C
Device ID: 4846C122EF0C

**Form Info**

Category: Core Civic
Form: Facility Staff Grievance

**Grievance Info**

Status: CLOSED by M. Foreman
Facility Deadline: 12/19/23 23:59
Grievance Level: 2
Resident can reply: No
Disposition @ 1: Not In Grievant's Favor
Disposition @ Level 2: Not In Grievant's Favor

**Details:**

Remove the possession of weapons charge from my record that I was not sanctioned for.

**Details:**

N/A

**State Grievance:**
*Include documentation, witnesses, date of incident and other information pertaining to grievance*
On November 22, 2023, I requested Ms Padia # 398133041 to reduce my classification from 3 points to minus 1 as a low, there is a possession of a weapon charge that I was never sanctioned for. I ask her to provide me with proof that I was sanctioned for that charge or remove it from my record. She never responded to my request. This causes me irreparable harm to have a charge on my record that I was never sanctioned for affecting my classification.

**Requested Action:**
*What do you want to be done?*
Remove the possession of weapons charge from my record that I was not sanctioned for or show me proof that I was.. Thank You!

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 11/29/23 11:38 | M. Foreman | Staff Response | Mr. Wahhaj, In accordance with the USM-129 "Individual Custody/Detention Report" offense code 5212 "Possession of Weapon - Illegal Alien in Possession of Firearm" is reflected as a charge. In the event this information is no longer valid (and you were found not guilty of this offense) please have your attorney or the courts contact the USMS so they may update their database. In the interim, the facility will rely on this information for your custody classification. Thank you, |
| 11/29/23 11:38 | M. Foreman | Changed Status | From 'Pending' to 'Closed' |
| 11/29/23 11:31 | M. Foreman | Changed Disposition | Changed the disposition value for level 2 from to Not In Grievant's Favor |
| 11/29/23 10:18 | R. Galsthea | Staff Response | Appeal Accepted. Warden Foreman is assigned to respond. |
| 11/29/23 10:18 | R. Galsthea | Changed Status | From 'Open' to 'Pending' |
| 11/29/23 09:07 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/29/23 09:07 | SIRAJ WAHHAJ | Escalated | WAHHAJ, SIRAJ has escalated the grievance on 11/29/2023 09:07 -07:00 Response: According to Chief of unit management W. Despain , CCCC's staff can bring unverifiable, unsanctioned charges against any detainee and the only recourse I have is to address it with the Marshals. This is a violation of my constitutional due process rights that no one can usurp. In addition this is contrary to the CCCC's handbook that detainees and staff must follow. On page three of that handbook it states " Inmates/ Residents are not subject to personal abuse, corporal punishment, personal injury, disease, property damage, or harassment, Inmate property is protected. It also states on pages 37-41 a detainee is afforded to be Served within 24 hours for minor and major offenses, disciplinary report, an opportunity to be represented by a designated staff member, if determined to be necessary by the disciplinary Board/ hearing Officer. I was not brought before a DHO/ Disciplinary board and sanctioned for these alleged charges in violation of my due process rights.If a was |

COPY

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| | | | sanctioned for these alleged infractions please provide me with the proof. This charge affects my classification points and is unjustifiably on my record for 16 years. If CCCC'S staff wants to be vindictive and bring false charges I have no due process rights to fight these false allegations. I will keep reminding CCCC that it's primary job is housing and security. They can not impede on any of my constitutional due process rights. Please rectify. |
| 11/29/23 09:07 | | Changed Status | From Closed to Open due to Appeal |
| 11/29/23 09:07 | | Changed Level | Level changed from 1 to 2 due to Appeal |
| 11/29/23 08:41 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/29/23 08:41 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/28/23 15:40 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/28/23 15:40 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/28/23 12:46 | W. Despain | Staff Response | Per U.S. Marshal 129, these are the charges they filed against you. Any request to changes to these charges would have to be addressed to the U.S. Marshal. |
| 11/28/23 12:46 | W. Despain | Changed Status | From 'Pending' to 'Closed' |
| 11/28/23 12:42 | W. Despain | Changed Disposition | Changed the disposition value for level 1 from from Not In Grievant's Favor to Not In Grievant's Favor |
| 11/28/23 12:42 | W. Despain | Changed Disposition | Changed the disposition value for level 1 from to Not In Grievant's Favor |
| 11/28/23 11:01 | R. Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 11/28/23 11:01 | R. Gaisthea | Recategorization | Changed Category and Form from 'Core Civic/Other' to 'Core Civic/Facility Staff Grievance' |
| 11/28/23 10:56 | R. Gaisthea | Changed Status | From 'New' to 'Pending' |
| 11/28/23 10:55 | R. Gaisthea | Recategorization | Changed Category and Form from 'Core Civic/Other' to 'Core Civic/Facility Staff Grievance' |
| 11/28/23 10:51 | R. Gaisthea | Staff Response | Accepted, Grievance #2023-504-00469-G issued. Chief of Unit Management Despain is assigned to respond. |
| 11/28/23 10:51 | R. Gaisthea | Changed Status | From 'New' to 'Pending' |
| 11/28/23 10:49 | R. Gaisthea | Staff Response | Accepted, Grievance #2023-504-00469-G issued. Chief of Unit Management Despain is assigned to respond. |
| 11/28/23 10:48 | R. Gaisthea | Staff Response | Accepted, Grievance #2023-504-00469-G issued. Chief of Unit Management Despain is assigned to respond. |
| 11/28/23 10:48 | R. Gaisthea | Changed Status | From 'New' to 'Pending' |
| 11/28/23 10:45 | R. Gaisthea | Recategorization | Changed Category and Form from 'Core Civic/Other' to 'Core Civic/Facility Staff Grievance' |
| 11/28/23 10:45 | R. Gaisthea | Internal Note | USMS |
| 11/28/23 10:36 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:01 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:01 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:01 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:01 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:01 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:01 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:01 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:01 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:00 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:00 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:00 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:00 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:00 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:00 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:00 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:00 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:00 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:00 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:00 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:00 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:00 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:00 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 13:59 | SIRAJ WAHHAJ | Submitted New | Remove the possession of weapons charge from my record that I was not sanctioned for. |

# Grievance #399351831

**Profile Photo:**

**Audit Photo:**

**Resident Info**

Name: SIRAJ WAHHAJ (1978-06-21)
Booking Number: 00414151
Nationality:
Submitted Date: 11/27/23 13:59
Submitted from Location/Room: SECTION:700--BLOCK:C--CELL:105--BED:U/700C
Current Location/Room: SECTION:700--BLOCK:C--CELL:105--BED:U/700C
Facility: Cibola County Correctional Center NM
MAC ID: 4846C122EF0C
Device ID: 4846C122EF0C

**Form Info**

Category: Core Civic
Form: Facility Staff Grievance

**Grievance Info**

Status: CLOSED by W. Despain
Facility Deadline: 12/01/23 23:59
Grievance Level: 1
Resident can reply: No
Disposition @ Level 1: Not In Grievant's Favor

**Details:**

Remove the possession of weapons charge from my record that I was not sanctioned for.

**Details:**

N/A

**State Grievance:**

*Include documentation, witnesses, date of incident and other information pertaining to grievance*
On November 22, 2023, I requested Ms Padia # 398133041 to reduce my classification from 3 points to minus 1 as a low, there is a possession of a weapon charge that I was never sanctioned for. I ask her to provide me with proof that I was sanctioned for that charge or remove it from my record. She never responded to my request. This causes me irreparable harm to have a charge on my record that I was never sanctioned for affecting my classification.

**Requested Action:**

*What do you want to be done?*
Remove the possession of weapons charge from my record that I was not sanctioned for or show me proof that I was.. Thank You!

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 11/28/23 12:46 | W. Despain | Staff Response | Per U.S. Marshal 129, these are the charges they filed against you. Any request to changes to these charges would have to be addressed to the U.S. Marshal. |
| 11/28/23 12:46 | W. Despain | Changed Status | From 'Pending' to 'Closed' |
| 11/28/23 12:42 | W. Despain | Changed Disposition | Changed the disposition value for level 1 from from Not In Grievant's Favor to Not In Grievant's Favor |
| 11/28/23 12:42 | W. Despain | Changed Disposition | Changed the disposition value for level 1 from to Not In Grievant's Favor |
| 11/28/23 11:01 | R. Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 11/28/23 11:01 | R. Gaisthea | Recategorization | Changed Category and Form from 'Core Civic/Other' to 'Core Civic/Facility Staff Grievance' |
| 11/28/23 10:56 | R. Gaisthea | Changed Status | From 'New' to 'Pending' |
| 11/28/23 10:55 | R. Gaisthea | Recategorization | Changed Category and Form from 'Core Civic/Other' to 'Core Civic/Facility Staff Grievance' |
| 11/28/23 10:51 | R. Gaisthea | Staff Response | Accepted, Grievance #2023-504-00469-G issued. Chief of Unit Management Despain is assigned to respond. |
| 11/28/23 10:51 | R. Gaisthea | Changed Status | From 'New' to 'Pending' |
| 11/28/23 10:49 | R. Gaisthea | Staff Response | Accepted, Grievance #2023-504-00469-G issued. Chief of Unit Management Despain is assigned to respond. |
| 11/28/23 10:48 | R. Gaisthea | Staff Response | Accepted, Grievance #2023-504-00469-G issued. Chief of Unit Management Despain is assigned to respond. |
| 11/28/23 10:48 | R. Gaisthea | Changed Status | From 'New' to 'Pending' |
| 11/28/23 10:45 | R. Gaisthea | Recategorization | Changed Category and Form from 'Core Civic/Other' to 'Core Civic/Facility Staff Grievance' |
| 11/28/23 10:45 | R. Gaisthea | Internal Note | USMS |
| 11/28/23 10:36 | SIRAJ WAHHAJ | Viewed Staff Response | |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 11/27/23 14:01 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:01 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:01 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:01 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:01 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:01 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:01 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:01 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:00 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:00 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:00 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:00 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:00 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:00 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:00 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:00 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:00 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:00 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:00 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:00 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:00 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 14:00 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/27/23 13:59 | SIRAJ WAHHAJ | Submitted New | Remove the possession of weapons charge from my record that I was not sanctioned for. |

# Grievance #388597021

**Profile Photo:**



**Audit Photo:**
Audit Photo

**Resident Info**

Name: SIRAJ WAHHAJ (1978-06-21)
Booking Number: 00414151
Nationality:
Submitted Date: 11/11/23 07:58
Submitted from Location/Room: SECTION:700--BLOCK:C--CELL:105--BED:U/700C
Current Location/Room: SECTION:700--BLOCK:C--CELL:105--BED:U/700C
Facility: Cibola County Correctional Center NM
MAC ID: 4846C122EF0C
Device ID: 4846C122EF0C

**Form Info**

Category: Core Civic
Form: Facility Staff Grievance

**Grievance Info**

Status: CLOSED / In favor of **by** R. Gaisthea ❶
Facility Deadline: 11/15/23 23:59
Grievance Level: 1
Resident can reply: No
Disposition @ Level 1: In Grievant's Favor
❶ Appeal has been curtailed

**Details:**

To follow or not, this is dangerous and oppressive. Why do CCCC have policies if they can be followed be the discretion of DO' s

**Details:**

**Informal Resolution #:**
*Put N/A if you did not file an Informal Resolution*
The policy states door open at 4:30 a.m It does not state at the discretion of DO' Count times are not at the discretion of DO'

**State Grievance:**
*Include documentation, witnesses, date of incident and other information pertaining to grievance*
On November 11, 2023, at 700C approximately 4:40 a.m I informed DO J.Routizen ( Mr. R) that according to policy the doors open at 4:30 a.m can he open my door. He stated he knows what the policy is, according to his policy is he let's the unit out at chow time. I informed him that sometimes chow is late and I have to be lock down at 6:30 a.m count. He stated he understands and left. He open the doors at 5:40 a.m. As a detainee I am suppose to follow the rules, but DO can decide what they want

**Requested Action:**
*What do you want to be done?*
If I have to follow rules and regulations as a detainee and DO' s do not then that is a violation of my Due process rights.

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 11/17/23 10:04 | R. Gaisthea | Changed Status | From 'Pending' to 'Closed / In favor of' |
| 11/17/23 10:03 | R. Gaisthea | Changed Disposition | Changed the disposition value for level 1 from to In Grievant's Favor |
| 11/17/23 08:30 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/17/23 08:30 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/17/23 08:30 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/17/23 08:30 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/17/23 08:30 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/17/23 08:30 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/17/23 08:30 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/17/23 08:30 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/17/23 08:30 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/17/23 08:30 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/17/23 08:30 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/17/23 08:30 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/17/23 08:30 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/16/23 19:05 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/16/23 19:05 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/16/23 19:05 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/16/23 19:05 | SIRAJ WAHHAJ | Viewed Staff Response | |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 11/16/23 19:05 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/16/23 19:05 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/16/23 19:04 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/16/23 19:04 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/16/23 19:04 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/16/23 19:04 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/16/23 06:57 | S. Dragalin | Staff Response | By reviewing the cameras on November 11,2023 in 700C at approximately at 0440 am, you can see D/O Routizen talking to detainee Wahhaj, Siraj. Then an hour passes and that's when the officer starts letting the detainees out. I did pull D/O Routizen aside and explain to him that at 0430am is when you can start letting detainees out of their cells. |
| 11/15/23 12:19 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/14/23 07:19 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/14/23 07:19 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/14/23 07:19 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/14/23 07:19 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/14/23 07:19 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/14/23 07:19 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/14/23 07:19 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/14/23 07:19 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/14/23 07:19 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/14/23 07:19 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/14/23 07:19 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/14/23 07:19 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/14/23 07:19 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/14/23 07:19 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/14/23 07:19 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/14/23 07:19 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/14/23 07:19 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/14/23 07:19 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/14/23 07:19 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 11/13/23 09:54 | R. Gaisthea | Staff Response | Accepted, Grievance #2023-504-00456-G issued. Assistant Shift Supervisor Dragalin is assigned to respond. |
| 11/13/23 09:54 | R. Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 11/13/23 09:52 | R. Gaisthea | Internal Note | USMS |
| 11/11/23 07:58 | SIRAJ WAHHAJ | Submitted New | To follow or not, this is dangerous and oppressive. Why do CCCC have policies if they can be followed he the discretion of DO' s |

## Grievance #316337861

**Profile Photo:**

**Audit Photo:**
Audit Photo

**Resident Info**

Name: SIRAJ WAHHAJ (1978-06-21)
Booking Number: 00414151
Nationality:
Submitted Date: 09/15/23 08:49
Submitted from Location/Room: SECTION:700--BLOCK:C--CELL:105--BED:U/700C
Current Location/Room: SECTION:700--BLOCK:C--CELL:105--BED:U/700C
Facility: Cibola County Correctional Center NM
MAC ID: 4846C122EF0C
Device ID: 4846C122EF0C

**Form Info**

Category: Core Civic
Form: Other

**Grievance Info**

Status: CLOSED by Mark Foreman
Facility Deadline: 10/11/23 23:59
Grievance Level: 2
Resident can reply: No
Disposition @ 1: Not In Grievant's Favor
Disposition @ Level 2: In Grievant's Favor

**Details:**

Court. I am in the custody of the U.S. Marshals, the Marshals subcontract the detainees to CCCC. CCCC arbitrary decides what

**Details:**

**Informal Resolution Request #:**
*Put N/A if you did not file an Informal Resolution*
Rights detainees have contrary to what the Marshals and the judge allows. I am being denied from writing and going through my

**State Grievance:**
*Include documentation, witnesses, date of incident and other information pertaining to grievance*
On Wednesday September 13, 2023, at the ICE building DO Jones informed me that per the Warden directives all detainees will remained fully shackled inside the attorney visits. I explained to him that I can't write or go through my legal materials in preparation for trial coming up in less than two weeks in September 25, 2023. I informed him that the U.S. Marshals allow one hand to be free while we are in the holding cell waiting for court.I also stated that the judge allows one hand out for

**Requested Action:**
*What do you want to be done?*
Materials in preparation for trial. Please allow one of my hands to be free so I can prepare for trial. Thank you!

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 09/22/23 14:29 | Mark Foreman | Staff Response | Hands will be unrestrained during review of legal material inside the attorney/legal preparation rooms within the VTC building. Thank you, |
| 09/22/23 14:29 | Mark Foreman | Changed Status | From 'Pending' to 'Closed' |
| 09/22/23 14:27 | Mark Foreman | Changed Disposition | Changed the disposition value for level 2 from to In Grievant's Favor |
| 09/22/23 14:27 | Mark Foreman | Changed Disposition | Changed the disposition value for level 2 from to In Grievant's Favor |
| 09/22/23 14:25 | Mark Foreman | Changed Disposition | Changed the disposition value for level 2 from to Not In Grievant's Favor |
| 09/22/23 14:25 | Mark Foreman | Changed Disposition | Changed the disposition value for level 2 from to Not In Grievant's Favor |
| 09/22/23 12:28 | R. Gaisthea | Staff Response | Appeal accepted. Warden Foreman assigned to respond. |
| 09/22/23 12:28 | R. Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 09/21/23 14:13 | SIRAJ WAHHAJ | Escalated | WAHHAJ, SIRAJ has escalated the grievance on 09/21/2023 14:13 -07:00 Response: I am appealing because having access to the Courts is not by anyones discretion, it is my constitutional right. I have not been labeled as a security threat to the facility. I understand and appreciate CCCC's concerns about escape and assault. There are three levels of security in the ICE building: 1) Every detainee is shackled; 2) The rooms are key in and key out;3) There are DO's that are patrolling the halls and they are armed with OC. Allowing one arm out in a secured room to adequately prepare for my trial which is on Tuesday September 26, 2023 will not compromise security. Any hinderance in me having access to the courts/ preparation for trial causes me irreparable harm. |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 09/21/23 14:13 | | Changed Status | From Closed to Open due to Appeal |
| 09/21/23 14:13 | | Changed Level | Level changed from 1 to 2 due to Appeal |
| 09/21/23 13:57 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 09/20/23 12:10 | AW Gradiska | Staff Response | CoreCivic policy states that inmates, prisoners, detainees will be fully restrained, hand cuffs, martin chain, black box, if necessary in the ICE building during to and from the escort, failure to do so would be a breach of security and could compromise the safety and security and the orderly running of the facility, to where an inmate, prisoner, or detainee could effectuate a possible escape and or assault staff members here at Cibola County Correctional Facility. The Warden does have the discretion to remove or enhance security regarding escort procedures, therefore your grievance is denied. |
| 09/20/23 12:10 | AW Gradiska | Changed Status | From 'Pending' to 'Closed' |
| 09/20/23 12:08 | AW Gradiska | Changed Disposition | Changed the disposition value for level 1 from to Not In Grievant's Favor |
| 09/19/23 08:56 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 09/18/23 18:59 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 09/18/23 08:48 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 09/15/23 19:44 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 09/15/23 12:36 | R. Gaisthea | Staff Response | Accepted, Grievance #2023-504-00305-G issued. AW Gradiska is assigned to respond. |
| 09/15/23 12:36 | R. Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 09/15/23 12:36 | R. Gaisthea | Internal Note | USMS |
| 09/15/23 08:49 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 09/15/23 08:49 | SIRAJ WAHHAJ | Submitted New | Court. I am in the custody of the U.S. Marshals, the Marshals subcontract the detainees to CCCC. CCCC arbitrary decides what |



# Grievance #316337861

**Profile Photo:**



**Audit Photo:**
Audit Photo

**Resident Info**

Name: SIRAJ WAHHAJ (1978-06-21)
Booking Number: 00414151
Nationality:
Submitted Date: 09/15/23 08:49
Submitted from Location/Room: SECTION:700--BLOCK:C--CELL:105--BED:U/700C
Current Location/Room: SECTION:700--BLOCK:C--CELL:105--BED:U/700C
Facility: Cibola County Correctional Center NM
MAC ID: 4846C122EF0C
Device ID: 4846C122EF0C

**Form Info**

Category: Core Civic
Form: Other

**Grievance Info**

Status: CLOSED by AW Gradiska
Facility Deadline: 09/20/23 23:59
Grievance Level: 1
Resident can reply: No
Disposition @ Level 1: Not in Grievant's Favor

**Details:**

Court. I am in the custody of the U.S. Marshals, the Marshals subcontract the detainees to CCCC. CCCC arbitrary decides what

**Details:**

**Informal Resolution Request #:**
*Put N/A if you did not file an Informal Resolution*
Rights detainees have contrary to what the Marshals and the judge allows. I am being denied from writing and going through my

**State Grievance:**
*Include documentation, witnesses, date of incident and other information pertaining to grievance*
On Wednesday September 13, 2023, at the ICE building DO Jones informed me that per the Warden directives all detainees will remained fully shackled inside the attorney visits. I explained to him that I can't write or go through my legal materials in preparation for trial coming up in less than two weeks in September 25, 2023. I informed him that the U.S. Marshals allow one hand to be free while we are in the holding cell waiting for court. I also stated that the judge allows one hand out for

**Requested Action:**
*What do you want to be done?*
Materials in preparation for trial. Please allow one of my hands to be free so I can prepare for trial. Thank you!

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 09/20/23 12:10 | AW Gradiska | Staff Response | CoreCivic policy states that inmates, prisoners, detainees will be fully restrained, hand cuffs, martin chain, black box, if necessary in the ICE building during to and from the escort, failure to do so would be a breach of security and could compromise the safety and security and the orderly running of the facility, to where an inmate, prisoner, or detainee could effectuate a possible escape and or assault staff members here at Cibola County Correctional Facility. The Warden does have the discretion to remove or enhance security regarding escort procedures, therefore your grievance is denied. |
| 09/20/23 12:10 | AW Gradiska | Changed Status | From 'Pending' to 'Closed' |
| 09/20/23 12:08 | AW Gradiska | Changed Disposition | Changed the disposition value for level 1 from to Not In Grievant's Favor |
| 09/19/23 08:56 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 09/18/23 18:59 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 09/18/23 08:48 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 09/15/23 19:44 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 09/15/23 12:36 | R. Gaisthea | Staff Response | Accepted, Grievance #2023-504-00305-G issued. AW Gradiska is assigned to respond. |
| 09/15/23 12:36 | R. Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 09/15/23 12:36 | R. Gaisthea | Internal Note | USMS |
| 09/15/23 08:49 | SIRAJ WAHHAJ | Viewed Staff Response | |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 09:15 | SIRAJ WA | Submitted Ne | Court, I am in the custody of the Marshals shall, the Marshals subcontract the detainees to CCCC. CCCC arbitrary decides what |

## Grievance #314415931

**Profile Photo:**

**Audit Photo:**
Audit Photo

**Resident Info**

Name: SIRAJ WAHHAJ (1978-06-21)
Booking Number: 00414151
Nationality:
Submitted Date: 09/08/23 10:45
Submitted from Location/Room: SECTION:700--BLOCK:C--CELL:105--BED:U/700C
Current Location/Room: SECTION:700--BLOCK:C--CELL:105--BED:U/700C
Facility: Cibola County Correctional Center NM
MAC ID: 4846C122EF0C
Device ID: 4846C122EF0C

**Form Info**

Category: Core Civic
Form: Other

**Grievance Info**

Status: CLOSED by AW Gradiska
Facility Deadline: 09/13/23 23:59
Grievance Level: 1
Resident can reply: No
Disposition @ Level 1: In Grievant's Favor

**Details:**

That I was only allowed to raise the clothes up to me. Sgt Deseadario decided to deny my right to prepare for trial. I had prior

**Details:**

Informal Resolution Request #:
*Put N/A if you did not file an Informal Resolution*
Approval from the Marshals and warden which she undermined. When I explained to her that I had prior approval she told me to

State Grievance:
*Include documentation, witnesses, date of incident and other information pertaining to grievance*
On September 8, 2023, around 8:30 a.m at the ICE building DO Chiquita informed me that Sgt Deseeadario directed her to deny me trying on my clothes in preparation for trial coming up in September 25,2023, she stated I was only allowed to hold the clothes up to me. My investigator Dennis Maez emailed the Marshals who approved me request. The Marshals sent an email to the Warden who also approved me request. The Warden stated all items need to be documented in and out. The warden did not state

Requested Action:
*What do you want to be done?*
Hush my mouth.This is pretrial detention.Iam Pro Se CCCC's staff is adding extra stress and anxiety to my trial. Please rectify!

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 09/12/23 13:40 | AW Gradiska | Staff Response | Mr. Wahhaj, we are sorry for the inconvenience in having your court clothes arriving to the facility by your Attorney. The facility was given specific instructions and approval of your court clothes, the staff members involved were counseled on the incident. Thank you. |
| 09/12/23 13:40 | AW Gradiska | Changed Status | From 'Pending' to 'Closed' |
| 09/12/23 13:36 | AW Gradiska | Changed Disposition | Changed the disposition value for level 1 from to In Grievant's Favor |
| 09/12/23 13:31 | AW Gradiska | Changed Disposition | Changed the disposition value for level 1 from to In Grievant's Favor |
| 09/11/23 16:33 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 09/11/23 16:30 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 09/11/23 15:07 | R. Gaisthea | Staff Response | Accepted, Grievance #2023-504-00292-G issued. Assistant Warden Gradiska assigned to respond. |
| 09/11/23 15:07 | R. Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 09/11/23 15:06 | R. Gaisthea | Internal Note | USMS |
| 09/10/23 10:11 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 09/08/23 10:45 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 09/08/23 10:45 | SIRAJ WAHHAJ | Submitted New | That I was only allowed to raise the clothes up to me. Sgt Deseadario decided to deny my right to prepare for trial. I had prior |

## Grievance #273878571

**Profile Photo:**

**Audit Photo:**
Audit Photo

**Resident Info**

Name: SIRAJ WAHHAJ (1978-06-21)
Booking Number: 00414151
Nationality:
Submitted Date: 08/17/23 19:35
Submitted from Location/Room: SECTION:700--BLOCK:C--CELL:105--BED:U/700C
Current Location/Room: SECTION:700--BLOCK:C--CELL:105--BED:U/700C
Facility: Cibola County Correctional Center NM
MAC ID: 4846C122EF0C
Device ID: 4846C122EF0C

**Form Info**

Category: Core Civic
Form: Mail Grievance

**Grievance Info**

Status: CLOSED by C Keeton
Facility Deadline: 09/25/23 23:59
Grievance Level: 3
Resident can reply: No
Disposition @ 1: Not In Grievant's Favor
Disposition @ 2: Not In Grievant's Favor
Disposition @ Level 3: Not In Grievant's Favor

**Details:**

My legal document was not mailed to the Court. No one knows what happened to it.

**Details:**

**Informal Resolution #:**
Put N/A if you did not file an Informal Resolution
N/A

**State Grievance:**
Include documentation, witnesses, date of incident and other information pertaining to grievance
On August 4, 2023, I sent out legal mail. The DO put the mail in the request box not the legal mail box. I retrieved the legal mail and gave it to CM Ponche so she can give it to the mail room. My legal mail was never sent to the Court. No one knows what happened to it. This caused me irreparable harm. I am once again am being denied access to the Courts. Where is my legal document.

**Requested Action:**
What do you want to be done?
I requesting my legal mail returned to me so I can mail it to the Court. I lost two weeks time which causes my irreparable harm.

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 09/30/23 10:01 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 09/28/23 08:09 | C Keeton | Staff Response | Review finds facility staff have met with you and suggested a viable solution to track your individual submissions. |
| 09/28/23 08:09 | C Keeton | Changed Status | From 'Pending' to 'Closed' |
| 09/28/23 08:06 | C Keeton | Changed Disposition | Changed the disposition value for level 3 from to Not In Grievant's Favor |
| 09/22/23 15:31 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 09/21/23 14:13 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 09/19/23 08:56 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 09/13/23 15:33 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 09/13/23 15:30 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 09/11/23 16:32 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 09/08/23 10:18 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 09/07/23 15:36 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 09/06/23 16:21 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 09/05/23 08:05 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 09/04/23 09:36 | SIRAJ WAHHAJ | Viewed Staff Response | |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 09/03 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 08/31/23 13:49 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 08/30/23 13:08 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 08/30/23 11:02 | R. Gaisthea | Staff Response | 2nd Level Appeal accepted. Managing Director Keeton is assigned to respond. |
| 08/30/23 11:02 | R. Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 08/30/23 09:50 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 08/29/23 08:04 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 08/26/23 14:20 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 08/26/23 14:19 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 08/26/23 14:19 | SIRAJ WAHHAJ | Escalated | WAHHAJ, SIRAJ has escalated the grievance on 08/26/2023 14:19 -07:00 Response: CCCC's mailroom reported that they sent out my legal mail on August 11, 2023, 7 days after I gave my legal mail to the DO to place it in the mailbox. Milestones can verify when I handed my legal mail to the DO and CM Ponche. The DO placed my legal mail in the request box instead of the mailbox. I retrieved my mail and handed it to CM Ponche. My legal mail was then held for 7 days before it was mailed. The court received my legal mail on August 14,2023, 10 days after I had sent it out, this caused me irreparable harm. My legal mail is time sensitive this caused me to miss deadlines that I informed CCCC's staff months in advanced. I have sent previously certified mail that I never received the return. Sending my legal mail certified mail is not going to guarantee that my legal mail will get mailed in a timely manner. Please rectify. Thank You! |
| 08/26/23 14:19 | | Changed Status | From Closed to Open due to Appeal |
| 08/26/23 14:19 | | Changed Level | Level changed from 2 to 3 due to Appeal |
| 08/26/23 14:01 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 08/26/23 09:33 | Mark Foreman | Staff Response | Legal mail was not sent with tracking (e.g. certified mail). The mail room is not in possession of your mail. Once mailed, the facility cannot track or assume responsibility for mail in possession of the USPS. You may attempt to contact the USPS for resolution. Grievance appeal is denied. Thank you, |
| 08/26/23 09:33 | Mark Foreman | Changed Status | From 'Pending' to 'Closed' |
| 08/26/23 09:31 | Mark Foreman | Changed Disposition | Changed the disposition value for level 2 from to Not in Grievant's Favor |
| 08/25/23 10:51 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 08/25/23 10:13 | R. Gaisthea | Staff Response | Appeal accepted. Warden Foreman assigned to respond. |
| 08/25/23 10:13 | R. Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 08/24/23 15:44 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 08/24/23 15:44 | SIRAJ WAHHAJ | Escalated | WAHHAJ, SIRAJ has escalated the grievance on 08/24/2023 15:44 -07:00 Response: I'm appealing because I sent legal mail to the Court which was time sensitive on August 4, 2023, and it was mailed out on August 11,2023, without a valid reason. According to The Federal Performance Based Detention Standards G.3.5 excluding weekends and holiday or emergency situations, incoming and outgoing letters are held for no more than 24- hours, and packages are held for not more than 48- hours. 5- ALDF- 5B-10. This is not a isolated incident, my legal mail is continuously being delayed without justification, which causes me irreparable harm. I am Pro Se any unjustifiable delay causes me prejudice. Pro Se Prisoners/ Detainees have maximum access to law library if available, to include legal materials, electronic discovery, equipment to view, prepare and print documents. G.2.3.a. A roster of all Pro - Se Prisoners/ detainees is maintained and updated weekly by the mail clerk. Please insure that my legal documents are mailed in a timely manner, my trial in coming up in September 23, 2023, any delay can cause me not to have access to the court and can cause me not to have a fair trial. Thank You! |
| 08/24/23 15:44 | | Changed Status | From Closed to Open due to Appeal |
| 08/24/23 15:44 | | Changed Level | Level changed from 1 to 2 due to Appeal |
| 08/24/23 15:19 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 08/24/23 14:07 | R. Gaisthea | Changed Status | From 'Pending' to 'Closed' |
| 08/24/23 11:56 | Jose Esparra | Staff Response | Verified with mailroom ... please certify mail from now on. Mail has been sent out |
| 08/24/23 11:54 | Jose Esparra | Changed Disposition | Changed the disposition value for level 1 from to Not in Grievant's Favor |
| 08/24/23 11:15 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 08/23/23 09:13 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 08/22/23 10:11 | R. Gaisthea | Staff Response | Grievance #2023-504-00253-G issued. Investigator Esparra has been assigned to respond. |
| 08/22/23 10:11 | R. Gaisthea | Changed Status | From 'Open' to 'Pending' |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 08/22/23 10:09 | R. Gaisthea | Recategorization | Changed Category and Form from 'Core Civic/Access to Legal Materials Grievance' to 'Core Civic/Mail Grievance' |
| 08/21/23 09:12 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 08/21/23 09:07 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 08/21/23 08:33 | R. Gaisthea | Changed Status | From 'Open' to 'New' |
| 08/21/23 08:33 | R. Gaisthea | Staff Response | Did you find out if this particular mail was sent out? Do I proceed with this grievance? Please advise. |
| 08/19/23 19:27 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 08/18/23 16:18 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 08/18/23 12:00 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 08/17/23 19:35 | SIRAJ WAHHAJ | Submitted New | My legal document was not mailed to the Court. No one knows what happened to it. |

## Grievance #273878571

**Profile Photo:**



**Audit Photo:**
Audit Photo

**Resident Info**

Name: SIRAJ WAHHAJ (1978-06-21)
Booking Number: 00414151
Nationality:
Submitted Date: 08/17/23 19:35
Submitted from Location/Room: SECTION:700--BLOCK:C--CELL:105--BED:U/700C
Current Location/Room: SECTION:700--BLOCK:C--CELL:105--BED:U/700C
Facility: Cibola County Correctional Center NM
MAC ID: 4846C122EF0C
Device ID: 4846C122EF0C

**Form Info**

Category: Core Civic
Form: Mail Grievance

**Grievance Info**

Status: CLOSED by Mark Foreman
Facility Deadline: 09/13/23 23:59
Grievance Level: 2
Resident can reply: No
Disposition @ 1: Not In Grievant's Favor
Disposition @ Level 2: Not In Grievant's Favor

**Details:**

My legal document was not mailed to the Court. No one knows what happened to it.

**Details:**

**Informal Resolution #:**
*Put N/A if you did not file an Informal Resolution*
N/A

**State Grievance:**
*Include documentation, witnesses, date of incident and other information pertaining to grievance*
On August 4, 2023, I sent out legal mail. The DO put the mail in the request box not the legal mail box. I retrieved the legal mail and gave it to CM Ponche so she can give it to the mail room. My legal mail was never sent to the Court. No one knows what happened to it. This caused me irreparable harm. I am once again am being denied access to the Courts. Where is my legal document.

**Requested Action:**
*What do you want to be done?*
I requesting my legal mail returned to me so I can mail it to the Court. I lost two weeks time which causes my irreparable harm.

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 08/26/23 09:33 | Mark Foreman | Staff Response | Legal mail was not sent with tracking (e.g. certified mail). The mail room is not in possession of your mail. Once mailed, the facility cannot track or assume responsibility for mail in possession of the USPS. You may attempt to contact the USPS for resolution. Grievance appeal is denied. Thank you, |
| 08/26/23 09:33 | Mark Foreman | Changed Status | From 'Pending' to 'Closed' |
| 08/26/23 09:31 | Mark Foreman | Changed Disposition | Changed the disposition value for level 2 from to Not In Grievant's Favor |
| 08/25/23 10:51 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 08/25/23 10:13 | R. Gaisthea | Staff Response | Appeal accepted. Warden Foreman assigned to respond. |
| 08/25/23 10:13 | R. Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 08/24/23 15:44 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 08/24/23 15:44 | SIRAJ WAHHAJ | Escalated | WAHHAJ, SIRAJ has escalated the grievance on 08/24/2023 15:44 -07:00 Response: I'm appealing because I sent legal mail to the Court which was time sensitive on August 4, 2023, and it was mailed out on August 11, 2023, without a valid reason. According to The Federal Performance Based Detention Standards G.3.5 excluding weekends and holiday or emergency situations, incoming and outgoing letters are held for no more than 24 hours, and packages are held for not more than 48 hours. 5- ALDF- 5B-10. This is not a isolated incident, my legal mail is continuously being delayed without justification, which causes me irreparable harm. I am Pro Se any unjustifiable delay causes me |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| | | | prejudice. Pro Se Priso. / De... have maximum access to law library if available, to include legal materials, electronic discovery, equipment to view, prepare and print documents. G.?.3 a. A roster of all Pro - Se Prisoners/ detainees is maintained and updated weekly by the mail clerk. Please insure that my legal documents are mailed in a timely manner, my trial in coming up in September 23, 2023, any delay can cause me not to have access to the court and can cause me not to have a fair trial. Thank You! |
| 08/24/23 15:44 | | Changed Status | From Closed to Open due to Appeal |
| 08/24/23 15:44 | | Changed Level | Level changed from 1 to 2 due to Appeal |
| 08/24/23 15:19 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 08/24/23 14:07 | R. Gaisthea | Changed Status | From 'Pending' to 'Closed' |
| 08/24/23 11:56 | Jose Esparra | Staff Response | **Verified with mailroom ... please certify mail from now on. Mail has been sent out** |
| 08/24/23 11:54 | Jose Esparra | Changed Disposition | Changed the disposition value for level 1 from to Not In Grievant's Favor |
| 08/24/23 11:15 | SIRAJ WAHHAJ | Viewed Staff Response | . |
| 08/23/23 09:13 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 08/22/23 10:11 | R. Gaisthea | Staff Response | **Grievance #2023-504-00253-G issued. Investigator Esparra has been assigned to respond.** |
| 08/22/23 10:11 | R. Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 08/22/23 10:09 | R. Gaisthea | Internal Note | *USMS* |
| 08/22/23 10:09 | R. Gaisthea | Recategorization | Changed Category and Form from 'Core Civic/Access to Legal Materials Grievance' to 'Core Civic/Mail Grievance' |
| 08/21/23 09:12 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 08/21/23 09:07 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 08/21/23 08:33 | R. Gaisthea | Changed Status | From 'Open' to 'New' |
| 08/21/23 08:33 | R. Gaisthea | Staff Response | **Did you find out if this particular mail was sent out? Do I proceed with this grievance? Please advise.** |
| 08/19/23 19:27 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 08/18/23 16:18 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 08/18/23 12:00 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 08/17/23 19:35 | SIRAJ WAHHAJ | Submitted New | My legal document was not mailed to the Court. No one knows what happened to it. |



## Grievance #273878571

**Profile Photo:**



**Audit Photo:**
Audit Photo

**Resident Info**

Name: SIRAJ WAHHAJ (1978-06-21)
Booking Number: 00414151
Nationality:
Submitted Date: 08/17/23 19:35
Submitted from Location/Room: SECTION:700--BLOCK:C--CELL:105--BED:U/700C
Current Location/Room: SECTION:700--BLOCK:C--CELL:105--BED:U/700C
Facility: Cibola County Correctional Center NM
MAC ID: 4846C122EF0C
Device ID: 4846C122EF0C

**Form Info**

Category: Core Civic
Form: Mail Grievance

**Grievance Info**

Status: CLOSED by R. Gaisthea
Facility Deadline: 08/25/23 23:59
Grievance Level: 1
Resident can reply: No
Disposition @ Level 1: Not In Grievant's Favor

**Details:**

My legal document was not mailed to the Court. No one knows what happened to it.

**Details:**

**Informal Resolution #:**
*Put N/A if you did not file an Informal Resolution*
N/A

**State Grievance:**
*Include documentation, witnesses, date of incident and other information pertaining to grievance*
On August 4, 2023, I sent out legal mail. The DO put the mail in the request box not the legal mail box. I retrieved the legal mail and gave it to CM Ponche so she can give it to the mail room. My legal mail was never sent to the Court. No one knows what happened to it. This caused me irreparable harm. I am once again am being denied access to the Courts. Where is my legal document.

**Requested Action:**
*What do you want to be done?*
I requesting my legal mail returned to me so I can mail it to the Court. I lost two weeks time which causes my irreparable harm.

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 08/24/23 14:07 | R. Gaisthea | Changed Status | From 'Pending' to 'Closed' |
| 08/24/23 11:56 | Jose Esparra | Staff Response | Verified with mailroom ... please certify mail from now on. Mail has been sent out |
| 08/24/23 11:54 | Jose Esparra | Changed Disposition | Changed the disposition value for level 1 from to Not In Grievant's Favor |
| 08/24/23 11:15 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 08/23/23 09:13 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 08/22/23 10:11 | R. Gaisthea | Staff Response | Grievance #2023-504-00253-G issued. Investigator Esparra has been assigned to respond. |
| 08/22/23 10:11 | R. Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 08/22/23 10:09 | R. Gaisthea | Internal Note | USMS |
| 08/22/23 10:09 | R. Gaisthea | Recategorization | Changed Category and Form from 'Core Civic/Access to Legal Materials Grievance' to 'Core Civic/Mail Grievance' |
| 08/21/23 09:12 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 08/21/23 09:07 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 08/21/23 08:33 | R. Gaisthea | Changed Status | From 'Open' to 'New' |
| 08/21/23 08:33 | R. Gaisthea | Staff Response | Did you find out if this particular mail was sent out? Do I proceed with this grievance? Please advise. |
| 08/19/23 19:27 | SIRAJ WAHHAJ | Viewed Staff Response | |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 08/18/23 12:00 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 08/17/23 19:35 | SIRAJ WAHHAJ | Submitted New | |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 08/18/23 12:00 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 08/17/23 19:35 | SIRAJ WAHHAJ | Submitted New | |

Grievance No.: 2023-504-
00232-G

14-105B

## INMATE/RESIDENT GRIEVANCE

2303031

| FULL NAME: | Siraj Ivahha |
| NUMBER: | 06414151 | HOUSING ASSIGNMENT: | 700 C 105 y |

INFORMAL RESOLUTION ATTACHED (Not required for an emergency grievance)?   ☐ YES   ☒ NO

RECEIVED
AUG 03 2023
Grievance Coordinator

GRIEVANCE CATEGORY (CIRCLE ONE):

| | | |
|---|---|---|
| 1. Facility Staff | 8. Dental Services | 15. Housing |
| (2.) Access to Legal Materials | 9. Mental Health Services | 16. Laundry |
| 3. Denied Access to Informal Resolution/Grievance Process | 10. Trust Account | 17. Recreation |
| 4. Reprisal for Using Informal Resolution/Grievance Process | 11. Commissary | 18. Visitation |
| 5. Safety/Security | 12. Food Service | 19. Programs-education, work, religious, etc. |
| 6. Sanitation | 13. Mail | 20. Violations of federal or state regulations, laws, court decisions (i.e. ADA or Constitutional rights) |
| 7. Medical Services | 14. Intake | 21. Other |

**STATE GRIEVANCE:** (Include documentation, witnesses, date of incident, and any other information pertaining to the grievance subject. Attach additional pages if necessary).

On Wednesday July 26, 2023, I arrived back from court to my 700c housing unit to find my unit on lockdown. On Thursday, July 27, 2023, Sort conducted an operation and shook down 700c They confiscated my 2017 Rules of Criminal Procedure I was using to prepare for my September 23, 2023, trial They also removed the rolling law library from the unit, the tablets. I am representing myself Pro se. I was using these legal materials (i.tablet/law library) to file my Jury Instructions that was due on July 31, 2023. The removal of the tablet, Rolling law library, and 2017 Rules of criminal Procedure caused me to miss the Jury instruction July 31, 2023, deadline. On Tuesday July 25, 2023, individuals from my unit removed some fencing from the best Rec. Those individuals were taken to maximum custody Management unit ("MCMU") yet the whole unit was placed on lockdown. On Monday July 31, 2023, 700c was placed on Tier Time, out of the room for an hour a day. This causes me irreparable harm to take the Rules of Criminal Procedures, rolling law library, tablets and placing me on Tier Time. This caused me to miss my July 31, 2023, deadline for Jury Instructions,

**Requested Action:** (Attach additional pages if necessary)

This collective enforcement causes me prejudice. It is hindering me from having access to the courts. If I was accused of committing an infraction I would have my day before Dito to find me guilty or innocent, with this collective enforcement I am never afforded that opportunity which is a denial of my Due Process Right. Please return back my 2017 Rules of Criminal Procedure, the tablets, and let me out of the room to make legal phone calls, so I can continue with my preparation for my September 23, 2023, trial. Thank you!!

Inmate/Resident's Signature: by _Siraj Ishhaj_    Date Submitted: 8/2/23

Page 1 of 3

01/23

Grievance No.: 2023-504-
002332G

14-105B

**RESPONDING STAFF MEMBER'S REPORT:** (Attach additional pages if necessary. All pages must include the grievance number.)

Cibola County Correctional Center conducts lockdowns of housing unit that mitigate and manage continual prohibited acts, to include compromising safety and security of the facility in which your pod was identified in said behavior. The Prisoner population tier Management plan serves as a behavior management plan. It is designed to promote a safe, secure, and humane environment for prisoners and staff. The plan is verified and approved by the USMS Prisoner Operations Division. The program is required to mitigate and manage continual prohibited activity and non-compliance with pod /cell sanitation, contraband introductions attempts, broken cell windows, tampering of cell door locking mechanisms, tampering of tablet charging stations, microwaves, kiosks, and telephones, refusal to return meal trays and increase in incidents (including assaults, discovery of weapons/ alcohol, and staff assaults) Your Housing Unit was secured until Monday, July 31, 2023, where you have had access to said law library and legal materials through our facility Library Aide, Ms. Mitchell, and access to Unit Team as well. You filled this grievance on 8/3/2023. AW J. Gradiska ensured that the law library cart was delivered on 8/5/2023, at approximately 09:00 a.m.

**RESPONDING STAFF MEMBER'S DECISION:** (Attach additional pages if necessary. All pages must include the grievance number.)

Your request to gain access to the said law library and books are available through Ms. Mitchell, our facility Library Aide. AW ADO J. Gradiska ensured that you received access to the law library cart and had it delivered to you on 8/5/2023, at approximately 09:00 a.m., and gave direction to Lt. K. Young to assist you in receiving adequate time to work on your case PRO-SE as you requested to utilize Lexis-Nexis.

Responding Staff Member's Printed Name: J. GRADISKA     Title: AW

Responding Staff Member's Signature: _____     Date: 8/5/23

Inmate/Resident's Signature (upon receipt): _____     Date: 8/7/23

**1ˢᵀ LEVEL APPEAL** (Attach additional pages if necessary. All pages must include the grievance number.)

**WARDEN/ADMINISTRATOR'S DECISION:** (Attach additional pages if necessary. All pages must include the grievance number.)

Grievance No.: 2023-504-00232G

14-105B

**RESPONDING STAFF MEMBER'S REPORT:** (Attach additional pages if necessary. All pages must include the grievance number.)

Cibola County Correctional Center conducts lockdowns of housing unit that mitigate and manage continual prohibited acts, to include compromising safety and security of the facility in which your pod was identified in said behavior. The Prisoner population tier Management plan serves as a behavior management plan. It is designed to promote a safe, secure, and humane environment for prisoners and staff. The plan is verified and approved by the USMS Prisoner Operations Division. The program is required to mitigate and manage continual prohibited activity and non-compliance with pod /cell sanitation, contraband introductions attempts, broken cell windows, tampering of cell door locking mechanisms, tampering of tablet charging stations, microwaves, kiosks, and telephones, refusal to return meal trays and increase in incidents (including assaults, discovery of weapons/ alcohol, and staff assaults) Your Housing Unit was secured until Monday, July 31, 2023, where you have had access to said law library and legal materials through our facility Library Aide, Ms. Mitchell, and access to Unit Team as well. You filled this grievance on 8/3/2023. AW J. Gradiska ensured that the law library cart was delivered on 8/5/2023, at approximately 09:00 a.m.

**RESPONDING STAFF MEMBER'S DECISION:** (Attach additional pages if necessary. All pages must include the grievance number.)

Your request to gain access to the said law library and books are available through Ms. Mitchell, our facility Library Aide. AW ADO J. Gradiska ensured that you received access to the law library cart and had it delivered to you on 8/5/2023, at approximately 09:00 a.m., and gave direction to Lt. K. Young to assist you in receiving adequate time to work on your case PRO-SE as you requested to utilize Lexis-Nexis.

Responding Staff Member's Printed Name: J. GRADISKA    Title: AW

Responding Staff Member's Signature: _____    Date: 8/5/23

Inmate/Resident's Signature (upon receipt): _____    Date: _____

**1ST LEVEL APPEAL** (Attach additional pages if necessary. All pages must include the grievance number.)

This response does not address that because of the lockdown and Tier Management, CCCC caused me to miss my Jury Instruction motion deadline on July 31, 2023. My unit was released from lockdown to Tier time on July 31, 2023, until August 5, 2023. I was given access to the rolling law library on August 5, 2023, that is 10 days that I was denied any legal materials which caused me irreparable harm. Not only did that direct lockdown and Tier Time caused me to miss my Jury Instruction motion deadline, also the ten days that I was not able to conduct legal research caused me prejudice, going forward I am requesting that the tablet and legal materials not be taken from me, I am Pro Se, my trial date which is fast approaching on September 23, 2023. Thank you!

**WARDEN/ADMINISTRATOR'S DECISION:** (Attach additional pages if necessary. All pages must include the grievance number.)

Page 2 of 3

RECEIVED
Appeal
AUG 10 2023

01/23

Grievance No.: 2023 -504
00232 G

14-105B

WHERE THE MANAGEMENT YOU ARE AFFORDED 1 HOUR
A DAY OUT OF CELL TIME. THE FACILITY DOES NOT
SET YOUR PERSONAL SCHEDULE FOR MANAGING TIME FOR
LEGAL PREPARATION. LOCKDOWNS ONLY OCCUR DURING EXIGENT
CIRCUMSTANCES TO PROMOTE SAFE SECURE AND HUMANE CONDITIONS
OF CONFINEMENT. IF YOU HAVE SPECIFIC SENDURES PLEASE
INFORM AND COORDINATE WITH YOUR CASE MANAGER. THANK YOU.

Warden/Administrator's Signature: _____ Date: 8/11/23

Inmate/Resident's Signature (upon receipt) _____ Date: 8/11/23

01/23

**Gradiska, John**    # 2023 504-00232-G

| | |
|---|---|
| **From:** | Gradiska, John |
| **Sent:** | Saturday, August 5, 2023 9:13 AM |
| **To:** | Mitchell, Caitlyn; Cibola Captains and Lts |
| **Cc:** | Jones Jr, Derk |
| **Subject:** | RE: Computer Cart Request |

This has been done on Saturday morning by Lieutenant Young, I advise him as I have a grievance to respond to. This will be part of the response.

## *John F. Gradiska*

Assistant Warden
Cibola County Correctional Center
2000 Cibola Loop
PO Box 3540
Milan, NM 87021
(505) 285-4900
**John. Gradiska@corecivic.com**

 **CoreCivic**

---

**From:** Mitchell, Caitlyn <Caitlyn.Mitchell@corecivic.com>
**Sent:** Friday, August 4, 2023 1:46 PM
**To:** Cibola Captains and Lts <CibolaCaptainsandLts@corecivic.com>
**Cc:** Gradiska, John <John.Gradiska@corecivic.com>; Jones Jr, Derk <Derk.JonesJr@corecivic.com>
**Subject:** Computer Cart Request

Good afternoon,

Detainee Wahhaj in 700Charlie has requested the computer cart for the weekend.
It is important that it is moved tomorrow morning, Saturday 8/5/23, for him to use the Lexis Nexis. He is PRO SE and needs the computer for extra time.
I have attached a copy of the request.

*Thank you for your help,*
*Caitlyn Mitchell, Library Aide*

**CoreCivic**
Phone Number: (505) 285 - 4943
Phone Extension: 54943
Cibola County Correctional Center
PO Box 3540 / 2000 Cibola Loop
Milan NM 87021

1

Grievance No.: _2023 504-__
_00232-67_

14-105B

## 2ND LEVEL APPEAL (Attach additional pages if necessary.  All pages must include the grievance number.)

## MANAGING DIRECTOR'S DECISION: (Attach additional pages if necessary.  All pages must include the grievance number.)

Managing Director's Signature: _____ Date: _____

Inmate/Resident's Signature (upon receipt) _____ Date: _____

Page 3 of 3

01/23

## Grievance #266577131

**Profile Photo:**



**Audit Photo:**
Audit Photo

**Resident Info**

Name: SIRAJ WAHHAJ (1978-06-21)
Booking Number: 00414151
Nationality:
Submitted Date: 07/23/23 10:36
Submitted from Location/Room: SECTION:700--BLOCK:C--CELL:105--BED:U/700C
Current Location/Room: SECTION:700--BLOCK:C--CELL:105--BED:U/700C
Facility: Cibola County Correctional Center NM
MAC ID: 4846C122EF0C
Device ID: 4846C122EF0C

**Form Info**

Category: Core Civic
Form: Facility Staff Grievance

**Grievance Info**

Status: CLOSED / In favor of by R. Gaisthea
Facility Deadline: 07/26/23 23:59
Grievance Level: 1
Resident can reply: No
Disposition @ Level 1: In Grievant's Favor
 Appeal has been curtailed

**Details:**

At 10Am LT Howard came to 700 C, I informed her of what transpired. She stated if DO Rice needed to be relieved she could have

**Details:**

**Informal Resolution #:**
*Put N/A if you did not file an Informal Resolution*
Informed the LT.and she would have relieved her. I have been in pretrial detention for 5 years it is very therapeutic to be able

**State Grievance:**
*Include documentation, witnesses, date of incident and other information pertaining to grievance*
On Sunday July 23, 2023, 9:37AM at West Rec. DO Rice stated its time to go back in. I informed her our hour is not up. She stated she have to do Rec for other pods.She became belligerent stating she cut the time to make sure everyone gets rec. I stated I do not want to argue. I politely informed her that CCCC gives me permission for rec an hour a day. I am in pretrial detention with no freedom of movement. She stated she don't give a f*** grievance it. She was very oppressive.

**Requested Action:**
*What do you want to be done?*
Get sun and fresh air.When DO's abuse their authority it causes me irreparable harm.Please don't punish me in pretrial detention

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 08/01/23 11:58 | R. Gaisthea | Changed Status | From 'Pending' to 'Closed / In favor of' |
| 08/01/23 11:58 | R. Gaisthea | Changed Disposition | Changed the disposition value for level 1 from to In Grievant's Favor |
| 07/31/23 12:39 | B. Presely | Staff Response | Talked to detainee advised neither of the staff work here and for future we will make sure to follow the rec schedule |
| 07/27/23 11:48 | R. Gaisthea | Staff Response | Accepted, Grievance #2023-504-00219-G Issued. S/S Presley and Assistant S/S Howard are assigned to respond. |
| 07/27/23 11:48 | R. Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 07/27/23 11:46 | R. Gaisthea | Internal Note | USMS |
| 07/24/23 15:30 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 07/23/23 10:36 | SIRAJ WAHHAJ | Submitted New | At 10Am LT Howard came to 700 C, I informed her of what transpired. She stated if DO Rice needed to be relieved she could have |

## Grievance #260016581

**Profile Photo:**



**Audit Photo:**
Audit Photo

**Resident Info**

Name: SIRAJ WAHHAJ (1978-06-21)
Booking Number: 00414151
Nationality:
Submitted Date: 06/28/23 18:47
Submitted from Location/Room: SECTION:700--BLOCK:C--CELL:105--BED:U/700C
Current Location/Room: SECTION:700--BLOCK:C--CELL:105--BED:U/700C
Facility: Cibola County Correctional Center NM
MAC ID: 4846C122EF0C
Device ID: 4846C122EF0C

**Form Info**

Category: Core Civic
Form: Access to Legal Materials Grievance

**Grievance Info**

Status: CLOSED by AW Gradiska
Facility Deadline: 07/03/23 23:59
Grievance Level: 1
Resident can reply: No
Disposition @ Level 1: In Grievant's Favor

**Details:**

CCCC will be responsible for denying me access to the Courts/ legal materials.

**Details:**

Informal Resolution #:

*Put N/A if you did not file an Informal Resolution*
N/A

**State Grievance:**
*Include documentation, witnesses, date of incident and other information pertaining to grievance*
On June 26, 2023, I put in requests for a notary to Unit manager Lopez N0. 259179701 and the notary N0. 259180091. I have been Pro Se since May 26, 2023. CCCC is not going to allow me to email or fax the Courts. My only option they gave is for certified mail. When I have to wait for a week to get my legal documents notarized and mailed to the Courts, this causes me irreparable harm. My documents will be filed late causing me to forfeit those arguments.

**Requested Action:**
*What do you want to be done?*
Please do not delay notarizing my legal documents, so I can return them to the Court in a timely manner. Thank You!.

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 07/06/23 12:31 | AW Gradiska | Staff Response | Sir, your requested grievance was not within the 72 time frame therefore your grievance is in your favor due to administrative error. |
| 07/06/23 12:31 | AW Gradiska | Changed Status | From 'Open' to 'Closed' |
| 07/06/23 12:29 | AW Gradiska | Changed Disposition | Changed the disposition value for level 1 from from Not In Grievant's Favor to In Grievant's Favor |
| 07/05/23 11:44 | R. Gaisthea | Changed Status | From 'Closed' to 'Open' |
| 07/04/23 12:02 | AW Gradiska | Staff Response | Mr Wahhaj, your legal paperwork was notarized by Unit Manager Lopez on Friday 6/30/2023, therefore your grievance is denied. |
| 07/04/23 12:02 | AW Gradiska | Changed Status | From 'Pending' to 'Closed' |
| 07/04/23 11:56 | AW Gradiska | Changed Disposition | Changed the disposition value for level 1 from from Not In Grievant's Favor to Not In Grievant's Favor |
| 07/04/23 11:56 | AW Gradiska | Changed Disposition | Changed the disposition value for level 1 from to Not In Grievant's Favor |
| 06/30/23 08:16 | AW Gradiska | Changed Disposition | Changed the disposition value for level 1 from to Not In Grievant's Favor |
| 06/30/23 08:15 | AW Gradiska | Changed Disposition | Changed the disposition value for level 1 from to Not In Grievant's Favor |
| 06/30/23 08:15 | AW Gradiska | Changed Disposition | Changed the disposition value for level 1 from to Not In Grievant's Favor |
| 06/30/23 08:15 | AW Gradiska | Changed Disposition | Changed the disposition value for level 1 from to Not In Grievant's Favor |
| 06/30/23 08:13 | AW Gradiska | Changed Disposition | Changed the disposition value for level 1 from to Not In Grievant's Favor |
| 06/30/23 08:11 | AW Gradiska | Changed Disposition | Changed the disposition value for level 1 from to |

| 06/30/DATE/TIME | AW GradisUSER | Changed DisACTION | Changed the disposition value for DETAILSm to |
|---|---|---|---|
| 06/29/23 09:30 | R. Gaisthea | Staff Response | Accepted, Grievance #2023-504-00184-G issued. AW Gradieka is assigned to respond. |
| 06/29/23 09:30 | R. Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 06/29/23 09:29 | R. Gaisthea | Internal Note | USMS |
| 06/28/23 16:47 | SIRAJ WAHHAJ | Submitted New | CCCC will be responsible for denying me access to the Courts/ legal materials. |

# Grievance #212291112

**Profile Photo:**

**Audit Photo:**
Audit Photo

**Resident Info**

Name: SIRAJ WAHHAJ (1978-06-21)
Booking Number: 00414151
Nationality:
Submitted Date: 11/07/22 11:18
Submitted from Location/Room: SECTION:700--BLOCK:A--CELL:208--BED:L/700A
Current Location/Room: SECTION:700--BLOCK:A--CELL:208--BED:L/700A
Facility: Cibola County Correctional Center NM

**Form Info**

Category: Core Civic
Form: Programs Grievance

**Grievance Info**

Status: CLOSED / In favor of by R. Gaisthea
Facility Deadline: 11/10/22 23:59
Grievance Level: 1
Resident can reply: No
Disposition @ Level 1: In Grievant's Favor
Appeal has been curtailed

**Details:**

I need the remainder 15 of my 35 educational certificates printed out.

**Details:**

Informal Resolution #:
~~Put N/A if you did not file an Informal Resolution~~
N\A

**State Grievance:**
Include documentation, witnesses, date of incident and other information pertaining to grievance
On August 25, 2022 I requests for my 35 educational certificates to printed. Request # 197686612. On September 26, 2022 I requested for the remainer 15 certificates be printed. I only received 20 out of the 35 certificates completed. Request # 203756252 . Please printout my remainder 15 certificates.

**Requested Action:**
What do you want to be done?
Please printout my remainder 15 certificates.Thank You!

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 11/17/22 08:56 | R. Gaisthea | Changed Status | From 'Pending' to 'Closed / In favor of' |
| 11/17/22 08:56 | R. Gaisthea | Changed Disposition | Changed the disposition value for level 1 from to In Grievant's Favor |
| 11/17/22 07:45 | Mark Foreman | Staff Response | Currently the program facilitator position is vacant. Once we fill the position the certificates will be provided. Thank you, |
| 11/07/22 12:22 | R. Gaisthea | Staff Response | Accepted. Grievance #2022-504-00583-G issued. CCUM Jones assigned to respond. |
| 11/07/22 12:22 | R. Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 11/07/22 11:18 | SIRAJ WAHHAJ | Submitted New | I need the remainder 15 of my 35 educational certificates printed out. |



# Grievance #190073382

**Profile Photo:**

**Audit Photo:**
Audit Photo

**Resident Info**

Name: SIRAJ WAHHAJ (1978-06-21)
Booking Number: 00414151
Nationality:
Submitted Date: 07/16/22 13:01
Submitted from Location/Room: SECTION:300--BLOCK:D--CELL:103--BED:L/300D
Current Location/Room: SECTION:700--BLOCK:A--CELL:210--BED:L/700A
Facility: Cibola County Correctional Center NM

**Form Info**

Category: Core Civic
Form: Housing Grievance

**Grievance Info**

Status: CLOSED / In favor of by R. Gaisthea
Facility Deadline: 07/19/22 23:59
Grievance Level: 1
Resident can reply: No
Disposition @ Level 1: In Grievant's Favor
 Appeal has been curtailed

**Summary of Grievance:**

The Warden, she did not respond to DO Sanchez. CCCC is suppose to have maintenance on call.CCCC arbitrary decides when to use it

**Details of Grievance:**

**Informal Resolution #:**
*Put N/A if you did not file an Informal Resolution*
Or not. Having hot water is services that CCCC must provide to detainees. CCCC may not punish detainees in pretrial detention.

**State Grievance:**
*Include documentation, witnesses, date of incident and other information pertaining to grievance*
On Friday 11pm 300 D hot water went out, DO Kenyatta was advised, she said there is nothing she can do, for 300 D to deal with it on switch change. On Saturday July 16, 2022 at 8m I advised Do Sanchez of the situation. He informed me that central was aware and maintenance will fix it Monday. I asked him does the captain and Warden know. His response was he did not know. At 12:30pm he informed me that captain Foster was advised and she was calling on call maintenance, I asked him did she inform

**Requested Action:**
*What do you want to be done?*
Please provide us with services that CCCC is contracted to provide. Have a back up for someone to reset the breaker. Thank You!

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 07/22/22 10:01 | R. Gaisthea | Changed Status | From 'Pending' to 'Closed / In favor of' |
| 07/21/22 12:47 | Saunders Jr, Stanley | Staff Response | The hot water boiler was reset. I have confirmed that the water temp is within specifications after the reset. |
| 07/21/22 11:27 | Saunders Jr, Stanley | Changed Disposition | Changed the disposition value for level 1 from to In Grievant's Favor |
| 07/18/22 13:10 | R. Gaisthea | Staff Response | Accepted, Grievance #2022-504-00369-G issued. Maintenance Supervisor Saunders assigned to respond. |
| 07/18/22 13:10 | R. Gaisthea | Changed Status | From 'New' to 'Pending' |
| 07/18/22 13:09 | R. Gaisthea | Staff Response | Accepted, Grievance #2022-504-00369-G issued. Maintenance Supervisor Saunders assigned to respond. |
| 07/18/22 13:08 | R. Gaisthea | Staff Response | Accepted, Grievance #2022-504-00369-G issued. Maintenance Supervisor Saunders assigned to respond. |
| 07/18/22 13:08 | R. Gaisthea | Changed Status | From 'New' to 'Pending' |
| 07/18/22 13:08 | R. Gaisthea | Staff Response | Accepted, Grievance #2022-504-00369-G issued. Maintenance Supervisor Saunders assigned to respond. |
| 07/18/22 13:08 | R. Gaisthea | Changed Status | From 'New' to 'Pending' |

# Grievance #187827492

| | |
|---|---|
| Profile Photo:<br>Profile Photo | **Resident Info** |
| | Name: SIRAJ WAHHAJ (1978-06-21)<br>Booking Number: 00414151<br>Nationality:<br>Submitted Date: 07/04/22 21:16<br>Submitted from Location/Room: SECTION:300--BLOCK:D--CELL:103--BED:L/300D<br>Current Location/Room: SECTION:300--BLOCK:D--CELL:103--BED:L/300D |
| Audit Photo:<br>Audit Photo | Facility: Cibola County Correctional Center NM |

**Form Info**

Category: Core Civic
Form: Programs Grievance

**Grievance Info**

Status: CLOSED by Brown, David Lee
Facility Deadline: 07/09/22 23:59
Grievance Level: 1
Resident can reply: No
Disposition @ Level 1: In Grievant's Favor

## Summary of Grievance:

If they needed a Muslim contact vendor to provide Muslims at the CCCC with the religious holiday meal. These requests fell on

## Details of Grievance:

Deaf ears just because I'm detained I do not loose my constitutional rights to practice my religion. Funds are available for these

## State Grievance:

~~Include documentation, witnesses, date of incident and other information pertaining to grievance~~

On June 29, 2022 I sent requests to UM#186813562, ADO#186813052, Chaplain # 186812212 to making accommodation for this coming muslim religous holiday EIDUL AHAD on Saturday. I requested a religious meal as is my First Amendment right. Accommodation was made for those whom observe lint, and Passover. I witnessed meals being delivered for those who observe that holiday. My second Muslim holiday is being arbitrarily denied due discrimination. I have sent requests in advanced to chaplain and others

## Requested Action:

*What do you want to be done?*
Purposes. Please accommodate my religious right like Jews and Christians at CCCC. Provide me with a religious meal on EIDUL AHAD

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 07/07/22 15:23 | Brown, David Lee | Staff Response | You will receive your meal for this religious event Saturday morning at 0800 |
| 07/07/22 15:23 | Brown, David Lee | Changed Status | From 'Pending' to 'Closed' |
| 07/07/22 15:23 | Brown, David Lee | Changed Disposition | Changed the disposition value for level 1 from from In Grievant's Favor to In Grievant's Favor |
| 07/07/22 15:23 | Brown, David Lee | Changed Disposition | Changed the disposition value for level 1 from to In Grievant's Favor |
| 07/06/22 10:28 | R. Gaisthea | Staff Response | Accepted, Grievance #2022-504-00356-G issued. AW Brown assigned to respond. |
| 07/06/22 10:28 | R. Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 07/06/22 10:26 | R. Gaisthea | Recategorization | Changed Category and Form from 'Core Civic/Other' to 'Core Civic/Programs Grievance' |
| 07/04/22 21:16 | SIRAJ WAHHAJ | Submitted New | If they needed a Muslim contact vendor to provide Muslims at the CCCC with the religious holiday meal. These requests fell on |



## Grievance #185566272

**Profile Photo:**
Profile Photo

**Resident Info**

Name: SIRAJ WAHHAJ (1978-06-21)
Booking Number: 00414151
Nationality:
Submitted Date: 06/22/22 12:29
Submitted from Location/Room: SECTION:300--BLOCK:D--CELL:103--BED:L/300D
Current Location/Room: SECTION:300--BLOCK:D--CELL:103--BED:L/300D
**Audit Photo:**       Facility: Cibola County Correctional Center NM
Audit Photo

**Form Info**

Category: Core Civic
Form: Sanitation Grievance

**Grievance Info**

Status: CLOSED by Gabriela Sabroe
Facility Deadline: 06/25/22 23:59
Grievance Level: 1
Resident can reply: No
Disposition @ Level 1: In Grievant's Favor

**Summary of Grievance:**

Denial of chemicals for two days leaving 300 D and at risk of spreading unknown dangerous diseases.

**Details of Grievance:**

**Informal Resolution #:**
*Put N/A if you did not file an Informal Resolution*
N/A

**State Grievance:**
*Include documentation, witnesses, date of incident and other information pertaining to grievance*
300 D did not have chemicals for two days since Monday June 20, 2022. The chemicals that are in the container is water. The red HQ chemicals that kills bacteria 300 D was denied it two days. How are we suppose to keep the pod clean and mitigate diseases if we do not have chemicals? This can cause diseases to spead to pod that we are already living communally.

**Requested Action:**
*What do you want to be done?*
Please provide 300 D with chemicals consistenly everyday that are not watered down. I'm in the care of CCCC. Thank You!!

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 06/26/22 15:52 | Gabriela Sabroe | Staff Response | Mr. Wahhaj we spoke on 6-24-2022 around 8PM about chemicals not being out everyday, however they were given and place in the corridor on June 20th but was not delivered on 6-21-2022 therefore you are in favor of this grievance. |
| 06/26/22 15:52 | Gabriela Sabroe | Changed Status | From 'Pending' to 'Closed' |
| 06/26/22 15:47 | Gabriela Sabroe | Changed Disposition | Changed the disposition value for level 1 from to In Grievant's Favor |
| 06/23/22 09:20 | R. Gaisthea | Staff Response | Accepted, Grievance #2022-504-00334-G Issued. Unit Manager assigned to respond. |
| 06/23/22 09:20 | R. Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 06/22/22 12:29 | SIRAJ WAHHAJ | Submitted New | Denial of chemicals for two days leaving 300 D and at risk of spreading unknown dangerous diseases. |



## Grievance #185092262

**Profile Photo:**

**Resident Info**

Name: SIRAJ WAHHAJ (1978-06-21)
Booking Number: 00414151
Nationality:
Submitted Date: 06/20/22 05:53
Submitted from Location/Room: SECTION:300--BLOCK:D--CELL:103--BED:L/300D
Current Location/Room: SECTION:300--BLOCK:D--CELL:103--BED:L/300D
Facility: Cibola County Correctional Center NM

**Audit Photo:**
Audit Photo

**Form Info**

Category: Core Civic
Form: Housing Grievance

**Grievance Info**

Status: CLOSED / In favor of by R. Gaisthea
Facility Deadline: 06/23/22 23:59
Grievance Level: 1
Resident can reply: No
Disposition @ Level 1: In Grievant's Favor
 Appeal has been curtailed

**Summary of Grievance:**

There was no counselor or unit manager to advise them of the situation.

**Details of Grievance:**

**Informal Resolution #:**
*Put N/A if you did not file an Informal Resolution*
N\A

**State Grievance:**
*Include documentation, witnesses, date of incident and other information pertaining to grievance*
On Saturday June 18, 2022 the hot water went out in 300 D I asked Do Chavez , his reply was maintenance was out until Tuesday June 21, 2022 he is the only one with the key to reset the water heater. That is almazing to me that CCCC does not have a backup person for emergency I have to suffer because of that. I ' m in the care of CCCC It is their job to provide me with services.

**Requested Action:**
*What do you want to be done?*
Turn the hot water on and put someone on charge for a backup when maintenance is not here. Thank You!

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 06/22/22 11:10 | R. Gaisthea | Changed Status | From 'Pending' to 'Closed / In favor of' |
| 06/21/22 15:52 | Saunders Jr, Stanley | Staff Response | The circuit breaker for the water heater was tripped due to the power surges on 6/18/22. Maintenance tech Williamson was advised and he did reset the breaker on 6/20/22 at approximately 8:30 am. Temp check was performed approximately an hour later and was confirmed to be up to temp. |
| 06/21/22 15:48 | Saunders Jr, Stanley | Changed Disposition | Changed the disposition value for level 1 from to In Grievant's Favor |
| 06/20/22 13:21 | R. Gaisthea | Staff Response | Accepted, Grievance #2022-504-00325-G issued. Maintenance Supervisor Saunders assigned to respond. |
| 06/20/22 13:21 | R. Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 06/20/22 05:53 | SIRAJ WAHHAJ | Submitted New | There was no counselor or unit manager to advise them of the situation. |



## Grievance #183438262

**Profile Photo:**
Profile Photo

**Resident Info**

**Name:** SIRAJ WAHHAJ (1978-06-21)
**Booking Number:** 00414151
**Nationality:**
**Submitted Date:** 06/10/22 12:54
**Submitted from Location/Room:** SECTION:300--BLOCK:D--CELL:103--BED:L/300D
**Current Location/Room:** SECTION:300--BLOCK:D--CELL:103--BED:L/300D
**Audit Photo:**         **Facility:** Cibola County Correctional Center NM
Audit Photo

**Form Info**

**Category:** Core Civic
**Form:** Other

**Grievance Info**

**Status:** CLOSED by Gabriela Sabroe
**Facility Deadline:** 06/19/22 23:59
**Grievance Level:** 1
**Resident can reply:** No
**Disposition @ Level 1:** In Grievant's Favor

**Summary of Grievance:**

Even if they have to go to Walmart. It is unexceptable that I have to be deprived of hygiene because CCCC is unwilling or

**Details of Grievance:**

Unable to adapted to the conditions on the ground.CCCC still gets paid whether they provide detainees with services or not.

**State Grievance:**
*Include documentation, witnesses, date of incident and other information pertaining to grievance*

The last time unit 300 received full hygiene was on May 25, 2021. I received two rolls of toilet tissue and razor blades on June 2, 2022. On Thursday June 9, 2022 I received two rolls of toilet tissue. On June 2, 2022 I informed UM Sabro that my hygiene was incomplete she informed me that the truck did not come in. This is the second week that I was' nt provided with full hygiene that CCCC is contracted to provide. If the truck did not come it' s up to CCCC to make other arraignments.

**Requested Action:**
*What do you want to be done?*
Provide me with full hygiene CCCC is contracted to provide. I am in the care of CCCC with no freedom of movement. Thank you!

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 06/16/22 15:49 | Gabriela Sabroe | Staff Response | on 6-16-2022 around 1445Hrs we spoke about hygiene. The truck didn't have the items to hand out for the full hygiene however checking into your account commissary has items you can ordered if needed. |
| 06/16/22 15:49 | Gabriela Sabroe | Changed Status | From 'Pending' to 'Closed' |
| 06/16/22 15:45 | Gabriela Sabroe | Changed Disposition | Changed the disposition value for level 1 from to In Grievant's Favor |
| 06/16/22 15:43 | Gabriela Sabroe | Recategorization | Changed Category and Form from 'Core Civic/Sanitation Grievance' to 'Core Civic/Other' |
| 06/13/22 14:22 | R. Gaisthea | Staff Response | Accepted, Grievance #2022-504-00313-G issued. UM Sabroe assigned for response. |
| 06/13/22 14:22 | R. Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 06/10/22 12:54 | SIRAJ WAHHAJ | Submitted New | Even if they have to go to Walmart. It is unexceptable that I have to be deprived of hygiene because CCCC is unwilling or |



## Grievance #177340432

**Profile Photo:**
Profile Photo

**Audit Photo:**
Audit Photo

**Resident Info**

Name: SIRAJ WAHHAJ (1978-06-21)
Booking Number: 00414151
Nationality:
Submitted Date: 05/06/22 13:03
Submitted from Location/Room: SECTION:300--BLOCK:D--CELL:103--BED:L/300D
Current Location/Room: SECTION:300--BLOCK:D--CELL:103--BED:L/300D
Facility: Cibola County Correctional Center NM

**Form Info**

Category: Core Civic
Form: Access to Legal Materials Grievance

**Grievance Info**

Status: CLOSED by Jesus Dominguez
Facility Deadline: 05/26/22 23:59
Grievance Level: 2
Resident can reply: No
Disposition @ 1: Not In Grievant's Favor
Disposition @ Level 2: Not In Grievant's Favor

**Summary of Grievance:**

Denial of access to the courts.

**Details of Grievance:**

**Informal Resolution #:**
*Put N/A if you did not file an Informal Resolution*
N/A

**State Grievance:**
*Include documentation, witnesses, date of incident and other information pertaining to grievance*
300D was suppose to get the law library on May 2, 2022 I have motions that needs to be completed so they can be properly and timely filed. It is Friday May 6, 2022 and 300D still does not have the law library. It is CCCC' s job to provide the detainees access to the courts, contrary to CCCC's belief delaying me access to the law library greatly prejudice my case because I have a time line that they have to be filed.

**Requested Action:**
*What do you want to be done?*
Please bring back the law library so I can complete my motions.

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 05/17/22 12:10 | Jesus Dominguez | Staff Response | please make sure you submit a staff request in advance to receive the law library if unable to receive assistance please get with your unit team so they can obtain the law library for you. |
| 05/17/22 12:10 | Jesus Dominguez | Changed Status | From 'Pending' to 'Closed' |
| 05/17/22 12:10 | Jesus Dominguez | Changed Disposition | Changed the disposition value for level 2 from from Not In Grievant's Favor to Not In Grievant's Favor |
| 05/17/22 12:10 | Jesus Dominguez | Changed Disposition | Changed the disposition value for level 2 from to Not In Grievant's Favor |
| 05/12/22 12:30 | R. Gaisthea | Staff Response | Appeal accepted. Acting Warden Dominguez assigned to respond. |
| 05/12/22 12:30 | R. Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 05/11/22 14:48 | SIRAJ WAHHAJ | Escalated | WAHHAJ, SIRAJ has escalated the grievance on 05/11/2022 14:48 -07:00 Response: I' m appealing because the core issue was not solved. The reply doesn't address why 300D did not get the law library per schedule without justification. Prior to 300 D scheduled to recieve the law library 300 ABC all got a chance to use the law library, 300 D did not get it for about three weeks. If 300 unit is suppose to be on a schedule and there is no justification why 300 D did not get the law library on May 2 ,2022. 300 D finally received the law library on May 8, 2022 6 days late on top of not having it for three weeks. Conveniently when I filed a grevience this is when the law library made its way to 300D. This causes my motions to be delayed and not meet the courts deadlines causing me great prejudice. If there is a schedule it is not being honored causing me anxiety. i do not know when or if I will get the law library to address my legal needs. I should not have to get DO's to hunt down where the law library is and if they can roll it in 300 D. Some are unwilling to assist me because they say it is not their job. i'm in pretrial detention |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| | | | [illegible text] ... **DETAILS** [illegible] ... Thank You |
| 05/11/22 14:48 | | Changed Status | From Closed to Open due to Appeal |
| 05/11/22 14:48 | | Changed Level | Level changed from 1 to 2 due to Appeal |
| 05/11/22 09:52 | R. Gaisthea | Staff Response | Due to COUM Arguilo not having access to our system, I will be entering in the response. You will receive a copy of the paper response as well. Staff member's report: On May 8, 2022 the Library clerk took the law library computer to Unit 3000. I; Chief Arguijo spoke with inmate Siraj Wahaj today and confirmed that he was allowed the opportunity to utilize the law library. Staff member's decision: Grievance was honored and the inmate received the law library computer on May 8, 2022. |
| 05/11/22 09:52 | R. Gaisthea | Changed Status | From 'Pending' to 'Closed' |
| 05/11/22 09:48 | R. Gaisthea | Changed Disposition | Changed the disposition value for level 1 from to Not In Grievant's Favor |
| 05/09/22 13:11 | R. Gaisthea | Staff Response | Accepted, Grievance #2022-504-00254-G issued. COUM Arguilo is assigned to respond. |
| 05/09/22 13:11 | R. Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 05/06/22 13:03 | SIRAJ WAHHAJ | Submitted New | Denial of access to the courts. |

## Grievance #177340432

**Profile Photo:**
Profile Photo

**Resident Info**

**Name:** SIRAJ WAHHAJ (1978-06-21)
**Booking Number:** 00414151
**Nationality:**
**Submitted Date:** 05/06/22 13:03
**Submitted from Location/Room:** SECTION:300--BLOCK:D--CELL:103--BED:L/300D
**Current Location/Room:** SECTION:300--BLOCK:D--CELL:103--BED:L/300D
**Facility:** Cibola County Correctional Center NM

**Audit Photo:**
Audit Photo

**Form Info**

**Category:** Core Civic
**Form:** Access to Legal Materials Grievance

**Grievance Info**

**Status:** CLOSED by R. Gaisthea
**Facility Deadline:** 05/21/22 23:59
**Grievance Level:** 1
**Resident can reply:** No
**Disposition @ Level 1:** Not In Grievant's Favor

**Summary of Grievance:**

Denial of access to the courts.

**Details of Grievance:**

**Informal Resolution #:**
*Put N/A if you did not file an Informal Resolution*
N/A

**State Grievance:**
*Include documentation, witnesses, date of incident and other information pertaining to grievance*
300D was suppose to get the law library on May 2, 2022 I have motions that needs to be completed so they can be properly and timely filed. It is Friday May 6, 2022 and 300D still does not have the law library. It is CCCC' s job to provide the detainees access to the courts, contrary to CCCC's belief delaying me access to the law library greatly prejudice my case because I have a time line that they have to be filed.

**Requested Action:**
*What do you want to be done?*
Please bring back the law library so I can complete my motions.

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 05/11/22 09:52 | R. Gaisthea | Staff Response | Due to COUM Arguijo not having access to our system, I will be entering in the response. You will receive a copy of the paper response as well. Staff member's report: On May 8, 2022 the Library clerk took the law library computer to Unit 300D. I; Chief Arguijo spoke with inmate Siraj Wahaj today and confirmed that he was allowed the opportunity to utilize the law library. Staff member's decision: Grievance was honored and the inmate received the law library computer on May 8, 2022. |
| 05/11/22 09:52 | R. Gaisthea | Changed Status | From 'Pending' to 'Closed' |
| 05/11/22 09:48 | R. Gaisthea | Changed Disposition | Changed the disposition value for level 1 from to Not In Grievant's Favor |
| 05/09/22 13:11 | R. Gaisthea | Staff Response | Accepted, Grievance #2022-504-00254-G Issued. COUM Arguijo is assigned to respond. |
| 05/09/22 13:11 | R. Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 05/06/22 13:03 | SIRAJ WAHHAJ | Submitted New | Denial of access to the courts. |

14-5B

Grievance No.:    2022-504-00 ⟨254⟩ -G

RESPONDING STAFF M EMBER'S REPORT:  (Attach additional pages if necessary.  All pages must include the grievance number.)

On May 8, 2022 the Library Clerk took the law library computer to Unit 300 D. l; Chief Arguijo spoke with inmate Siraj Wahaj today and confirmed that he was allowed the opportunity to utilize the law library.

RESPONDING STAFF MEMBER'S DECISION:  (Attach additional pages if necessary.  All pages must include the grievance number.)

Grievance was honored and the inmate received the law library computer on May 8, 2022

Responding Staff Member's Printed Name: _Paul Arguijo_          Title _5-10-2022_

Responding Staff Member's Signature: _____          Date: _5-10-2022_

Inmate/Resident's Signature (upon receipt): _by Siraj Wahaj_          Date: _5-11-22_

INMATE/RESIDENT APPEAL (Attach additional pages if necessary.  All pages must include the grievance number.)

WARDEN/ADMINISTRATOR'S DECISION:  (Attach additional pages if necessary.  All pages must include the grievance number.)

Warden/Administrator's Signature: _____ Date: _____

Inmate/Resident's Signature (upon receipt) _____ Date: _____

03/07

## Grievance #173300472

**Profile Photo:**



**Audit Photo:**
Audit Photo

**Resident Info**

Name: SIRAJ WAHHAJ (1978-06-21)
Booking Number: 00414151
Nationality:
Submitted Date: 04/11/22 20:47
Submitted from Location/Room: SECTION:300--BLOCK:D--CELL:103--BED:L/300D
Current Location/Room: SECTION:300--BLOCK:D--CELL:103--BED:L/300D
Facility: Cibola County Correctional Center NM

**Form Info**

Category: Core Civic
Form: Food Service Grievance

**Grievance Info**

Status: CLOSED / In favor of by R. Gaisthea
Facility Deadline: 04/29/22 23:59
Grievance Level: 2
Resident can reply: No
Disposition @ 1: Not In Grievant's Favor
Disposition @ Level 2: In Grievant's Favor
  Appeal has been curtailed

**Summary of Grievance:**

We are getting our Ramadan trays at 9pm consistently.

**Details of Grievance:**

**Informal Resolution #:**
*Put N/A if you did not file an Informal Resolution*
N\A

**State Grievance:**
*Include documentation, witnesses, date of incident and other information pertaining to grievance*
We have been getting our Ramadan trays at 9pm for the past five days. This continues to be an issue.Staff had plenty enough time to coordinate with the DO' s. If the staff can not come to a solution just give us our trays in the daytime and we will keep it until break fast.

**Requested Action:**
*What do you want to be done?*
Assign someone who task is specifically to deliver Ramadan trays or give our trays with everyone esle and we will save it.

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 05/05/22 11:26 | R. Gaisthea | Changed Status | From 'Pending' to 'Closed / In favor of' |
| 05/04/22 11:17 | Jesus Dominguez | Staff Response | we made some adjustments on the delivery of the trays and should help prevent the delay. The Ramadan food maker will be delivering them straight to the unit. |
| 05/04/22 11:15 | Jesus Dominguez | Changed Disposition | Changed the disposition value for level 2 from to In Grievant's Favor |
| 04/18/22 13:09 | R. Gaisthea | Staff Response | Appeal accepted. Warden Dedos assigned to respond. |
| 04/18/22 13:09 | R. Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 04/14/22 14:28 | SIRAJ WAHHAJ | Escalated | WAHHAJ, SIRAJ has escalated the grievance on 04/14/2022 14:28 -07:00 Response: I' m appealing because it does not resolve the issue. If trays are sent from 7:15 - 7:40pm every night why are we continuously getting our trays at 9pm. Someone need to make sure officers are getting our trays. Thank You! |
| 04/14/22 14:28 | | Changed Status | From Closed to Open due to Appeal |
| 04/14/22 14:28 | | Changed Level | Level changed from 1 to 2 due to Appeal |
| 04/14/22 13:56 | R. Gaisthea | Staff Response | Due to the General Manager of Trinity Service not having access to the system, I will be entering the response. You will be provided a copy of the paper response as well. Staff's Response: The Ramadan trays leave the kitchen between 7:15-7:40pm every night. They are then take directly to the units. It is then the responsibility of the pod officers to give the trays to the participants. |
| 04/14/22 13:56 | R. Gaisthea | Changed Status | From 'Pending' to 'Closed' |
| 04/14/22 13:54 | R. Gaisthea | Changed Disposition | Changed the disposition value for level 1 from to Not In Grievant's Favor |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 04/12/22 10:15 | R. Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 04/11/22 20:47 | SIRAJ WACHA. | | We are getting our Ramadan trays at 9 pm consistently. |

## Grievance #173300472

**Profile Photo:**

**Audit Photo:**
Audit Photo

**Resident Info**

Name: SIRAJ WAHHAJ (1978-06-21)
Booking Number: 00414151
Nationality:
Submitted Date: 04/11/22 20:47
Submitted from Location/Room: SECTION:300--BLOCK:D--CELL:103--BED:L/300D
Current Location/Room: SECTION:300--BLOCK:D--CELL:103--BED:L/300D
Facility: Cibola County Correctional Center NM

**Form Info**

Category: Core Civic
Form: Food Service Grievance

**Grievance Info**

Status: CLOSED by R. Gaisthea
Facility Deadline: 04/26/22 23:59
Grievance Level: 1
Resident can reply: No
Disposition @ Level 1: Not In Grievant's Favor

**Summary of Grievance:**

We are getting our Ramadan trays at 9pm consistently.

**Details of Grievance:**

**Informal Resolution #:**
*Put N/A if you did not file an Informal Resolution*
N\A

**State Grievance:**
*Include documentation, witnesses, date of incident and other information pertaining to grievance*
We have been getting our Ramadan trays at 9pm for the past five days. This continues to be an issue. Staff had plenty enough time to coordinate with the DO' s. If the staff can not come to a solution just give us our trays in the daytime and we will keep it until break fast.

**Requested Action:**
*What do you want to be done?*
Assign someone who task is specifically to deliver Ramadan trays or give our trays with everyone esle and we will save it.

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 04/14/22 13:56 | R. Gaisthea | Staff Response | Due to the General Manager of Trinity Service not having access to the system, I will be entering the response. You will be provided a copy of the paper response as well. Staff's Response: The Ramadan trays leave the kitchen between 7:15-7:40pm every night. They are then take directly to the units. It is then the responsibility of the pod officers to give the trays to the participants. |
| 04/14/22 13:56 | R. Gaisthea | Changed Status | From 'Pending' to 'Closed' |
| 04/14/22 13:54 | R. Gaisthea | Changed Disposition | Changed the disposition value for level 1 from to Not In Grievant's Favor |
| 04/12/22 10:15 | R. Gaisthea | Staff Response | Accepted, Grievance #2022-504-00195-G issued. Trinity Supervisor Allen assigned to respond. |
| 04/12/22 10:15 | R. Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 04/11/22 20:47 | SIRAJ WAHHAJ | Submitted New | We are getting our Ramadan trays at 9pm consistently. |

Grievance No.:    2022-504-00 _195_ -G        # 173300472                    14-5B

**RESPONDING STAFF MEMBER'S REPORT:** (Attach additional pages if necessary.  All pages must include the grievance number.)

The Ramadan trays leave the kitchen between 7:15 - 7:40pm every night. They are then taken directly to the units. It is then the responsibility of the pod officers to give the trays to the participants!

**RESPONDING STAFF MEMBER'S DECISION:** (Attach additional pages if necessary. All pages must include the grievance number.)

| Responding Staff Member's Printed Name: _DaChristmas_ | Title _Gm - Trinity_ |
| Responding Staff Member's Signature: | Date: _4/13/22_ |
| Inmate/Resident's Signature (upon receipt): | Date: _4/14/22_ |

**INMATE/RESIDENT APPEAL** (Attach additional pages if necessary. All pages must include the grievance number.)

**WARDEN/ADMINISTRATOR'S DECISION:** (Attach additional pages if necessary. All pages must include the grievance number.)

Warden/Administrator's Signature: _____ Date: _____

Inmate/Resident's Signature (upon receipt) _____ Date: _____

## Grievance #172823612

**Profile Photo:**



**Audit Photo:**
Audit Photo

**Resident Info**

Name: SIRAJ WAHHAJ (1978-06-21)
Booking Number: 00414151
Nationality:
Submitted Date: 04/08/22 16:09
Submitted from Location/Room: SECTION:300--BLOCK:D--CELL:103--BED:L/300D
Current Location/Room: SECTION:300--BLOCK:D--CELL:103--BED:L/300D
Facility: Cibola County Correctional Center NM

**Form Info**

Category: Core Civic
Form: Housing Grievance

**Grievance Info**

Status: CLOSED / In favor of by R. Gaisthea
Facility Deadline: 05/04/22 23:59
Grievance Level: 2
Resident can reply: No
Disposition @ 1: Not In Grievant's Favor
Disposition @ Level 2: In Grievant's Favor
 Appeal has been curtailed

**Summary of Grievance:**

We are trying to get our shower fix. Thank You!

**Details of Grievance:**

**Informal Resolution #:**
*Put N/A if you did not file an Informal Resolution*
N\A

**State Grievance:**
*Include documentation, witnesses, date of incident and other information pertaining to grievance*
On March 26, 2022 I put in a request to fix our shower in 300 D our shower has not been working since March 18, 2022 .I let CC Becenti and unit manager Sabro know. Per the advise of a mantinance worker I put a request in directly to Torres request # 170733422. Everyone says they need a work order but it is not being done. Whatever protocol has to be done please fix our shower. Thank You

**Requested Action:**
*What do you want to be done?*
Please fix our shower. Thank You!

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 05/05/22 11:32 | R. Gaisthea | Changed Status | From 'Pending' to 'Closed / In favor of' |
| 05/04/22 11:22 | Jesus Dominguez | Staff Response | you are correct you followed the steps that need to be followed in advising staff of any issues. please make sure that as other staff and ADO's are conducting round that you also let them know about the issues that you or others may have so we can get them resolved. |
| 05/04/22 11:19 | Jesus Dominguez | Changed Disposition | Changed the disposition value for level 2 from from In Grievant's Favor to In Grievant's Favor |
| 05/04/22 11:19 | Jesus Dominguez | Changed Disposition | Changed the disposition value for level 2 from to In Grievant's Favor |
| 04/20/22 09:18 | R. Gaisthea | Staff Response | Appeal accepted. Warden Dodos assigned to respond. |
| 04/20/22 09:18 | R. Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 04/19/22 14:17 | SIRAJ WAHHAJ | Escalated | WAHHAJ, SIRAJ has escalated the grievance on 04/19/2022 14:17 -07:00 Response: I' m appealing because our shower has jot been working since March 18, 2022 .I followed the protocol by letting my counselor know and unit manager. It was the counselor and unit manager job to put in a work order not the detainees. The maintenance advised me to put in a request to Torez with I did. Now it is not in my favor because I did everything on my ability to get our shower fix when it is CCCC responsible to rectify the situation. What is troubling is nobody wants to take responsible for the maintenance that CCCC is contracted to provide us detainees. We don't need excuses we need solutions to our everyday problems without explaining away the issues but solving them. When we tell the staff our problems it gets pass to someone else and everyone forgets that they were informed. Please resolve our day to issues without excuses thank you! |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 04/19 04/19/22 14:17 | | Changed Status Changed Level | From Closed to Open J App Level changed from 1 to 2 due to Appeal |
| 04/14/22 14:59 | Gabriela Sabroe | Staff Response | Mr. Wahhaj I spoke to you on 4-11-2022 around 11:35AM about this matter. The work order was put in by Torrez yes you advised myself about the sink and the shower Maintenance has time to respond and it was in their time frame. This Grievance is not in your favor. |
| 04/14/22 14:59 | Gabriela Sabroe | Changed Status | From 'Pending' to 'Closed' |
| 04/14/22 14:20 | Gabriela Sabroe | Changed Disposition | Changed the disposition value for level 1 from to Not In Grievant's Favor |
| 04/11/22 13:26 | R. Gaisthea | Staff Response | Accepted, Grievance #2022-504-00190-G issued. Unit Manager Sabroe assigned to respond. |
| 04/11/22 13:26 | R. Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 04/08/22 16:09 | SIRAJ WAHHAJ | Submitted New | We are trying to get our shower fix. Thank You! |

## Grievance #172823612

**Profile Photo:**



**Audit Photo:**
Audit Photo

**Resident Info**

Name: SIRAJ WAHHAJ (1978-06-21)
Booking Number: 00414151
Nationality:
Submitted Date: 04/08/22 16:09
Submitted from Location/Room: SECTION:300--BLOCK:D--CELL:103--BED:L/300D
Current Location/Room: SECTION:300--BLOCK:D--CELL:103--BED:L/300D
Facility: Cibola County Correctional Center NM

**Form Info**

Category: Core Civic
Form: Housing Grievance

**Grievance Info**

Status: CLOSED by Gabriela Sabroe
Facility Deadline: 04/23/22 23:59
Grievance Level: 1
Resident can reply: No
Disposition @ Level 1: Not In Grievant's Favor

**Summary of Grievance:**

We are trying to get our shower fix. Thank You!

**Details of Grievance:**

**Informal Resolution #:**
*Put N/A if you did not file an Informal Resolution*
N\A

---

**State Grievance:**
*Include documentation, witnesses, date of incident and other information pertaining to grievance*
On March 26, 2022 I put in a request to fix our shower in 300 D our shower has not been working since March 18, 2022 .I let CC Becenti and unit manager Sabro know. Per the advise of a mantinance worker I put a request in directly to Torres request # 170733422. Everyone says they need a work order but it is not being done. Whatever protocol has to be done please fix our shower. Thank You

**Requested Action:**
*What do you want to be done?*
Please fix our shower. Thank You!

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 04/14/22 14:59 | Gabriela Sabroe | Staff Response | Mr. Wahhaj I spoke to you on 4-11-2022 around 11:05AM about this matter. The work order was put in by Torrez yes you advised myself about the sink and the shower Maintenance has time to respond and it was in their time frame. This Grievance is not in your favor. |
| 04/14/22 14:59 | Gabriela Sabroe | Changed Status | From 'Pending' to 'Closed' |
| 04/14/22 14:20 | Gabriela Sabroe | Changed Disposition | Changed the disposition value for level 1 from to Not In Grievant's Favor |
| 04/11/22 13:26 | R. Gaisthea | Staff Response | Accepted, Grievance #2022-504-00190-G issued. Unit Manager Sabroe assigned to respond. |
| 04/11/22 13:26 | R. Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 04/08/22 16:09 | SIRAJ WAHHAJ | Submitted New | We are trying to get our shower fix. Thank You! |

# Grievance #160194842

**Profile Photo:**

**Audit Photo:**
Audit Photo

**Detainee Info**

Name: SIRAJ WAHHAJ (1978-06-21)
Booking Number: 00414151
Nationality:
Submitted Date: 01/20/22 13:38
Submitted from Location/Room: SECTION:300--BLOCK:D--CELL:203--BED:L/300D
Current Location/Room: SECTION:300--BLOCK:D--CELL:203--BED:L/300D
Facility: Cibola County Correctional Center NM

**Form Info**

Category: Core Civic
Form: Other

**Grievance Info**

Status: CLOSED by Jacqueline Nelson
Facility Deadline: 02/04/22 23:59
Grievance Level: 1
Detainee can reply: No
Disposition @ Level 1: In Grievant's Favor

**Summary of Grievance:**

I put request to property on July 7th and 11, 2021 trying to get a yellow bag and new socks.

**Details of Grievance:**

**Informal Resolution Request #:**
*Put N/A if you did not file an Informal Resolution*
N/A

**State Grievance:**
*Include documentation, witnesses, date of incident and other information pertaining to grievance*
I put request to property on July 7th and 11, 2021 trying to get a yellow bag and new socks. The bag has been ripped since the shake down my legal materials are sticking out of my bag. I have two pair of socks that have big holes in them please switch out my bag and socks. Thank You!

**Requested Action:**
*What do you want to be done?*
Replace my yellow bag and socks. Thank You!

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 01/22/22 06:45 | Jacqueline Nelson | Staff Response | Your Property will be delivered to you Monday 01/24/22. Property Officer was off all week he will be back Monday. I will make sure it gets done. |
| 01/22/22 06:45 | Jacqueline Nelson | Changed Status | From 'Pending' to 'Closed' |
| 01/22/22 06:44 | Jacqueline Nelson | Changed Disposition | Changed the disposition value for level 1 from to In Grievant's Favor |
| 01/21/22 11:28 | R. Gaisthea | Staff Response | Accepted, Grievance #2022-504-00040-G Issued. Lt. Nelson assigned for response. |
| 01/21/22 11:28 | R. Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 01/20/22 13:38 | SIRAJ WAHHAJ | Submitted New | I put request to property on July 7th and 11, 2021 trying to get a yellow bag and new socks. |

RECEIVED

Grievance #160194842

JAN 21 2022

| Profile Photo:<br> | Detainee Info | Grievance Coordinator |
|---|---|---|

**Detainee Info**

Name: SIRAJ WAHHAJ (1978-06-21)
Booking Number: 00414151
Nationality:
Submitted Date: 01/20/22 13:38
Submitted from Location/Room: SECTION:300--BLOCK:D--CELL:203--BED:L/300D
Current Location/Room: SECTION:300--BLOCK:D--CELL:203--BED:L/300D
Facility: Cibola County Correctional Center NM

Audit Photo:
Audit Photo

**Form Info**

Category: Core Civic
Form: Other

**Grievance Info**

Status: PENDING
Facility Deadline: 02/04/22 23:59 (14d)
Grievance Level: 1
Detainee can reply: No
Disposition @ Level 1: Undecided

**Summary of Grievance:**

I put request to property on July 7th and 11, 2021 trying to get a yellow bag and new socks.

**Details of Grievance:**

Informal Resolution Request #:
*Put N/A if you did not file an Informal Resolution*
N/A

**State Grievance:**
*Include documentation, witnesses, date of incident and other information pertaining to grievance*
I put request to property on July 7th and 11, 2021 trying to get a yellow bag and new socks. The bag has been ripped since the shake down my legal materials are sticking out of my bag. I have two pair of socks that have big holes in them please switch out my bag and socks. Thank You!

**Requested Action:**
*What do you want to be done?*
Replace my yellow bag and socks. Thank You!

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 01/21/22 11:28 | R. Galsthea | Staff Response | Accepted, Grievance #2022-504-00040-G Issued. Lt. Nelson assigned for response. |
| 01/21/22 11:28 | R. Galsthea | Changed Status | From 'Open' to 'Pending' |
| 01/20/22 13:38 | SIRAJ WAHHAJ | Submitted New | I put request to property on July 7th and 11, 2021 trying to get a yellow bag and new socks. |

1- yellow bag

8- socks (New)

1-04-22

300D 203-L

X MICL.

## Grievance #141055372

**Profile Photo:**

**Audit Photo:**

**Detainee Info**

Name: SIRAJ WAHHAJ (1978-06-21)
Booking Number: 00414151
Nationality:
Submitted Date: 09/11/21 05:49
Submitted from Location/Room: SECTION:RHU--BLOCK:A--CELL:203--BED:UAD/500A
Current Location/Room: SECTION:RHU--BLOCK:A--CELL:203--BED:UAD/500A
Facility: Cibola County Correctional Center NM

**Form Info**

Category: Core Civic
Form: Access to Legal Materials Grievance

**Grievance Info**

Status: CLOSED by Robert Nilius
Facility Deadline: 10/01/21 23:59
Grievance Level: 2
Detainee can reply: No
Disposition @ 1: Not In Grievant's Favor
Disposition @ Level 2: Not In Grievant's Favor

**Summary of Grievance:**

CCCC denied me access to the courts.

**Details of Grievance:**

Informal Resolution #:
*Put N/A if you did not file an Informal Resolution*
N/A

State Grievance:
*Include documentation, witnesses, date of incident and other information pertaining to grievance*
On September 1, 2021 I had a hearing for my Taos state case. I was denied access to the courts. I showed DO Chiquita my date and she said she will check.She never came back. On Tuesday September 7,2021 I received letter from my Taos court ruling against me. CCCC made me miss my oral arguments. I was working on that case for years. This caused me great prejudice. CCCC scheduled the hearings then denied me my right to the courts.

Requested Action:
*What do you want to be done?*
Do not deny detainees access to the courts.

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 09/20/21 16:27 | Robert Nilius | Staff Response | State court must issue the holding facility a writ for you to appear in court. State court never issued the facility a writ ordering you to be present for court. The onus is on the state court to provide the required documentation. Regardless of your housing assignment, if a writ is produced, you will be present for court. No relief granted. |
| 09/20/21 16:27 | Robert Nilius | Changed Status | From 'Pending' to 'Closed' |
| 09/20/21 16:15 | Robert Nilius | Changed Disposition | Changed the disposition value for level 2 from to Not In Grievant's Favor |
| 09/16/21 08:59 | Raylene Gaisthea | Staff Response | Appeal accepted. Warden Nilius has been assigned for response. |
| 09/16/21 08:59 | Raylene Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 09/16/21 08:42 | SIRAJ WAHHAJ | Appeal | Every step of the way CCCC was involved in my scheduling for my Taos County court appearance in December 2020 CCCC pulled me out for a hearing. That hearing was postponed until February 17, 2021. On February 17, 2021 that hearing was postponed because of the weather. From that time I have been asking DO Chiquita any news on my hearing she would tell me nothing yet. She said she would ask Ramses to email Taos court for an update. Finally I received a letter stating I have a hearing on September 1,2021. At the time I was in the SHU. On September 1,2021 I asked DO Chiquita is she going to pull me out because I have a hearing in the afternoon she said she would check. I showed her the document outlining the schedule.It is because I was in the SHU I was denied access to the courts. When detainees are placed in the SHU they have to be shackled and a hallway clearance have to be called. If the staff is upset at you they would purposely make detainees miss their court appearance. This causes us great prejudice because we are detained and have no freedom of movement. All of my scheduling is backed up with emails going back and forth between |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
|  |  |  | [illegible text] |
| 09/16/21 08:42 |  | Changed Status | From Closed to Open due to Appeal |
| 09/16/21 08:42 |  | Changed Level | From 1 to 2 due to Appeal |
| 09/13/21 12:07 | Stephanie Ramsey | Staff Response | upon review of my schedule, I had no hearing for you, I called the courts and informed me that the Judge vacated your hearing, please take it up with the courts. |
| 09/13/21 12:07 | Stephanie Ramsey | Changed Status | From 'Pending' to 'Closed' |
| 09/13/21 12:05 | Stephanie Ramsey | Changed Disposition | Changed the disposition value for level 1 from to Not In Grievant's Favor |
| 09/13/21 11:24 | Raylene Gaisthea | Staff Response | Accepted, Grievance #2021-504-00285-G issued. CMC Ramsey has been assigned for response. |
| 09/13/21 11:24 | Raylene Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 09/11/21 05:49 | SIRAJ WAHHAJ | Submitted New | CCCC denied me access to the courts. |

## Grievance #141055372

Profile Photo:

Audit Photo:

**Detainee Info**

Name: SIRAJ WAHHAJ (1978-06-21)
Booking Number: 00414151
Nationality:
Submitted Date: 09/11/21 05:49
Submitted from Location/Room: SECTION:RHU--BLOCK:A--CELL:203--BED:UAD/500A
Current Location/Room: SECTION:RHU--BLOCK:A--CELL:203--BED:UAD/500A
Facility: Cibola County Correctional Center NM

**Form Info**

Category: Core Civic
Form: Access to Legal Materials Grievance

**Grievance Info**

Status: CLOSED by Stephanie Ramsey
Facility Deadline: 09/26/21 23:59
Grievance Level: 1
Detainee can reply: No
Disposition @ Level 1: Not In Grievant's Favor

**Summary of Grievance:**

CCCC denied me access to the courts.

**Details of Grievance:**

Informal Resolution #:
*Put N/A if you did not file an Informal Resolution*
N\A

State Grievance:
*Include documentation, witnesses, date of incident and other information pertaining to grievance*
On September 1, 2021 I had a hearing for my Taos state case. I was denied access to the courts. I showed DO Chiquita my date and she said she will check. She never came back. On Tuesday September 7, 2021 I received letter from my Taos court ruling against me. CCCC made me miss my oral arguments. I was working on that case for years. This caused me great prejudice. CCCC scheduled the hearings then denied me my right to the courts.

**Requested Action:**
*What do you want to be done?*
Do not deny detainees access to the courts.

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 09/13/21 12:07 | Stephanie Ramsey | Staff Response | upon review of my schedule, I had no hearing for you. I called the courts and informed me that the judge vacated your hearing. please take it up with the courts. |
| 09/13/21 12:07 | Stephanie Ramsey | Changed Status | From 'Pending' to 'Closed' |
| 09/13/21 12:05 | Stephanie Ramsey | Changed Disposition | Changed the disposition value for level 1 from to Not In Grievant's Favor |
| 09/13/21 11:24 | Raylene Gaisthea | Staff Response | Accepted, Grievance #2021-504-00285-G issued. CMC Ramsey has been assigned for response. |
| 09/13/21 11:24 | Raylene Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 09/11/21 05:49 | SIRAJ WAHHAJ | Submitted New | CCCC denied me access to the courts. |

## Grievance #135266212

**Profile Photo:**
Profile Photo

**Detainee Info**

Name: SIRAJ WAHHAJ (1978-06-21)
Booking Number: 00414151
Nationality:
Submitted Date: 07/29/21 18:14
Submitted from Location/Room: SECTION:300--BLOCK:D--CELL:101--BED:L/300D
Current Location/Room: SECTION:RHU--BLOCK:A--CELL:203--BED:UAD/500A
Facility: Cibola County Correctional Center NM

**Audit Photo:**



**Form Info**

Category: Core Civic
Form: Medical Services Grievance

**Grievance Info**

Status: CLOSED by Woods, Chanda
Facility Deadline: 08/13/21 23:59
Grievance Level: 1
Detainee can reply: No
Disposition @ Level 1: Not In Grievant's Favor

**Summary of Grievance:**

Seen for this sick call. There's no record of this sick call. I don' t know why CCCC is falsifying that they saw me when they

**Details of Grievance:**

Informal Resolution #:
*Put N/A if you did not file an Informal Resolution*
Did' not. It is egregious enough to discard sick calls now CCCC is manufacturing us being seen. Where is the vitals taken .

**State Grievance:**
*Include documentation, witnesses, date of incident and other information pertaining to grievance*
On July 29,2021 My sick call follow up on my abnormal kidneys that I put in on June 6, 2021 was returned filled out. I was never

**Requested Action:**
*What do you want to be done?*
Treat us for our illnesses and stop falsifying records.

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 08/20/21 15:10 | Woods, Chanda | Staff Response | Mr. Wahhaj, You are correct that I am addressing this grievance six days beyond the facility deadline. With that said, you are also correct that the nurse triaging your sick call slip did not see you face-to-face. Now, per policy, the nurse did triage you within 24 hrs: "Sick call requests are to be triaged within twenty-four (24) hours." Policy also states, "A response is written on each appropriate slip copy indicating the planned disposition." The sick call slip never stated that you were evaluated in person. The response in part D stated that you would be seen by a LIP on 6/14/2021. When I investigated your record, you were indeed seen by a LIP on 6/14/2021. |
| 08/20/21 15:10 | Woods, Chanda | Changed Status | From 'Pending' to 'Closed' |
| 08/20/21 15:10 | Woods, Chanda | Changed Disposition | Changed the disposition value for level 1 from to Not In Grievant's Favor |
| 08/04/21 14:52 | Raylene Gaisthea | Staff Response | Accepted, Grievance #2021-504-00250-G has been issued. HSA Woods has been assigned for response. |
| 08/04/21 14:52 | Raylene Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 07/29/21 18:14 | SIRAJ WAHHAJ | Submitted New | Seen for this sick call. There's no record of this sick call. I don' I know why CCCC is falsifying that they saw me when they |

RECEIVED
*Appeal*
AUG 2 5 2021

Grievance Coordinator

14-5B

6rievance No.:    2021-504-00 ⸱⸱⸱ -G

RESPONDING STAFF M EMBER'S REPORT:  (Attach additional pages if necessary.  All pages must include the grievance number.)

*Submitted initial grievance on the tablet. On Disciplinary Status in RHU from 09/10/2021 to 09/02/2021. Therefore, paper grievance accepted. *

RESPONDING STAFF MEMBER'S DECISION:  (Attach additional pages if necessary.  All pages must include the grievance number.)

Responding Staff Member's Printed Name: _____    Title _____

Responding Staff Member's Signature: _____    Date: _____

Inmate/Resident's Signature (upon receipt): _____    Date: _____

INMATE/RESIDENT APPEAL (Attach additional pages if necessary.  All pages must include the grievance number.)

#2021-504-00250 I filed a medical grievance on 7/29/21, facility had a deadline on 8/13/21. HSA Woods responded on 8/20/21, that's seven days past the deadline. CCA policy 14-5 Inmate/Resident grievance Procedures states staff shall respond to grievances in 15 days. If staff needs an extension, they will file a 14-5C grievance extension notice. That was not done. Medical had ample time to respond in a timely manner. If they needed more time they should have filed a 14-5C, that was not done. If detainees miss deadlines automatically their grievances would be rejected, not grievable because they missed the deadline.

WARDEN/ADMINISTRATOR'S DECISION:  (Attach additional pages if necessary.  All pages must include the grievance number.)

Appropriate action taken with staff who did not meet the deadline date. Relief granted.

Warden/Administrator's Signature: _____    Date: 9/1/21

Inmate/Resident's Signature (upon receipt) U.C.C    Date: 8/25/21

RECEIVED
Appeal
AUG 2 5 2021

9/8/21
U.C.C

RECEIVED

AUG 2 5 2021

Grievance Coordinator

# 2021-504-00250

When CCCC Staff breaks those same policies nothing is done to rectify those violations. The grievance will still not be in your favor. The double sided rules for those who are housing detainees and the detainees being housed are oppressive.

When RN's respond to sick calls they consistently state if the detainees was seen or not seen and the disposition. All of my filled out returned sick calls are consistent. If RN's see you face to face they will fill out the face to face section. If they do not see you in person they will leave it blank.

My June 6, 2021 filled out returned sick call face to box was filed. This gives the illusion that I have been seen, when I was not. This tactic can easily manipulate the audits. If I was not seen then do not fill out the face to face section. It is a simple solution. Please be consistent and do not try to explain away wrong conduct. Right is right and wrong is wrong. Please rectify. Thank You!

Siraj Wahhaj                                                    8/25/21

## Grievance #135266212

**Profile Photo:**
Profile Photo

**Audit Photo:**

**Detainee Info**

Name: SIRAJ WAHHAJ (1978-06-21)
Booking Number: 00414151
Nationality:
Submitted Date: 07/29/21 18:14
Submitted from Location/Room: SECTION:300--BLOCK:D--CELL:101--BED:L/300D
Current Location/Room: SECTION:RHU--BLOCK:A--CELL:203--BED:UAD/500A
Facility: Cibola County Correctional Center NM

**Form Info**

Category: Core Civic
Form: Medical Services Grievance

**Grievance Info**

Status: CLOSED by Woods, Chanda
Facility Deadline: 08/13/21 23:59
Grievance Level: 1
Detainee can reply: No
Disposition @ Level 1: Not In Grievant's Favor

**Summary of Grievance:**

Seen for this sick call. There's no record of this sick call. I don't know why CCCC is falsifying that they saw me when they

**Details of Grievance:**

**Informal Resolution #:**
*Put N/A if you did not file an Informal Resolution*
Did' not. It is egregious enough to discard sick calls now CCCC is manufacturing us being seen. Where is the vitals taken .

**State Grievance:**
*Include documentation, witnesses, date of incident and other information pertaining to grievance*
On July 29,2021 My sick call follow up on my abnormal kidneys that I put in on June 6, 2021 was returned filled out. I was never

**Requested Action:**
*What do you want to be done?*
Treat us for our illnesses and stop falsifying records.

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 08/20/21 15:10 | Woods, Chanda | Staff Response | Mr. Wahhaj, You are correct that I am addressing this grievance six days beyond the facility deadline. With that said, you are also correct that the nurse triaging your sick call slip did not see you face-to-face. Now, per policy, the nurse did triage you within 24 hrs: "Sick call requests are to be triaged within twenty-four (24) hours." Policy also states, "A response is written on each appropriate slip copy indicating the planned disposition." The sick call slip never stated that you were evaluated in person. The response in part D stated that you would be seen by a LIP on 6/14/2021. When I investigated your record, you were indeed seen by a LIP on 6/14/2021. |
| 08/20/21 15:10 | Woods, Chanda | Changed Status | From 'Pending' to 'Closed' |
| 08/20/21 15:10 | Woods, Chanda | Changed Disposition | Changed the disposition value for level 1 from to Not In Grievant's Favor |
| 08/04/21 14:52 | Raylene Gaisthea | Staff Response | Accepted, Grievance #2021-504-00250-G has been issued. HSA Woods has been assigned for response. |
| 08/04/21 14:52 | Raylene Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 07/29/21 18:14 | SIRAJ WAHHAJ | Submitted New | Seen for this sick call. There's no record of this sick call. I don't know why CCCC is falsifying that they saw me when they |

## Grievance #134440522

**Profile Photo:**

**Detainee Info**

Name: SIRAJ WAHHAJ (1978-06-21)
Booking Number: 00414151
Nationality:
Submitted Date: 07/23/21 11:06
Submitted from Location/Room: SECTION:300--BLOCK:D--CELL:101--BED:L/300D
Current Location/Room: SECTION:RHU--BLOCK:A--CELL:203--BED:UAD/500A
Facility: Cibola County Correctional Center NM

**Audit Photo:**

**Form Info**

Category: Core Civic
Form: Access to Legal Materials Grievance

**Grievance Info**

Status: CLOSED by Gabriela Sabroe
Facility Deadline: 08/07/21 23:59
Grievance Level: 1
Detainee can reply: No
Disposition @ Level 1: In Grievant's Favor

**Summary of Grievance:**

It is still not rectified.Putting a baid aid on an issue is not rectifying it. This is a pattern of disregarding our Due Process

**Details of Grievance:**

**Informal Resolution #:**
*Put N/A if you did not file an Informal Resolution*
Violating our due process rights is equivalent to oppression. CCCC continues to violate the detainees right under its care.

**State Grievance:**
*Include documentation, witnesses, date of incident and other information pertaining to grievance*
On July 18, 2021 DO Tiki said that someone broke into the computer. On Monday July 19 I asked UM Sabro if they are going to replace the computer. I had my work and three other detainees legal work on it. She said she would tell Ramses. CCCC said they would order new computers back in October 2020. We need updated computers to assist us in our legal work. CCCC caters to ICE but ignores US Marshals detainees basic needs. I' be been grievancing access to the Courts violations since August 2020.

**Requested Action:**
*What do you want to be done?*
Provide us with working up to date computers to give us access to the courts. Stop violating our due process rights . Thank You!

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 08/04/21 16:32 | Gabriela Sabroe | Staff Response | Mr. Wahhaj we spoke on 8-1-2021 around 1:50PM. This Grievance favor because shortage of staff and not getting the computer updated or back in a timely manner. |
| 08/04/21 16:32 | Gabriela Sabroe | Changed Status | From 'Pending' to 'Closed' |
| 08/04/21 16:28 | Gabriela Sabroe | Changed Disposition | Changed the disposition value for level 1 from from Not In Grievant's Favor to In Grievant's Favor |
| 08/04/21 16:28 | Gabriela Sabroe | Changed Disposition | Changed the disposition value for level 1 from from Not In Grievant's Favor to Not In Grievant's Favor |
| 08/04/21 16:28 | Gabriela Sabroe | Changed Disposition | Changed the disposition value for level 1 from to Not In Grievant's Favor |
| 08/03/21 09:52 | Raylene Galsthea | Staff Response | Correct Grievance number is #2021-504-00246-G. |
| 07/26/21 15:17 | Zuwena Saxton | Staff Response | Grievance #00245 has been generated and issued to Unit Manager Sabroe to response. Classification Coordinator Ramsey has been advised of the computer issue in Unit 300. |
| 07/26/21 15:17 | Zuwena Saxton | Changed Status | From 'Open' to 'Pending' |
| 07/23/21 11:06 | SIRAJ WAHHAJ | Submitted New | It is still not rectified.Putting a baid aid on an issue is not rectifying it. This is a pattern of disregarding our Due Process |

14-5C

## GRIEVANCE EXTENSION NOTICE

| | |
|---|---|
| Date: | 07/22/2021 |
| Inmate/Resident's Name: | Wahhaj, Siraj |
| Inmate/Resident's Number: | 00414151 |
| Housing Assignment: | 300 D 101L |
| Grievance Number: | 2021-504-00219-G |

This notice is to inform you that your grievance will not be responded to within the time frames outlined in CCA Policy 14-5 Inmate/Resident Grievance Procedures. Additional time is necessary to complete the investigation of your complaint.

**Justification for Extension:**

| |
|---|
| The grievance was assigned to COUM Ortiz for response, she is no longer at the facility. Therefore, I have assigned Unit Manager Sabroe to respond. To give more time to investigate properly requesting an extension. This will be completed on or ￢ before August 7, 2021. |

| | |
|---|---|
| Date grievance response will be provided: | On or before 08/07/2021 |

| | |
|---|---|
| Grievance Officer's Signature: | |
| Date: | July 22, 2021 |

| | |
|---|---|
| Inmate/Resident Signature: | |
| Date: | 07/22/2021 |

03/07

## Grievance #132679462

**Profile Photo:**

**Audit Photo:**

**Detainee Info**

Name: SIRAJ WAHHAJ (1978-06-21)
Booking Number: 00414151
Nationality:
Submitted Date: 07/08/21 17:02
Submitted from Location/Room: SECTION:300--BLOCK:D--CELL:101--BED:L/300D
Current Location/Room: SECTION:RHU--BLOCK:A--CELL:203--BED:UAD/500A
Facility: Cibola County Correctional Center NM

**Form Info**

Category: Core Civic
Form: Access to Legal Materials Grievance

**Grievance Info**

Status: CLOSED by Gabriela Sabroe
Facility Deadline: 07/23/21 23:59
Grievance Level: 1
Detainee can reply: No
Disposition @ Level 1: In Grievant's Favor

**Summary of Grievance:**

I'm being denied access to the courts. My motions are time sensitive.

**Details of Grievance:**

**Informal Resolution #:**
*Put N/A if you did not file an Informal Resolution*
N\A

**State Grievance:**
*Include documentation, witnesses, date of incident and other information pertaining to grievance*
On July 8, 2021 at 10:30am I gave CC Blea my legal materials to be copied so I can mail them off. She left with my originals. I now can not mail them off tomorrow morning causing my motions to be delayed. Most of the time staff is posted causing our basic necessities being denied. When they are not posted this is the treatment we receive. I know us detainees are insignificant but it us still the duty of CCCC not to hinder us from having access to the courts.

**Requested Action:**
*What do you want to be done?*
This is a pattern of CCCC disregarding our needs.We are in the care of CCCC.Please resolved this critical Due process violations

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 08/04/21 16:40 | Gabriela Sabroe | Staff Response | MR. Wahhaj we spoke 8-1-2021 around 2:00 PM this grievance is in favor because C/C Blea left your originals in the office and did not return them in a timely manner. |
| 08/04/21 16:40 | Gabriela Sabroe | Changed Status | From 'Pending' to 'Closed' |
| 08/04/21 16:36 | Gabriela Sabroe | Changed Disposition | Changed the disposition value for level 1 from to In Grievant's Favor |
| 07/09/21 12:22 | Raylene Gaisthea | Staff Response | This has been accepted, Grievance #2021-504-00219-G has been issued. COUM Ortiz has been assigned for response. |
| 07/09/21 12:22 | Raylene Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 07/08/21 17:02 | SIRAJ WAHHAJ | Submitted New | I'm being denied access to the courts. My motions are time sensitive. |

## Grievance #130872772

**Profile Photo:**
Profile Photo

**Detainee Info**

Name: SIRAJ WAHHAJ (1978-06-21)
Booking Number: 00414151
Nationality:
Submitted Date: 06/24/21 08:36
Submitted from Location/Room: SECTION:300--BLOCK:D--CELL:101--BED:L/300D
Current Location/Room: SECTION:300--BLOCK:D--CELL:101--BED:L/300D
Facility: Cibola County Correctional Center NM

**Audit Photo:**

**Form Info**

Category: Core Civic
Form: Other

**Grievance Info**

Status: CLOSED by Robert Nilius
Facility Deadline: 07/10/21 23:59
Grievance Level: 2
Detainee can reply: No
Disposition @ 1: Withdrawn
Disposition @ Level 2: In Grievant's Favor

**Summary of Grievance:**

I'm trying to retrieve my COVID test results and blood test analysis.

**Details of Grievance:**

**Informal Resolution Request #:**
*Put N/A if you did not file an Informal Resolution*
N\A

**State Grievance:**
*Include documentation, witnesses, date of incident and other information pertaining to grievance*
On June 18, 2021 I put in a request to retrieve my COVID test results and blood test analysis. I was told by Greigo medical records that she put them in my property. UM Sabroe stated staff had 5 days to respond to a request.

**Requested Action:**
*What do you want to be done?*
Please give me my COVID test results and my blood analysis. Thank You!

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 07/09/21 16:13 | Robert Nilius | Staff Response | You are authorized to request copies of your medical records as long as you pay for said copies. Please submit a staff request to the grievance officer to ensure your request is completed. Relief granted. |
| 07/09/21 16:13 | Robert Nilius | Changed Status | From 'Pending' to 'Closed' |
| 07/09/21 16:12 | Robert Nilius | Changed Disposition | Changed the disposition value for level 2 from to In Grievant's Favor |
| 06/28/21 14:07 | Raylene Gaisthea | Staff Response | Appeal has been accepted. Warden Nilius has been assigned for response. |
| 06/28/21 14:07 | Raylene Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 06/28/21 14:06 | Raylene Gaisthea | Internal Note | *Received confirmation today that the inmate did not want to withdrawal his grievance. Disposition @ 1 will be changed to Not in Grievant's Favor.* |
| 06/25/21 15:40 | Raylene Gaisthea | Staff Response | Under the disposition it shows you have Withdrawn your grievance, is this what you are requesting? |
| 06/25/21 11:06 | SIRAJ WAHHAJ | Appeal | On June16, 2021 I asked Griego from medical records for a copy of my blood analysis and my COVID test results she refused. The same day I put in a grievance stating that I'm being denied a copy of my medical reports.( grievance # 129976812) It was returned deemed ungrievable. The grievance coordinator response was " I spoke with medical records Griego and she advised that your medical records have been send to property room. In your handbook on page 10 It does state that this is the proper procedure. You would have to submit a property request to retrieve those from your property". On June 18, 2021 I put in a request to retrieve my COVID test results and blood test analysis. (Request # 130211062) On June 24, 2021 I grievanced property room for not providing me with copies of my medical records per directives. LT Nelson and DO Eusebio confirmed that Griego did not place my medical reports in my property as she claimed. It is egregious enough |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| | | | that medical records to discard ...... sees sick calls. Now medical is engaged in denying me my right to have copies of my medical reports. this is a pattern of medical records saying they place detainees medical records in their property and do not. DO Eusebio confirmed that medical records never place detainees medical records in detainees property. My blood labs results came back showing my kidney function is abnormal. i want my records because the explanation given to me was dismissive. Please relieve me from medicals oppression. |
| 06/25/21 11:06 | | Changed Status | From Closed to Open due to Appeal |
| 06/25/21 11:06 | | Changed Level | From 1 to 2 due to Appeal |
| 06/24/21 13:59 | Jacqueline Nelson | Staff Response | Myself and Property Eusebio looked at Inmate Wahhaj property bag there was no medical records. Please get with Medical to get a copy of your covid results and blood test. Thank you |
| 06/24/21 18:59 | Jacqueline Nelson | Changed Status | From 'Pending' to 'Closed' |
| 06/24/21 18:54 | Jacqueline Nelson | Changed Disposition | Changed the disposition value for level 1 from to Withdrawn |
| 06/24/21 12:55 | Raylene Gaisthea | Staff Response | This has been accepted, Grievance #2021-504-00187-G has been issued. Lieutenant Nelson has been assigned for response. |
| 06/24/21 12:55 | Raylene Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 06/24/21 08:36 | SIRAJ WAHHAJ | Submitted New | I' m trying to retrieve my COVID test results and blood test analysis. |

RECEIVED

JUN 2 4 2021

## Grievance #130872772

Grievance Coordinator

**Profile Photo:**

**Detainee Info**

Name: SIRAJ WAHHAJ (1978-06-21)
Booking Number: 00414151
Nationality:
Submitted Date: 06/24/21 08:36
Submitted from Location/Room: SECTION:300--BLOCK:D--CELL:101--BED:L/300D
Current Location/Room: SECTION:300--BLOCK:D--CELL:101--BED:L/300D
Facility: Cibola County Correctional Center NM

**Audit Photo:**

**Form Info**

Category: Core Civic
Form: Other

**Grievance Info**

Status: OPEN
Facility Deadline: 07/09/21 23:59 (15d)
Grievance Level: 1
Detainee can reply: No
Disposition @ Level 1: Undecided

**Summary of Grievance:**

I'm trying to retrieve my COVID test results and blood test analysis.

**Details of Grievance:**

Informal Resolution Request #:
*Put N/A if you did not file an Informal Resolution*
N\A

**State Grievance:**
*Include documentation, witnesses, date of incident and other Information pertaining to grievance*
On June 18, 2021 I put in a request to retrieve my COVID test results and blood test analysis. I was told by Greigo medical records that she put them in my property. UM Sabroe stated staff had 5 days to respond to a request.

**Requested Action:**
*What do you want to be done?*
Please give me my COVID test results and my blood analysis. Thank You!

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 06/24/21 12:55 | Raylene Gaisthea | Staff Response | This has been accepted, Grievance #2021-504-00187-G has been issued. Lieutenant Nelson has been assigned for response. |
| 06/24/21 12:55 | Raylene Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 06/24/21 08:36 | SIRAJ WAHHAJ | Submitted New | I'm trying to retrieve my COVID test results and blood test analysis. |

Checked Property bag no Medical records still In Medical

## Grievance #128009672

**Profile Photo:**

**Detainee Info**

Name: SIRAJ WAHHAJ (1978-06-21)
Booking Number: 00414151
Nationality:
Submitted Date: 05/29/21 21:01
Submitted from Location/Room: SECTION:300--BLOCK:D--CELL:101--BED:L/300D
Current Location/Room: SECTION:300--BLOCK:D--CELL:101--BED:L/300D
Facility: Cibola County Correctional Center NM

**Audit Photo:**

**Form Info**

Category: Core Civic
Form: Sanitation Grievance

**Grievance Info**

Status: CLOSED / In favor of by Raylene Gaisthea
Facility Deadline: 06/03/21 23:59
Grievance Level: 1
Detainee can reply: No
Disposition @ Level 1: In Grievant's Favor
 Appeal has been curtailed

**Summary of Grievance:**

Provide us with chemicals three times a day per directives.

**Details of Grievance:**

**Informal Resolution #:**
*Put N/A if you did not file an Informal Resolution*

N\A

**State Grievance:**
*Include documentation, witnesses, date of incident and other information pertaining to grievance*
On May 29, 2021 we put chemicals outside of 300 D and it never came back. Please help us mitigate COVID by providing us with chemicals.

**Requested Action:**
*What do you want to be done?*
Provide us with chemicals three times a day per directives. Help us fight this deadly disease.

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 06/15/21 11:48 | Raylene Gaisthea | Changed Status | From 'Pending' to 'Closed / In favor of' |
| 06/15/21 11:47 | Derk Jones Jr | Staff Response | Remedial training will be given to the staff that work in the units on sanitation requirements. |
| 06/15/21 11:45 | Derk Jones Jr | Changed Disposition | Changed the disposition value for level 1 from from In Grievant's Favor to In Grievant's Favor |
| 06/15/21 11:45 | Derk Jones Jr | Changed Disposition | Changed the disposition value for level 1 from from In Grievant's Favor to In Grievant's Favor |
| 06/15/21 11:45 | Derk Jones Jr | Changed Disposition | Changed the disposition value for level 1 from from In Grievant's Favor to In Grievant's Favor |
| 06/15/21 11:45 | Derk Jones Jr | Changed Disposition | Changed the disposition value for level 1 from to In Grievant's Favor |
| 06/01/21 13:31 | Raylene Gaisthea | Staff Response | This has been accepted, Grievance #2021-504-00157-G has been issued. Shift Supervisor Jones has been assigned for response. |
| 06/01/21 13:31 | Raylene Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 05/29/21 21:01 | SIRAJ WAHHAJ | Submitted New | Provide us with chemicals three times a day per directives. |

## Grievance #127641652

**Profile Photo:**



**Audit Photo:**

**Detainee Info**

Name: SIRAJ WAHHAJ (1978-06-21)
Booking Number: 00414151
Nationality:
Submitted Date: 05/26/21 14:00
Submitted from Location/Room: SECTION:300--BLOCK:D--CELL:101--BED:L/300D
Current Location/Room: SECTION:300--BLOCK:D--CELL:101--BED:L/300D
Facility: Cibola County Correctional Center NM

**Form Info**

Category: Core Civic
Form: Medical Services Grievance

**Grievance Info**

Status: CLOSED by Raylene Gaisthea
Facility Deadline: 06/24/21 23:59
Grievance Level: 2
Detainee can reply: No
Disposition @ 1: Not In Grievant's Favor
Disposition @ Level 2: Not In Grievant's Favor

**Summary of Grievance:**

Yet unit 300 was not tested. We have a second wave outbreak here at CCCC. Our medical care is being denied.

**Details of Grievance:**

**Informal Resolution #:**
*Put N/A if you did not file an Informal Resolution*
N\A

**State Grievance:**
*Include documentation, witnesses, date of incident and other information pertaining to grievance*
On May 26, 2021 at 1:45pm I witnessed DO's Santana and Jake get a COVID test in the bubble by a nurse and Griego .

**Requested Action:**
*What do you want to be done?*
Test the whole unit 300 because of the second wave outbreak we have here at CCCC.

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 06/14/21 13:56 | Raylene Gaisthea | Changed Status | From 'Pending' to 'Closed' |
| 06/10/21 17:40 | Robert Nilius | Staff Response | Contract tracing was conducted. Per CDC guidelines, close contact is defined as closer than 6 feet for longer than 15 minutes. During our review, we were not able to find any contact that meets this definition. No relief granted. |
| 06/10/21 17:38 | Robert Nilius | Changed Disposition | Changed the disposition value for level 2 from from Not In Grievant's Favor to Not In Grievant's Favor |
| 06/10/21 17:38 | Robert Nilius | Changed Disposition | Changed the disposition value for level 2 from to Not In Grievant's Favor |
| 06/10/21 13:09 | Raylene Gaisthea | Staff Response | Appeal has been accepted. Warden Nilius has been assigned for response. |
| 06/10/21 13:09 | Raylene Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 06/09/21 12:01 | SIRAJ WAHHAJ | Appeal | Ms. HSA Woods states CCCC follows polices and procedures set forth by our medical Director and CDC. The procedures are when a employee reports a confirmed positive test or close contact with a confirmed positive individual. CCCC is suppose to perform contact tracing analysis, using the facility surveillance system to document each contact the infected or potentially infected person had during the employee's last 48 hours at the facility. The policies for CDC, NMDOH, and CCCC states if a detainee or staff exhibit symptoms of, or test positive for, COVID-19 the detainee would be quarantined in unit 800. The infected employee would be required to quarantine themselves for at least 14 days before returning to work. The pod is placed on cohort/ quarantine status, pending results of the testing for the suspected detainee/ employee and the pod is tested. Cohort/ quarantine status is discontinued following a 14 - day period with no new cases or symptoms, following the last positive result. It is a fact that in April / May DO Roper and CC Blea both tested positive for COVID-19. They |

| DATE/TIME | USER | ACTION | DETAILS |
|-----------|------|--------|---------|
| | | | be in work in unit 300. Those on *[illegible]* should been a fast quarantined, however, unit 300 was not placed on *[illegible]* per the CDC in violation of CDC, NMDOH and CCCC. It is noted 300 disease, Dr. Linda Osborne, or head nurse Dr. Woods *[illegible]* being properly. CCCC needs to disregard them and follow CDC and NMDOH. We are in the custody of the U.S. Marshals which is ordered under CDC and NMDOH. We need help! |
| 06/09/21 12:01 | | Changed Status | From Closed to Open due to Appeal |
| 06/09/21 12:01 | | Changed Level | From 1 to 2 due to Appeal |
| 06/08/21 15:51 | Linda Osborne | Staff Response | Mr. Wahhaj, thank you for providing information about your unit. However, no patients have been denied care that is appropriate and ordered. Furthermore, the medical department is addressing COVID based on the policies and procedures set forth by our Medical Director and the CDC. Should you feel that people need to be seen for being sick with COVID then they need to place a request to be seen and treated. This grievance is unfounded at this time. |
| 06/08/21 15:51 | Linda Osborne | Changed Status | From 'Pending' to 'Closed' |
| 06/08/21 15:49 | Linda Osborne | Changed Disposition | Changed the disposition value for level 1 from to Not In Grievant's Favor |
| 05/27/21 10:06 | Raylene Gaisthea | Staff Response | This has been accepted, Grievance #2021-504-00152-G has been issued. HSA Woods has been assigned for response. |
| 05/27/21 10:06 | Raylene Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 05/26/21 14:01 | SIRAJ WAHHAJ | Submitted New | Yet unit 300 was not tested. We have a second wave outbreak here at CCCC. Our medical care is being denied. |

## Grievance #127273572

**Profile Photo:**



**Detainee Info**

Name: SIRAJ WAHHAJ (1978-06-21)
Booking Number: 00414151
Nationality:
Submitted Date: 05/23/21 10:48
Submitted from Location/Room: SECTION:300--BLOCK:D--CELL:101--BED:L/300D
Current Location/Room: SECTION:300--BLOCK:D--CELL:101--BED:L/300D

**Audit Photo:**    Facility: Cibola County Correctional Center NM



**Form Info**

Category: Core Civic
Form: Facility Staff Grievance

**Grievance Info**

Status: CLOSED by Robert Nilius
Facility Deadline: 06/22/21 23:59
Grievance Level: 2
Detainee can reply: No
Disposition @ 1: Not Grievable
Disposition @ Level 2: Not In Grievant's Favor

**Summary of Grievance:**

I'm in pretrial detention that means I have no freedom of movement. I'm fighting many cases alone. The treatment is oppressive.

**Details of Grievance:**

**Informal Resolution #:**
*Put N/A if you did not file an Informal Resolution*
When you request something from Blea she rolls her eyes and call you lady and say you are being a pest. This is what we deal with

**State Grievance:**
*Include documentation, witnesses, date of incident and other information pertaining to grievance*
On May 5, 2021 I sent a request to Blea # 125325011 requesting copies of my request # 125242391,125235271,125085151,125021741,125021561,124532711,125225071,125227591, and 125191581. On May 14, 2021 facility staff closed out 125325011.On May 18,2021 request # 126707702 I sent a request stating that facility staff closed out my request without providing me copies of my request #125325011. I know us detainees are insignificant to CCCC staff, however we are in the care of the U.S. Marshals and CCCC.

**Requested Action:**
*What do you want to be done?*
I'm being obstructed,delayed and ignored.Staff wants you to kiss their butt to get things done.Train staff to be professional.

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 06/12/21 11:19 | Robert Nilius | Staff Response | Inmate handbook, Revised April 23, 2020, page 25, states staff have 15 days to respond to inmate's informal requests. Staff responded appropriately and timely. No relief granted. |
| 06/12/21 11:19 | Robert Nilius | Changed Status | From 'Pending' to 'Closed' |
| 06/12/21 11:16 | Robert Nilius | Changed Disposition | Changed the disposition value for level 2 from to Not In Grievant's Favor |
| 06/09/21 10:29 | Raylene Gaisthea | Internal Note | 06/05/21 19:05 Gabriela Sabroo Changed Disposition Changed the disposition value for level 1 from to Not Grievable. I did not catch this when I accepted the Appeal. I Grievance Coordinator Gaisthea have changed the Disposition @ 1 to, Not In Grievant's Favor. |
| 06/08/21 14:51 | Raylene Gaisthea | Staff Response | Appeal has been accepted. Warden Nilius has been assigned for response. |
| 06/08/21 14:51 | Raylene Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 06/07/21 13:52 | SIRAJ WAHHAJ | Appeal | If you look on May 5, 2021 request # 125325011 to CC Blea. She closed out that request on May 14, 2021 that is 9 days after I filed that request. CCCC staff have 5 days to respond to a request. Check talton there are no responses to my request # 125325011 before May 14, 2021. On May 18, 2021 request # 126707702, I stated that staff closed out request # 125325011, and I never received copies. CC Blea responded on May 18, 2021 at 09:14 OK . She did not state she already gave me the copies. She never gave me copies of request #125325011, CC Blea gave me copies of request # 125085151 that copy was incomplete and I ask her to recopy it and she did. Unit manager Sabroo stated detainees had to request in writing and staff has 5 days to respond in writing that was not done. I have requested in writing and staff has ignored me for 9 |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| | | | ... ... She did not respond to [illegible] until May 10, 2021, 9 days later. CCCC continues to violate us over and over, I do expect each party to have 100% compliance. I'm disappointed and [illegible] we would have no idea that this is going on, he had only a my [illegible] another example of covering up an and/ with various pretexts. This is manipulating the grievance process. This abuses detainees good faith. We are in the care of CCCC and it is your duty to provide us with services. Please stop making excuses and provide us with what [illegible] CCCC is contracted to provide. |
| 06/07/21 13:52 | | Changed Status | From Closed to Open due to Appeal |
| 06/07/21 13:52 | | Changed Level | From 1 to 2 due to Appeal |
| 06/05/21 19:20 | Gabriela Sabroe | Staff Response | Mr. Wahhaj, on June 2nd 2021, we spoke around 2:00P.M about this grievance. I Unit Manager G.Sabroe stated if the evidence supported your request it would be in your favor. I spoke with my C/C Blea about answering your request through talton, there is a date we have to answer you back which notifies you and advises you in a timely manner to answer your request. C/C Blea also stated she gave you the paperwork of the copies you request on the same day she answers your request. So at this time, this grievance is not in favor. |
| 06/05/21 19:20 | Gabriela Sabroe | Changed Status | From 'Pending' to 'Closed' |
| 06/05/21 19:05 | Gabriela Sabroe | Changed Disposition | Changed the disposition value for level 1 from to Not Grievable |
| 05/24/21 11:29 | Raylene Gaisthea | Staff Response | This has been accepted, Grievance #2021-504-00148-G has been issued. UM Sabroe has been assigned for response. |
| 05/24/21 11:29 | Raylene Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 05/23/21 10:48 | SIRAJ WAHHAJ | Submitted New | I'm in pretrial detention that means I have no freedom of movement. I'm fighting many cases alone. The treatment is oppressive. |

## Grievance #126942842

Profile Photo:

Audit Photo:

**Detainee Info**

Name: SIRAJ WAHHAJ (1978-06-21)
Booking Number: 00414151
Nationality:
Submitted Date: 05/20/21 05:07
Submitted from Location/Room: SECTION:300--BLOCK:D--CELL:101--BED:L/300D
Current Location/Room: SECTION:300--BLOCK:D--CELL:101--BED:L/300D
Facility: Cibola County Correctional Center NM

**Form Info**

Category: Core Civic
Form: Access to Legal Materials Grievance

**Grievance Info**

Status: CLOSED by Robert Nilius
Facility Deadline: 06/18/21 23:59
Grievance Level: 2
Detainee can reply: No
Disposition @ 1: Not In Grievant's Favor
Disposition @ Level 2: In Grievant's Favor

**Summary of Grievance:**

Wants you to beg them for services that they are contracted to provide is a denial of Due Process and is oppression.

**Details of Grievance:**

**Informal Resolution #:**
*Put N/A if you did not file an Informal Resolution*
CCCC staff continues to ignore and obstruct our basic needs. These conditions are inhumane and oppressive.

**State Grievance:**
*Include documentation, witnesses, date of incident and other information pertaining to grievance*
From May 12, 2021 until May 19, 2021 I've been asking Blea to print out my legal work. I was promised and it was still not done. I understand CCCC is short staff due to a COVID second wave out break at CCCC. What is unexceptionable is staffs comments that detainees should have not committed crimes then we would not be here. We are in pre trail detention with a presumption of innocence until proven guilty. We have a Due Process right to have access to the court. When you have staff at CCCC who

**Requested Action:**
*What do you want to be done?*
Provide us with access to the courts this is a pattern of violations of our Due Process. My motions are time sensitive.

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 06/16/21 14:09 | Robert Nilius | Staff Response | As of this date, you do have the items printed that you requested. Staff will receive appropriate action to prevent future occurrences.. Relief granted. |
| 06/16/21 14:09 | Robert Nilius | Changed Status | From 'Pending' to 'Closed' |
| 06/16/21 14:07 | Robert Nilius | Changed Disposition | Changed the disposition value for level 2 from to In Grievant's Favor |
| 06/03/21 11:51 | Raylene Gaisthea | Staff Response | Appeal has been accepted. Warden Nilius has been assigned for response. |
| 06/03/21 11:51 | Raylene Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 06/03/21 09:23 | SIRAJ WAHHAJ | Appeal | (1) I asked CC Blea multiple times from May 12 - 15 ,2021 to print out my legal work. She promised me on May 15,2021 that she would print it out. She never did. UM Sabroe can confirm that CC Blea told her that I did ask her multiple times for assistance. CC Blea was not posted from May 12-19 this is an excuse to not be accountable for not providing us with critical services that CCCC is contracted to provide. From May 12-June 2 ,22 days has past and my motions are still not printed. (2) The staff treatment of the detainees was not addressed in this grievance. The treatment that we endure everyday is unacceptable, it is oppressive and against our Due Process rights. When you ask CC Blea for services that she is suppose to provide she rolls her eyes and calls you lady saying your being a pest. I know we detainees are insignificant to CCCC staff. CCCC staff comments that we should' nt have committed crimes then we wouldn't be here. We are in pretrial detention with a presumption of innocence until proven guilty. CCCC staff places prevent them from providing us with critical services.(3) The reason why CC Blea was posted is because CCCC is understaffed. CCCC is all |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| | | | [illegible text] **DETAILS** [illegible text] |
| 06/03/21 09:23 | | Changed Status | From Closed to Open due to Appeal |
| 06/03/21 09:23 | | Changed Level | From 1 to 2 due to Appeal |
| 06/02/21 18:28 | Gabriela Sabroe | Staff Response | Mr. Wahhaj we spoke today around 2:00PM about this grievance. This favor is not in favor because there was no written request between you and CC Blea asking about legal mail being print out. CC Blea stated she does remember you asking her twice about this request but based on the needs of the facility and staff being posted. We do have a librarian now that can help with this matter. |
| 06/02/21 18:28 | Gabriela Sabroe | Changed Status | From 'Pending' to 'Closed' |
| 06/02/21 18:21 | Gabriela Sabroe | Changed Disposition | Changed the disposition value for level 1 from to Not In Grievant's Favor |
| 05/20/21 12:30 | Raylene Gaisthea | Staff Response | This has been accepted, Grievance #2021-504-00143-G has been issued. Unit Manager Sabroe has been assigned for response. |
| 05/20/21 12:30 | Raylene Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 05/20/21 05:07 | SIRAJ WAHHAJ | Submitted New | Wants you to beg them for services that they are contracted to provide is a denial of Due Process and is oppression. |

## Grievance #125738572

Profile Photo:

**Inmate Info**

Name: SIRAJ WAHHAJ (1978-06-21)
Booking Number: 00414151
Nationality:
Submitted Date: 05/08/21 23:13
Submitted from Location/Room: SECTION:300--BLOCK:D--CELL:101--BED:L/300D
Current Location/Room: SECTION:300--BLOCK:D--CELL:101--BED:L/300D
Facility: Cibola County Correctional Center NM

Audit Photo:

**Form Info**

Category: Core Civic
Form: Sanitation Grievance

**Grievance Info**

Status: CLOSED / In favor of by Raylene Gaisthea
Facility Deadline: 05/13/21 23:59
Grievance Level: 1
Inmate can reply: No
Disposition @ Level 1: In Grievant's Favor
 Appeal has been curtailed

## Summary of Grievance:

Provide us with chemicals three times a day per directive.

## Details of Grievance:

**Informal Resolution #:**
*Put N/A if you did not file an Informal Resolution*
N/A

**State Grievance:**
*Include documentation, witnesses, date of incident and other information pertaining to grievance*
On May 8, 2021 we put chemical bottles outside in the morning and they never came back. Guys are sick in this unit . Chemicals help kill COVID -19 since CCCC is not testing the unit.This is the only tools we have to fight this disease. Please assist us in fighting COVID.

**Requested Action:**
*What do you want to be done?*
Please give us chemicals three times a day per directive and help us try to mitigate a second wave of COVID .We need cooperation

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 05/19/21 15:30 | Raylene Gaisthea | Changed Status | From 'Pending' to 'Closed / In favor of' |
| 05/19/21 15:30 | Raylene Gaisthea | Changed Disposition | Changed the disposition value for level 1 from to In Grievant's Favor |
| 05/19/21 13:22 | Snodgrass, William | Staff Response | chemicals will be provided to accommodate the cleanliness of the unit. |
| 05/10/21 15:12 | Raylene Gaisthea | Staff Response | This has been accepted, Grievance #2021-504-00127-G has been issued. Acting Shift Supervisor Snodgrass has been assigned for response. |
| 05/10/21 15:12 | Raylene Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 05/08/21 23:13 | SIRAJ WAHHAJ | Submitted New | Provide us with chemicals three times a day per directive. |

## Grievance #124477851

**Profile Photo:**

**Audit Photo:**

**Inmate Info**

Name: SIRAJ WAHHAJ (1978-06-21)
Booking Number: 00414151
Nationality:
Submitted Date: 04/27/21 10:30
Submitted from Location/Room: SECTION:300--BLOCK:D--CELL:101--BED:L/300D
Current Location/Room: SECTION:300--BLOCK:D--CELL:101--BED:L/300D
Facility: Cibola County Correctional Center NM

**Form Info**

Category: Core Civic
Form: Medical Services Grievance

**Grievance Info**

Status: CLOSED by Robert Nilius
Facility Deadline: 05/14/21 23:59
Grievance Level: 2
Inmate can reply: No
Disposition @ 1: Not In Grievant's Favor
Disposition @ Level 2: Not In Grievant's Favor

**Summary of Grievance:**

My sick calls are being discarded.

**Details of Grievance:**

**Informal Resolution #:**
*Put N/A if you did not file an Informal Resolution*
N/A

**State Grievance:**
*Include documentation, witnesses, date of incident and other information pertaining to grievance*
On April 4,12,19,23 and 26 2021 I put in sick calls complaining about COVID Long. These sick calls are being discarded except 26

**Requested Action:**
*What do you want to be done?*
Find out why my sicks are not being put in.Why protocols are being ignored. Why my COVID Long is not being taken seriously.

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 04/30/21 16:41 | Robert Nilius | Staff Response | You are currently being treated through sick call. You have a pending appointment with the facility provider. Discuss your current issue with the provider at your encounter. No relief granted. |
| 04/30/21 16:41 | Robert Nilius | Changed Status | From 'Pending' to 'Closed' |
| 04/30/21 16:39 | Robert Nilius | Changed Disposition | Changed the disposition value for level 2 from to Not In Grievant's Favor |
| 04/29/21 11:08 | Raylene Gaisthea | Staff Response | Appeal has been accepted. Warden Nilius has been assigned for response. |
| 04/29/21 11:08 | Raylene Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 04/29/21 10:32 | SIRAJ WAHHAJ | Appeal | On April 27, 2021 at 9:30am Nurse Joseph pulled me out for a sick call that I put in on April 26,2021.I asked him what happened to all my other sick calls I put in.I put in sick calls in on April 7,12,19,23 and 26 /2021.I told him my COVID Long symptoms are getting worse.I now suffering from Brain fog, memory loss, loss of speech, waking up from sleep not knowing where I am at, and now I am experiencing severe migraines that last up to 30 minutes. He told me there is only one sick call on file. He explained to me the protocols that staff are suppose to follow when receiving sick calls. When detainees put in sick calls the medical staff take the sick calls and place them in the clear folder. When nurse Joseph comes in on Monday's and Tuesday's he processes them and then makes an appointment for the detainees the following day. The detainees get seen and then the sick calls get scanned by the records department and then filed. On April 7,12,19, and 23 my sick calls was not filed according to those protocols. I do not know what happened to all those sick calls, if someone were discarding them or what.On April 13,2021 Dr. Osborne came to my unit in 300 D to respond to one of my sick calls. She did not take any of my vitals. Nurse Joseph said there was not any notes in the computer regarding that visit. I went back to the unit and provided him a copy of my sick calls. He made copies for |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 04/29/21 10:32 | | Changed Status | From Closed to Open due to Appeal |
| 04/29/21 10:32 | | Changed Level | From 1 to 2 due to Appeal |
| 04/29/21 09:44 | Linda Osborne | Changed Status | From 'Pending' to 'Closed' |
| 04/29/21 09:44 | Linda Osborne | Changed Disposition | Changed the disposition value for level 1 from to Not In Grievant's Favor |
| 04/29/21 09:43 | Linda Osborne | Staff Response | A review of your file indicates that on the day you placed this grievance you were seen by an RN who addressed your needs and referred you to a provider. Only the providers can address your issues and diagnose you further. This grievance is unfounded at this time as you are being seen and also referred. Someone from medical will come see you today to answer any questions you may have. |
| 04/28/21 09:56 | Raylene Gaisthea | Staff Response | This has been accepted, Grievance #2021-504-00110-G has been issued. Medical personal have been assigned for response. |
| 04/28/21 09:56 | Raylene Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 04/27/21 10:30 | SIRAJ WAHHAJ | Submitted New | My sick calls are being discarded. |

## Grievance #123173831

**Profile Photo:**



**Audit Photo:**

**Detainee Info**

Name: SIRAJ WAHHAJ (1978-06-21)
Booking Number: 00414151
Nationality:
Submitted Date: 04/14/21 08:44
Submitted from Location/Room: SECTION:300--BLOCK:D--CELL:101--BED:L/300D
Current Location/Room: SECTION:300--BLOCK:D--CELL:101--BED:L/300D
Facility: Cibola County Correctional Center NM

**Form Info**

Category: Core Civic
Form: Sanitation Grievance

**Grievance Info**

Status: CLOSED by Robert Nilius
Facility Deadline: 04/26/21 23:59
Grievance Level: 2
Detainee can reply: No
Disposition @ 1: Not In Grievant's Favor
Disposition @ Level 2: Not In Grievant's Favor

**Summary of Grievance:**

Stop rationing bleach and chemicals. Take this COVID seriously. Stop putting the detainees and staff health at risk. Thank You!

**Details of Grievance:**

**Informal Resolution #:**
*Put N/A if you did not file an Informal Resolution*
N/A

**State Grievance:**
*Include documentation, witnesses, date of incident and other information pertaining to grievance*
On April 14, 2021 at 4:20am I asked DO Roper for bleach she gave me bleach but told me I couldn't take too much because she has to share that one container with units 200,300,400 and Medical. This is unacceptable it is a known fact that bleach kills COVID -19. We are still in a pandemic. CCCC continues to disregard the health and safety of its detainees. D card doesn't even spraying bleach at all. There are many bleach containers in the office by east rec. To keep rationing bleach is absurd.

**Requested Action:**
*What do you want to be done?*
Stop rationing bleach and chemicals to save money. Putting the detainees and staffs health at risk. Mitigate COVID!

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 04/26/21 16:48 | Robert Nilius | Staff Response | At this time, only staff are authorized to handle bleach sprayers. The approved cleaning chemical for COVID-19 is HDQC2. Cleaning chemical bottles are filled daily. A review of Milestone showed that you had the appropriate cleaning chemical and you were using it today to clean your area. No relief is granted. |
| 04/26/21 16:48 | Robert Nilius | Changed Status | From 'Pending' to 'Closed' |
| 04/26/21 16:45 | Robert Nilius | Changed Disposition | Changed the disposition value for level 2 from from Not In Grievant's Favor to Not In Grievant's Favor |
| 04/26/21 16:45 | Robert Nilius | Changed Disposition | Changed the disposition value for level 2 from to Not In Grievant's Favor |
| 04/21/21 10:00 | Raylene Gaisthea | Staff Response | Appeal has been accepted. Warden Nilius has been assigned for response. |
| 04/21/21 10:00 | Raylene Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 04/21/21 09:02 | SIRAJ WAHHAJ | Appeal | Bleach is suppose to filled daily but it is not. That is why we ask DO's for bleach. They can fill it up without us handling it. That is not the issue. Chemicals are being rationed. Bleach kills COVID-19 it should' nt be rationed. If the directive is to fill them three times a day per the town hall meeting than that's what it is. If the directive is changed to once a a day and to share with other units , than that's what it is. It's just confusion on the directives about chemicals we need to try and mitigate COVID . If the chemicals are being rationed than that put us at a disadvantage and it's dangerous for our health. |
| 04/21/21 09:02 | | Changed Status | From Closed to Open due to Appeal |
| 04/21/21 09:02 | | Changed Level | From 1 to 2 due to Appeal |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| | | | ... ... ... to the **DETAILS** ... detainees are not to have any deposit in their possession at any time. Bleach is filled daily and every unit has their own assigned bleach bottles and if the bottles are shared between units, they are rotated. |
| 04/20/21 19:36 | Derk Jones Jr | Changed Status | From 'Pending' to 'Closed' |
| 04/20/21 19:33 | Derk Jones Jr | Changed Disposition | Changed the disposition value for level 1 from to Not In Grievant's Favor |
| 04/15/21 10:55 | Raylene Gaisthea | Staff Response | This has been recognized. Grievance #2021-594-00093-G has been issued. Shift Supervisor Jones has been assigned for response. |
| 04/15/21 10:55 | Raylene Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 04/14/21 00:44 | SIRAJ WAHHAJ | Submitted New | Stop rationing bleach and chemicals. Take this COVID seriously. Stop putting the detainees and staff health at risk. Thank You! |

## Grievance #122803223

Profile Photo:

**Detainee Info**

Name: SIRAJ WAHHAJ (1978-06-21)
Booking Number: 00414151
Nationality:
Submitted Date: 04/10/21 10:45
Submitted from Location/Room: SECTION:300--BLOCK:D--CELL:101--BED:L/300D
Current Location/Room: SECTION:300--BLOCK:D--CELL:101--BED:L/300D
Facility: Cibola County Correctional Center NM

Audit Photo:

**Form Info**

Category: Core Civic
Form: Medical Services Grievance

**Grievance Info**

Status: CLOSED by Robert Nilius
Facility Deadline: 04/28/21 23:59
Grievance Level: 2
Detainee can reply: No
Disposition @ 1: Not In Grievant's Favor
Disposition @ Level 2: Not In Grievant's Favor

**Summary of Grievance:**

Provide my with medical care due to my symptoms of brain fog and memory lost. Test my for brain damage due to Covid long

**Details of Grievance:**

**Informal Resolution #:**
*Put N/A if you did not file an Informal Resolution*
~~N\A~~

**State Grievance:**
*Include documentation, witnesses, date of incident and other information pertaining to grievance*
I put in a sick call April 07. 2021 I noticed since March 29 that I'm suffering from brain fog and memory loss due to Covid long

**Requested Action:**
*What do you want to be done?*
I want a Covid long cognitive brain test. I want to be tested for megakarycotes.I fear that I may have brain damage due to Covid

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 04/20/21 09:44 | Robert Nilius | Staff Response | Facility physician did not order any further medical follow up for brain damage. If you have a medical concern, place a sick call to be seen by the provider. No relief granted. |
| 04/20/21 09:44 | Robert Nilius | Changed Status | From 'Pending' to 'Closed' |
| 04/20/21 09:42 | Robert Nilius | Changed Disposition | Changed the disposition value for level 2 from to Not In Grievant's Favor |
| 04/15/21 10:28 | Raylene Gaisthea | Staff Response | Appeal has been accepted. Warden Nilius has been assigned for response. |
| 04/15/21 10:28 | Raylene Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 04/13/21 17:20 | SIRAJ WAHHAJ | Appeal | Without testing no one can determine the long term effects of COVID - 19 . I am having brain fog and memory lost. I did not have this before. I want a cognitive brain test. I fear that I may have brain damage due to COVID Long I am in the care of CCCC I do not have the luxury of just going to the hospital to get checked out. I rely on CCCC for my medical care as is my right. By just asking my age and not testing me I am being denied medical care. I have symptoms of COVID Long that are being ignored. I want to get tested for Megakaryocytes , encephalitis and have my organs tested. Thank You! |
| 04/13/21 17:20 | | Changed Status | From Closed to Open due to Appeal |
| 04/13/21 17:20 | | Changed Level | From 1 to 2 due to Appeal |
| 04/13/21 15:38 | Raylene Gaisthea | Changed Status | From 'Pending' to 'Closed' |
| 04/13/21 10:43 | Linda Osborne | Changed Disposition | Changed the disposition value for level 1 from to Not In Grievant's Favor |
| 04/13/21 10:42 | Linda Osborne | Staff response | Mr. Wahhaj, a full review of your medical file has been conducted and I do see where you were diagnosed with COVID 19 on 03/07/2020. However, you had no symptoms of this virus, no medical conditions that required hospitalizations or follow up care. In fact the only care |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| | | | you... have received in for a long period of time since 2016. Furthermore, title "Brain Fog" you refer to is actually called Dysexecutive syndrome. It is a result of people who have been hospitalized for COVID, near death, and developed the Megularyocytes in their blood as a result. This also affects the geriatric population, which you are not in. While I understand your concern, your grievance is not founded as you do not meet any of the required items except for having COVID with no symptoms. I will come and discuss this with you today. |
| 04/12/21 12:49 | Raylene Gaisthea | Staff Response | This has been accepted. Grievance #2021-604-03866-G has been issued. Medical personal have been assigned for response. |
| 04/12/21 12:48 | Raylene Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 04/10/21 10:45 | SIRAJ WAHHAJ | Submitted New | Provide my with medical care due to my symptoms of brain fog and memory lost. Test my for brain damage due to Covid long |

## Grievance #122138553

Profile Photo:



**Detainee Info**

Name: SIRAJ WAHHAJ (1978-06-21)
Booking Number: 00414151
Nationality:
Submitted Date: 04/04/21 06:09
Submitted from Location/Room: SECTION:300--BLOCK:D--CELL:101--BED:L/300D
Current Location/Room: SECTION:300--BLOCK:D--CELL:101--BED:L/300D
Facility: Cibola County Correctional Center NM

Audit Photo:



**Form Info**

Category: Core Civic
Form: Sanitation Grievance

**Grievance Info**

Status: OPEN
Facility Deadline: 04/21/21 23:59 (2d)
Grievance Level: 2
Detainee can reply: No
Disposition @ 1: In Grievant's Favor

**Summary of Grievance:**

Give us chemical bottles filled with chemicals not water. Thank you!

**Details of Grievance:**

**Informal Resolution #:**
*Put N/A if you did not file an Informal Resolution*
N\A

**State Grievance:**
*Include documentation, witnesses, date of incident and other information pertaining to grievance*
On April 3, 2021 in 300'D we received 6 chemical bottles that was filled with water. Water can't kill COVID -19 . Please give us bottles that have chemicals in them so we can try to mitigate COVID -19 as much as possible. Please do not try to save money at our expense. Thank you!

**Requested Action:**
*What do you want to be done?*
Fill chemical bottles with chemicals not water. Thank You!

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 04/16/21 11:39 | Gabriela Sabroe | Staff Response | Mr. Wahhaj, we spoke on 4-15-2021 about the chemicals being water down or water, yes a few times, it has happened because the part for the chemical machine wasn't working right and the other side has a chemical closet that is working right and we have been using that side now. This has not been an on going issue. Please give us some time to fix the problem next time. |
| 04/16/21 11:39 | Gabriela Sabroe | Changed Status | From 'Pending' to 'Closed' |
| 04/16/21 11:33 | Gabriela Sabroe | Changed Disposition | Changed the disposition value for level 1 from from In Grievant's Favor to In Grievant's Favor |
| 04/16/21 11:33 | Gabriela Sabroe | Changed Disposition | Changed the disposition value for level 1 from to In Grievant's Favor |
| 04/05/21 12:38 | Raylene Gaisthea | Staff Response | This has been accepted, Grievance #L021-004-00-034-0 has been issued. Unit Manager Sabroe has been assigned for response. |
| 04/05/21 12:38 | Raylene Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 04/04/21 06:09 | SIRAJ WAHHAJ | Submitted New | Give us chemical bottles filled with chemicals not water. Thank you! |

## Grievance #119503843

**Profile Photo:**

**Detainee Info**

Name: SIRAJ WAHHAJ (1978-06-21)
Booking Number: 00414151
Nationality:
Submitted Date: 03/09/21 12:03
Submitted from Location/Room: SECTION:300--BLOCK:D--CELL:101--BED:L/300D
Current Location/Room: SECTION:300--BLOCK:D--CELL:101--BED:L/300D
Facility: Cibola County Correctional Center NM

**Audit Photo:**

**Form Info**

Category: Core Civic
Form: Access to Legal Materials Grievance

**Grievance Info**

Status: CLOSED by Robert Nilius
Facility Deadline: 04/11/21 23:59
Grievance Level: 2
Detainee can reply: No
Disposition @ 1: Not In Grievant's Favor
Disposition @ Level 2: Not In Grievant's Favor

**Summary of Grievance:**

Please relieve us of Vindictive Do's.

**Details of Grievance:**

**Informal Resolution #:**
*Put N/A if you did not file an Informal Resolution*
N/A

**State Grievance:**
*Include documentation, witnesses, date of incident and other information pertaining to grievance*
On March 8, 2021 at 8:25am I asked DO Yazzie to use the law library he told me it's locked someone tried to break in the computer I will ask you can still use it.I told Backus about the computer she said that was from before.At 11:50am I asked Blea to check it and it was working fine.These DO's lie and cause us oppression. I and being prevented from having access to the courts. Iam being retaliated against. Do's Yazzie and James are being vindictive.

**Requested Action:**
*What do you want to be done?*
Hold DO's account able for violated procedures and doing what they want in oppressing us.

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 03/31/21 16:05 | Robert Nilius | Staff Response | No relief granted at this time. |
| 03/31/21 16:05 | Robert Nilius | Changed Status | From 'Pending' to 'Closed' |
| 03/31/21 15:27 | Robert Nilius | Changed Disposition | Changed the disposition value for level 2 from to Not In Grievant's Favor |
| 03/29/21 12:19 | Raylene Gaisthea | Staff Response | This Appeal has been accepted. Warden Nilius has been assigned for response. |
| 03/29/21 12:19 | Raylene Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 03/27/21 08:50 | SIRAJ WAHHAJ | Appeal | I'm appealing so the Warren can be aware of the DO's vindictive conduct and do something to correct it. |
| 03/27/21 08:50 | | Changed Status | From Closed to Open due to Appeal |
| 03/27/21 08:50 | | Changed Level | From 1 to 2 due to Appeal |
| 03/24/21 09:23 | Gabriela Sabroe | Staff Response | On 3-24-2021 at 8:15AM we spoke in person over the grievance with law library being closed. The shift supervisor was aware of some security issues going on and they closed it for that day. We also spoke about the D/O's and stated this would have to be another grievance and I will be looking into it. |
| 03/24/21 09:23 | Gabriela Sabroe | Changed Status | From 'Pending' to 'Closed' |
| 03/24/21 09:17 | Gabriela Sabroe | Changed Disposition | Changed the disposition value for level 1 from from Not In Grievant's Favor to Not In Grievant's Favor |
| 03/24/21 09:17 | Gabriela Sabroe | Changed Disposition | Changed the disposition value for level 1 from from Not In Grievant's Favor to Not In Grievant's Favor |
| 03/24/21 09:17 | Gabriela Sabroe | Changed Disposition | Changed the disposition value for level 1 from from Not In Grievant's Favor to Not In Grievant's Favor |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 03/24/21 09:17 | Gabriela Sabroe | Changed Disposition | Changed the disposition value for level 1 from to Not In Grievant's Favor |
| 03/15/21 10:59 | Raylene Gaisthea | Staff Response | Correction to the grievance #2021-504-00058-G. |
| 03/11/21 12:57 | Zuwena Saxton | Staff Response | Your grievance has been initiated #2021-504-00058 and directed to Unit Manager G. Sabroe for response. |
| 03/11/21 12:57 | Zuwena Saxton | Changed Status | From 'Open' to 'Pending' |
| 03/09/21 12.04 | SIRAJ WAHHAJ | Submitted New | Please relieve us of Vindictive Do's. |

## Grievance #115332573

**Profile Photo:**

**Audit Photo:**

**Detainee Info**

Name: SIRAJ WAHHAJ (1978-06-21)
Booking Number: 00414151
Nationality:
Submitted Date: 01/27/21 20:32
Submitted from Location/Room: SECTION:300--BLOCK:D--CELL:101--BED:L/300D
Current Location/Room: SECTION:300--BLOCK:D--CELL:101--BED:L/300D
Facility: Cibola County Correctional Center NM

**Form Info**

Category: Core Civic
Form: Access to Legal Materials Grievance

**Grievance Info**

Status: CLOSED by Melissa Ortiz
Facility Deadline: 02/11/21 23:59
Grievance Level: 1
Detainee can reply: No
Disposition @ Level 1: Not In Grievant's Favor



**Summary of Grievance:**

Please replace computers or give me access to one that prints out.Thank you

**Details of Grievance:**

**Informal Resolution #:**
*Put N/A if you don't have one*
N/A

**State Grievance:**
*Include documentation, witnesses, date of incident and other information pertaining to grievance*
The computer in the law library doesn't print out.I have a deadline for my motions and need access to print out.I was told new computers was ordered months ago.

**Requested Action:**
Please fix the computers.

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 02/10/21 14:49 | Melissa Ortiz | Staff Response | on 2-10-2021 meet with Wahhaj, Ramsey was able to print the legal documents for him. he received 3 copies. The computer in the law library was having issues with the USB drive. Detainee agrees this is now closed. |
| 02/10/21 14:49 | Melissa Ortiz | Changed Status | From 'Pending' to 'Closed' |
| 02/10/21 14:47 | Melissa Ortiz | Changed Disposition | Changed the disposition value for level 1 from to Not In Grievant's Favor |
| 01/28/21 09:20 | Raylene Gaisthea | Staff Response | This has been accepted. Grievance #2021-504-00030-G has been issued. Chief of Unit Management Ortiz has been assigned for response. |
| 01/28/21 09:20 | Raylene Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 01/27/21 20:32 | SIRAJ WAHHAJ | Submitted New | Please replace computers or give me access to one that prints out.Thank you |

## Grievance #106205753

**Profile Photo:**



**Audit Photo:**

**Resident Info**

**Name:** SIRAJ WAHHAJ (1978-06-21)
**Booking Number:** 00414151
**Nationality:**
**Submitted Date:** 10/28/20 10:30
**Submitted from Location/Room:** SECTION:300--BLOCK:B--CELL:102--BED:LH/300B
**Current Location/Room:** SECTION:300--BLOCK:B--CELL:102--BED:LH/300B
**Facility:** Cibola County Correctional Center NM

**Form Info**

**Category:** Core Civic
**Form:** Facility Staff Grievance

**Grievance Info**

**Status:** CLOSED **by** Raylene Gaisthea
**Facility Deadline:** 11/12/20 23:59
**Grievance Level:** 1
**Resident can reply:** No
**Disposition @ Level 1:** Not In Grievant's Favor



**Summary of Grievance:**

Do's do what they want but the facility expects the detainee to follow the rules.

**Details of Grievance:**

**Informal Resolution #:**
*Put N/A if you don't have one*
Do' Begay says she doesn't like working in 300 so, she is abusing her authority.Do's do what they want.

**State Grievance:**
*Include documentation, witnesses, date of incident and other information pertaining to grievance*
On October 28, 2018 Do' S Santana and Begey prevented me from using the law library .The purposely open the doors at 8am when count clears about 7:30am, So we can get stuck in Medline. Today they change the rules and said one at a time.The Warden Rosa and chief unit Ortiz saw three of us using the law library and didn't say anything to us. These Do's always abuse of arbitrary power.

**Requested Action:**
There is no consequences for Do's abusing their authority.

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 11/18/20 08:56 | Raylene Gaisthea | Changed Status | From 'Pending' to 'Closed' |
| 11/18/20 08:56 | Raylene Gaisthea | Changed Disposition | Changed the disposition value for level 1 from to Not In Grievant's Favor |
| 11/17/20 16:27 | Luis Rosa Jr | Staff Response | The officers are correct. Only two (2) at a time in library. This is due to our current COVID status. No more than (2) Residents with masks on with 6 Ft. apart and the door closed. Chief Ortiz and UM Sabroe spoke with you last week. That Chief Ortiz and I walked by and said nothing to you does not mean we did not address the three in the library with staff. Chief Ortiz will check if the memo is up and being followed. |
| 10/29/20 10:23 | Raylene Gaisthea | Staff Response | This has been accepted, Grievance #2020-504-00549-G has been issued. This has been assigned to Chief of Unit Management Ortiz for response. |
| 10/29/20 10:23 | Raylene Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 10/28/20 10:30 | SIRAJ WAHHAJ | Submitted New | Do's do what they want but the facility expects the detainee to follow the rules. |

## Grievance #101046173

**Profile Photo:**



**Audit Photo:**

**Detainee Info**

Name: SIRAJ WAHHAJ (1978-06-21)
Booking Number: 00414151
Nationality:
Submitted Date: 09/07/20 16:22
Submitted from Location/Room: SECTION:300--BLOCK:B--CELL:102--BED:LH/300B
Current Location/Room: SECTION:300--BLOCK:B--CELL:102--BED:LH/300B
Facility: Cibola County Correctional Center NM

**Form Info**

Category: Core Civic
Form: Facility Staff Grievance

**Grievance Info**

Status: CLOSED by Raylene Gaisthea
Facility Deadline: 09/22/20 23:59
Grievance Level: 1
Detainee can reply: No
Disposition @ Level 1: Not In Grievant's Favor

**Summary of Grievance:**

DO actions are abuse of arbitrary power.DO was afflicting collective punitive action against me.Treating me like a slave.

**Details of Grievance:**

**Informal Resolution #:**
*Put N/A if you don't have one*
N\A

**State Grievance:**
*Include documentation, witnesses, date of incident and other information pertaining to grievance*
On Tuesday 9:30ambat East Rec. I ask D O Beline for a basketball, she gave a ball that needed air.I asked her can she switch it out.She replied you take what I give you .You guys get away with a lot.I asked her to call the captain to resolve the conflict.She refused .I pressed the intercom for a captain.Central told DO to go to channel 2.DO said its because of a ball.I asked VP SGT Fransico to call the captain. LT Pechecco and LT Robinson responded they switched the ball and left.

**Requested Action:**
DO Beline need's to be trained on deescalate techniques not escalating conflicts its very dangerous. Thank You.

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 09/18/20 09:09 | Raylene Gaisthea | Changed Status | From 'Pending' to 'Closed' |
| 09/18/20 09:08 | Raylene Gaisthea | Changed Disposition | Changed the disposition value for level 1 from to Not In Grievant's Favor |
| 09/17/20 17:28 | Cayla Robertson | Staff Response | This situation was taken care of the day I spoke with you in the Rec yard. |
| 09/08/20 13:01 | Raylene Gaisthea | Staff Response | This has been accepted issuing grievance #2020-504-00502-G. This has been assigned to ASC Robertson for response. |
| 09/08/20 13:01 | Raylene Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 09/07/20 16:22 | SIRAJ WAHHAJ | Submitted New | DO actions are abuse of arbitrary power.DO was afflicting collective punitive action against me.Treating me like a slave. |

# Grievance #098389473

**Profile Photo:**



**Audit Photo:**

**Detainee Info**

**Name:** SIRAJ WAHHAJ (1978-06-21)
**Booking Number:** 00414151
**Nationality:**
**Submitted Date:** 08/11/20 12:34
**Submitted from Location/Room:** SECTION:300--BLOCK:B--CELL:102--BED:LH/300B
**Current Location/Room:** SECTION:300--BLOCK:B--CELL:102--BED:LH/300B
**Facility:** Cibola County Correctional Center NM

**Form Info**

**Category:** Core Civic
**Form:** Facility Staff Grievance

**Grievance Info**

**Status: CLOSED by** Melissa Ortiz
**Facility Deadline:** 08/26/20 23:59
**Grievance Level:** 1
**Detainee can reply:** No
**Disposition @ Level 1:** Not In Grievant's Favor

**Summary of Grievance:**

I use the law library for my case it's violation of my Due process rights to prevent me from access.Please resolve. Thank you!

**Details of Grievance:**

**Informal Resolution #:**
*Put N/A if you don't have one*
We need clarity on the schedule.

**State Grievance:**
*Include documentation, witnesses, date of incident and other information pertaining to grievance*
On Monday August 10,2020 Chief Ortiz met with Serrono and I about the usage of the law library. Chief said we are back on regular schedule as long as you share it.Today Tuesday 11,2020 I was using the library when D O James informed me that Serrono said I have two hours. At 11:10am James told me to go back to the pod for count I replied to her you told me I have until 12pm.Serrono is being vindictive abuse of arbitrary power.

**Requested Action:**
Post schedule let D O's for procedures.

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 08/26/20 14:26 | Melissa Ortiz | Staff Response | On August 25, 2020 at aprox. 3:15 pm Detainee Wahhaj, Caseworker Serrano and myself chief Ortiz sat down in my officer to discuss this grievance. The following was discussed: 1. Ms. Serrnao was not involved in this incident nor did she know anything about it. 2. while discussing this incident, we found out that D/O James might have been using Ms. Serrano name in order to have the detainee leave the area. comments made to detainee for D/O James was " Ms. Serrano said you need to leave the law library and let another Detainee use it". Detainee was upset because there was no other Detainee that needed the law library. Detainee does not know why D/O James said that. 3. a schedule has been placed in the law Library and was put in place prior to this incident. There is also a sign up sheet in the library 4. Detainee agreed that other detainees have a right to use the library also. If he was asked to leave, he needed to do so and get with Ms. Serrano at a later time to clarify the directive. the following was resolved: Deatinee agreed that Ms. Serrano was not involved and she was not "vindictive of arbitrary abuse" Deatinee agreed that there is a schedule and if no other detainee has signed up for the library he could still use it. Detainee agreed that if the D/O 's ask him to leave, that he needs to follow the directive and get with Ms. Serrano later to work it out. Detainee agreed that he would not be present when I have a conversation with D/O James , this would be considered a personnel issue. at the end of the meeting Detainee Wahhaj was satisfied with the results. |
| 08/26/20 14:26 | Melissa Ortiz | Changed Status | From 'Pending' to 'Closed' |
| 08/26/20 14:07 | Melissa Ortiz | Changed Disposition | Changed the disposition value for level 1 from to Not In Grievant's Favor |
| 08/26/20 14:00 | Melissa Ortiz | Changed Disposition | Changed the disposition value for level 1 from to Not In Grievant's Favor |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 08/2... 15:53 | Raylene Gaisthea | Changed Disposition | Changed the disposition value for level 1 from from Withdrawn to |
| 08/25/20 15:53 | Melissa Ortiz | Changed Disposition | Changed the disposition value for level 1 from from Withdrawn to Withdrawn |
| 08/25/20 15:53 | Melissa Ortiz | Changed Disposition | Changed the disposition value for level 1 from to Withdrawn |
| 08/12/20 11:03 | Raylene Gaisthea | Staff Response | This has been accepted, grievance # issued 2020-504-00456-G. This has been assigned to Chief of Unit Management Ortiz for response. |
| 08/12/20 11:03 | Raylene Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 08/11/20 12:34 | SIRAJ WAHHAJ | Submitted New | I use the law library for my case it's violation of my Due process rights to prevent me from access.Please resolve. Thank you! |



Grievance No.: _____                                        14-5B

| INMATE/RESIDENT GRIEVANCE |
|---|

| FULL NAME: | Siraj Wahhaj |
|---|---|
| NUMBER: | 1041431 | HOUSING ASSIGNMENT: | 800 B11 |

INFORMAL RESOLUTION ATTACHED (Not required for an emergency grievance)?  ☐ YES  ☒ NO

GRIEVANCE CATEGORY (CIRCLE ONE):

| 1. Facility Staff | 8. Dental Services | 15. Housing |
|---|---|---|
| 2. Access to Legal Materials | 9. Mental Health Services | 16. Laundry |
| 3. Denied Access to Informal Resolution/Grievance Process | 10. Trust Account | 17. Recreation |
| 4. Reprisal for Using Informal Resolution/Grievance Process | 11. Commissary | 18. Visitation |
| 5. Safety/Security | 12. Food Service | 19. Programs-education, work, religious, etc. |
| 6. Sanitation | 13. Mail | 20. Violations of federal or state regulations, laws, court decisions (i.e. ADA or Constitutional rights) |
| 7. Medical Services | 14. Intake | 21. Other |

**STATE GRIEVANCE:** (Include documentation, witnesses, date of incident, and any other information pertaining to the grievance subject. Attach additional pages if necessary).

I ask rec officer Biese for a blue mat. She was no longer than five feet from me. She ignored me. I asked her again. She replied with an attitude go get it. I asked her how do I know the door is open, Every time an officer leave the office. They lock it. If I would have went in there without permission I would have been in the wrong. This is not the first incident with her here in the unit. These officers think we inmates are here to serve them. when we need something the protocol is to put in request or ask. They act like we are bothering them. They escalate situations in stead of deescalate.

**Requested Action:** (Attach additional pages if necessary)

She/Them need to be retrained or moved to another unit.

Thank you

RECEIVED
RECEIVED
RECEIVED
JUL 12 2019

Grievance No.: 2019-504-00412-G                                    14-5B

RESPONDING STAF MEMB ER'S REPORT: (Attach additional pages if necessary. All pages must include the grievance number.)

We do not have an Officer Biege.

RESPONDING STAFF MEMBER'S DECISION: (Attach additional pages if necessary. All pages must include the grievance number.)

Not Grievant's favor

Responding Staff Member's Printed Name: ___ D. Jones _____ Title: ___Unit Manager___

Responding Staff Member's Signature: _____ Date: ___07/12/2019___

Inmate/Resident's Signature (upon receipt): _____ Date: ___7-12-19___

INMATE/RESIDENT APPEAL (Attach additional pages if necessary. All pages must include the grievance number.)

WARDEN/ADMINISTRATOR'S DECISION: (Attach additional pages if necessary. All pages must include the grievance number.)

Warden/Administrator's Signature: _____ Date: _____

Inmate/Resident's Signature (upon receipt) _____ Date: _____

Grievance No.: _____                                    14-5B

## INMATE/RESIDENT GRIEVANCE

| FULL NAME: | Siraj Wahimai |  |  |
|---|---|---|---|
| NUMBER: | 800-B-111 | HOUSING ASSIGNMENT: | #F 8000 51114 |

00414151 as

INFORMAL RESOLUTION ATTACHED (Not required for an emergency grievance)?  ☐ YES   ☒ NO

### GRIEVANCE CATEGORY (CIRCLE ONE):

| | | |
|---|---|---|
| 1. Facility Staff | 8. Dental Services | 15. Housing |
| 2. Access to Legal Materials | 9. Mental Health Services | 16. Laundry |
| 3. Denied Access to Informal Resolution/Grievance Process | 10. Trust Account | 17. Recreation |
| 4. Reprisal for Using Informal Resolution/Grievance Process | 11. Commissary | 18. Visitation |
| 5. Safety/Security | 12. Food Service | 19. Programs-education, work, religious, etc. |
| 6. Sanitation | 13. Mail | 20. Violations of federal or state regulations, laws, court decisions (i.e. ADA or Constitutional rights) |
| 7. Medical Services | 14. Intake | 21. Other |

**STATE GRIEVANCE:** (Include documentation, witnesses, date of incident, and any other information pertaining to the grievance subject. Attach additional pages if necessary).

(1) We have been requesting the Law library for three days. We are prevented from working on our cases in violation of our due process rights.

**Requested Action:** (Attach additional pages if necessary)

I Request that we rotate the law library weekly

RECEIVED
JUL 12 2019

Inmate/Resident's Signature: _____    Date Submitted: Grievance Coordinator 7/10/19

Page 1 of 2                                                                03/07

**White Copy:** To Greivence Officer – **Yellow Copy**: To Inmate/ Resident File – **Pink Copy:** To Inmate/Resident

Grievance No.:2019-504-00411-G                                                  14-5B

RESPONDING STAF MEMB ER'S REPORT: (Attach additional pages if necessary. All pages must include the grievance number.)

The law library computer was in your pod on 7/5/19 and was sent back on 7/12/19. We cannot be sure of any dates in between. However, we now have an active Library Aide. She is making sure that the law library is available to everyone who needs it. Please address your requests concerning this matter to her.

RESPONDING STAFF MEMBER'S DECISION: (Attach additional pages if necessary. All pages must include the grievance number.)

Not Grievant's favor

Responding Staff Member's Printed Name:___D. Jones_____  Title: _____Unit Manager____

Responding Staff Member's Signature: _____  Date:_____07/22/2019_____

Inmate/Resident's Signature (upon receipt): _____  Date: _____7-22-19_____

INMATE/RESIDENT APPEAL (Attach additional pages if necessary. All pages must include the grievance number.)

WARDEN/ADMINISTRATOR'S DECISION: (Attach additional pages if necessary. All pages must include the grievance number.)

Warden/Administrator's Signature: _____ Date: _____

Inmate/Resident's Signature (upon receipt) _____ Date: _____

Page 2 of 2                                                                      03/07

14-5A p1

# INFORMAL RESOLUTION

1904115

## To be completed by inmate/resident:

Date: 4/10/19

Name (Print): _Wahhaj_ _Siraj_
   Last Name        First Name        Middle Initial

Number: 0041415-103    HOUSING ASSIGNMENT: Shu / Bravo 103L

Description of issue, problem, and solution you suggest:

Ms Audrus refuse to do a medical exam. I put in a medical form 3 months ago. I need reading glasses that I can purchase from commissary. Ms Lucky brought the chart to me three months ago and said I was 20/50 in one eye and 20/40 in the other. Ms Audrus refuse to give me the eye exam. She said its in the medical building and I can't go there. I ask her when can she get me there she said I don't know its up to the guards. I went to medical for **Attach additional pages, if necessary.** my dentist app. so she is not speaking the truth.

## FOR STAFF USE ONLY:

Date received from inmate/resident: 4-11-19

Name of staff member completing informal resolution process: Medical

Date response due to inmate/resident: 4-26-19

Date and time initial meeting held with the inmate/resident:

**Additional information received from initial meeting:**

**Names of staff members involved with the inmate/resident's issue:**

King was a witness

Distribution:
Original: Facility
Copy: Inmate/Resident

RECEIVED

APR 11 2019

01/09

Grievance Coordinator

/9041/5

14-5A

Dates and times of contact with staff members concerning the inmate/resident's issue:

Additional information received from meetings with staff members:

**STAFF RESPONSE:**

Medical can send someone to segregation to do a visual acuity assessment. The patient can then purchase reading glasses from commissary if he would like. The USMS does not provide glasses. We cannot move inmates/detainees from Segregation to Medical while other custody levels are in Medical. All routine movement from segregation to medical must be planned in advance.

Wendy Baca, HSA 4/16/19

Tentative completion date if remedy suggested:_____

**Completion of Informal Resolution Process:**

By signing below, the inmate/resident verifies agreement with the remedy suggested above. If the inmate/resident is not satisfied with the remedy suggested above, the inmate/resident is not required to sign below and may choose to file a formal grievance with the Facility Grievance Officer. In either case, the inmate/resident will receive a copy of this form on the day the final resolution process is completed.

Inmate Signature:_____    Date:_4-/2-/9_____

Designated Staff Signature:_____    Date:_____

*Witness Signature:_____    Date:_____

*In the event the inmate/resident refuses to sign this form, a witness signature must be obtained to verify that the inmate/resident was offered the opportunity for informal resolution.

**Informal Resolution Outcome:**    ☒ RESOLVED    ☐ UNRESOLVED

Distribution:
Original: Facility
Copy: Inmate/Resident

# ATTACHMENT 1A

UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov.

Siraj Ibn Wahhaj
Federal detainee No.00414151
Cibola County Correctional Center
P.O.Box 3540
Milan, NM 87021                                    December 7, 2022

Greetings Clerk of Court Christopher M. Wolpert:

I'm writing this letter to inform the TENTH CIRCUIT OF APPEALS my intentions on proceeding Pro Se. It is my intention to file an entry of appearance and to comply 100% with the rules and Procedures of the TENTH CIRCUIT. However I'm extremely limited due to my circumstances. I have been on lock down since October 31, 2022 and on tier time since November 2, 2022. The detainees in my unit 700A is allowed two hours a day, the remainder time we are on lock down in our cells, this causes us irreparable harm. This is not enough time to take a shower, use the phone, eat and work on my case. This tier time denied me an hour recreation for a month, access to the law library to type my motions, and mandatory religious jummah prayers on Fridays.

The reason for the tier time is to correct non compliance with CCCC's rules and regulations. However this is inflicts group punishment on everyone. If I violated a rule, I will receive a write up and have an opportunity to go before the Detention Housing Officer (DHO) for my guilt or innocence. With tier time group punishment the only way I could be removed from it depends solely on the compliance of all detainees. This is a violation of my due process rights.

In addition CCCC only has two law computers for 9 units. This hinders detainees from having access to the courts. I put in requests to counselors, case managers and unit mangers for the proper forms to comply with procedures. They are too busy to really help me with this enormous task. Which is understandable because CCCC is extremely understaffed. However this causes me irreparable harm for me to be in compliance with procedures and to file my motions in a timely manner.

In closing I'm requesting from the clerk for all necessary Pro Se forms that I need for the duration of my appeal. I wish to be 100% in compliance with all procedures.

1

Anything you can do to assist me in my legal endeavors would be greatly appreciated.

Respectfully,

Enclosed: is a copy of the memo for tier time, requests, and grievances.

I swear under penalty of perjury that these statements are true and correct.

Siraj Ibn Wahhaj
#00414151

I swear under penalty of perjury that these statements are true and correct.

Dated: December 8, 2022

SIGNED AND SWORN TO before me this 8 day of December 2022, by Wahhaj, Siraj

My commission expires; 9/14/2024
(SEAL)

Notary public

STATE OF NEW MEXICO
NOTARY PUBLIC
SANDRA R SERRANO
COMMISSION # 1130567
COMMISSION EXPIRES 09/14/2024

2


# CoreCivic

Cibola County Correctional Center
2000 Cibola Loop
Milan, NM 87021

TO:        ALL STAFF

FROM:      Mark C. Foreman, Warden

RE:        Tier Program

DATE:      November 2, 2022

This notification is to inform all detainees housed in 700 Alpha of the following program which will be implemented immediately. 700 Alpha will now be on a Tier Program for no less than 30-days. This program is required to mitigate and manage continual prohibited activity and non-compliance with pod/cell sanitation, contraband introduction attempts, broken cell windows, tampering of cell door locking mechanisms, tampering of tablet charging stations, microwaves, kiosks and telephones, refusal to return meal trays, and an increase in incidents (including assaults, discovery of weapons/alcohol, and staff assaults). Detainees will have to adhere to the below listed requirements, receive no disciplinary reports during this time period, and comply with all lockdowns in order to advance through the Tier Program. Out of cell time for the upper and lower tier will conform to the attached schedule. Weekly reviews will be conducted by Administrative Duty Officer staff members for continued placement of tier management or return to normal unit operations.

## Requirements:

- No covering of windows, light fixtures, or air vents
- No tenting, curtains, or laundry lines
- No items posted on cell walls
- No tampering or covering of sprinkler heads
- No graffiti in cells or dayroom
- No hanging of linen or clothing on upper tier rails or stairwells
- No tampering of locking mechanisms
- No tampering of tablets, tablet charging stations, phones, kiosks, microwaves or bulletin boards
- All meal trays will be returned after each meal period
- All detainees must return to their assigned cells when instructed to lock down
- Detainees will not enter any cell other than the cell they are assigned to
- All detainees must stand for the 3:00 PM photo identification count and present their ID cards
- All detainees in the pod must remain discipline free during this time frame

If at any time either tier does not lockdown at the scheduled time, the Tier Program will start over at day one. This will be a further delay resuming normal unit operations. Thank you,

| Monday | |
|---|---|
| 0730-1030 | AM |
| | 101-110 |
| | |
| 1300-1500 | PM |
| | 201-210 |

| Tuesday | |
|---|---|
| 0730-1030 | AM |
| | 201-210 |
| | |
| 1300-1500 | PM |
| | 101-110 |

| Wednesday | |
|---|---|
| 0730-1030 | AM |
| | 101-110 |
| | |
| 1300-1500 | PM |
| | 201-210 |

| Thursday | |
|---|---|
| 0730-1030 | AM |
| | 201-210 |
| | |
| 1300-1500 | PM |
| | 101-110 |

| Friday | |
|---|---|
| 0730-1030 | AM |
| | 101-110 |
| | |
| 1300-1500 | PM |
| | 201-210 |

| Saturday | |
|---|---|
| 0730-1030 | AM |
| | 201-210 |
| | |
| 1300-1500 | PM |
| | 101-110 |

| Sunday | |
|---|---|
| 0730-1030 | AM |
| | 101-110 |
| | |
| 1300-1500 | PM |
| | 201-210 |

Case 1:18-cr-02945-WJ  Document 829 UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 0 5 2023

MITCHELL R. ELFERS
CLERK

Siraj Wahhaj
Federal Detainee, N0.00414151
P.O. BOX 3540
Milan, New Mexico 87021

June 24, 2023

Greetings Chief Judge William Johnson,

Thank you for allowing me to proceed Pro Se, you have no idea what it means to me to be allowed to fight for my family and myself lives. I am writing you because of some very disturbing occurrences since you allowed me proceed Pro Se on May 26, 2023. On June 2, 2023, I filed a motion for the production of Grand Jury Transcripts under Rule 6(e)(ii). Including in that motion was a letter requesting the clerk's Office to provide me with a time stamped copy of that motion and the transcripts of the Faretta hearing on May 26, 2023.

I received a print out of my account balance indicating I was charged for the postage on June 2, 2023. In my attempt to follow through to assure that the Court received it, I called on the phone in my 700 C unit, which the clerk's office did not pick up. On or about Monday June 12, 2023, I asked Detention Officer ("DO") Chaquito, (she works in the ICE building where attorney visits, phone calls, zoom visits etc., are conducted), if she can email or fax the Court to inquire if they received my motion and request. She stated she had to get authorization to allow me to email of fax the Court and that I can do it through my lawyer. I informed her that I am representing myself Pro Se. She informed me that she would like to help me but she has a chain of command. She asked her supervisor Sgt Deseadario for authorization for my request. She stated that Sgt Deseadario informed her that I was not allowed to email or fax the Courts. I asked her if she can show me a policy that I am not allowed to email or fax the Court. I am still waiting to be shown a policy that does not exist.

On or about June 14, 2023,  I also asked Counselor ("CC") Simmon to fax or email my documents to the Court. He informed me that chief of security Jones informed him that was the librarian's job. On Thursday June 15, 2023, I requested from Unit managers request N0. 256769001 and counselors N0. 256769091 to make a legal call to the Court. I still had not had any responses to those requests.

1

I witnessed many occasions where attorneys faxed pleas over to detainees needing their signatures in a timely fashion. The same goes for documents from the Courts. However I did not let that deter me, on or about June 19, 2023, I asked the librarian Mitchell if she could email the Court to inquire about the issues I raised. She informed me that she had to get permission to execute my request. She went to Unit Manager Lopez who informed her that she was not going to put her name on that document. I asked Ms Mitchell if they can fax the request if they do not want to email it. She informed me that she will asked the Warden Mark Foreman. She later informed me that the warden and assistant warden both told her they are not lawyers and the only services they offer is certified mail, this causes me irreparable harm.

Since I have been allowed to proceed Pro Se, I am being hindered from having access to the Courts. What I am requesting is not for unreasonable accommodations, these are services that everyone who has an attorney has access to. On Friday June 23, 2023, I called my investigator Dennis Maes, he informed me that Mr Clark and Mr Robert informed him that he is no longer on my case. That was amazing to me because I recalled on May 26, 2023, at the Faretta hearing, Mr Clark requested and was granted permission from the Court for Mr Maes to stay on as my investigator, acting in the capacity of my paralegal because I do not have one. Mr Maes stated to check the order for specifics which I did. In your order Doc.793 it did not specify his staying on as my investigator nor denial. It states " Therefore, the Court grants the motion, in part. Consistent with the services authorized for Defendant Lucas Morton, the Court authorizes funding for litigation resources provided through the assistance of Siraj Ibn Wahhaj's CJA court- appointed standby counsel, Thomas clark, including the assistance of a paralegal working under the direction of the through standby counsel, and use of a computer with all discovery materials loaded on the hard-drive of the computer. To the extent the services of Perfectly Legal are necessary for provision of the paralegal and computer through standby counsel, those services are also authorized." On Friday June 23, 2023, I left a message with standby counsel Mr. Clark's secretary to set up an appointment.

2

Again, I am not requesting special treatment, I knew what I signed up for, I am just requesting that CCCC not hinder me from having reasonable access to the Courts that everyone else has. It is not unreasonable to have documents emailed or faxed to the Court to ensure that the Court received motions or request in a timely manner, So I will not be blamed for filings that are untimely or not recorded at all. I have exhausted my administrative remedies, now I am turning to you a judicial unbiased Officer of the Court for assistance. I am losing time waiting for assistance with access to the Courts, which causes me prejudice. Because I am detained and have been for 5 years this greatly stifles my ability to have access to the Courts. All I am requesting is for an unobstructed fair opportunity to fight my case. I am requesting the following, anything you can help to facilitate is greatly appreciated :

1. The Stamp copy of my motion for the production of Grand Jury Transcripts under Rule 6(e)(ii), filed on June 2, 2023.

2. The transcripts for the Faretta hearing on May 26, 2023.

3. An order in writing allowing my investigator Dennis Maes to stay on as my investigator acting as a paralegal role, for he knows this case bettter than any of the atttorneys. He was on this case from the inception 5 years ago.

4. All documents I file for a stamped copy.

5. An order allowing me to email or fax the Court at CCCC.


Thank you for any assistance in assuring that any of my constitutional rights are upheld.

Respectfully,

I swear under penalty of perjury that these statements are true and correct.

by: _Siraj Wahhaj_

Siraj Wahhaj

N0.00414151

Dated: 6/30/23

SIGNED AND SWORN TO before me this 30th day of June 20 23, by Wahhaj Siraj

My commission expires; May 9, 2026

(SEAL)

Notary Public

STATE OF NEW MEXICO
NOTARY PUBLIC
PATRICIA LOPEZ
Commission # 1137934
My Comm. Exp. May 9, 2026

4

23cv680 KWR-LF

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

**AUG 1 4 2023**

**MITCHELL R. ELFERS**
**CLERK**

Siraj Wahhaj
Federal Detainee, N0.00414151
P.O. BOX 3540
Milan, New Mexico 87021

August 1, 2023

Greetings Chief Judge William Johnson,

I am writing you to inform you of the continuous Due Process violations perpetrated by CCCC. On Wednesday July 26, 2023, I arrived back from Court to my 700 C housing unit to find my unit on lockdown. On Thursday July 27, 2023, Special Operation Response Team ("SORT") conducted an operation and shook down 700 C. They confiscated my 2017 Rules of Criminal Procedure I was using to prepare for my September 23, 2023, trial. They also removed the rolling law library from the unit, the tablets, my clear radio and my white sweatshirt, this caused me irreparable harm.

I was informed that on Tuesday July 25, 2023, individuals from my unit removed some fencing from the West Rec. Those individuals were taken to Maximum Custody Management Unit ("MCMU"), yet the whole unit was placed on lockdown. My unit was on lockdown from Wednesday July 26, 2023, until Monday July 31, 2023, then we were placed on Tier Time Management Program ("TTMP"), out of the room for an hour a day. This causes me irrepable harm to confiscate my Rules of Criminal Procedures, the rolling law library, the tablet and putting me on TTMP. I am not able to conduct my phone calls needed for my preparation of trial. This causes me not to have access to the Courts.

I had a deadline for Jury instructions that was due on Monday July 31, 2023, CCCC caused me to miss that deadline. CCCC can not deny me access to the Courts, it is my constitutional right. This collective enforcement causes me prejudice. It has the appearance that CCCC is actively working with the government to hinder me from having access to the Courts. This is not an isolated incident, CCCC have been hindering me from having access with the Courts for five years. All of this is backed up with grievances. With my trial fast approaching, this has the appearance that CCCC is increasing the pressure to deny me Due Process.

1

As I outlined in Doc. 829, CCCC not allowing me to fax or email the Court, now I am being denied access to a tablet, Rules of Criminal Procedures and placed on TTMP for an hour out of my room. CCCC even arbitrary cut my Rec. denying me sun and fresh air because they can. It states on page 3 of CCCC's handbook that, Inmates/Residents are not subjected to personal abuse, **corporal punishment**, personal injury, disease, property damage, or harassment, Inmate property is protected.

If I was accused of committing an infraction I would have my day before Disciplinary Hearing Officer ("DHO") to find me guilty or innocent. With this collective enforcement I am never afforded that opportunity, which is a denial of my Due Process Rights. This causes me to be punished in pretrial detention which the constitution forbids.

On July 31, 2023, at 2:15 pm in 700 C, the unit peacefully assembled in the dayroom, sat down in the seats to address the ADO staff of why we are being collectively punished in TTMP for individuals who were already removed to MCMU for violations of CCCC's rules and regulations. ADO staff which included Assistant Warden ("AW") Morris, AW Gradiska, Chief of security Jones, corporate trainer Good, and Unit manager ("UM") Lopez. AW Morris stated he will only speak to one person to represent the grievances of the pod for everyone else to lock down. The pod chose me to represent their grievances. Everyone immediately complied. AW Morris stated they will not address these issues in the unit and escorted me to the chief of security's office.

I calmly explained to AW Morris that when I arrived back from court on Wednesday July 26, 2023, my unit 700 C was on lockdown. On Thursday July 27, 2023, SORT conducted an operation and shook down 700 C. Individuals allegedly responsible for the removal of fencing from the West Rec. were escorted to MCMU, the rest of the unit was placed on lockdown from Wednesday July 26, 2023, until Monday July 31, 2023. We were informed by a Detention Officer ("DO") that we were going to be off lock down on July 31, 2023. On Monday July 31, 2023, we were informed that we will be on TTMP for no less than 30 days. This caused the whole unit to be oppressed for a few individuals who CCCC already removed for punishment.

2

I informed AW Morris that during the course of the shake down Sort team removed my 2017 Rules of Criminal Procedures, my clear radio, white sweatshirt, all of the tablets, and the rolling law library. I stated because of this lockdown CCCC made me miss my deadline of filing the Jury instructions which was due on July 31, 2023. He stated that his primary concern is for the safety of detainees and staff. He further stated we were fortunate that no one was assaulted from these weapons. He mentioned TTMP is approved by the US Marshals. He stated that the Warden placed us on TTMP and he is the only one who can release us. The best thing we can do is have no issues until the warden gets back to the facility on Thursday August 3, 2023, for inspection and We ADO staff can report that 700 C had no write ups and the Warden can take that into consideration and release us from TTMP.

I reiterated that because of the lock down and confiscation is causing me to not have access to the Courts and irrepable harm. He stated to inform CCCC's staff of my deadlines so they can make accommodations. I informed him that I already informed CCCC's staff that I was Pro Se from May 26, 2023, that I had deadlines coming up. I again informed him that trial date is in September 23, 2023, and I need access to the tablet everyday, the tablet has the law library on it. He stated to get with UM Lopez to assist me. I asked AW Morris in front of UM Lopez are they going to give me a tablet so I can continue my preparation for trial. He stated he does not have a problem with it.

When UM Lopez was escorting me back to my unit I asked her when she will bring the tablet, she stated to put in a request, she will forward the request to the warden since he is the one who removed the tablets, he is the one who have to approve it. This is contrary to what AW Morris stated. Meanwhile I lose time because CCCC removed all legal access to the Courts, which causes me irrepable harm. This is what I had to endure for five years is double talk and Due process violations.

I have been asking each DO on day shift to speak with chief of security Jones or any ADO concerning my deadline for the Jury instructions. Each DO informed me someone will come talk to me which they never did. I grievance the matter. I grievance these violations so CCCC could not say they were not informed that I was Pro Se and had Deadlines that I had to meet. ( See grievances 1 and 2)

A couple of points on this TTMP:

1) Prior to being placed on TTMP the remaining detainees in the unit did not receive any write ups for any infractions to justify placing the whole unit on TTMP.

2) The individuals who were responsible for those infractions were removed to MCMU, therefore eliminating the threat.

3) The remaining detainees have been consistently compliant with rules and regulations and we are consistently collectively punished for the same individuals that constantly violates CCCC's rules and regulations.

4) TTMP is worst than the SHU, because in the SHU a detainee is afforded an hour Rec. from Mon. thru Fri. They shower Mon. Weds. Fri.  TTMP a detainee is afforded an hour out of the cell period, no rec. just that hour. In that time we have to take a shower, use the phone, etc. If family gets off work after 5pm, we lose that call.

5) If the purpose of TTMP is to reform behavior, wouldn't removing the trouble makers from the unit resolved that issue. You are left with the detainees that are in compliance who are collectively punished in violations of Due Process Rights.

6) If someone is placed in a unit that is on TTMP that individual is punished for just being placed in that pod, no choice, no Due Process, nothing.

7) Detainees are not allowed to do video visits with our loved ones because of the removing of the tablets. Contact visits have been suspended since Covid in 2020. Those visits have not been reinstated. So we are deprived from video visits for 30 days or for however long the warden wants to keep us on TTMP. If this is not the definition of punishment in pretrial detention then I do not know what is.

8) This TTMP can influence a detainee to sign a plea. One detainee told me recently he is ready to sign a plea and go to the BOP to escape this hell.

9) If the US Marshals really approved TTMP, let them request from CCCC all the write ups from that unit. If there are not any write ups then CCCC can not justify placing a whole unit on TTMP.

4

10) TTMP causes detainees not to have access to the Courts. The rolling law library is on a schedule. Detainees in each unit have it once a week. When you are on TTMP you only have one hour out of the cell. That one hour has to be shared with other detainees needing to use the law library.

11) TTMP causes more harm to the compliant detainees than good. If staff would use their tools, identify who is in violation and write them up. Hold those individuals accountable. The fact of the matter is it is too much paper work. It is easier to just punish everyone. The ones who constantly causes trouble would have a paper trail on them if CCCC's staff would do their job.

Compared to Disciplinary Procedures:

## RESOLUTION OF OFFENSES
**VERBAL ACTION**- Should a staff member believe an offense may properly be responded to by a reprimand, warning, and/or counseling, they may so respond, in which case no Disciplinary Report is needed. A counseling report of this action may be made at the staff member's option.

**WRITTEN REPORT**- Informal resolution of minor incidents is encouraged, however, should a staff member believe an offense cannot be handled by verbal communication; they may file a written Disciplinary Report, using the appropriate form, with the appropriate supervisor of the rank of the shift Supervisor or above.

**SUPERVISOR INVESTIGATION**- The designated officer is to begin an investgation of the Disciplinary Report within 24 hours of the time the violation is reported. The investigation will be completed without unreasonable delay unless there are exceptional circumstances for delaying the investigation.

**MINOR OFFENSE**- If the Disciplinary Report is for a minor offense, the inmate/resident will be advised of the following:

- The contents of the Disciplinary Report

- The opportunity to make a statement and present documentary evidence, including written statements from others.

- The opportunity to have an interpreter present, if the hearing is in a language the accused inmates/resident does not understand.

5

**MAJOR OFFENSE-** If the Disciplinary Report is for a major offense, the inmate/resident will be advised of the following:

a. The contents of the Disciplinary Report

b. The opportunity to be present during all phases of the hearing, except deliberation, unless behavior is unruly so as to prevent attendance.

c. The opportunity to be represented by a designated staff member, if determined to be necessary by the Disciplinary Board/hearing Officer;

d. The opportunity to have an interperter present, if the hearing is in a language the accused inmate/resident does not understand;

e. The opportunity to make a statement and present documentary evidence, including written statements from others;

f. The opportunity to call witnesses on their behalf; unless doing so would be irrelevant, redundant and unduly hazardous to facility safety or would endanger the physical safety of any individual; the reasons for denial are to be stated in writing.

g. The right to waive a hearing and plead guilty to the charge(s).

Clearly a detainee is afforded more rights in the traditional infractions and punishment than the TTMP. ( See CCCC's handbook pages 37-41 )

# CONCLUSION

What do CCCC want the detainees to do. The most we can do is try to reason with the other detainees. Some detainees are facing alot of time, some suffer from severe addiction, others just do not care. According to the warden if these individuals which are in the minority continue to violate CCCC's rules and regulations, the rest of the population will be punished in TTMP. Where is the Due Process in that.

What is the difference if law enforcement were monitoring a house for drug trafficing on a block that has 20 residence. Law enforcement decided to arrest the whole block because the residence knew that one house was selling drugs and did not stop them. Not only will the cases be dismissed with prejudice, but civil rights law suits would be filed and/or those officers would be fired and possibly be prosecuted. In our case because we are in pre trial detention with the stigma of guilty without having the chance of due process, no one cares about our rights even when we assert them.

Imagine my Co- defendants and I came before you and you decided we were innocent and released us before allowing us to defend against the charges. You know what an uproar that would cause, you would be accused of circumventing Due Process.

I rather spend my time preparing for trial than writing you to inform you of CCCC's disregard of my constitutional rights, but if I do not preserve them I forfeit them. My intent is when these violations do occur, then I will swiftly keep you informed, because they may very well be adverse to my Due Process Rights and having a fair trial. Whatever you can do to ensure my constitutional rights are upheld is very appreciative.

Enclosed : is copies of my grievances and the TTMP Schedule.

Respectfully,

I swear under penalty of perjury that these statements are true and correct.

_____

Siraj Wahhaj

N0.00414151

Dated:_____

SIGNED AND SWORN TO before me this_____day of_____
20____,by_____

My commission expires;_____          _____
(SEAL)                                        Notary Public

Grievance No.: _____                                                14-5B

## INMATE/RESIDENT GRIEVANCE

**FULL NAME:** Siraj Wahhaj

**NUMBER:** 0044151        **HOUSING ASSIGNMENT:** 700C 105u

**INFORMAL RESOLUTION ATTACHED** (Not required for an emergency grievance)?  ☐ YES  ☐ NO

### GRIEVANCE CATEGORY (CIRCLE ONE):

| | | |
|---|---|---|
| 1. Facility Staff | 8. Dental Services | 15. Housing |
| 2. Access to Legal Materials | 9. Mental Health Services | 16. Laundry |
| 3. Denied Access to Informal Resolution/Grievance Process | 10. Trust Account | 17. Recreation |
| 4. Reprisal for Using Informal Resolution/Grievance Process | 11. Commissary | 18. Visitation |
| 5. Safety/Security | 12. Food Service | 19. Programs, education, work, religious, etc. |
| 6. Sanitation | 13. Mail | 20. Violations of federal or state regulations, laws, court decisions (i.e. ADA or Constitutional rights) |
| 7. Medical Services | 14. Intake | 21. Other |

*Multiple issues on one form. Resubmit using separate Incv. form*

**STATE GRIEVANCE** (include documentation, witnesses, date of incident, and any other information pertaining to the grievance subject. Attach additional pages if necessary)

For items purchased from commissary - A Lost Property Claim that to submit. On Wednesday, Jul 26, 2023 I arrived back from Court to my 700C housing Unit to find my unit on lockdown. Administration ordered a shake down 700C They confiscated my 2017 Rules of Criminal Procedure I was using to prepare for my September 23, 2023 trial ... myself Pro Se, this caused me irreparable harm. I was informed that on Tuesday July 25, 2023 individuals from my unit removed some fencing from the Rec. These individuals were taken to Maximum Custody Management Control ("MCMC") Unit. Then the whole unit was placed on lockdown. On Monday July 31, 2023 700C I was placed on Tier Time without the room for an hour a day. The rules are impossible when to take the Rules of Criminal Procedures like pulling law library the tablet and putting me on Tier Time. I am not able to consult phone calls needed for my preparation of trial. The courts are not to lower access to the Courts. I had a deadline for June instructions that was due on Monday July 31, 2023, CCCC caused me to miss that Deadline. CCCC can not deny me access to the Courts, it is my constitutional right. For legal material - you can submit a request to the librarian requesting the law library more frequently.

**Requested Action:** (Attach additional pages if necessary)

This collection enforcement causes me prejudice. It has the appearance that CCCC is actively working with the government to hinder me from having access to the courts. This is not an isolated incident CCCC have been hindering me from having access with the Courts for five years with my trial fast approaching. It has the appearance that CCCC is increasing the pressure to deny me Due Process. Like I was accused of committing an infraction the day before OHO to find me guilty or innocent even then collection enforcement. I am never afforded that opportunity which is a denial of my Due Process Rights. Please return back my 2017 Rules of Criminal Procedure the tablet and let me out of the room to make phone calls so I can continue with my preparation. Paid to Thank you

**Inmate/Resident's Signature:** Siraj Wahhaj         **Date Submitted:** 7/31/23



## Grievance #260016581

**Profile Photo:**

**Audit Photo:**
Audit Photo

**Resident Info**

Name: SIRAJ WAHHAJ (1978-06-21)
Booking Number: 00414151
Nationality:
Submitted Date: 06/28/23 18:47
Submitted from Location/Room: SECTION:700--BLOCK:C--CELL:105--BED:U/700C
Current Location/Room: SECTION:700--BLOCK:C--CELL:105--BED:U/700C
Facility: Cibola County Correctional Center NM
MAC ID: 4846C122EF0C
Device ID: 4846C122EF0C

**Form Info**

Category: Core Civic
Form: Access to Legal Materials Grievance

**Grievance Info**

Status: CLOSED by AW Gradiska
Facility Deadline: 07/03/23 23:59
Grievance Level: 1
Resident can reply: No
Disposition @ Level 1: In Grievant's Favor

*COPY*

**Details:**

CCCC will be responsible for denying me access to the Courts/ legal materials

**Details:**

Informal Resolution #:
Put N/A if you did not file an Informal Resolution
N/A

State Grievance:
Include documentation, witnesses, date of incident and other information pertaining to grievance
On June 28, 2023, I put in requests for a notary to Unit manager Lopez N0. 259179701 and the notary N0. 259180091. I have been Pro Se since May 26, 2023. CCCC is not going to allow me to email or fax the Courts. My only option they gave is for certified mail. When I have to wait for a week to get my legal documents notarized and mailed to the Courts, this causes me irreparable harm. My documents will be filed late causing me to forfeit those arguments.

Requested Action:
What do you want to be done?
Please do not delay notarizing my legal documents, so I can return them to the Court in a timely manner. Thank You!

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 07/05/23 12:31 | AW Gradiska | Staff Response | Sir, your requested grievance was not within the 72 time frame therefore your grievance is in your favor due to administrative error. |
| 07/05/23 12:31 | AW Gradiska | Changed Status | From 'Open' to 'Closed' |
| 07/05/23 12:29 | AW Gradiska | Changed Disposition | Changed the disposition value for level 1 from from Not In Grievant's Favor to In Grievant's Favor |
| 07/05/23 11:44 | R. Galsthea | Changed Status | From 'Closed' to 'Open' |
| 07/04/23 12:02 | AW Gradiska | Staff Response | Mr Wahhaj, your legal paperwork was notarized by Unit Manager Lopez on Friday 6/30/2023, therefore your grievance is denied. |
| 07/04/23 12:02 | AW Gradiska | Changed Status | From 'Pending' to 'Closed' |
| 07/04/23 11:56 | AW Gradiska | Changed Disposition | Changed the disposition value for level 1 from from Not In Grievant's Favor to Not In Grievant's Favor |
| 07/04/23 11:56 | AW Gradiska | Changed Disposition | Changed the disposition value for level 1 from to Not In Grievant's Favor |
| 06/30/23 08:16 | AW Gradiska | Changed Disposition | Changed the disposition value for level 1 from to Not In Grievant's Favor |
| 06/30/23 08:15 | AW Gradiska | Changed Disposition | Changed the disposition value for level 1 from to Not In Grievant's Favor |
| 06/30/23 08:15 | AW Gradiska | Changed Disposition | Changed the disposition value for level 1 from to Not In Grievant's Favor |
| 06/30/23 08:15 | AW Gradiska | Changed Disposition | Changed the disposition value for level 1 from to Not In Grievant's Favor |
| 06/30/23 08:13 | AW Gradiska | Changed Disposition | Changed the disposition value for level 1 from to Not In Grievant's Favor |
| 06/30/23 08:11 | AW Gradiska | Changed Disposition | Changed the disposition value for level 1 from to |

| DATE TIME | AW Grad USER | Changed Direction/ACTION | Changed in disposition value to be 7 14 em b |
|---|---|---|---|
| 06/29/23 09:30 | R. Gaisthoa | Staff Response | Accepted, Grievance #2023-504-00184-G issued. AW Gradiska is assigned to respond. |
| 06/29/23 09:30 | R. Gaisthea | Changed Status | From 'Open' to 'Pending' |
| 06/29/23 09:29 | R. Gaisthea | Internal Note | USMS |
| 06/28/23 18:47 | SIRAJ WAHHAJ | Submitted New | CCCC will be responsible for denying me access to the Courts/ legal materials. |


COPY

# CORECIVIC/CIBOLA COUNTY CORRECTIONAL CENTER

## DETAINEE REQUEST TO STAFF

| | |
|---|---|
| TO: (Name and Title of Staff Member) / A: (Nombre y cargo del miembro del personal) | CCCC Staff |
| | CHECK ONE/MARQUE UNO |
| FROM: (Detainee Nam) / DE: (Nombre del detenido) | DETAINEE/COUNTY/USMS FEDERAL #/ NÚMERO DE DETAINEE/COUNTY / USMS FEDERAL #: |
| UNIT/ UNIDAD: | DATE/FECHA: |

Subject: Briefly state your question or concern and the solution you are requesting. Be as specific as possible.
Asunto: Desciba brevemente su pregunta o preocupación y la solución que está solicitando lo más especifio posible.

**DO NOT WRITE BELOW THIS LINE/ NO ESCRIBA DEBAJO DE ESTA LINEA**

DISPOSITION:

| SIGNATURE OF STAFF MEMBER | DATE/FECHA: |
|---|---|

Spanish/ Espanol

## Grievance #266577131



**Profile Photo:**

**Audit Photo:**
Audit Photo

**Resident Info**

Name: SIRAJ WAHHAJ (1978-06-21)
Booking Number: 00414151
Nationality:
Submitted Date: 07/23/23 10:36
Submitted from Location/Room: SECTION:700--BLOCK:C--CELL:105--BED:U/700C
Current Location/Room: SECTION:700--BLOCK:C--CELL:105--BED:U/700C
Facility: Cibola County Correctional Center NM
MAC ID: 4846C122EF0C
Device ID: 4846C122EF0C

**Form Info**

Category: Core CMo
Form: Facility Staff Grievance

**Grievance Info**

Status: CLOSED / In favor of by R. Galsthea []
Facility Deadline: 07/26/23 23:59
Grievance Level: 1
Resident can reply: No
Disposition @ Level 1: In Grievant's Favor
[] Appeal has been curtailed

**Details:**

At 10Am LT Howard came to 700 C, I informed her of what transpired. She stated if DO Rice needed to be relieved she could have

**Details:**

Informal Resolution #:
*Put N/A if you did not file an Informal Resolution*
Informed the LT and she would have relieved her. I have been in pretrial detention for 5 years it is very therapeutic to go able

State Grievance:
*Include documentation, witnesses, date of incident and other information pertaining to grievance*
On Sunday July 23, 2023, 9:37AM at West Rec, DO Rice stated its time to go back in. I informed her our hour is not up. She stated she have to do Rec for other pods. She became belligerent stating she cut the time to make sure everyone gets rec. I stated I do not want to argue. I politely informed her that CCCC gives me permission for rec+sh hour a day. I am in pretrial detention with no freedom of movement. She stated she don't give it a f***. grievance it. She was very oppressive.

Requested Action:
*What do you want to be done?*
Get sun and fresh air. When DO's abuse their authority it causes me irreparable harm. Please don't punish me in pretrial detention

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 08/01/23 11:55 | R. Galsthea | Changed Status | From 'Pending' to 'Closed / In favor of' |
| 08/01/23 11:59 | R. Galsthea | Changed Disposition | Changed the disposition value for level 1 from to In Grievant's Favor |
| 07/31/23 12:39 | B. Presely | Staff Response | Talked to detainee advised neither of the staff work here and for future we will make sure to follow the rec schedule |
| 07/27/23 11:48 | R. Galsthea | Staff Response | Accepted, Grievance #2023-504-00219-G issued. S/S Presley and Assistant S/S Howard are assigned to respond. |
| 07/27/23 11:48 | R. Galsthea | Changed Status | From 'Open' to 'Pending' |
| 07/27/23 11:46 | R. Galsthea | Internal Note | USMS |
| 07/24/23 15:30 | SIRAJ WAHHAJ | Viewed Staff Response | |
| 07/23/23 10:36 | SIRAJ WAHHAJ | Submitted New | At 10Am LT Howard came to 700 C, I informed her of what transpired. She stated if DO Rice needed to be relieved she could have |

 **CoreCivic**

Cibola County Correctional Center
2000 Cibola Loop
Milan, NM 87021

TO:      ALL STAFF

FROM:    Mark C. Foreman, Warden

RE:      Prisoner Population Tier Management Plan

DATE:    July 31, 2023

This notification is to inform all detainees housed in 700 Charlie of the following program which will be implemented immediately. 700 Charlie will now be on a Prisoner Population Tier Management Plan for no less than 30-days. This program is required to mitigate and manage continual prohibited activity and non-compliance with pod/cell sanitation, contraband introduction attempts, broken cell windows, tampering of cell door locking mechanisms, tampering of tablet charging stations, microwaves, kiosks and telephones, refusal to return meal trays, and an increase in incidents (including assaults, discovery of weapons/alcohol, and staff assaults). Detainees will have to adhere to the below listed requirements, receive no disciplinary reports during this time period, and comply with all lockdowns in order to advance through the Prisoner Population Tier Management Plan. Out of cell time for the upper and lower tier will conform to the attached schedule. Weekly reviews will be conducted by Administrative Duty Officer staff members for continued placement of tier management or return to normal unit operations.

<u>Requirements</u>:

- No covering of windows, light fixtures, or air vents
- No tenting, curtains, or laundry lines
- No items posted on cell walls
- No tampering or covering of sprinkler heads
- No graffiti in cells or dayroom
- No hanging of linen or clothing on upper tier rails or stairwells
- No tampering of locking mechanisms
- No tampering of tablets, tablet charging stations, phones, kiosks, microwaves or bulletin boards
- All meal trays will be returned after each meal period
- All detainees must return to their assigned cells when instructed to lock down
- Detainees will not enter any cell other than the cell they are assigned to
- All detainees must stand for the 3:00 PM photo identification count and present their ID cards
- All detainees in the pod must remain discipline free during this time frame

If at any time either tier does not lockdown at the scheduled time, the Tier Program will start over at day one. This will be a further delay resuming normal unit operations. Thank you,

| Monday | |
|---|---|
| 0830-1030 | AM |
| | 101-109 |
| | |
| 1300-1500 | PM |
| | 201-210 |

| Tuesday | |
|---|---|
| 0830-1030 | AM |
| | 201-210 |
| | |
| 1300-1500 | PM |
| | 101-109 |

| Wednesday | |
|---|---|
| 0830-1030 | AM |
| | 101-109 |
| | |
| 1300-1500 | PM |
| | 201-210 |

| Thursday | |
|---|---|
| 0830-1030 | AM |
| | 201-210 |
| | |
| 1300-1500 | PM |
| | 101-109 |

| Friday | |
|---|---|
| 0830-1030 | AM |
| | 101-109 |
| | |
| 1300-1500 | PM |
| | 201-210 |

| Saturday | |
|---|---|
| 0830-1030 | AM |
| | 201-210 |
| | |
| 1300-1500 | PM |
| | 101-109 |

| Sunday | |
|---|---|
| 0830-1030 | AM |
| | 101-109 |
| | |
| 1300-1500 | PM |
| | 201-210 |

# CIBOLA COUNTY CORRECTIONAL CENTER

# HANDBOOK SUPPLEMENT

# USMS INMATES

Cibola County Correctional Center (CCCC)
P.O. Box 3540
Milan, N.M. 87021

## Revised February 7, 2023

# TABLE OF CONTENTS

MESSAGE FROM THE WARDEN.................................................................4

INTRODUCTION ...................................................................................5

UNIT TEAM MEMBERS .........................................................................5

CLASSIFICATION ................................................................................5

INMATE/RESIDENT IDENTIFICATION BADGES...........................................6

HOUSING UNIT RULES .........................................................................6

HOUSING UNIT AND CELL COMPLIANCE...................................................8

MAXIMUM CUSTODY MANAGEMENT UNIT ................................................9

PRISONER POPULATION TIER MANAGEMENT PLAN...................................10

HALLWAY ETIQUETTE.........................................................................11

CONTRABAND....................................................................................11

INSTITUTION COUNTS.........................................................................12

FOOD SERVICE..................................................................................12

MEDICAL SERVICES............................................................................13

PREA...............................................................................................14

MAIL................................................................................................17

TELEPHONE USE................................................................................20

VISITATION.......................................................................................22

INMATE/RESIDENT ACCOUNTS.............................................................23

COMMISSARY....................................................................................24

RELIGIOUS SERVICES.........................................................................25

LIBRARY SERVICES ...........................................................................25

RECREATION.....................................................................................26

INMATE/RESIDENT EMPLOYMENT.........................................................27

PERSONAL PROPERTY.........................................................................27

BARBER SHOP...................................................................................29

SMOKING POLICY.................................................................................................30

LAUNDRY............................................................................................................30

ACCESS TO MEDIA ..............................................................................................30

INMATE/RESIDENT GRIEVANCES............................................................................30

INMATE/RESIDENT SEARCHES...............................................................................34

DRUG/INTOXICANT TESTING.................................................................................34

EMERGENCIES ....................................................................................................34

DISCIPLINARY OFFENSES AND PENALTIES..............................................................34

DISCIPLINARY PROCEDURES.................................................................................37

DIRECTIONS TO THE FACILITY..............................................................................41

Listed below are the required forms to address the needs you may have while at this facility. These forms are available by requesting from a staff member or can be found at designated locations:

| WHAT YOU NEED | Form |
|---|---|
| Dental, Mental Health, Routine Medical Care | Sick Call |
| Medical / Allergy Related Diet | Sick Call |
| Lost Property | Property Claim form |
| Special Visit | Inmate Request Form |
| Send Money Home | Release of Funds |
| Commissary Order | Commissary Bubble Sheet |
| Job | Inmate Request Form |
| Formal Grievance | Formal Grievance Form (14-5B) |
| Informal Resolution | Informal Resolution (14-5A) |
| Laundry | Inmate Request Form |
| Religious Counseling / Literature | Inmate Request Form |
| Legal Documentation | Inmate Request Form |
| Attorney Call (write your Attorney's name & number) | Inmate Request Form |
| Issues and/or concerns in the Unit | Inmate Request Form |

If you need emergency Medical or Security assistance, notify a staff member immediately

At Cibola County Correctional Center, Inmates/Residents are not subjected to personal abuse, corporal punishment, personal injury, disease, property damage, or harassment. Inmate property is protected.

## MESSAGE FROM THE WARDEN

Welcome to Cibola County Correctional Center. During your incarceration at this facility, you will be expected to comply with all rules and regulations of the facility. You will also be expected to participate in your volunteer work program(s) and follow program rules and regulations.

The facility has Unit Management to address your daily living needs. Your Unit Team consists of Unit Managers, Detention Counselors, Case Managers and housing Unit Detention Officers. Your Unit Team will assist you with any questions or concerns you may have. It is my hope and expectation that you will take advantage of the work opportunities and programs that you are offered here to assist you in your institutional adjustment and subsequent release or transfer.

Signature on File
**Mark Foreman, Warden**
Cibola County Correctional Center

"When the prison gates slam behind an inmate, he does not lose his human quality; his mind does not become closed to ideas; his intellect does not cease to feed on a free and open interchange of opinions; his yearning for self-respect does not end; nor is his quest for self-realization concluded."

— Thurgood Marshall

- IN NO CASE will the Warden or Designee make a finding or impose a penalty that increases the category of the offense(s) or penalties.

**EXPUNGEMENT**

If an inmate/resident is found not guilty of an offense, major or minor, either after the hearing or the appeal, all reference to that offense will be removed from their file.

**CRIMINAL MISCONDUCT**

1. If the designated supervisor reviewing the report or Disciplinary Hearing Officer, determine the conduct for which the inmate/resident is being disciplined is a crime, they will notify the Warden or Designee who will contact the appropriate law enforcement agency.

2. Any disciplinary hearing for this alleged offense will be conducted following the procedure set out herein and the inmate/resident will be advised that they have the right to remain silent in the hearing and that anything they say during the course of the disciplinary hearing may be used against them in any subsequent criminal proceeding.

### Directions to the Facility

**FROM ALBUQUERQUE:**
Cibola County Correctional Center is located approximately 81 miles west of Albuquerque. Exit at mile marker 79. At the stop sign, turn to the left, going under the overpass. Go straight past Petro through the intersection and you will be at our facility.

**FROM GALLUP:**
If you are traveling east from Gallup, exit at the 79 mile marker. As you exit to the right, continue to the right past Petro through the intersection and our facility will be on the left-hand side of the road.

Upon request, directional information may be provided to aid your visitor's arrival to the institution.

silence may be used against them in these proceedings. However, this silence alone cannot be used as the only evidence of guilt.

e. The inmate/resident will have the opportunity to call witnesses on their behalf, unless doing so would be irrelevant, redundant or unduly hazardous to facility safety or would endanger the physical safety of the individual; such reasons for denial are to be stated in writing.

f. Any time during the hearing, the Hearing Officer on their own, or at the request of the inmate/resident, may order an investigation into the incident and continue the hearing at future time.

**CONFIDENTIAL INFORMANTS** - An inmate/resident may be found guilty of a disciplinary infraction on the basis of reliable information from a source whose identity is not disclosed to the inmate/resident at the hearing. Such information may be presented at the hearing orally or in writing and the details of any information from an anonymous source are to be shared with the inmate/resident at the hearing to the extent that this may be done without creating a substantial risk to the safety of the informant.

**WRITTEN REPORT** - At the conclusion of the hearing, a written report will be prepared and given to the inmate/resident will include:

a. The decision;
b. The sentence imposed and the reason for imposing the particular sentence;
c. A summary of the evidence upon which the decision and sentence was based;
d. A list of all witnesses;
e. The date and time of the hearing; and
f. The signature of the Hearing Officer.

The Disciplinary Hearing Officer's decision is based solely on information obtained in the hearing process, including staff reports, the statements of the inmate/resident charged and evidence derived from witnesses and documents.

**PSYCHIATRIC ILLNESS** - If the inmate/resident has been diagnosed as having a psychiatric illness, the Warden/Administrator and the responsible physician or their designee will be consulted prior to the disciplinary measures recommended by the Hearing Officer or Disciplinary Board being taken.

**APPEAL** - An inmate/resident may appeal the decision of the disciplinary Officer as to an offense to the Warden/Administrator.

**TIME GUIDELINES**

- The inmate/resident is to be advised of their right to appeal the decision of the Disciplinary Board/Hearing Officer at the time they are provided the decision. The inmate/resident has up to 15 days within receipt of the decision to file an appeal.

- The Warden/Administrator is to respond to the appeal in writing affirming or reversing the decision within 5 days of the appeal.

The Warden or Designee, after review, may

- Concur with the findings and penalty;
- Void the report;
- Decrease punishment; or
- Send back for a new hearing to correct any error in procedure but not for an increase in punishment.

## CIBOLA COUNTY CORRECTIONAL CENTER

### Introduction

The inmate/resident communication of information book has been developed to ensure new arrivals to Cibola County Correctional Center (CCCC) are provided with necessary and valuable information concerning programs and services available at this institution. All inmates/residents will be held responsible and accountable for the contents of this booklet, in addition to the facilities rules and regulations.

During the orientation process you will be given the opportunity to raise specific questions regarding the operation, programs, and activities at CCCC. You are encouraged to take this opportunity to learn about this facility and its operation.

### Unit Team Members

Unit Team members consisting of a Unit Manager, Case Manager, Detention Counselors, and Detention Officers are assigned to the unit you will be residing in. Unit Team Members are here to help you adjust to daily living while housed in the Cibola County Correctional Center. If you need assistance, or if you do not understand any part of this booklet, contact your Case Manager or Detention Counselor. They can help you in most cases. Otherwise, they can direct you to the proper channels in assisting you with the procedures for your requests or concerns.

Unit Managers, Case Managers, Detention Counselors are and Detention Officers are available daily. Staff will also make daily contact with inmates/residents inside the housing units.

### Classification

Upon arrival, all inmates/residents will undergo a thorough screening and assessment process. Including an orientation describing the facility's procedures, rules, programs and services. The orientation process will be documented, signed, and dated by you and placed in your file. If you have any special needs, you should advise a staff member as soon as possible. Special needs include, but are not limited to, drug/alcohol addictions, physical barriers/needs, history of mental illness, gang affiliation, separatee needs, medical limitations, history of sexual victimization, or any thoughts of harming yourself or others.

The Classification scoring system is specific to CoreCivic facilities and will be used to determine the best housing area for each inmate. There are currently three custody levels at CCCC: Low, Moderate and High. The Booking Staff Member that conducts the Unit Team/Initial Classification will review information in your file and will utilize several factors to determine your custody level. You will be required to appear for your initial classification hearing. For your safety and the safety of others, you will remain in pre-class lockdown status until you are cleared by classification and medical, and STG. This process can take from a few days to a couple of weeks.

e. The opportunity to make a statement and present documentary evidence, including written statements from others;

f. The opportunity to call witnesses on their behalf; unless doing so would be irrelevant, redundant and unduly hazardous to facility safety or would endanger the physical safety of any individual; the reasons for denial are to be stated in writing.

g. The right to waive a hearing and plead guilty to the charge(s).

The appropriate spaces on the Disciplinary Report will be completed documenting the accused inmate/resident's choice or preference as to the above rights.

The person delivering the report will sign it and indicate the date and time the report was given to the inmate/resident.

The inmate/resident will be provided with a copy of the report at the conclusion of the disciplinary hearing.

## STAFF REPRESENTATION OF AN INMATE/DETAINEE

Appointment of a Staff Representative - A staff representative will be appointed when it is apparent that an inmate/resident is not capable of collecting and presenting evidence effectively on their own behalf. The Disciplinary Board/Hearing Officer will consider the following factors in deciding to appoint a staff representative:

a. Literacy level of the inmate/resident;

b. Complexity of the issues combined with the inmate/resident's overall intelligence and mental/emotional status;

c. Location of the inmate/resident (segregation may prevent the accused from gathering information for a defense); and

d. Ability of the inmate/resident to speak English or Spanish (if Spanish cannot be used by the hearing officer).

Selection of a Staff Representative - Staff members selected for duties as counsel for inmates/residents at Disciplinary Board hearings are to be granted sufficient time to meet with inmates/residents before the hearing, gather evidence and question witnesses and to represent the inmate/resident at the hearing.

Activities of a Staff Representative - The Staff Representative may, assist as follows:

a. Confer with the accused prior to the hearing.

b. Question witnesses for the accused during hearing.

c. Review written statements of charges and investigation.

d. Clarify position of the accused.

e. Make statements and present documentary evidence.

f. Aid the accused in presenting a defense or offer any explanation of the defense.

g. Excuse themselves along with the accused, from the deliberation phase.

## DISCIPLINARY HEARING

The disciplinary hearing will be held no later than seven days, excluding weekends and holidays, after the alleged violation.

Postponement or continuance of the disciplinary hearing for a reasonable period may be granted for good cause. Hearing postponement or continuance may be granted for such cause as preparation of a defense, illness or unavailability of an inmate/resident, further investigation of factual matters relevant to the hearing, or pending criminal court prosecution. Delaying a hearing is also justifiable on the basis of factual recording of an inmate/resident's unacceptable behavior during the hearing process or the inmate/resident's refusal to participate in a reasonable manner.

38

12. Water weight bags and soda-bottle barbells are prohibited.

13. Photos depicting nudity or that are obscene are prohibited.

14. Photos are to be placed in a photo album or in your property bag only.

15. Graffiti of any kind in any location is destruction of property and subject to restitution for repair through the disciplinary process.

16. Inmates shall not move from their assigned bunk without authorization. This is subject to disciplinary action.

17. There shall be no tents for any reason. Tents are defined as: any object used to obstruct the view of a cell area or a bunk area. Items such as towels, shirts, pants, sheets, blankets or any other items will be confiscated if used for tenting material. A request must be submitted to receive the items that were confiscated.

18. All beds will be made in each housing unit Monday to Friday between the hours of 8:00 AM and 4:00 PM; no exceptions. Detainees/prisoners will be allowed to lay on top of the made bunk with their extra blanket or sheet. In addition, detainees/prisoners need to be ready for cell and housing inspection by Unit Staff and/or Security Staff during these times 0800 to 1600 hours.

19. Night crew/kitchen worker's beds will be made before going to work.

20. Cell and bunk inspections will be conducted as outlined in the in the Housing Unit and Cell Compliance Section of the handbook. Cell inspections will be announced upon entering the Pod. Inmates present during the announcement shall be standing along the tier outside their cell door (or next to their bunk in open dorm pods) with their ID badge in hand from the time cell inspection is begun until the conclusion of the inspection.

21. All trash, to include but not limited to empty soda bottles, cardboard boxes, bags, cartons, milk carts, Styrofoam trays needs to be placed into the trash.

22. Janitorial and cleaning supplies are not allowed to be kept in the cells or around the bunk area.

23. Graffiti of any kind in any location is destruction of property and subject to restitution through the disciplinary process.

24. If you are requesting to move within your housing unit, you must submit a request form to your Unit Manager. No moves will be made without prior approval. Failure to do so will result in disciplinary action.

25. No lingering is permitted around dayroom windows.

26. No loitering is permitted on the top tier or stair case areas.

27. You are not allowed to stand near any fire door exit, unless directed by staff for emergency purposes.

28. When prepare for count is announced, lockdown occurs. You shall proceed to your assigned bunk and prepare to be counted by two staff.

29. During count time, you shall display your I.D. Badge in the window, so the information is readily available to staff. If housed in an open dormitory, you shall display your I.D Badge in a visible area near your assigned bed.

30. During standing I.D count, you are required to stand up, with both feet on the floor, and be counted by two staff.

31. Showering is not permitted during count time without written permission from the Unit Manager.

32. You must use your CoreCivic issued cup when receiving any juice, coffee, or water during meal times.

7

Your reassessment will be reviewed every 30 days in general population and every 7 days in Special Management Unit. A Re-Classification will occur every 6 months for un-sentenced and every 12 months for sentenced inmates. You will be provided a 48 hours notice of a scheduled classification hearing unless you waive such notice in writing. You are required to appear at your classification hearings which is documented and requires your signature. Your signature does not indicate agreement with the classification decision. If you do not agree with the decision(s) of the classification committee, you may appeal that decision(s) by sending an Inmate Request Form to the Classification Coordinator.

## Inmate/Resident Identification Badges

You are required to have your CoreCivic Identification badge (ID badge) on at all times. It will not be tampered with or removed for any reason. Your ID badge will be clipped to your uniform shirt pocket area and be visible to staff. You are not allowed to possess the I.D. badge of another inmate.

You are to show your ID badge to any employee upon request. Failure to show your ID badge will result in disciplinary action.

If, for any reason, you lose, damage or tamper with your ID badge, contact a member of your Unit Team immediately. The replacement cost for your lost or damaged badge is $5:00 and will be deducted from your account.

## Housing Unit Rules

The following is a list of housing unit rules. Failure to comply with these rules may result in disciplinary action. (See the disciplinary section of this handbook).

1. You must be in FULL uniform, socks, shoes and displaying your I.D. Badge each time that you exit your housing unit. While in the dayroom area, you may wear gym clothing, uniform pants with a shirt, etc. At no time are you allowed to walk in the presence of other inmates or staff in the dayroom area wearing only boxers/undergarments and/or shirtless. No hats, du-rags, hairnets or headgear of any type will be worn in the dayrooms or in any other area of the facility. Religious headgear is allowed to be worn with written approval from the facility Chaplain.
2. You must walk to the far right of the hall, at all times, when moving throughout the facility.
3. Showers must be turned off, unless you are in the shower stall.
4. You are not allowed to enter a pod without a staff member present.
5. You are not allowed to destroy or alter any item issued by Cibola County Correctional Center, or any item in your possession. Destroyed or altered items found in your possession will result in disciplinary action and/or restitution.
6. Television and radio volume will be maintained at a reasonable level, to be monitored by staff.
7. Microwaves shall not be used during count or after final lockdown.
8. You are not allowed to possess any money (paper or coin) on your person or in your property.
9. No more than five personal magazines or newspapers may be in your possession at any time. Any alterations of the newspaper or magazine will be considered contraband, and subject to confiscation and disposal
10. All property, to include commissary, shall be placed into yellow property bag(s).
11. Property bags shall be stored under the bottom bunk.

6

---

Any delays beyond this time will be justified and documented in writing on the Disciplinary Report by the Disciplinary Board or Hearing Officer.

Notice of the hearing is to be provided in writing to the inmate/resident at least 24 hours prior to the hearing. The inmate/resident may agree, in writing, to a hearing with less than 24 hours' notice. The disciplinary investigator is responsible for notifying the inmate/Resident of the Charges. These persons will fully inform inmate/residents of the nature of the waiver of the 24 hour notice and the results of such a waiver. Inmate/residents will be allowed to make a voluntary choice, free from coercion, as to the waiver.

### HEARING ON A MINOR OFFENSE

a. The inmate/resident will be present at all phases of the hearing, unless excluded for reasons of facility security; such reason will be stated in writing.

b. The inmate/resident will be allowed to make a statement and present any reasonable evidence, including written statements from others, in their behalf.

c. At the conclusion of the hearing, the Hearing Officer will complete the Disciplinary Report, indicate the finding and, if found guilty:
   - The sentence imposed
   - The date and time of hearing:
   - The signature of the Disciplinary Hearing Officer.

d. The Disciplinary Hearing Officer will allow any other evidence that may aid in their decision.

e. Unless the Disciplinary Hearing Officer feels additional oral testimony is necessary, their decision may be based on the Disciplinary Report, the statements of the inmate/resident, and any other relevant written information presented at the hearing.

f. A copy of this record will be given to the inmate/resident at the conclusion of the hearing.

g. The penalty imposed is to be taken from the penalty list set forth in Policy 15-1 or from a penalty list required by the contracting agency.

h. The complete Disciplinary Report will then be forwarded to the Shift Commander, Warden/Administrator or appropriate designee for review.

### HEARING ON A MAJOR OFFENSE

a. The inmate/resident will be present during all phases of the hearing except the deliberations phase unless they waive this right or because their unruly behavior does not permit attendance.

b. If the inmate/resident is not in attendance at the hearing and has not pleaded guilty, the absence may be used against them in the proceedings. However, the absence alone cannot be used as the only evidence of guilt.

c. The inmate/resident will receive copies of any written information which may be considered except where disclosure of such information would be unduly hazardous to institutional safety or endanger the physical safety of an individual; reasons for non-disclosure will be stated in writing. In all cases where written information is not disclosed, its contents will be summarized for the inmate/resident to the extent this may be done without creating a substantial risk to facility or personal safety.

d. The inmate/resident will have an opportunity to make a statement and to present documentary evidence. If criminal charges are pending concerning the subject of the hearing, the inmate/resident will be informed of their right to remain silent during the disciplinary proceedings and that anything they say during the course of the disciplinary hearing may be used against them in any subsequent criminal proceedings and that their

39

## Housing Unit and Cell Compliance

**Housing Unit and Cell Compliance:**
The following housing unit and cell sanitation standards and will be enforced. Behavior management programs such as the Prisoner Population Tier Management Plan (PPTMP) or assignment to the Maximum Custody Management Unit (MCMU) will be utilized to enforce compliance. The USMS, AUSA, Probation Office, County or District Courts may be informed of your failure to comply with jail policy, procedure, and sanitation standards for consideration during sentencing, when merited.

- No covering, painting, or defacing of windows, light fixtures or air vents.
- No tenting, curtains, or laundry lines.
- No items posted on cell walls; photos are not allowed to be posted on cell walls or any other location.
- No tampering of covering of sprinkler heads.
- No graffiti in cells or dayroom.
- Dayroom tables will be free and void of personal property, trash, and nuisance contraband when not in use.
- No hanging of linen or clothing on upper tier rails, stairwells, partition walls or pull-up bars.
- No tampering of locking mechanisms.
- No painting of patterns or designs on cell walls, floors or ceilings.
- No damage to cell windows or wall expansion joints.
- Window sills will not be used for property storage.
- No tampering of tablets, tablet charging stations, phones, kiosks, microwaves or bulletin boards.
- All meal trays will be returned after each meal period.
- All prisoners/detainees must return to their assigned cells when instructed to lock down.
- Detainees will not enter any cell other than the cell they are assigned to.
- All detainees must stand for the 3:00 PM photo identification count and present their ID cards.
- All prisoners/detainees must conform to facility rules and regulations.
- Dayrooms and cells will be maintained at a high level of sanitation at all times.

**Housing Unit Inspection Guidelines:**
Cibola County Correctional Center conducts a formal housing unit and cell compliance inspection process each weekday as delineated in the housing unit inspection schedule. Administrative Duty Officer (ADO) inspections commence each weekday at approximately 9:00 AM in conformance with the inspection schedule. The following requirements will be adhered to and enforced by unit team staff in preparation for the formal inspection process:

1. All prisoners will be in full issued uniform with pant legs and shirt sleeves fully extended.
2. Jackets will not be worn.
3. With the exception of approved religious headwear, hats, doo-rags or any other head covering will not be worn.
4. All prisoners will stand at attention in front of their cell doors (in secure cell dorms) or in front of their assigned bed space (in open dorms).
5. All prisoners will possess their issued ID card in hand.

8

- Commissary
- Special activities

2. **MAJOR OFFENSES**

The Disciplinary Officer or Board may impose up to two (2) of the following penalties for a major offense:

a. Any penalty which may be imposed for a minor offense;
b. Extra duty up to eight (8) hours
c. Restitution
d. Cell or dorm restriction for a maximum of 15 days;
e. One to thirty days (1-30) days Disciplinary Segregation per offense, a maximum of 60 days for all offenses arising from one incident. Confinement past 30 days requires review and approval of the Warden
f. Loss of accumulated good conduct time, where applicable.
g. Parole rescission or retardation, where applicable.

## Disciplinary Procedures

**RESOLUTION OF OFFENSES**

**VERBAL ACTION** - Should a staff member believe an offense may properly be responded to by a reprimand, warning, and/or counseling, they may so respond, in which case no Disciplinary Report is needed. A counseling report of this action may be made at the staff member's option.

**WRITTEN REPORT** - Informal resolution of minor incidents is encouraged, however, should a staff member believe an offense cannot be handled by verbal communication; they may file a written Disciplinary Report, using the appropriate form, with the appropriate supervisor of the rank of Shift Supervisor or above.

**SUPERVISOR INVESTIGATION** - The designated officer is to begin an investigation of the Disciplinary Report within 24 hours of the time the violation is reported. The investigation will be completed without unreasonable delay unless there are exceptional circumstances for delaying the investigation

**MINOR OFFENSE** - If the Disciplinary Report is for a minor offense, the inmate/resident will be advised of the following:

- The contents of the Disciplinary Report
- The opportunity to make a statement and present documentary evidence, including written statements from others
- The opportunity to have an interpreter present, if the hearing is in a language the accused inmate/resident does not understand.

**MAJOR OFFENSE** - If the Disciplinary Report is for a major offense, the inmate/resident will be advised of the following:

a. The contents of the Disciplinary Report;
b. The opportunity to be present during all phases of the hearing, except deliberation, unless behavior is unruly so as to prevent attendance
c. The opportunity to be represented by a designated staff member, if determined to be necessary by the Disciplinary Board/Hearing Officer;
d. The opportunity to have an interpreter present, if the hearing is in a language the accused inmate/resident does not understand;

37

11. GAMBLING:  Operating or acting in any game of chance involving betting or wagering of goods or other valuables; or possess gambling paraphernalia.

12. HINDERING AN EMPLOYEE IN THE PERFORMANCE OF HIS DUTIES:  Acting in such a way to interrupt an employee during his work time such as causing delays, giving false information.

13. INSURRECTION:  Participation or encouraging others to participate in unauthorized activity such as rioting or a work stoppage.

14. POSSESSION OF CONTRABAND:  Having in one's control any item which has not been approved by the facility including weapons or any item which has been altered for use as a weapon, intoxicants, and drug paraphernalia.

15. POSSESSION OF STOLEN PROPERTY:  Having in one's control any item, which has been stolen from any other person.

16. REFUSAL TO SUBMIT TO A DRUG OR INTOXICANT TEST:  Not giving a urine sample for use in testing for drug usage or refusing to submit to a Breathalyzer.

17. REFUSAL TO SUBMIT TO A SEARCH:  To refuse to allow a search of your body, belongings or living area when requested by a facility employee.

18. REFUSAL TO WORK:  When a person refuses to perform an assigned job.

19. REPEATED VIOLATION OF MINOR RULES:  Obtaining three or more minor rule violations within a 30 day period, said 30 day period starting from the date the first minor rule violation occurs and ending on the 30th day after that date.

20. SEXUAL MISCONDUCT:  This includes, but is not limited to, the following acts:

   a. Taking part in sex act(s) where all parties agree to take part.
   b. Exposing the genitals or buttocks to an employee or visitor.
   c. Masturbation where an employee, visitor or other inmate can see the act.

21. THEFT:  Unauthorized taking of something that belongs to someone else.

22. THREATENING ANOTHER WITH HARM:  Telling someone, through actions or words, that harm will come to him.

23. UNAUTHORIZED RECEIPT OF ANY ITEM OF VALUE:  Receiving an item, which has any value through false pretenses, threats, or stealing.

24. UNAUTHORIZED SALE, TRANSFER OR RECEIPT OF PROPERTY:  Any unauthorized sale or giving to another person or receipt from another person's any belongings or property.

25. UNAUTHORIZED USE OF DRUGS OR INTOXICANTS:  Use of any drug or intoxicants, which has not been prescribed or approved for the inmate to use.

26. UNAUTHORIZED USE OF MAIL OR TELEPHONE:  Using the mail or telephone to commit fraud, theft or against posted times and uses.

27. VIOLATION OF ANY FEDERAL, STATE OR LOCAL LAW:  Any act, though not specifically listed in this policy that would be either a felony or misdemeanor under federal laws or under the state laws in which the inmate is housed will constitute a major or minor violation.

PENALTIES

1. MINOR OFFENSES

   The Disciplinary Board or Hearing Officer may impose up to two (2) of the below listed penalties after a determination of guilt on a minor offense:

   a. Reprimand, written or verbal;
   b. Living area restriction for a maximum of 15 days;
   c. Loss of one of the following privileges for a maximum of 30 days

36

6. All cell doors will be open.
7. All cell lights and open dorm lighting will be turned on.
8. All televisions will be turned off.
9. Telephone and shower usage will not be allowed during inspection.
10. A porter will be staged adjacent to the dorm entrance door.
11. A porter will be staged at the shower-bathroom-sink station.
12. Once signaled by an ADO staff member, the porter adjacent to the dorm entrance door will announce (Good morning sir, good morning ma'am, unit "i.e. 400 Alpha, etc." ready for inspection).
13. Afterwards, all other prisoners will repeat the same announcement in unison (Good morning sir, good morning ma'am, unit "i.e. 400 Alpha, etc." ready for inspection).
14. All prisoners will remain in place until completion of the inspection process.

Subsequently, the inspection team consisting of ADO's, unit team staff, STG officer, maintenance supervisor, and the safety manager will proceed to inspect every cell or bed space on the upper and lower tier levels of the dorm. Additionally, the day room, showers, microwaves, phones, tablet, and sink-toilet stations will inspected based on dorm design (secure cell vs. open dorm). On occasion and when merited, one pod per housing unit exhibiting the highest level of sanitation and inspection readiness, may receive incentive items for exceeding housing unit and cell compliance requirements. The inspection team will convene to determine which pod (per housing unit) merits recognition, and the final decision will be made by the warden or acting warden based on inspection team recommendations.

Housing Unit Inspection Schedule:
The following housing unit inspection schedule will be adhered to each week. The inspection team will conduct daily inspections commencing at approximately 9:00 AM each weekday. The inspection schedule may be modified based on facility operational needs; however, this will only occur during exigent circumstances. Based on operational needs, additional housing unit inspections may be scheduled with limited notice throughout the week.

| MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|--------|---------|-----------|----------|--------|
| Unit 100 | Unit 300 | Unit 500 | Unit 700 | Unit 800 |
| Unit 200 | Unit 400 | Unit 600 | Unit 800 | |

In addition to the housing unit inspection schedule cited above, Unit Team staff will conduct impromptu daily housing unit inspections in all areas; therefore, inspection readiness must be maintained each weekday between the hours of 8:00 AM and 4:00 PM; except for holidays.

Maximum Custody Management Unit

Housing unit 500 Charlie has been designated as the Maximum Custody Management Unit (MCMU). The MCMU houses the most violent and disruptive elements within the prisoner population. Prisoners who engage in serious assaults on staff and other prisoners, those who are non-compliant and engage in disruptive behavior, and those who continue their criminal enterprise (possession of illicit contraband, cell phones, drugs, and weapons) are candidates for housing in the MCMU. Prisoners housed in the MCMU will be afforded opportunities to step-down to high, medium, and low custody classifications only when a change of conduct, behavior, and compliance is sustainably demonstrated. Assignment to the MCMU will be for a minimum of 90-days. A tier management system (upper/lower tier) will be implemented within the MCMU after 45-days to allow progression to regain limited commissary and tablet privileges.

9

only when conduct and behavior warrants such action. Access to legal phone calls, legal materials, and legal visits will continue and must be requested through unit team staff.

**The following restrictions apply in the MCMU:**

- No commissary privileges.
- No television viewing privileges.
- No tablet service privileges.
- No mail privileges (only approved legal mail will be authorized for receipt).
- No personal property in cell (property will be inventoried and stored until release from MCMU).
- No microwave privileges.
- No programming or dayroom activity.
- All out-of-cell movement (to include movement outside of housing unit 500) requires prisoners to be handcuffed behind their back and the application of leg restraints.
- Cell doors will never be opened without all prisoners within the cell being restrained.
- All feeding will occur through cell door food ports.
- Prisoners housed in the MCMU will not be utilized as porters.
- Showers will only be offered Monday, Wednesday, and Friday.
- Recreation will only be offered in secure recreation cages; five (5) days a week in 1-hour increments.
- Cell compliance must be adhered to at all times in order to progress through tier management.

---

### Prisoner Population Tier Management Plan

---

**Prisoner Population Tier Management Plan:**
The Prisoner Population Tier Management Plan serves as a behavior management plan. It is designed to promote a safe, secure, and humane environment for prisoners and staff. The prisoner population tier management plan is vetted and approved by the USMS Prisoner Operations Division. This program is required to mitigate and manage continual prohibited activity and non-compliance with pod/cell sanitation, contraband introduction attempts, broken cell windows, tampering of cell door locking mechanisms, tampering of tablet charging stations, microwaves, kiosks and telephones, refusal to return meal trays, and an increase in incidents (including assaults, discovery of weapons/alcohol, and staff assaults).

Detainees will have to adhere to the below listed requirements, receive no disciplinary reports during this time period, and comply with all lockdowns in order to advance through the Prisoner Population Tier Management Plan. Out of cell time for the upper and lower tier will conform to the attached schedule. Weekly reviews will be conducted by Administrative Duty Officer staff members for continued placement of tier management or return to normal unit operations.

**Requirements:**

1. No covering of windows, light fixtures, or air vents.
2. No tenting, curtains, or laundry lines.
3. No items posted on cell walls or any other location.
4. No tampering or covering of sprinkler heads.
5. No graffiti in cells or dayroom.
6. No hanging of linen or clothing on upper tier rails or stairwells.
7. No tampering of locking mechanisms.

10

3. **POSSESSION OF GAMBLING PARAPHERNALIA:** Having in one's control, items for use in operating or acting in any game of chance involving betting or wagering of goods or other valuables.

4. **PRESENT IN AN UNAUTHORIZED AREA:** Being in an area that is designated through verbal, written or posted orders as "off limits" to a specific inmate or inmates in general

5. **SELF-MUTILATION:** Inflicting injury on one's self. For example, cutting on one's own body or tattooing.

6. **SMOKING IN RESTRICTED AREA OR AT A RESTRICTED TIME:** Smoking of any form in an area or at a time designated verbally or through written post orders as a no smoking area.

7. **UNEXCUSED ABSENCE FROM PLACE OF ASSIGNMENT:** Being away without authorization from an appropriate supervisor, from the place of assignment such as dorm, work area, recreation area, infirmary, etc.

8. **UNSANITARY AND DISORDERLY HOUSING CONDITIONS:** Not keeping a clean, neat living area. The area should be kept in a manner so that all possessions are stored in an organized manner in areas designated for such. The area should be free from dirt and clutter.

9. **USE OF VULGAR, ABUSIVE OR OBSCENE LANGUAGE:** Use of words and/or phrases that are vulgar, abusive or obscene.

**MAJOR OFFENSES**

1. **ARSON:** Starting or causing to be started a fire, which could or does cause damage to person(s) or property.

2. **ASSAULT:** An attack upon the body of another person. This includes rape.

3. **ATTEMPT/CONSPIRACY:** This is an offense for inmates who do not actually commit the offense but participate in the following ways:

   - attempts to commit the offense
   - solicit another or others to commit the offense
   - conspires with another or others to commit the offense
   - facilitate the action of another or others in committing the offense

4. **COUNTERFEITING, FORGERY OR UNAUTHORIZED REPRODUCTION:** counterfeiting, forging or reproducing without approval, any document, article, identification, money, security or official paper.

5. **DEATH OF ANY PERSON:** Any act of which the end result is the death of any person including inmates, staff or civilians.

6. **DESTRUCTION, ALTERATION OR DAMAGE TO PROPERTY:** Destroying, changing or hurting property of CoreCivic or any other person.

7. **DETAINING A PERSON AGAINST HIS WILL:** Keeping a person in or removing from an area without the agreement of the person who is being kept or removed. Example: Taking of hostages.

8. **ESCAPE:** Leaving the grounds of an institution or from the custody of an employee outside the facility without permission or failure to return from a furlough or pass.

9. **FAILURE TO FOLLOW VERBAL OR POSTED RULES AND/OR ORDERS:** Not following specific rules and/or orders which have been designated for the clean, safe, orderly operation of the facility of which the inmates have been told of in advance through posting or verbally by an employee of the facility or person who has charge of the inmate at the time. This includes failure to follow the facility procedures for taking court.

10. **FIGHTING:** Engaging in physical conflict with another person.

35

## Inmate/Resident Searches

Frequent and unannounced searches of your cell and other areas of the facility are conducted as often as necessary to ensure the safety and security of the facility. Searches are conducted to detect and prevent the introduction of contraband, to recover missing or stolen property, to prevent escapes and/or disturbances. You will not be present when your cell is searched. All searches will be conducted in a professional manner that avoids unnecessary force, embarrassment or indignity to you. You will be expected to follow all orders given to you during a search.

Strip searches are conducted by members of the same sex as the inmate/resident being searched, except in emergency circumstances where a legitimate penalogical interest exists in the performance of the cross gender strip search. Strip searches will be conducted when reasonable belief or suspicion that an inmate may be in possession of an item considered, to be contraband. All strip searches are to be conducted in a private area, except in an emergency situation.

## Drug/Intoxicant Testing

This facility operates a drug surveillance program that includes suspect and random testing. Refusal to provide a urine sample will result in disciplinary action.

## Emergencies

During any emergency situation, you will follow each directive and order given to you immediately and expediently. Emergency evacuation routes are posted in each housing unit. You should familiarize yourself with these posted evacuation routes, they are there for your safety. Fire drills will be conducted in various areas and at different times where you may be located or working. Your cooperation in these drills is very important. If you are made aware of a fire or emergency situation, notify the first available detention officer or any staff member immediately. Your safety is of paramount importance. Your familiarization and cooperation during emergency drills or an actual situation will be your part to ensure the safety of all concerned.

## Disciplinary Offenses & Penalties

NOTICE OF OFFENSES AND PENALTIES

MINOR OFFENSES

1. DISORDERLY CONDUCT: Behavior such as loud talking or yelling, pushing, which creates a disturbance and/or disrupts the orderly running of the facility.

2. FAILURE TO MAINTAIN PERSONAL HYGIENE: Not having a clean body and clothes.

8. No tampering of tablets, tablet charging stations, phones, kiosks, microwaves or bulletin boards.
9. All meal trays will be returned after each meal period.
10. All detainees must return to their assigned cells when instructed to lock down.
11. Detainees will not enter any cell other than the cell they are assigned.
12. All detainees must stand for the 3:00 PM photo identification count and present their ID cards.
13. All detainees in the pod must remain discipline free during this time frame.

## Hallway Etiquette

While in the hallways of the institution, you are expected to comply with the following requirements:

- Walk on the right side of the hallway, in a single file line.
- Shirts must be tucked in and your I.D. Badge visible.
- Do not engage in horseplay, yelling or other disruptive behavior.
- DO NOT RUN.

## Contraband

Having any item which has not been approved by the facility or that has been altered, is considered contraband. This includes but is not limited to:

- Weapons of any kind, any altered item, drugs and/or drug paraphernalia, intoxicants, stockpiled food items that may be used to make intoxicants, tattoo paraphernalia, gambling paraphernalia, unauthorized medications, unauthorized medical items, tobacco and/or tobacco products, property belonging to another inmate, money, coins, key patterns; any item that is not on the approved allowable property list; any item not on the approved commissary list; any item belonging to CCCC that has not been officially issued to you, including food items from the kitchen.
- Any item belonging to any staff member or any item, document, article, identification, money, security or official paper that is counterfeit, forged or reproduced without approval.
- Any pictures of any kind depicting nudity, gang affiliation/activity, child pornography, sexual acts or of a sexual nature will be considered contraband.
- You are not allowed to receive any item from a visitor.
- You are not allowed to donate/barter trade or sell your property to any other inmate while at this facility or when you leave this facility.
- You are not allowed to accept property from any inmate, nor possess the property of any other person. Having contraband in your possession may result in disciplinary action.
- Having contraband in your possession that would be considered a felony or misdemeanor may result in a referral to local law enforcement.

## Institution Counts

There are seven (7) formal counts that occur daily at the facility. Each of these counts requires that you report to and be in your assigned cell or dormitory bed, unless you are on an approved out count. All inmate/resident movement will cease during count times. Being out of place for count or attempting to delay or disrupt count will result in disciplinary action.

Count will be announced by a Staff Member. Inmates are required to lock down for count. You MUST remain on your bunk until count clears.

At 3:00 p.m. (1500 hours) a "Face to Photo" Count will be called. YOU ARE REQUIRED TO STAND.

Emergency counts can occur at any time and will require the facility to lockdown. Whenever you are informed of an emergency count, you are to follow instructions given to you by a staff member. Informal counts may occur at any time. You will be counted in place.

## Food Service

Meals will be served to you, and consumed, in your housing unit. Exceptions may be made for safety and security reasons. Inmates in special management units will receive their meals in their cells. Meal times are as follows:

| | |
|---|---|
| Start serving Breakfast: | 0430 |
| Start serving Lunch: | 1130 |
| Start serving Dinner: | 1600 |

Meal times may vary slightly, due to facility security concerns.

If you have a special dietary need due to religious or medical reasons, it is your responsibility to request a special diet that meets your needs. Your request will be evaluated to ensure that you will be provided with an appropriate meal. Requests for religious and/or vegetarian diets must be submitted to the Chaplain for review and approval. Request for medical diets must be submitted through a sick call request.

The facility menu is free of pork and all pork by-products.

### FOOD TRAYS

- The officer will ensure each Housing Unit will be given the exact amount of trays based on the amount of inmates living in that Pod.
- Upon receiving of food trays (plastic or styrofoam), detainees/inmates will have 20 minutes to eat from their tray.
- If food is not consumed for any reason within the 20 minutes, the inmate/detainee's food must be placed into that inmate/detainee's bowl or container.
- All food trays (plastic and styrofoam) shall be returned to the kitchen within 45 minutes.
- Plastic trays will be placed by the door for collection.
- Styrofoam trays will be placed in the day room trash can.

12

> In the event the Detainee is not satisfied with the informal response, the Detainee will have five (5) calendar days to submit a formal grievance to the Grievance Coordinator The Detainee will be required to attach a copy of the 14-105A to the formal grievance form.

The Grievance Coordinator will assign each Informal Resolution to the affected department for review and response preparation.

If it is determined by the Warden/Administrator that an inmate/resident is deliberately abusing the grievance system through excessive filing of grievances and/or repeated refusal to follow procedures, the Warden/Administrator may suspend the filing of additional grievances until all pending grievances have been resolved. The Warden/Administrator will provide the inmate/resident with written documentation of the suspension

### APPEALS PROCEDURE:

Filing

If a detainee is not satisfied with the decision of a formal or emergency grievance, the detainee may file a 1st level appeal to the Warden. The detainee must file the appeal within fifteen (15) calendar days of the response date listed on the 14-105B Detainee Grievance form.

If a detainee is not satisfied with the decision of the 1st level appeal, the detainee may file a 2nd level appeal to the Division Managing Director. The detainee must file the 2nd level appeal within fifteen (15) calendar days of the response provided by the Warden at the first level of appeal.

Appeals may be given directly to the Grievance Coordinator or placed in the grievance mailbox.

The detainee will receive a response to the 1st level of appeal which is filed with the institution for the Warden/Facility Administrator within twenty (20) calendar days of submission. The 2nd level of appeal which is filed to the Facility Support Center the detainee will receive a response (30) calendar days of submission. The Division Managing Director's decision is final unless otherwise specified in the facility management contract.

### TRANSFERS/RELEASES:

If a grievance is submitted for review and the detainee is transferred or released from custody, efforts to resolve the grievance will normally continue. It is the detainee's responsibility to notify the Grievance Coordinator of the pending transfer or release and to provide a forwarding address and any other pertinent information.

When a Detainee is illiterate, disabled, or non-English speaking, the response shall be read/written in the language that they understand. If you wish to review the 14-105 Inmate/Resident Grievance Procedures policy, you may request to review it through the Law Library.

33

➤ The 14-105B Detainee Grievance form must be utilized to file a formal grievance. The Detainee will complete Page 1 of the 14-105B and place into the grievance mailbox in your housing unit. If a grievance mail box is not used, the formal grievance will be forwarded to the Grievance Coordinator. Pink copy is for the detainee to keep.

➤ If additional space is needed to continue your statement, you may attach a second standard size sheet of paper.

➤ Include the name of staff in the statement if they are involved in the alleged incident.

➤ Include the date and approximate time in the statement of incident.

➤ In the Grievance Category area, only circle one. If you have more than one issue submit separate grievance forms for each department

➤ Unless a time extension has been granted, grievances will be responded to within three (3) business days of submission.

For response, the Grievance Coordinator will forward the grievance to the appropriate cepartment head in relation to the formal grievance unless the grievance pertains to the cepartment head, in which case a different department head will be designated.

## EMERGENCY GRIEVANCE PROCEDURE:

If the subject matter of the grievance is such that compliance with the regular time guidelines would subject the detainee to risk of personal injury or cause other serious irreparable harm to the detainee, the detainee may request that the grievance be considered an emergency grievance. The emergency grievance must detail the basis for requiring an immediate response. When the grievance is of an emergency nature, utilization of the informal resolution process is not required.

Filing

➤ The 14-105B Detainee Grievance form must be utilized to file an emergency grievance. The Detainee will complete Page 1 of the 14-105B and give it directly to the Grievance Coordinator during regular workdays, or to the Administrative Duty Officer or Shift Supervisor during evenings or weekends. If the emergency grievance is filed with the Shift Supervisor, the ADO will be notified upon receipt of the emergency grievance.. Pink copy is for the detainee to keep.

## INFORMAL RESOLUTION PROCEDURE:

Filing

➤ The 14-105A Informal Resolution form must be utilized to initiate the informal resolution process. Pink copy is for the detainee to keep.

➤ Detainees are required to submit 14-105A's through facility mail, in person, via designated grievance mailboxes, or to the appropriate Department Head, Supervisor or unit staff.

➤ Include the date and approximate time in the statement of incident.

➤ Include the name of staff in the statement if they are involved in the alleged incident.

➤ Use the space provided on the form to write your statement. Do not write in the margins of the 14-105A form. If additional space is needed to continue your statement, you may attach a second standard size sheet of paper.

➤ Unless unusual circumstances are present, the detainee will receive a response to an Informal Resolution within three (3) business days of submission. In the event of unusual circumstances, the assigned staff member will provide the detainee with written documentation extending the response deadline.

---

| Medical Services |
| --- |

## What happens when you arrive?

You will undergo a thorough medical examination within 14 days after your arrival. In order to qualify for a job in this facility, you must first be medically cleared.

## How to access the Medical Department (Sick Call)

If you require medical services, please submit a sick call request to be seen by a qualified health care professional. You may submit a sick call request two ways: 1. You can hand your sick call request to a nurse during pill call. 2. Submit your sick call request directly to the sick call request box located within your unit. Sick call requests are triaged by a nurse in the following order: routine, urgent and emergent. The appointment is scheduled based on level of severity. If at any time you feel you are having a medical emergency, please notify the pod officer so appropriate emergency protocols are initiated. Please remember to bring your identification card to your appointments, otherwise, your appointment will need to be rescheduled.

## Pill Line (Med-Line)

Inmates who receive medications must report to the nurse during pill call. Pill call schedules are posted within the housing unit and pill call is held in your unit. All medications must be swallowed immediately. Water and cups are provided. Proof of identification is required, otherwise, you will not receive your medications. Failure to adhere to the policies and procedures will result in discontinuation of medication.

Keep on Person (KOP) medications are given directly to the patient and must be kept in the original blister package. The medication should be kept secure in the cell and must be taken as ordered by the provider. Failure to comply with the policies and procedures for KOP medication(s) will result in loss of KOP privileges

## ADVANCE DIRECTIVES AND DO NOT RESUSCITATE (DNR)

Information regarding Advance Directives or Do Not Resuscitate (DNR) Orders may be obtained from Medical personnel by utilizing a medical request form.

## DENTAL

Dental care is obtained through sick call requests.

## MEDICAL GRIEVANCES

To submit a grievance for Medical, Mental Health or Dental, you must use the triplicate copy form, 14-5A Informal Resolution or 14-5B Inmate/Resident Grievance form.

See Page 30, Inmate/Resident Grievances.

## SUICIDE AND MENTAL HEALTH CARE

Patients requesting mental health services should submit a sick call request. Mental health sick call requests are handled in the same manner as the medical sick call requests (see above).

**Patients experiencing depression, thoughts of self-harm or harm to others and/or mental health crisis should notify the housing officer immediately.

## MEDICAL RECORDS

Per policy, you may request copies of your medical records, however, you will not be able to keep the records (on person or in cell). Any requested copies of medical records will be stored in your property.

## PREA

### PRISON RAPE ELIMINATION ACT (PREA)

The Prison Rape Elimination Act (PREA) was passed by Congress in 2003. This law resulted in the development of standards for the elimination of sexual abuse in confinement. The final standards were published on June 20, 2012, and became effective on August 20, 2012. In compliance with PREA, CoreCivic and Cibola County Correctional Center have established a Zero Tolerance Policy against all forms of Sexual Abuse and Sexual Harassment.

### WHAT IS SEXUAL ABUSE AND SEXUAL HARASSMENT

The following is considered Sexual Abuse under PREA:

Sexual Abuse of an Inmate by another Inmate – Any of the following acts, if the victim does not consent, is coerced into such act by overt or implied threats of violence, or is unable to consent or refuse:

1. Contact between the penis and the vulva or the penis and the anus, including penetration, however slight.
2. Contact between the mouth and the penis, vulva, or anus;
3. Penetration of the anal or genital opening of another person, however slight, by a hand, finger, object, or other instrument; and
4. Any other intentional touching, either directly or through the clothing, of the genitalia, anus, groin, breast, inner thigh, or the buttocks of another person, excluding contact incidental to a physical altercation.

Sexual Abuse of an Inmate by an Employee, Contractor or Volunteer– Any of the following acts, with or without consent of the Inmate:

1. Contact between the penis and the vulva or the penis and the anus, including penetration, however slight;
2. Contact between the mouth and the penis, vulva, or anus;
3. Contact between the mouth and any body part where the employee, contractor, or civilian has the intent to abuse, arouse, or gratify sexual desire;
4. Penetration of the anal or genital opening, however slight, by a hand, finger, object, or other instrument that is unrelated to official duties or where the employee, contractor, or civilian has the intent to abuse, arouse, or gratify sexual desire;
5. Any other intentional contact, either directly or through the clothing, of or with the genitalia, anus, groin, breast, inner thigh, or the buttocks, that is unrelated to official duties or where the employee, contractor, or civilian has the intent to abuse, arouse, or gratify sexual desire;

14

---

Grievance Coordinators may return and reject without response any grievance or appeal written by a detainee in a manner, which is obscene or abusive, or does not meet other parts of the filing requirements.

If you do wish to pursue a formal complaint, it is important that the procedures outlined below be followed in order to ensure that your grievance is promptly addressed. You shall never be subjected to retaliation, reprisal or harassment for use of or participation in the grievance procedure.

**Grievable Matters:**
- Violation of the state and federal laws, regulations, or court decisions, including but not limited to violations of the Americans with Disabilities Act (ADA), constitutional rights, etc.;
- Application of rules, policies, and/or procedures towards Detainees over which CoreCivic has control.
- Individual staff actions, including any denial of access to the informal resolution or grievance procedure.
- Reprisals against Detainees for utilizing the informal resolution or grievance processes; and
- Any other matter relating to the conditions of care and supervision within the authority of CoreCivic.

**Not used to seek remedy: State and Federal court decisions**
- State and Federal laws and regulations
- U.S. Marshals Service (USMS) standards, decisions, or matters.
  - NOTE: USMS standards, decisions, or matters shall be grieved in accordance with the regulations of the USMS.
- Disciplinary actions; all disciplinary action must be addressed in accordance with disciplinary procedures in place at the facility.
- Property issues where a detainee is requesting monetary compensation (property issues must be addressed in accordance with property procedures in place at the facility).
- Classification status; all classification status must be addressed in accordance with classification procedures in place at the facility.
- Alleged PREA (Prison Rape Elimination Act) incidents. Should a report be submitted and received as a detainee grievance, it will be immediately referred to the facility investigator or Administrative Duty Officer (ADO) and processed in accordance with CoreCivic policy 14-2 Sexual Abuse Prevention and Response.

### INFORMAL RESOLUTION :

Detainees may utilize the informal resolution process concerning questions, disputes, or complaints prior to the submission of a formal grievance. The informal resolution stage should resolve most detainee issues. If a detainee is not satisfied with the results of the informal resolution process, the detainee may file a formal grievance.

Detainee may bypass or terminate the informal resolution process at any point and proceed directly to the formal grievance.

### FORMAL GRIEVANCE PROCEDURE:

Filing

31

## Smoking Policy

For the Safety and Security of all Staff and Inmates/Residents, Cibola County Correctional Center is a Tobacco Free Facility. Possession of any tobacco products will result in disciplinary action.

## Laundry

All Inmates will receive a laundry bag for their cells and all clothing will be considered a permanent issue. The laundry is assigned to you. If an inmate moves to another cell or unit, then the clothing and launcry bag will go with the inmate to the new location. The laundry schedule will be posted in your housing unit.

## Access to Media

You have access to media. You have the right to communicate with the media through telephone calls or written correspondence. Face-to-face interviews between you and the media may be allowed consistent with safety and security objectives and with the approval of the Warden, Vice President, Marketing and Communications, Vice President, Operations and the General Counsel. If required, the contracting agency's approval must also be obtained. For more information please contact a Unit Staff Member.

## Inmate / Resident Grievances

A grievance procedure is made available to all detainees and includes at least one level of appeal. Grievance forms are readily available and easily accessible to detainees.
Detainees have unfettered access to grievance forms which require no assistance or facilitation from staff to obtain forms or deposit grievance forms in the mail; regardless of housing location. Grievance forms are collected daily excluding weekends and Federal Holidays.

Time limits are not imposed or when a detainee may submit a formal grievance.

Detainees grievance forms is a three-part triplicate form that will be used for all grievances, informal and formal. The three copies will allow for dissemination to the detainee, the detainee's file, and the facility. Grievance forms are available in your housing units, control rooms and on the facility tablet system. The ONLY forms NOT available on the tablet are Medical, Mental Health and Dental Grievance forms. You MUST use the triplicate copy forms i.e. 14-5A Informal Resolution or 14-5B Inmate/Resident Grievance forms.

The grievance system is not intended to be used for requests for services or for requests to see medical. Please utilize the request form on the tablet system, sick call request or paper request forms for facility requests. A detainee may not submit a grievance on behalf of another detainee. Utilize the correct category on each form, and only address one issue per form.

30

6. Any attempt, threat, or request by an employee, contractor, or civilian to engage in the activities outlined above in (1) - (5) of this section;
7. Any display by an employee, contractor, or civilian of his or her uncovered genitalia, buttocks, or breast in the presence of an inmate/detainee, and
8. Voyeurism by an employee, contractor, or volunteer. Voyeurism is defined as the invasion of privacy of an inmate by an employee, contractor, or volunteer for reasons unrelated to official duties, such as peering at an inmate who is using a toilet in his or her cell to perform bodily functions; requiring an inmate to expose his or her buttocks, genitals, or breasts; or taking images of all or part of an inmate's naked body or of an inmate performing bodily functions.

The following is considered Sexual Harassment:

1. Repeated and unwelcome sexual advances, requests for sexual favors, or verbal comments, gestures, or actions of a derogatory or offensive sexual nature by one inmate directed toward another inmate and,
2. Repeated verbal comments or gestures of a sexual nature to an inmate by an employee, contractor or volunteer including demeaning references to gender, sexually suggestive or derogatory comments about body or clothing, or obscene language or gestures.

NOTE: Sexual activity between inmates at this facility is prohibited and inmates will receive disciplinary reports for engaging in such activity. Sexual activity is not sexual abuse unless it was found to have been coerced.

### HOW TO REPORT

You have the right to be free from sexual abuse and sexual harassment by another inmate, or a staff member (including a contractor or volunteer). You have the right to be able to report all allegations, have them taken seriously, and have them investigated. You have the right to be protected from retaliation by staff and inmates for making reports of sexual abuse.

NOTE: A report of sexual abuse made in good faith based upon a reasonable belief that the alleged conduct occurred does not constitute falsely reporting an incident or lying even if the investigation does not establish evidence to substantiate the allegation.

If you are the victim of sexual abuse or sexual harassment, or you are threatened with sexual abuse, you should verbally report this immediately to any staff member. Witnesses to any act of sexual abuse are also encouraged to report this immediately and may remain anonymous. Cibola County Correctional Center has multiple ways for inmates to report sexual abuse and sexual harassment.

- You may report incidents to any staff member either verbally or in writing
- Report the incident or allegation to Health Services, Mental Health, or the facility Chaplain
- Submit a letter marked "confidential" and send it the Warden
- Call the CCCC Internal PREA reporting hotline on any inmate telephone as follows:
    1. Pick up the handset
    2. Press 9
    3. Enter your PIN
    4. Press #
    5. These calls may be monitored and recorded

15

To make a report (including an anonymous report) to an agency outside of CoreCivic you can contact:

Milan Police Department
619 Uranium Avenue
Milan, New Mexico 87021

- Office of the Inspector General (OIG) at 1-800-869-4499

You may advise 3rd parties, such as friends and family outside of the facility, to contact the following on your behalf:

- 24 Hour CoreCivic Ethics and Compliance Hotline 1-800-461-9330 or
- www.corecivic.com/ethicsline
- Note: This is not a number for inmates to report an imminent threat of sexual abuse or an incident of sexual abuse or sexual harassment.

## RESPONSE TO SEXUAL ASSAULT

If you are the victim of sexual abuse, staff will respond to assist you. First responders will separate you from your abuser, if known, or may ask you some brief questions to learn his identity. Staff may request that you do not eat, drink, brush your teeth, change clothing, use the toilet, or shower in order to preserve evidence. You will be taken to facility Health Services for evaluation and treatment of any injuries.

All allegations of sexual abuse that may be criminal in nature are referred to law enforcement for investigation. At this facility, criminal investigations are conducted by the Milan Police Department (MPD). As part of their investigation, MPD may request that the facility arrange for a forensic medical exam to gather evidence. This can only be done if the incident is reported timely and is within the period of time where evidence can be gathered. You will be offered a victim advocate to accompany you through the forensic exam and the investigatory interviews. You have the right to decline the forensic exam.

You will not be placed in restrictive housing solely because you have made a report or are a victim of sexual abuse. A staff person will be assigned to conduct retaliation monitoring. This person will meet with you after the report has been made and at least 90 days after to ensure that you have not been the victim of retaliation from staff or inmates for making the report. Retaliation monitoring will stop if the allegation is determined to be unfounded. You will also receive notification of the outcome of the investigation once it has been completed.

## EMOTIONAL SUPPORT SERVICES

If you have been the victim of sexual abuse inside or outside of prison, the facility has a number available for you to call and obtain emotional support utilizing the inmate telephone system. Trained counselors will speak with you and provide counseling and/or crisis intervention. The Rape Crisis Center of Central New Mexico in Albuquerque provides this service. Calls to this number will be confidential and will not be monitored or recorded. This number is not for reporting allegations or incidents.
24 Hour Hotline: 505-266-7711

16

LOST OR DAMAGED PROPERTY:
Property that has been lost or damaged due to CoreCivic employee negligence will be eligible for claim investigation. If you wish to request an investigation of property that has been lost or damaged due to CoreCivic employee negligence, you must complete Page 1 of the 14-6D Lost/Damaged/Stolen Property Claim and forward it to the Property Officer. All claims must be submitted within seven (7) calendar days of the incident. Verification of proof of ownership and value must occur immediately upon investigation. A copy of this policy will be available in the library.

ALLOWABLE PERSONAL PROPERTY ACCEPTED OR TRANSFERRED BY THE USMS:
All Prisoners detained by the U.S. Marshals must be fully aware of the policy of the USMS governing the possession of allowable property. Allowable property is defined as property the individual may retain in his/her possession while incarcerated, subject to the regulations of the assigned facility. USMS policy allows the following property:

- Legal papers or materials relevant to the current judicial proceedings;
- One religious medal that poses no threat as a potential weapon or escape device;
- Eye glasses or contact lenses, with case (contact lenses clear only no color);
- Prescribed medicine and health devices;
- One plain wedding band (rings with stones are not authorized);

In addition, Cibola County Correctional Center allows the following
- Religious reading material (soft bound)
- Property receipts
- Up to 10 personal photos measuring no more than 5X7.
- Up to 10 magazines and 10 books
- Dentures
- KOP medication
- Radio 1, must be approved by Chief of Security or Chief of Unit Management

No additional property will be accepted or transferred by the USMS. Prisoners who collect or otherwise purchase from detention facility commissary programs do so at their own risk; only the property listed above will be transferred between facilities. Transfers are unpredictable and prisoners do not receive advance notice of movements. Prohibited property in your possession will be disposed pursuant to the procedures of your assigned facility.

Note: All property must be placed in the yellow property bags. Any items outside of the property bag may be confiscated as excess property. If detainee needs additional property bag for legal documents, request should be made to the Unit Manager.

## Barber Shop

Free barbering services will be provided to inmates Monday through Friday by assigned barbers only. See posted schedules for barber hours. Hair cutting will be permitted in the Barber Shop, by an approved Barber. Barbers shall not provide service to any inmate when the skin of the inmate's face, neck, or scalp is inflamed, or when there is scaling, pus, or other skin eruptions, unless service of such inmate is performed in accordance with the specific authorization of the Chief Medical Officer. No person who is infested with head lice shall be served.

29

Jacket - during the cold weather months.

Your issue of bedding shall be limited to:

| | |
|---|---|
| Sheet: 2 | Pillowcase: 1 |
| Towel: 2 | Blanket 1 (a 2nd blanket may be issued upon request during the winter months) |
| Washcloth: 2 | Laundry Bag: 1 |
| Pillow 1 | Mattress 1 |

Your issue of personal hygiene items shall be limited to:

| | |
|---|---|
| Toothbrush: 1 | Toilet Paper: 1 |
| Toothpaste: 1 | Hygiene Kit: 1 |
| Soap: 1 | Razor: upon request |

Hygiene items may be requested, through your Unit Staff on an "as needed" basis, in accordance with written facility procedures.

All Facility Issued Property shall be returned to the facility prior to your departure/transfer. You will be charged for any facility property not returned.

Upon admissions any unauthorized property or property exceeding $100 in value will not be kept on person. Property that is not allowed will be stored in the property room until date of release, mailed out or you are transferred. You will have the option to mail property out at your own expense or have family member pick up the property or send in a money order to Cibola County Detention Center for postage of your personal property and will be mailed out. Any unclaimed property will be destroyed after thirty days.

Any USMS going to court or transferred out USMS policy allows the following;

- Legal papers or materials relevant to the current judicial proceedings;
- One religious medal that poses no threat as a potential weapon or escape device;
- Eyeglasses or contact lenses, with case;
- Prescribed medicine and health devices;
- One plain wedding band (rings with stones are no authorized)
- One set of court clothing (belts and shoelaces are not authorized)

## NO STREET SHOES ARE ALLOWED ON ANY COURT TRANSPORTS

All other personal property will be mailed out on your own expense. (i.e. radios, books, cellphones hobby craft, pictures, clothing and shoes) No exceptions! Release of funds will be filled out to mail out any personal property. Property Officers will be notified a week in advance. Once the request and release of funds is received the Property officer's will assist you on mailing your personal property out.

If you are transferred out, or released on a short notice while on a court hearing please contact us at the facility (505) 285-4989. Property Officers will hold your personal property for 30 days. You or your family member can pick it up or you can pay the shipping for your property to be sent to you or your family. If you have family that live out of town and wants to pay for shipping please contact Property at (505) 285-4989 or (505) 285-4989 we will give you the postage amount and you or family can send in a money order to Cibola County Detention Center with the amount and your property will be sent out.

Any property that has been abandoned or any package returned by sender will be kept for 30 days after that it will be disposed of.

28

| Address: | Rape Crisis Center of Central New Mexico |
|---|---|
| | 9741 Candelaria NE |
| | Albuquerque, New Mexico 87112 |

## TIPS FOR AVOIDING SEXUAL ABUSE

- Pay attention to your surroundings.
- Carry yourself in a confident manner at all times.
- Do not accept gifts or favors from others. They usually come with "strings attached"
- Do not accept an offer from another resident to be your protector or "friend."
- Find a staff member with whom you feel comfortable discussing your fears and concerns. Confide in him/her if you feel threatened.
- Be alert! Do not use contraband such as drugs or alcohol, as they will weaken your ability to be alert and make good choices.
- Be direct and firm when others ask you to do things that you do not want to do.
- Do not give mixed messages to others regarding your wishes for sexual activity.
- Choose your acquaintances wisely.

## Mail

As long as you bear the mailing cost, there is no limit on the volume of correspondence that you can send/receive or on the length, language, content, or source of correspondence or publications except when it is a clear violation of policy 16-01 Correspondence Procedures. A copy of this policy is available in the library.

## MAILING ADDRESS

At a minimum, the following information must be included on any outgoing correspondence:

John Doe #000000000
Cibola County Correctional Center
P.O. Box 3540
Milan, NM 87021

Mr./Mrs. John Doe
1234 Main St.
Milan, NM 87021

At a minimum, the following information should be included on any incoming correspondence:

17

```
Senders Name
And Address
                                                    Place
                                                    Stamp
                                                    Here

              John Doe #000000000
              Cibola County Correctional Center
              P.O Box 3540
              Milan, NM 87021
```

**Each inmate will sign an Acknowledgment of Mail Regulations while in Receiving and Discharge.**

A. **INCOMING MAIL/GENERAL**
   1. All incoming general correspondence is subject to being read, in part or in full, and searched for contraband before it is delivered to the inmate/resident.
   2. Mail will be processed and delivered within twenty-four (24) hours excluding weekends and holidays.
   3. Newspapers and publications will be inspected in the Mailroom prior to distribution.
   4. Contraband that is found will cause the entire package/letter to be returned to the sender with appropriate documentation.
   5. If the contraband is a violation of the law it will be referred for investigation.
   6. Correspondence containing information about escape plots, threats, and plans to commit illegal activities will be reviewed by the internal controls officer.
   7. Hard cover books are not authorized at this facility.
   8. Number of single faced photos allowed is limited to 10 photos no larger than 5" x 7".
   9. Identity documents, such as passports, birth certificates, etc., in an inmate's possession are contraband and may be used by the DHO as evidence against the inmate or for other purposes authorized by law.
   10. Authorized incoming regular mail will be photo-copied. This will include the envelope and all contents within the envelope including any photographs. All originals will be held for 14-days prior to disposition.

B. **OUTGOING MAIL/GENERAL**
   1. All outgoing mail will not be sealed.
   2. A mail box will be located in the corridor of your housing unit.
   3. All outgoing mail must be addressed with a recipient name and address, to include city and zip code.
   4. To send mail when stamps are not readily available, you will need to submit a Release of Funds form which will authorize removal of funds from your account to pay for the postage. At a minimum, the Release of Funds Form must include your name, number, housing unit and signature.

C. **SPECIAL CORRESPONDENTS MAIL**
   "Special Correspondents Mail" means correspondence directed to or received from any of the following persons:
   - State and Federal elected officials,
   - State and Federal Officials appointed by the President of the United States,
   - State and Federal judges and courts,
   - Attorneys who can be verified as licensed to practice law in any state, Secretaries

18

**PHOTOS**
Photo tickets ($2.00 each) are purchased through commissary; upon receiving commissary receipt notify Recreation Coordinator or Recreation Officers of your purchase. Clothing to be worn will be in accordance with Cibola County Correctional Center (Full Uniform) dress code.
   - No group photos
   - No altered clothing
   - No shirtless photos
   - No hand gestures of any kind

**BOARD GAMES AND MOVIES**
Board games will be checked out from the unit control with prisoner identification card; multiple games will not be checkout with one ID-Card. The ratio will be 1 for 1, meaning one game for one ID-Card.

Movies will be shown on channel 3; NO Rate-R, Non-Rated or Foreign movies are played. Movies are selected and played in accordance with Swank Motion Pictures.

**TELEVISIONS**
Television programming is the responsibility of the Unit Manager. To ensure fairness to all prisoners, the Unit Manager will post sports viewing and special programming schedules on a regular basis. Special viewing of sporting events may also be allowed, upon submission of a written request. No deviations will be permitted.

Televisions will be turned off during formal facility count, cleaning and sanitation of housing areas, at lockdown and when it will interfere with other facility operations.

## Inmate / Resident Employment

Every effort will be made to provide you an opportunity to participate in the voluntary work program. Ordinarily you will not be permitted to work in excess of eight (8) hours daily, or 40 hours weekly unless a request is made to and approved by the Assistant Warden. In addition, you shall be required to sign a voluntary work program statement and receive necessary training

Should you decide to participate in the volunteer work program, you will be required to work according to an assigned work schedule. Unexcused absences from work or unsatisfactory work performance could result in your removal from the voluntary work program.

## Personal Property

**FACILITY ISSUE PROPERTY :**

Your initial issue of clothing shall be limited to:

| | |
|---|---|
| Shirts: 3 | Socks (pair): 7 |
| Pants: 3 | Underwear: 7 |
| T-shirts: 3 | Bras: 3 for females |
| Shower shoes: 1 | Laundry bag: 1 |
| Shoes (pair): 1 | Note: Kitchen workers allowed to have work boots in addition to. |

27

## Recreation

Prisoners at this facility have opportunities to participate in leisure time and/or physical activities outside their respective cell/unit on a daily basis. These opportunities will grant prisoners access to outdoor or indoor activities for at-least one hour. Prisoners who choose not to take part of these opportunities will remain secured in their housing unit during their designated recreation time.

The recreation schedule will be posted in the housing units.

### OUTDOOR RECREATION
Facility and weather permitting; scheduled outdoor recreation will be provided on Sundays, Tuesdays, Thursdays and Saturdays.

### INDOOR RECREATION
Indoor recreation will be provided on Mondays, Wednesday and Fridays; Barber Shop services will be available during indoor recreation.

### RECREATION ATTIRE
- Sweatpants-Gray
- Sweatshirt-Gray
- Authorized religious items (i.e. rosary, wedding band, etc.)
- Facility issued jacket
- Facility issued uniform

The following are non-allowable items during recreation times:
- Food
- Cups, dishes or utensils
- Books, paper or writing instruments

### OUTDOOR/INDOOR RECREATION GUIDELINES:
- Prisoners are to clear metal detector(s) going into and out of recreation.
- Prisoners are not allowed to enter or exit recreation once movement is secured.
- Random pat searches will be conducted when entering and exiting of recreation.
- Checkout of equipment is permitted with prisoner identification card.
- Check-in of equipment is necessary for the return of prisoner identification card.
- Report any injuries you may have received while at recreation immediately.
- Theft/destruction/altercation of any recreation equipment will result disciplinary actions.
- MISCONDUCT WILL NOT BE TOLERATED.

### BARBER SHOP
Free barbering services will be provided for prisoners during indoor recreation. See posted Monthly Recreation Schedule for time of recreation. Haircuts shall not be permitted for prisoners with inflammation of the face, neck or scalp or if there is scaling, pus or other skin eruptions. Barber Shop rules and procedures are posted and shall be followed.

of the Army, Navy, or Air Force,
- City, county, state and federal officials have responsibility for your present, prior or anticipated custody, parole or probation supervision.
- Confining authority,
- Officials of a foreign Consulates,
- Administrators of grievance systems,
- Members of the paroling authority,
- County agencies regarding child custody proceedings,
- Verified legal service providers/organization (e.g. American Civil Liberties Union, Prison Law Office, National Association of Criminal Defense Lawyers)

Properly identified "Special Correspondence Mail" will only be opened in the presence of inmates, and may be inspected for contraband but not read. Outgoing special correspondence or legal mail shall not be opened, inspected or read.

1. The sender must be adequately identified and the envelope marked confidential to ensure that it is treated as special correspondence mail. It is the inmate's responsibility to inform senders of the labeling requirement.
2. Mail from the chambers of the judge and from members of the U.S. congress which is clearly identified will not require special mail marking.
3. It is the inmate's responsibility to advise his attorney of the procedure for identifying attorney-client correspondence.
4. The Mailroom Staff and Unit Staff are responsible for pickup and delivery of legal/special mail.
5. Items received in an envelope marked confidential but containing items that are clearly not legal mail will possibly be confiscated and/or returned to sender.

D. **RESTRICTED MAIL**
1. Inmates may be placed on restricted correspondence.
2. The recommendation will be made by the Chief of Security and a determination will be made by the Warden.

E. **MAILING SUPPLIES**
1. Stamps, envelopes, and paper are available for purchase through the facility Commissary. See the "Commissary" section for further ordering information.
2. If you are indigent, the facility (housing unit staff) will provide writing paper, writing implements and envelopes at no cost.

F. **STAMPS/INDIGENT SUPPLIES**
1. In order to qualify for indigent supplies, you must have $3.00 or less in your account for a minimum of 30 days or longer. You must submit a request for indigent supplies to unit staff, who will verify your indigent status.

G. **RETURNED MAIL**
1. All returned mail and packages will be opened and INSPECTED to prevent the introduction of contraband.

H. **PACKAGES**
1. The following packaged items are approved to be received;
   - Five (5) books and magazines may be received. Any excess is returned or placed in the detainees property. (BOOKS AND MAGAZINES WILL ONLY BE RECEIVED FROM THE PUBLISHER)
   - Warranted products may be received form manufacturer or distributors.

2. Packages will be checked to ensure that they contain only the items authorized by the Warden.
3. Packages that contain unauthorized materials shall be mailed back to the sender at the inmate's expense.
4. Out going packages will be inspected for contraband. Mailing packages out of the facility may occur as follows:
   a. Personal items will be mailed at the inmate's expense and approved by the Unit Manager.

I. **CERTIFIED MAIL**
1. Inmates are authorized to certify their mail. If you wish to send Certified Mail, you can request a certified label from your assigned Case Manager, Counselor or the Mailroom Staff. Please be advised that there will be an additional charge to send Certified Mail.

J. **INMATE CORRESPONDENTS**
Inmates may correspond with inmates incarcerated in other correctional facilities as outlined below.
   a. Prior written approval of the Warden/Administrator or designee must be obtained from each facility. Copies of the approvals will be provided to both inmates.
      i. Written approvals will remain in effect even though one (1) or both of the inmates are transferred to another facility.
   b. Correspondence privileges will be limited to:
      i. Immediate family members (spouse, parents, siblings, children, and grandchildren); and
      ii. Co-defendants in active cases, unless Co-Defendants are ordered by a judge to have no contact with each other.
   c. Correspondence will not be deemed to be special in any manner.
   d. All outgoing correspondence must remain unsealed until reviewed by designated facility employees.
   e. Photographs of incarcerated inmates must not be included in any correspondence.
   f. Inmates/residents may not receive nor send correspondence to multiple inmates inside the same envelope.

## Telephone Use

The dormitories have been equipped with telephones. These telephones have been provided so you can communicate with friends and/or relatives. Upon your arrival, the Processing Officer will issue you a PIN number. This pin number will be active throughout your stay at the facility. To activate your pin, you need to have access to the inmate telephone system, either in the Intake Hold Room or in your assigned housing unit. All inmates are required to set up a voice password prior to completing their first phone call. This system is designed to make sure that no other inmate can access your pre-paid account. Pre-paid accounts are your responsibility; you must protect your Voice Biometrics in order to receive your funds.

Voice Biometric Set-up:
- Enter (1) for English or (2) for Spanish. Enter your PIN. The system will prompt you to enroll your voice password.
- State your full name and the facility name (Cibola County) slowly and clearly, each time the system asks, until it states the enrollment is completed. This could take up to ten (10) times.

## Religious Services

Cibola County Correctional Center employs a full-time Chaplain who ensures that you are permitted to pursue legitimate religious practices accomplished within the boundaries of security, safety and orderly operations of the institution. Religious services include weekly services, pastoral counseling, religious study, religious diets and spiritual leadership. Religious programs are voluntary and open to all inmates.

You may approach the Chaplain for counseling or you may submit an Inmate Request Form to set up an appointment to address religious concerns. Requests for religious materials must be made in writing. Communication between you and the Chaplain is confidential, except for statement(s) that you plan to harm yourself or others or actions that may be taken to jeopardize the security of the facility.

You may request religious publications. The Chaplain, in consultation with the Warden/Facility Administrator or designee, shall review and approve religious publications, books, magazines, tracts, brochures, posters, etc. delivered to the facility at-large (i.e. not addressed to a specific inmate/detainee) prior to these documents being circulated within the facility. Restrictions on such correspondence shall be in accordance Facility and Contracting Agency Policy requirements. The Chaplain may have copies of Bibles, service books and prayer books available by written request.

The facility will permit and facilitate the observance of special religious holidays consistent with security requirements. You may submit requests for special religious observances to the Chaplain 60 days prior to the occurrence. Upon verification that the request is consistent with the usual practice of a particular religion, the Chaplain will submit a recommendation, through the Chief of Unit Management, Chief of Security, the Assistant Warden, and to the Warden for final approval. You must comply with all rules and regulations of this facility while participating in religious services. You will be removed from the service, if found in violation, and disciplinary action may be taken.

## Library Services

The library at this facility contains standard library materials found in a school or community library. The needs, interests and abilities of the majority of inmates are carefully considered and the library collection developed accordingly. You are permitted to check out books during library hours. The Librarian/designee or inmate librarian can assist you. It is important that you take care of the books and return them timely so other inmates have the opportunity to read and enjoy them.

Hours of operation are posted in the housing units.

**LAW LIBRARY**

Cibola County Correctional Center provides a law library for inmate use. The law library provides legal materials using the Lexis/Nexis publications on CD ROM, and instructions for use of the Lexis/Nexis computer system are available in the library. Cibola County Correctional Center provides access to computers, printers, and other supplies for use in the law library.

The schedule for use is posted in all housing units.

Pay to:            Corrections Corporation of America
Code city:         Trustcca
State:             TN
Sender's account #:  COMMISSARY# and Inmate's last name (as it appears on your
                   ID card).
                   Example: 123456SMITH
                   Important: No spaces, no first names.

In addition, money orders and cashier's checks for deposits may be mailed to the following address:

CoreCivic Inmate Trust
*Inmate Last Name, First Name Commissary Number*
Facility: Cibola
P.O. Box 16545
Atlanta, GA, 30321-0545

Foreign currency will be placed in your property. There is no limit to the amount of funds you may have in your account. All inmates are strongly advised to inform persons sending money to them to keep a copy of the envelope in which the money has been sent and a copy of the cashier's check/money order for their personal records.

You are only authorized to receive money from people who are on your approved Inmate Visitation List. Money sent from people who are not on your approved Inmate Visitation List will be returned to the sender. See your Unit Staff if you have any questions.

Additional information is located in the housing units.

## Commissary

Your commissary will be delivered to you in your housing unit.
You can purchase commissary one time per week, this includes phone time. The spending limit is $40.00 per week. Photos
You MUST have the money available in your account at 6:00 a.m. Monday morning, or you will wait until the following week for commissary. Commissary staff will not pick and choose what an inmate can afford. The order will be processed until the money runs out or you reach your spending limit. There will be no refunds for wrong items purchased. It is your responsibility to properly fill out the order form. Prior to opening your commissary bag, you must verify all items. If you feel there is a problem with the order one of the commissary staff will verify the items in the bag with you prior to it being opened. Once you have opened the bag, the order is complete. There will not be any exchanges, refunds or replacement of missing items. Commissary will provide a time for inmates at court, work, or medical to receive their commissary even if it is not at the specified time for their housing unit. Commissary is open from 8:00 a.m. to 4:00 p.m. Monday through Friday, with the exception of Holidays; the schedule is posted in the units and is subject to change without notice.

Commissary is purchased at your own risk. If you are released, refunds will not be granted for items that have been purchased.

If you are released from the facility with money on your telephone account, and wish to receive a calling card for unused minutes, call the following number: 866-348-6231.

- Repeat your name and facility (Cibola County) the same each time you make a call. (You must say this exactly the same each time).
- If you believe your recording is not matching, you can request a reset.
- A reset will be done within 2 hours, as long as:
  - You have not completed a call using general funds in the last 72 hours.
  - The name, facility and voice match the original recording.

Once activated, you are entitled to an initial five (5) minute free call *within* twenty-four hours of arrival at the facility.

### THREE (3) WAY CALLS ARE NOT PERMITTED AND WILL BE BLOCKED
(Blocked numbers can be "unblocked" once family/friends pay a $25 fee plus adding $25 in Pre-Paid credit.
### Call Acceptance Prompts
### (This is what your receiving party hears)

### PREPAID, FREE, COLLECT
This is an Intelmate automated operator with a (PREPAID, FREE, COLLECT) from (INMATE'S NAME) AT (FACILITY NAME). This call is subject to recording and monitoring except for privileged communications between an attorney and client. Press one or star to accept this call. To deny this call press (2), or (3) to block all future calls from this inmate. Thank you for using Talton Communications.

### ADVANCE PREPAY
This is a free one minute call from (INMATE'S NAME) at (FACILITY NAME). Your phone does not accept collect calls. Talton as a courtesy has provided this call for friends and family. You cannot receive additional calls from this inmate until you set up a prepaid account. We can take your credit or debit card information over the phone and connect you immediately back to your call. This call is subject to recording and monitoring except for privileged communications between an attorney and client. Press (1) or " to accept this call. To deny this call, press (2), or (3) to block all future calls from this inmate. Thank you for using Talton Communications.

See your Unit Team for Information regarding Customer Service for Phone Issues.

### VOICE MAIL
Each inmate has a personal voice message mailbox accessible by entering the PIN number.
- Inmates receive automated voice mail message when a person purchases prepaid phone time on their behalf.
- Customer service sends pre-recorded messages to inmates in response to an issue via 211#.
- Friends and family can also leave inmates a 3-minute voice mail message for a small fee paid by family.

### PREPAID CALLING FOR FRIENDS AND FAMILY
Friends & family can set up a prepaid account for you.
- Talton Customer Service at 1-866-348-6231
- www.talton.com website

See your unit bulletin board for current calling rates.

### UNMONITORED LEGAL CALLS
If you wish to make an unmonitored legal call from your pod, please see a member of your unit team. They will assist you in the process of having the number marked "UNMONITORED" in the

Talton Phone System. This process includes verification that the number is for an attorney.

## TELEPHONE ACCESS FOR INMATES WITH DISABILITIES

Disabled inmates are granted the same access to telephone privileges as other inmates. When needed, the facility can provide a Telecommunications Device for Deaf Persons (TTY) or Accessible Telephone (telephones equipped with volume control and telephones that are hearing-aid compatible) for inmates who are deaf or hard of hearing. Accommodations can also be made for inmates with speech disabilities. If needed, the facility will engage in an interactive and individualized process that considers whether an inmate with a disability needs any additional accommodation to access telephones.

See your Unit Team if you have further questions regarding disability accommodations.

## DISABLING OF TELEPHONES

Telephones will be shut off during facility counts and at 10:00pm each night. There may also be times when security needs of the facility require that the phones be temporarily shut off. If you have any questions, please contact your Unit Staff.

## TALTON TABLET INSTRUCTIONS:

- Leave tablets on charging station when not in use.
- Use the top right button on the side of the case to turn on tablet.
- Select English, Spanish or French from the dropdown box on the top right of the screen.
- Use your Telephone PIN and put your face in the box on the screen to log in.
- You will be asked to set up a 2nd PIN, please choose a number different from your phone PIN.
- The Tablet will log you out after 5 minutes of inactivity. You will continue being charged as long as you are logged into the Tablet.

**Tablets are a PRIVILEGE not a RIGHT**
**They can and will be restricted if misused or broken**

**ALL CALLS ARE SUBJECT TO RECORDING AND MONITORING**

## Visitation

At CCCC, all of your visits are non-contact. The number of visitors you may receive and length of visits are determined by policy and procedures, security requirements, the facility schedule, space, personnel constraints, and/or contract requirements. If you have visitors who travel from out of state, exceptions to the length and number of visits you receive must be pre-approved and scheduled in advance. See your Unit Staff if you have questions.

Prior to receiving visits at this facility, you must complete an Inmate Visiting List. Required information for each visitor includes their name, relationship (to you), address, birthdate and telephone number. Information noted will be verified by Unit Staff prior to approval or denial. Only six (6) visitors will be allowed on your approved list. You cannot revise your approved visiting list for six months. See your Unit Staff if you have any questions.

## VISITING SCHEDULE:

A current visitation schedule is posted in your housing unit.

To schedule a visit, your visitor must call the following number: 1-505-285-4900. Visits must be scheduled Monday through Friday for the following week's session. If you have any questions, contact Unit Staff.

You will only be allowed one (1) hourly session per week, unless pre-approved. Visitation schedules are posted in your housing unit. Review the schedule often. It is subject to change.

The Warden or designee can limit or restrict any visitor from entering the facility when reasonable suspicion exists that such visits jeopardize the security of the facility, your safety, or visitors' safety. Refer to the visiting schedule posted in your housing unit for specific visitation dates and times that apply to you.

No more than three (3) visitors will be allowed to visit you at any one time. Visitors will not be allowed to bring or pass you any items or gifts.

Visitation rules are located in your housing unit, the visitation area and front lobby. Violation of visitation rules may result in the termination of your visit and suspension of the visitors' future visitation privileges. This is in addition to any disciplinary sanctions that you may receive.

You may wear your wedding band to your visit. No other jewelry (rings, watches, necklaces, etc.) will be allowed. You must wear your ID band and regular issued uniform in order to be permitted into the visitation area.

The Warden or Designee must approve Clergy visits, in cooperation with the Chaplain, in advance. Any clergy member, who wishes to visit you as a friend, must complete a visiting application and must be on your visitation list. During normal hours, attorneys and their representatives; i.e. investigators, paralegals, and law students, are permitted to visit you in reasonable numbers for business purposes. Attorneys must call the facility to schedule a visit.

## SPECIAL VISITS

Cibola County Correctional Center shall accommodate the scheduling needs of visitors for whom scheduled visiting hours pose a hardship, for example, authorizing special visits for your family visitors. Your Unit Manager will be the point of contact for such special visit requests.

## Inmate/Resident Accounts

To send money, contact unit management staff to make arrangements to prepare a release of funds.

## DEPOSITS TO ACCOUNTS FOR NEW ARRIVALS

US Postal money orders, US treasury checks, and US International Postal money orders will be credited to your account in two working days.

## GENERAL DEPOSITS TO INMATE ACCOUNTS

Cash, personal and business checks will not be accepted at the facility or through inmate mail. Deposits can be processed through Western Union (Blue Quick Collect Form ONLY) with the following information:

22

23

Siraj Wahhaj
Federal detainee No. 00414157
P.O. Box 3540
Milan, New Mexico 87021

Legal
mail

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 17 2023

MITCHELL R. ELFERS
CLERK

United States District Court
District of New Mexico
Office of the Clerk
Suite 270
333 Lomas BLVD. N.W.
Albuquerque, New Mexico 87102

Legal
mail

Dear Erlinda,

Peace for those who follow the guidance. Reflecting on our last attorney phone call on May 29, 2021 compelled me to write this letter to thank you for your excellent work and due diligence. I appreciate everything you are doing for me in launching a collateral attack against my illegal incarceration. Prior to you coming aboard nothing was done with my case. To me you are the standard to which representation looks like. I am going on three years in pretrial detention. Now that Subhannah and Hujrah has been found competent I want you to file another speedy trail motion to dismiss with prejudice. We already filed a motion to sever which judge Johnson denied and two speedy trail notices. When the stay is lifted I want you to preserve for the record that the FEDS have been illegally profiling and surveilling me because I am muslim since 2003. In order for the FEDS to conduct surveillance on me they would have had to file a FISA application. If continued FISA coverage on a U.S. Person deemed necessary, the FBI must request from the FISC a renewal of its authorization every 90 days. According to FBI policy, the case agent is required to re-verify that statements of fact repeated in a renewal application from an initial FISA application remain true and must obtain supporting documentation for any new statements of fact included in the renewal application that goes to the FISC for approval. Following the creation of the Woods file, the case agent signs the "FD-1079 FISA Verification Form" (Woods Form) to affirm "the accuracy of each and every factual assertion.. and that back- up documentation for each such fact has been retained" in the Woods File. The supervisory special agent is also required to sign the form, confirming that the supervisory special agent has reviewed the Woods File and determined that it contains supporting documentation for every factual assertion within the FISA application. This form must be completed prior to an application being submittted to the FISC. The case was opened in 2003 and closed in 2009. That is six years of continuous surveillance using tax payers funds.Why was the case closed? What was found from this extensive surveillance? Why was that not sufficient enough to file charges against us? Yet we was designated as muslim extremist level tier six. They reopened the case back up in 2015 and it does not state that they closed it. I want all FISA applications that were filed. The FEDS have been watching me for a long time why? They conducted a thorough investigation of me yet these did not turn up any charges why? The FEDS called us muslim extremist why? We were listed as level tier six why? These are domestic terrorist. This classification was done in 2003. Where is the proof of domestic terrorism? If we were domestic terrorist we would have been arrested along time ago with the amount of surveillance we were under. The reality is we were profiled because of our religion in violation of our first Amendent rights.

I want the record to be preserved that the Taos County Sheriff Jerry Hogfre lied multiple times on his sworn affidavit for a search warrant. He deceived a neutral and disinterested Judge Sarah bakus into signing a search warrant for probable cause when there was none. From that illegal search warrant my children were seized from us placed in CYFD custudy in ordered to give CYFD time to conduct safe room interviews in order to further the investigation. In violation of our 14th Amendent Constitutional rights. CYFD gave permission to the FBI to illegally interrogate and coerce our minor children without our written or verbal consent nor without a court order. We did not even have a first appearance in court and our children were already illegally interrogated. I want a suppresion motion filed. From that illegal coerce interrogation charges were manufactured against us. The illegal coerce interrogation was so disturbing that Farroll a minor child started to cry because of the intensity of the interrogation. The FEDS continuously pressed our minor children for hours on different days without their miranda rights being read, nor a lawyer and their parents being present. It was not until our minor children was exhausted from that coerce interrogation that they started to agree with the FBI's narration. The FBI's created narrations resulted in charges filed against us. I want the boys deposed.

I want the record to be preserved that I am being punished in pretrial detention with conditions of confinement that are inhumane and oppressive. I am being denied medical care for my COVID Long that Cibola County Correctional Center is responsible for infecting me. They caused the out break by not following the CDC and NMDOH guidelines and then attempted to cover it up. I am also being denied access to the courts. I have been obstructed, delayed and ignored with assistence in filing my motions which are time sensitive. I am not concerned if judge Johnson rules against these motions. He is an officer of the court it is his right. However I am extremely concerned that the record is not being preserved with all of the Due process constitutional violations we had to endure.

I have grounds for ineffective assistance of counsel against my first lawyers. This case was deemed complexed with all of the attorneys knowledge and unoppose consent. Howerver our atttorneys never informed us that the government was planning on making this case complex. They neither informed us nor consulted us on our position if we wanted to oppose it or not. This greatly prejudiced us, I would have asserted my speedy trail rights way earlier if I knew this. This is something Judge Johnson mention in his denying of our speedy trail motion. I was denied that opportunity as is my right. This was before competency was even an issue. Every one was speaking to their attorneys at this time. There is no justification for not telling us the governments position and asking us what we wanted to do. This is our lives win or lose our lawyers lives does not change. Our lives have already been dramaticlly changed. I understand this is a marathon not a sprint. The government gave us an easy victory with their outrageous conduct and violation of our constitutional rights.

We have to preserve the issue in district court that my children are suffering because of this illegal separation. They are seeing a therapist weekly because of the major psychological issues they have devolped because of these constitutional violations. I do not want to hear there is nothing we can do. There is plenty that we can do. The first thing we need to do is preserve the record. Our constitutional rights was violated by **everybody.** It must be documented anything less would be against my wishes.

I know you came aboard late and was not responsible for what the former lawyers did and did not do. You have been given great abilities and with them is great responsibilites. You have been a **GOD** send and I appreciate everything you have done and continue to do. I ask **GOD** to bless you and your family with good health during and after this pandemic. To guide you in all of your affairs and to protect you Amin! Enclosed is all of the grievances and sick calls I filed at CCCC. Peace for those who follow the guidance.

Sincerly Yours<br>
Siraj Wahhaj<br>
#00414151

I declare under penalty of perjury that the foregoing is true and correct. Executed on 6/8/2021 at ( Milan New Mexico)

Siraj Wahhaj

OFFICIAL SEAL
Joaquina Galindo
NOTARY PUBLIC-State of New Mexico
My Commission Expires Sept-14, 2024

# ATTACHMENT 1B

# DECLARATION OF SIRAJ WAHHAJ

I, Siraj Wahhaj(DOB 6/21/78), do hereby declare, under penalty of perjury under the laws of the United States of America, that the following is true and correct:

1. I am currently detained at the Cibola County Correctional Center ("CCCC"), in Milan New Mexico. I have been detained at CCCC since September 2018.

2. Peace for those follow the guidance.

3. It is my hope by documenting these crimes against humans that are in pretrial detention with a presumption of innocence until proven guilty, someone who is brave enough to sound the alarm will do the right thing for humanity.

4. It is an undeniable fact that the constitution affords everyone the opportunity for Due Process.

5. Irregardless of the biases of CCCC's staff or government agencies.

6. It does not matter if detainees have tattoos riddle all over their face they are still entitled to due process protection.

7. They are still entitled to lawyers representation.

8. Attorneys representing their clients sincerely trying to find a favorable outcome for them.

9. Not trying to railroad them into these outrageous pleas.

10. CCCC inflicts massive oppression on the detainees housed in their care.

11. CCCC staff lacks credibility they often lie, falsify records, cover up clear and blatant constitutional violations.

12. They often turn a blind eye to the oppression Detention officers ('DO's") and staff inflict on detainees in their care.

13. CCCC is incapable and unwillingly to rectify these critical constitutional violations internally.

1

14. It has the appearance that most of the lawyers, prosecutors, FBI, Marshals, and CCCC in New Mexico are working together against detainees in their care.

15. I have listened attentively to countless complaints of detainees and they all sing the same tune.

16. I did my own independent investigations and came to the same conclusions.

17. Many of these detainees comes from all walks of life. I learned quite a great deal from them.

18. Different experiences, different charges, they have know idea I talk to each and every one of them.

19. For all of them to say the same thing, it is conclusive. There is no way they could have planned it.

20. CCCC may be able to attack one or two of theses allegations but they will not be able to overcome the cumulative effect.

21. There is no transparency here at CCCC.

22. It is just lies covered with more lies.

23. It seems like CCCC chooses the worst people for their employees.

24. There is a concentrated effort to infringe on detainees rights to free and unfettered communication with the courts.

25. CCCC's staff reads attorney client privilege legal documents, confiscate them, alter them all in violation of detainees due process rights.

26. Do's hinder detainees from the law library. They make up their own rules as they go.

27. If they fell like letting detainees have access to the law library they will, if they do not they will not.

28. If detainees needs copies of their legal work printed from the computer detainees will wait days even weeks until staff is not posted or until they feel like making the copies.

2

29. It does not matter if detainees motions are time sensitive or not.

30. When or if detainees finally get the staff to print out legal motions they will hold detainees legal documents for days before returning their copies.

31. This gives them ample time to read and or copy detainees legal documents.

32. They will not even try to make an excuse on why they kept detainees legal documents so long.

33. There is an unholy relationship between CCCC, FBI, Sheriff, and the Marshals.

34. It is like CCCC goes out of their way trying to assist in the prosecutions of detainees on behalf of those entities.

35. CCCC's is contracted to provide security, housing, medical, legal and basic needs of detainees. Their are not in the business of law enforcement and prosecution.

36. CCCC's DO's constantly engages in escalation with detainees.

37. Everyone in law enforcement and private security knows the importance of deescalation.

38. The DO's regularly taunt detainees telling them that is why they are locked up and

Case 1:18-cr-02945-WJ   Document 514-12   Filed 11/14/22   Page 5 of 9

make fun of them where they are housed.

39. This sets up a dangerous situation for everyone.

40. The DO's are looking for any opportunity to spray detainees with pepper spray and assault them.

41. Most of the DO's are lazy. They want detainees to serve them instead of providing detainees with services CCCC is contracted to provide.

42. They continuously deny detainees services or hinder them greatly.

43. The DO's arbitrarily decide which services detainees receive or not.

44. Irregardless if it is policy or not, the DO's decide.

3

45. No one gave the DO's the authority to do as they please but CCCC condones it.

46. When detainees grievance these DO's reprehensible conduct nothing is done leaving detainees at the DO's mercy.

47. DO's decide if they want to give detainees chemicals, laundry service, law library, medical service, or even if they feel like calling a captain or superior.

48. These DO's are the boots on the ground, they spend a considerable amount of time with the detainees.

49. So, if the DO's hinder detainees, drag their feet or right out deny detainees services this is extremely oppressive.

50. It leaves the detainees with no option but to document these violations for hope of the day of redemption.

**CCCC Medical Department**

51. CCCC's medical department is atrocious.

52. CCCC has a propensity of deliberate indifference with the detainees under their care.

53. Detainees at CCCC are not afforded humane medical treatment they are entitled to.

54. The medical staff does not answer sick calls in a timely manner.

55. They discards detainees sick calls.

56. The medical records department falsify medical records.

57. The Dr.'s and Nurse Practitioners intentionally misdiagnose illnesses.

58. CCCC had two COVID-19 outbreaks. One in July 2020 and the second in April 2021.

4

59. CCCC cause the first outbreak by employees not wearing masks, not screening detainees when they arrived, not testing detainees in intake, not providing detainees with medical attention who showed symptoms, not quarantining those who was effected, and not maintaining 40% occupancy.

60. That was egregious enough, but what they attempted to do was a concentrated, deliberate effort to cover up the outbreak.

61. On March 30,2020 email from Core Civic to the Marshal: response to request seeking information regarding Core Civic's plan and procedures to prepare for and prevent the spread of the novel corona virus (COVID -19) among detainees, including those housed at Cibola County Correctional Center.

62. March/2020: First town hall meeting reports no cases.

63. April/2020: CCCC had its first cases of COVID among employees on April 30,2020.

64. On April 2020 members of the New Mexico Congressional delegation asked what preventative measures Core Civic was taking to prevent further spread.

65. On April 24, 2020 Detainee Brian Mark Compton put in a grievance # 2020- 504 – 00260-G 2004273 complaining two DO's were not wearing their masks per directives.

66. On May 11,2020 town hall meeting states On May 7th the USMS notified Cibola that the transport from May 4th had contact from a positive Covid- 19 detainee. The detainee were tested and tested positive. Transport came from Otero, two females lived in 200B.

67. On June 2020 Town hall meeting CCCC had three employees and three detainees who have tested positive.

68. On July 7, 2020 town hall meeting reported three employees and three detainees who tested positive. 700 A&B were quarantine status as a precautionary measure.

69. On July 15, 2020 town hall meeting unfortunately, we have to report our facility has experienced a bit of an increase in potential cases. Recently, we placed 600 unit, 300 A/B/C and 400 a&D on pod restriction pending test results because either the detainee displayed symptoms or they potentially came in contact with someone who was positive foe COVID-19.

5

70. On  July 17, 2020 email from U.S Deputy Marshals Sean Cozart ("USDM')stating that Cibola does'nt have any positive cases in Cibola. From what I understand they are testing 10% of the population on a random basis.

71. On July 20, 2020 CCCC conducted mass testing of the whole facility at the directives of  New Mexico Department of Health("NMDOH").

72. On July 27, 2020, the NMDOH announced 170 positive cases at Cibola facility, which largely contributed to New Mexico's higest count of daily positive cases to date. Two days later, 76 more positives cases reported at Cibola. According to Core Civic, these high numbers were a result of mass testing conducted at Cibola at the direction of NMDOH. In total , as of August 12, 2020. Cibola has recorded 313 positive cases, which accounts for 84% of all positives cases in Cibola County. (See Congressional delegation letter)

73. On July 30, 2020 town hall unfortunately, we have to report our facility has experienced a significant increase in positive cases this week due to mass testing.

74. It is impossible to have no cases on July 17 and then have a outbreak on July 20.

75. Either CCCC lied to the Marshals about their true numbers or the Marshals was complicate in the cover up.

76. NMDOH has directed weekly testing of all CoreCivic employees and Contract

Workers (collectively "Facility Staff") at CCCC.

77. Yet according to USDM Sean Cozart CCCC was conducting 10% testing on random basis.

78. The second outbreak occurred on April 2021.

79. Detainees started to get sick in my Pod 300 D.

80. I put in grievances stating the Pod needed to be tested.

81. Multiple employees from 300 unit has tested positive for COVID, yet contract tracing was not done, unit 300 was not put on Cohart, nor was the pod tested.

82. As a result of CCCC infecting me with COVID-19 I'm experiencing long term effects COVID Long that CCCC has ignored.

6

83. I have put in multiple sicks calls, complaining about brain fog, memory, loss of speech, waking up not knowing where I am at and my kidneys has been hurting me every day since July 30,2021.

84. A full blood work was preform on me May 28,2021. The results came back that my kidneys are abnormal.

85. Dr. Saavedra ignored the report and told me to drink a lot of water which I already do. He said he will repeat the test.

86. The second blood test was done on June 20,2021 my GFR came back higher than the first test, yet I was told my kidneys are fine.

87. The excuse the ANP Sue Burkhalter gave me was because your African American your GFR counts are graded higher.

88. I found this astonishing because the Dr. who read my labs did not know I was African American. There is something nefarious going on here.

89. Everything I have alleged here is backed up with documentation beats conversation.

90. My attorney Erlinda Johnson has all of my grievances, sick calls, declarations, town hall meetings, Congressional delegation letter, Amy Martin September 12,

2020 search light New Mexico news article and detainees affidavits all collaborating these atrocities.

91. Peace for those who follow the guidance.

I Affirm this Declaration was true and correct . Executed this 13th day of August 2021.

AFFIANT _____
SIRAJ WAHHAJ
9/01/21

7

OFFICIAL SEAL
Joaquina Galindo
NOTARY PUBLIC-State of New Mexico
My Commission Expires _____ Sept 14 2024

## DECLARATION OF SIRAJ WAHHAJ

I, Siraj Wahhaj(DOB 6/21/78), do hereby declare, under penalty of perjury under the laws of the United States of America, that the following is true and correct:

1. I am currently detained at the Cibola County Correctional Center ("CCCC"), in Milan New Mexico. I have been detained at CCCC since September 2018.

2. I was assigned to pod 300 D I am currently in the SHU.

3. On August 3, 2021 CCCC was conducting a search on 300 D in the East rec.

4. Unit Manager ("UM") Dollie Jaramillo was conducting my search.

5. I clearly distinguish my religious articles from my legal documents.

6. UM Jaramillo started to read my attorney client privilege legal documents.

7. I quickly and clearly informed her she may not read my legal documents only scan through them for contraband.

8. Her response was anything that does not have your name on it will be confiscated as contraband.

9. I calmly let her know that I have Co plaintiffs documents that I am a part of a class action lawsuit.

10. She ignored my pleas, kept on reading my documents, and started separating them from my other legal documents.

11. I knew what she was doing was illegal so I asked her to call a captain.

12. She continued violating my constitutional rights like I did not exist.

13. I tried appealing to Case Manager Serrono who was conducting a search next to Jaramillo CM Serrono replied that Jaramillo was her superior.

14. I further asked detention Officer Usebio to intervene he just shrug his shoulders and asked me to keep it down.

1

15. My last attempt for trying to get assistance I asked CM Galindo for help she just said I know but not like this.

16. I started to raise my voice so everyone around can hear me.

17. I kept reiterating that what she was doing was a violation of my constitutional rights and she needs to call a captain.

18. All of these deescalating tactics was futile.

19. The situation was getting dire. I saw her remove an envelope that had exculpatory evidence I was using to launch a collateral attack against my conditions of confinement.

20. I had to take drastic measures I could not allow her to sabotage my cases.

21. I made my way towards the chair where she had separated my legal documents.

22. She raced with me to get to my legal documents I grabbed them first and she was second.

23. We both pulled on the documents until I was successful at retrieving my legal documents.

24. While this was happening a code 1 was called.

25. DO's started running in armed with pepper sprays and a paintball gun.

26. AW Dominguez told me to come outside and speak with him.

27. We went to the librarian's office and I explained to him what had transpired.

28. We took out the legal documents he scanned them according to protocols and saw that they all had my name on it and gave it back and told me to hold on one minute.

29. He returned back to the room moments later and asked me to step outside.

2

30. While outside he told me to turn around and place my hands behind my back. I asked him what are you charging me with he said are you refusing to follow a direct order again.

31. I complied with the directives and was taken to SHU.

32. On August 4, 2021 at 3:25 am I was served with a disciplinary report charging me with 15-1. 5C2 Assault; 15-1.5C14 Possession of Contraband.

33. On August 5, 2021 I informed my attorney Erlinda Johnson what had transpired. She was dismayed .

34. She told me she was emailing the Marshals right now.

35. On August 6, 2021 Amazingly enough Aw Dominguez showed up at my cell in the SHU and asked me if me legal documents was returned to me. I told him no, he said he will be back.

36. Moments later he returned back to my cell and handed me back my legal documents.

37. What was the purpose of confiscating my legal documents in the first place just to hand them back and throw me in the SHU.

38. On August 10, 2021 I had a sham hearing. AW Dominguez, and Jaramillo were not present.

39. I was shown photos that did not show an assault.

40. My three witnesses statements corroborated my story that I repeatedly asked for a captain and pleaded that Jaramillo may not read and confiscate my legal documents.

41. Disciplinary Hearing officer ("DHO") Lopez said it showed on the video that I pushed Jaramillo.

42. I asked to view the video she denied me access sighting security.

43. Captain Jones and CM Galindo was present watching the video and did not see what DHO Lopez saw.

3

44. Lopez had to say to both of them you see right there.

45. They did not independently confirm what she saw.

46. DHO Lopez dropped the contraband charge and affirmed the assault charge.

47. I was given 30 days in the SHU with no phone time, tablet time, commissary except hygiene restricting me to 23 hour lock down 1 hour for Rec. and showers MONs. WEDs. FRIs.

48. It was egregious enough and traumatizing confiscating my legal documents.

49. To return my legal documents to me, deny me a chance to view the evidence, for my accusers not to be present, for CCCC to drop the contraband charges and keep the assault charges, to deny me Due process all amount to oppression.

50. It is clear CCCC saw my innocence but to relieve CCCC from liability they went ahead with these trumped up charges and sanctions.

I Affirm this Declaration was true and correct . Executed this 13th day of August 2021.

AFFIANT ___9/ 01 /21___

SIRAJ WAHHAJ

OFFICIAL SEAL
Joaquina Galindo
NOTARY PUBLIC-State of New Mexico
My Commission Expires _Sept. 14, 2021_

9-1-2021

4



**Homeland Security**

## Department of Homeland Security Traveler Redress Inquiry Program (DHS TRIP)

Thank you for contacting the Department of Homeland Security Traveler Redress Inquiry Program (DHS TRIP). DHS TRIP is a single point of contact for U.S and non-U.S citizens who have inquiries or seek resolution regarding difficulties they experience during their travel while undergoing screening at transportation hubs, such as airports and train stations, or while crossing U.S. borders. If you wish to apply, you must complete a Traveler Inquiry Form and provide certain required documentation. Your application can be e-mailed or mailed to DHS TRIP. E-mailed applications may be processed more quickly than mailed applications. Below are details regarding submitting a DHS TRIP application.

If your concern relates solely to a belief that your personal information has been misused or that your civil rights have been violated, you may skip to Section II of this form.

While you may apply via email or surface mail, submitting an electronic application at www.dhs.gov/TRIP may be significantly faster.

**Submitting the DHS TRIP Application:**

1. <u>On Behalf of Another Person</u>: DHS TRIP requires a DHS Form 590, Authorization to Release Information to Another Person, which permits DHS TRIP to communicate with and provide information to someone other than the traveler, including someone serving as a representative for the traveler. U.S. privacy laws prohibit any discussion about this case absent the traveler's express written consent. To authorize DHS to release information about the traveler to a third party, the traveler must complete and return the DHS Form 590. The G-28 is not used by this program. To obtain a copy of this form please visit http://www.dhs.gov/step-2-how-use-dhs-trip.

2. <u>Family or Group Applying for Redress</u>: DHS TRIP cannot accept family or group applications for any reason. Each individual that is seeking redress must submit a separate application along with a copy of a valid, unexpired travel document, e.g., passport. If the applicant is a minor (i.e., a child under age 18), a parent or guardian may apply on his/her behalf; however, the information provided in the application must be specific to the child seeking redress. Each redress requestor may also apply online by visiting www.dhs.gov/TRIP. A parent/guardian is not required to complete a DHS Form 590.

3. <u>Required Documents</u>: The traveler applying for redress must attest under penalty of perjury that the facts stated in the application for redress are true and correct. The applicant must sign the document to continue with the application; it cannot be signed on behalf of someone unless the application is for a minor. In addition, our program requires the submission of at least one government issued photograph bearing travel document. In each document, DHS TRIP must be able to discern your facial features, and the information must be legible. It is strongly recommended that travelers submit a copy of a passport since it is required for international travel. Please note that our program does not accept expired travel documents. If the application is for a minor, parents or guardians may submit a copy of the minor's birth certificate if no driver's license or state-issued identification card is available. Do not send the original document. Please note that the provision of the identity document is a program requirement that DHS TRIP cannot waive.

4. <u>Privacy Issue</u>: If the traveler only selects the Privacy box in Section II, no documents are required; however, having documents will significantly accelerate the process if further review is needed.

5. <u>Civil Rights and Civil Liberties Issue</u>: If the traveler wishes to make a civil rights and civil liberties complaint, he/she may use the following link to learn more about the DHS Office for Civil Rights and Civil Liberties (CRCL) or use the CRCL Complaint Tool to file a complaint. https://www.dhs.gov/sites/default/files/publications/crcl-complaint-form-english-2019.pdf. CRCL investigates allegations that DHS employees, programs or activities have violated a civil right or civil liberty, including, but not limited to discrimination based on race, religion, national origin, gender or disability; abusive or coercive questioning; and unreasonable searches and seizures.

**E-mailing Instructions**
Please e-mail the completed form and copies of identity documents to: TRIP@dhs.gov. Submitting documents electronically will accelerate the process.

**Mailing Instructions**
Please mail the completed form and copies of identity documents to:

DHS Traveler Redress Inquiry Program (TRIP) 601 South 12th Street, TSA-901 Arlington, VA 20598-6901

DHS Form 591 (5/22)
1652-0044 TRIP Exp.
05/31/2022

## CIBOLA COUNTY CORRECTIONAL CENTER
## MAIL LOG HISTORY

**NAME:** WAHHAJ, SIRAJ IBN
**AGENCY #:** 00414151
**PERM #:** 5503713
**HOUSING:** 700/C/105/U

| MAIL DATE | MAIL FROM/TO | ADDRESS | CITY | STATE | ZIP | MAIL TYPE |
|---|---|---|---|---|---|---|
| 08/24/2023 | U.S DEPARTMENT OF JUSTICE | P.O. BOX 607 | ALBUQUERQUE | NM | 87103 | INCOMING-LEGAL |
| 08/18/2023 | U.S DISTRICT COURT, DISTRICT OF N.M | 333 LOMAS BLVD. N.W STE. 270 | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 08/18/2023 | UNITED STATES DISTRICT COURT | 333 LOMAS BLVD | ALBUQUERQUE | NM | 87102 | OUTGOING-LEGAL |
| 08/18/2023 | UNITED STATES DISTRICT COURT | 333 LOMAS BLVD | ALBUQUERQUE | NM | 87102 | OUTGOING-LEGAL |
| 08/18/2023 | UNITED STATES DISTRICT COURT | 333 LOMAS BLVD | ALBUQUERQUE | NM | 87102 | OUTGOING-LEGAL |
| 08/17/2023 | UNITED STATES DISTRICT COURT | 333 LOMAS BLVD | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 08/17/2023 | U.S DEPARTMENT OF JUSTICE | P.O. BOX 607 | ALBUQUERQUE | NM | 87103 | INCOMING-LEGAL |
| 08/16/2023 | U.S DISTRICT COURT, DISTRICT OF N.M | 333 LOMAS BLVD. N.W STE. 270 | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 08/15/2023 | UNITED STATES DISTRICT COURT | 333 LOMAS BLVD | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 08/11/2023 | U.S DISTRICT COURT, DISTRICT OF N.M | 333 LOMAS BLVD. N.W STE. 270 | ALBUQUERQUE | NM | 87102 | OUTGOING-LEGAL |
| 08/10/2023 | U.S DISTRICT COURT, DISTRICT OF N.M | 333 LOMAS BLVD. N.W STE. 270 | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 08/09/2023 | UNITED STATES DISTRICT COURT | 333 LOMAS BLVD | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 08/09/2023 | UNITED STATES DISTRICT COURT | 333 LOMAS BLVD | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 08/08/2023 | U.S DISTRICT COURT, DISTRICT OF N.M | 333 LOMAS BLVD. N.W STE. 270 | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 08/04/2023 | UNITED STATES DISTRICT COURT | 333 LOMAS BLVD | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 08/03/2023 | U.S DEPARTMENT OF JUSTICE | P.O BOX 607 | ALBUQUERQUE | NM | 87103 | INCOMING-LEGAL |
| 08/02/2023 | UNITED STATES DISTRICT COURT | 333 LOMAS BLVD | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 07/31/2023 | UNITED STATES DISTRICT COURT | 333 LOMAS BLVD | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 07/31/2023 | UNITED STATES DISTRICT COURT | 333 LOMAS BLVD | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 07/31/2023 | UNITED STATES DISTRICT COURT | 333 LOMAS BLVD | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 07/28/2023 | UNITED STATES DISTRICT COURT | 333 LOMAS BLVD | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 07/28/2023 | UNITED STATES DISTRICT COURT | 333 LOMAS BLVD | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 07/27/2023 | U.S DISTRICT COURT, DISTRICT OF N.M | 333 LOMAS BLVD. N.W STE. 270 | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 07/27/2023 | UNITED STATES DISTRICT COURT | 333 LOMAS BLVD | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 07/27/2023 | UNITED STATES DISTRICT COURT | 333 LOMAS BLVD | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 07/27/2023 | UNITED STATES DISTRICT COURT | 333 LOMAS BLVD | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 07/27/2023 | UNITED STATES DISTRICT COURT | 333 LOMAS BLVD | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 07/24/2023 | UNITED STATES DISTRICT COURT | 333 LOMAS BLVD | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 07/24/2023 | UNITED STATES DISTRICT COURT | 333 LOMAS BLVD | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 07/20/2023 | U.S DEPARTMENT OF JUSTICE | P.O BOX 607 | ALBUQUERQUE | NM | 87103 | INCOMING-LEGAL |
| 07/20/2023 | UNITED STATES DISTRICT COURT | 333 LOMAS BLVD | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 07/20/2023 | UNITED STATES DISTRICT COURT | 333 LOMAS BLVD | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 07/19/2023 | U.S DISTRICT COURT, DISTRICT OF N.M | 333 LOMAS BLVD. N.W STE. 270 | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 07/19/2023 | U.S DISTRICT COURT, DISTRICT OF N.M | 333 LOMAS BLVD. N.W STE. 270 | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 07/19/2023 | U.S DISTRICT COURT, DISTRICT OF N.M | 333 LOMAS BLVD. N.W STE. 270 | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 07/19/2023 | U.S DISTRICT COURT, DISTRICT OF N.M | 333 LOMAS BLVD. N.W STE. 270 | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 07/17/2023 | U.S DISTRICT COURT, DISTRICT OF N.M | 333 LOMAS BLVD. N.W STE. 270 | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 07/17/2023 | U.S DEPARTMENT OF JUSTICE | P.O BOX 607 | ALBUQUERQUE | NM | 87103 | INCOMING-LEGAL |
| 07/14/2023 | UNITED STATES DISTRICT COURT | 333 LOMAS BLVD | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 07/13/2023 | UNITED STATES DISTRICT COURT | 333 LOMAS BLVD | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 07/12/2023 | UNITED STATES DISTRICT COURT | 333 LOMAS BLVD | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 07/10/2023 | U.S DEPARTMENT OF JUSTICE | P.O BOX 607 | ALBUQUERQUE | NM | 87103 | INCOMING-LEGAL |
| 07/10/2023 | UNITED STATES DISTRICT COURT | 333 LOMAS BLVD | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 07/10/2023 | UNITED STATES DISTRICT COURT | 333 LOMAS BLVD | ALBUQUERQUE | NM | 87102 | OUTGOING-LEGAL |
| 07/10/2023 | DEPARTMENT OF HOMELAND SECURITY | 245 MURRAY LANE | WASHINGTON | DC | 20528 | OUTGOING-LEGAL |

Case 1:23-cv-00680-KWR-LF   Document 3   Filed 02/12/24   Page 226 of 231

Case 1:23-cv-00680-KWR-LF    Document 3    Filed 02/12/24    Page 227 of 231

| MAIL DATE | MAIL FROM/TO | ADDRESS | CITY | STATE | ZIP | MAIL TYPE |
|---|---|---|---|---|---|---|
| 07/07/2023 | UNITED STATES DISTRICT COURT | 333 LOMAS BLVD | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 07/07/2023 | UNITED STATES DISTRICT COURT | 333 LOMAS BLVD | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 07/05/2023 | UNITED STATES DISTRICT COURT | 333 LOMAS BLVD | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 07/03/2023 | U.S DISTRICT COURT, DISTRICT OF N.M | 333 LOMAS BLVD. N.W STE. 270 | ALBUQUERQUE | NM | 87102 | OUTGOING-LEGAL |
| 07/03/2023 | U.S DISTRICT COURT DISTRICT OF N.M | 333 LOMAS BLVD. N.W STE. 270 | ALBUQUERQUE | NM | 87102 | OUTGOING-LEGAL |
| 07/03/2023 | DHS | 601 SOUTH 12TH ST. | ARLINGTON | VA | 0598690 | OUTGOING-LEGAL |
| 06/30/2023 | U.S DEPARTMENT OF JUSTICE | P.O. BOX 607 | ALBUQUERQUE | NM | 87103 | INCOMING-LEGAL |
| 06/29/2023 | U.S DISTRICT COURT, DISTRICT OF N.M | 333 LOMAS BLVD. N.W STE. 270 | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 06/28/2023 | U.S DEPARTMENT OF JUSTICE | P.O. BOX 607 | ALBUQUERQUE | NM | 87103 | INCOMING-LEGAL |
| 06/26/2023 | UNITED STATES DISTRICT COURT | 333 LOMAS BLVD | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 06/23/2023 | U.S DISTRICT COURT, DISTRICT OF N.M | 333 LOMAS BLVD. N.W STE. 270 | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 06/20/2023 | U.S DISTRICT COURT, DISTRICT OF N.M | 333 LOMAS BLVD. N.W STE. 270 | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 06/20/2023 | U.S DEPARTMENT OF JUSTICE | P.O BOX 607 | ALBUQUERQUE | NM | 87103 | INCOMING-LEGAL |
| 06/20/2023 | U.S DISTRICT COURT, DISTRICT OF N.M | 333 LOMAS BLVD. N.W STE. 270 | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 06/15/2023 | U.S DISTRICT COURT DISTRICT OF N.M | 333 LOMAS BLVD. N.W STE. 270 | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 06/14/2023 | UNITED STATES DISTRICT COURT | 333 LOMAS BLVD | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 06/14/2023 | UNITED STATES DISTRICT COURT | 333 LOMAS BLVD | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 06/13/2023 | U.S DISTRICT COURT, DISTRICT OF N.M | 333 LOMAS BLVD. N.W STE. 270 | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 06/12/2023 | U.S DISTRICT COURT DISTRICT OF N.M | 333 LOMAS BLVD | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 06/09/2023 | U.S DISTRICT COURT, DISTRICT OF N.M | 333 LOMAS BLVD. N.W STE. 270 | ALBUQUERQUE | NM | 87102 | OUTGOING-LEGAL |
| 06/08/2023 | U.S DEPARTMENT OF JUSTICE | P.O BOX 607 | ALBUQUERQUE | NM | 87103 | OUTGOING-LEGAL |
| 06/02/2023 | PETE V. DOMENICI/ U.S COURTHOUSE | 333 LOMAS BLVD. N.W STE. 270 | ALBUQUERQUE | NM | 87102 | OUTGOING-LEGAL |
| 05/24/2023 | MARC H. ROBERT, LAWYER | P.O BOX 25271 | ALBUQUERQUE | NM | 87125 | INCOMING-LEGAL |
| 05/11/2023 | MARC H. ROBERT, LAWYER | P.O BOX 25271 | ALBUQUERQUE | NM | 87125 | INCOMING-LEGAL |
| 05/04/2023 | U.S DISTRICT COURT DISTRICT OF N.M | 333 LOMAS BLVD. N.W STE. 270 | ALBUQUERQUE | NM | 87102 | OUTGOING-LEGAL |
| 04/21/2023 | ATTORNEY GENERAL MERRICK GARLAND | 950 PENNSYLVANIA AVE. N.W | WASHINGTON | DC | 20530 | OUTGOING-LEGAL |
| 03/14/2023 | UNITED STATES DISTRICT COURT | 333 LOMAS BLVD | ALBUQUERQUE | NM | 87102 | OUTGOING-LEGAL |
| 03/09/2023 | UNITED STATES DISTRICT COURT | 333 LOMAS BLVD | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 03/03/2023 | UNITED STATES DISTRICT COURT | 333 LOMAS BLVD | ALBUQUERQUE | NM | 87102 | OUTGOING-LEGAL |
| 02/16/2023 | U.S DISTRICT COURT, DISTRICT OF N.M | 333 LOMAS BLVD. N.W STE. 270 | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 02/13/2023 | UNITED STATES DISTRICT COURT | 333 LOMAS BLVD | ALBUQUERQUE | NM | 87102 | OUTGOING-LEGAL |
| 01/30/2023 | LAW OFFICE OF ERLINDA O. JOHNSON | 620 ROMA AVE N.W | ALBUQUERQUE | NM | 87102 | OUTGOING-LEGAL |
| 12/27/2022 | U.S COURT OF APPEALS | 1823 STOUT ST | DENVER | CO | 80257 | INCOMING-LEGAL |
| 12/16/2022 | UNITED STATES DISTRICT COURT | 333 LOMAS BLVD | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 12/13/2022 | EIGHTH JUDICIAL DISTRICT COURT | 105 ALBRIGHT ST STE N | TAOS | NM | 87571 | INCOMING-LEGAL |
| 12/12/2022 | U.S COURT OF APPEALS FOR THE TENTH CIRCU | 1823 STOUT ST. | DENVER | CO | 80257 | OUTGOING-LEGAL |
| 12/05/2022 | U.S COURT OF APPEALS | 1823 STOUT ST. | DENVER | CO | 80257 | INCOMING-LEGAL |
| 12/05/2022 | U.S DEPARTMENT OF JUSTICE | P.O BOX 607 | ALBUQUERQUE | NM | 87103 | INCOMING-LEGAL |
| 12/05/2022 | U.S DEPARTMENT OF JUSTICE | P.O BOX 607 | ALBUQUERQUE | NM | 87103 | INCOMING-LEGAL |
| 11/28/2022 | PETE DOMENICI | 333 LOMAS BLVD | ALBUQUERQUE | NM | 87102 | OUTGOING-LEGAL |
| 11/23/2022 | LAW OFFICE OF ERLINDA O. JOHNSON | 620 ROMA AVE N.W | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 11/22/2022 | LAW OFFICE OF ERLINDA JOHNSON | 620 ROMA AVE. N.W | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 11/17/2022 | LAW OFFICE OF ERLINDA O. JOHNSON | 620 ROMA AVE N.W | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 11/17/2022 | CYFD ATTORNEY | 1308 GUSDORS RD | TAOS | NM | 87571 | OUTGOING-LEGAL |
| 11/16/2022 | LAW OFFICE OF ERLINDA JOHNSON | 620 ROMA AVE N.W | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 11/16/2022 | LAW OFFICE OF ERLINDA JOHNSON | 620 ROMA AVE. N.W | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 11/16/2022 | EIGHTH JUDICIAL DISTRICT COURT | 105 ALBRIGHT ST | TAOS | NM | 87571 | OUTGOING-LEGAL |
| 11/10/2022 | PETE DOMENICI | 333 LOMAS BLVD | ALBUQUERQUE | NM | 87102 | OUTGOING-LEGAL |
| 11/07/2022 | LAW OFFICE OF ERLINDA JOHNSON | 620 ROMA AVE N.W | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 11/02/2022 | LAW OFFICE OF ERLINDA JOHNSON | 620 ROMA AVE. N.W | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 11/01/2022 | LAW OFFICE OF ERLINDA JOHNSON | 620 ROMA AVE N.W | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 10/28/2022 | LAW OFFICE OF ERLINDA JOHNSON | 620 ROMA AVE N.W | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 10/27/2022 | LAW OFFICE OF ERLINDA JOHNSON | 620 ROMA AVE. N.W | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 10/26/2022 | LAW OFFICE OF ERLINDA JOHNSON | 620 ROMA AVE N.W | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 10/19/2022 | LAW OFFICE OF ERLINDA O. JOHNSON | 620 ROMA AVE N.W | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 10/11/2022 | CLARK JONES & PENNINGTON LLC | 432 GALISTEO ST | SANTA FE | NM | 87501 | INCOMING-LEGAL |

MAIL LOG HISTORY

Case 1:23-cv-00680-KWR-LF    Document 3    Filed 02/12/24    Page 228 of 231

| MAIL DATE | MAIL FROM/TO | ADDRESS | CITY | STATE | ZIP | MAIL TYPE |
|---|---|---|---|---|---|---|
| 10/05/2022 | LAW OFFICE OF ERLINDA O. JOHNSON | 620 ROMA AVE N.W | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 09/12/2022 | LAW OFFICE OF ERLINDA O. JOHNSON | 620 ROMA AVE N.W | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 08/04/2022 | LAW OFFICE OF ERLINDA JOHNSON | 620 ROMA AVE. N.W | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 06/10/2022 | LAW OFFICE OF ERLINDA O. JOHNSON | 620 ROMA AVE N.W | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 06/02/2022 | LAW OFFICE OF ERLINDA O. JOHNSON | 620 ROMA AVE N.W | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 05/17/2022 | LAW OFFICE OF ERLINDA O. JOHNSON | 620 ROMA AVE N.W | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 03/16/2022 | EIGHTH JUDICIAL COURT STATE OF N.M | 105 ALBRIGHT ST. STE. N | TAOS | NM | 87571 | OUTGOING-LEGAL |
| 03/16/2022 | CHILDRENS COURT ATTORNEY | 1308 GUDFORT RD. | TAOS | NM | 87571 | OUTGOING-LEGAL |
| 03/11/2022 | EIGHTH JUDICIAL DISTRICT COURT | 105 ALBRIGHT ST | TAOS | NM | 87021 | INCOMING-LEGAL |
| 03/07/2022 | LAW OFFICE OF ERLINDA O. JOHNSON | 620 ROMA AVE N.W | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 03/03/2022 | LAW OFFICE OF ERLINDA O. JOHNSON | 620 ROMA AVE N.W | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 02/25/2022 | LAW OFFICE OF ERLINDA JOHNSON | 620 ROMA AVE. N.W. | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 02/02/2022 | CHILDRENS COURT ATTORNEY | 1308 GUDFORT RD. | TAOS | NM | 87571 | OUTGOING-LEGAL |
| 02/02/2022 | EIGHTH JUDICIAL COURT STATE OF N.M | 105 ALBRIGHT ST. STE N | TAOS | NM | 87571 | OUTGOING-LEGAL |
| 12/08/2021 | LAW OFFICE OF ERLINDA O. JOHNSON | 620 ROMA AVE N.W | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 11/29/2021 | LAW OFFICE OF ERLINDA JOHNSON | 620 ROMA AVE. N.W. | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 11/08/2021 | LAW OFFICE OF ERLINDA JOHNSON | 620 ROMA AVE. N.W | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 10/22/2021 | CHILDRENS COURT ATTORNEY | 1308 GUDORF RD. | TAOS | NM | 87511 | OUTGOING-LEGAL |
| 10/18/2021 | EIGHT JUDICIAL DISTRICT COURT | 105 ALBRIGHT ST.SUITE N | TAOS | NM | 87571 | OUTGOING-LEGAL |
| 10/01/2021 | CLARK, JONES, & PENNINGTON, LLC | 432 GALISTEO ST. | SANTA FE | NM | 87501 | INCOMING-LEGAL |
| 09/20/2021 | LAW OFFICE OF ERLINDA JOHNSON | 620 ROMA AVE. N.W | ALBUQUERQUE | NM | 87102 | OUTGOING-LEGAL |
| 09/20/2021 | ANTHONY L. RICCO, ATTORNEY AT LAW | 20 VESEY ST. STE. 400 | NEW YORK | NY | 10007 | OUTGOING-LEGAL |
| 09/08/2021 | ANTHONY RICCO/ATTORNEY AT LAW | 20 VESEY STREET SUITE 400 | NEW YORK | NY | 10007 | OUTGOING-LEGAL |
| 09/08/2021 | LAW OFFICE OF ERLINDA JOHNSON | 620 ROMA AVENUE NW | ALBUQUERQUE | NM | 87102 | OUTGOING-LEGAL |
| 09/07/2021 | EIGHTH JUDICIAL DISTRICT COURT | 105 ALBRIGHT STREET,SUITE N | TAOS | NM | 87571 | INCOMING-LEGAL |
| 08/12/2021 | LAW OFFICE OF ERLINDA JOHNSON | 620 ROMA AVENUE NW | ALBUQUERQUE | NM | 87102 | OUTGOING-LEGAL |
| 07/15/2021 | EIGHTH JUDICIAL DISTRICT COURT | 105 ALBRIGHT STREET,SUITE N | TAOS | NM | 87571 | INCOMING-LEGAL |
| 07/13/2021 | LAW OFFICE OF ERLINDA JOHNSON | 620 ROMA AVE. N.W. | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 07/01/2021 | LAW OFFICE OF ERLINDA JOHNSON | 620 ROMA AVENUE NW | ALBUQUERQUE | NM | 87102 | OUTGOING-LEGAL |
| 06/23/2021 | LAW OFFICE OF ERLINDA JOHNSON | 620 ROMA AVE N.W. | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 06/03/2021 | LAW OFFICE OF ERLINDA JOHNSON | 620 ROMA AVE.N.W. | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 04/30/2021 | LAW OFFICE OF ERLINDA JOHNSON | 620 ROMA AVE.N.W. | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 04/08/2021 | LAW OFFICE OF ERLINDA JOHNSON | 620 ROMA AVE.N.W. | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 03/25/2021 | LAW OFFICE OF ERLINDA JOHNSON | 620 ROMA AVENUE NW | ALBUQUERQUE | NM | 87102 | OUTGOING-LEGAL |
| 03/19/2021 | LAW OFFICE OF ERLINDA JOHNSON | 620 ROMA AVE. N.W | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 03/17/2021 | LAW OFFICE OF ERLINDA JOHNSON | 620 ROMA AVE. N.W | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 03/11/2021 | LAW OFFICE OF ERLINDA JOHNSON | 620 ROMA AVE. N.W | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 02/22/2021 | LAW OFFICE OF ERLINDA JOHNSON | 620 ROMA AVENUE NW | ALBUQUERQUE | NM | 87102 | OUTGOING-LEGAL |
| 02/16/2021 | LAW OFFICE OF ERLINDA JOHNSON | 620 ROMA AVE. N.W | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 01/29/2021 | DISTRICT COURT JUDGE | 105 ALBRIGHT ST. STE. N | TAOS | NM | 87571 | INCOMING-LEGAL |
| 01/25/2021 | LAW OFFICE OF ERLINDA JOHNSON | 620 ROMA AVE. N.W | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 01/22/2021 | LAW OFFICE OF ERLINDA JOHNSON | 620 ROMA AVE.N.W. | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 01/20/2021 | CLARK, JONES, & PENNINGTON, LLC | 432 GALISTEO ST. | SANTA FE | NM | 87501 | INCOMING-LEGAL |
| 01/13/2021 | EIGHTH JUDICIAL DISTRICT COURT | 105 ALBRIGHT ST. STE. N | TAOS | NM | 87571 | INCOMING-LEGAL |
| 12/31/2020 | LAW OFFICE OF ERLINDA JOHNSON | 620 ROMA AVE.N.W. | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 12/21/2020 | LAW OFFICE OF ERLINDA JOHNSON | 620 ROMA AVE. N.W | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 12/17/2020 | LAW OFFICE OF ERLINDA JOHNSON | 620 ROMA AVE. N.W | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 12/15/2020 | EIGHT JUDICIAL DISTRICT COURT | 105 ALBRIGHT ST.SUITE N | TAOS | NM | 87571 | OUTGOING-LEGAL |
| 12/15/2020 | CHILDRENS COURT ATTORNEY | 1308 GUDORF RD. | TAOS | NM | 87511 | OUTGOING-LEGAL |
| 12/10/2020 | CLARK, JONES, & PENNINGTON, LLC | 432 GALISTEO ST. | SANTA FE | NM | 87501 | INCOMING-LEGAL |
| 12/02/2020 | LAW OFFICE OF ERLINDA JOHNSON | 620 ROMA AVE.N.W. | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 11/25/2020 | EIGHT JUDICIAL DISTRICT COURT | 105 ALBRIGHT ST.SUITE N | TAOS | NM | 87571 | OUTGOING-LEGAL |
| 11/13/2020 | LAW OFFICE OF ERLINDA JOHNSON | 620 ROMA AVE.N.W. | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 11/06/2020 | EIGHTH JUDICIAL COURT STATE OF N.M | 105 ALBRIGHT ST. STE. N | TAOS | NM | 87571 | OUTGOING-LEGAL |
| 11/06/2020 | CHILDRENS COURT ATTORNEY | 1308 GUDORF RD. | TAOS | NM | 87511 | OUTGOING-LEGAL |
| 11/03/2020 | LAW OFFICE OF ERLINDA JOHNSON | 620 ROMA AVE.N.W. | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |

MAIL LOG HISTORY

| MAIL DATE | MAIL FROM/TO | ADDRESS | CITY | STATE | ZIP | MAIL TYPE |
|---|---|---|---|---|---|---|
| 10/05/2020 | LAW OFFICE OF ERLINDA JOHNSON | 620 ROMA AVE.N.W. | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 09/30/2020 | CLARK,JONES & PENNINGTON,LLC. /ATTORNEYS | 432 GALISTEO ST. | SANTA FE | NM | 87501 | INCOMING-LEGAL |
| 09/29/2020 | LAW OFFICE OF ERLINDA JOHNSON | 620 ROMA AVE. N.W | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 09/25/2020 | LAW OFFICE OF ERLINDA JOHNSON | 620 ROMA AVE.N.W. | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 09/15/2020 | CLARK,JONES & PENNINGTON,LLC. /ATTORNEYS | 432 GALISTEO ST. | SANTA FE | NM | 87501 | INCOMING-LEGAL |
| 09/14/2020 | LAW OFFICE OF ERLINDA JOHNSON | 620 ROMA AVE. N.W. | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 09/14/2020 | LAW OFFICE OF ERLINDA JOHNSON | 620 ROMA AVE. N.W | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 08/27/2020 | DISTRICT COURT JUDGE | 105 ALBRIGHT STREET,SUITE N | TAOS | NM | 87571 | INCOMING-LEGAL |
| 08/26/2020 | CLARK,JONES & PENNINGTON,LLC. /ATTORNEYS | 432 GALISTEO ST. | SANTA FE | NM | 87501 | INCOMING-LEGAL |
| 08/20/2020 | LAW OFFICE OF ERLINDA JOHNSON | 620 ROMA AVE.N.W. | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 08/17/2020 | LAW OFFICE OF ERLINDA JOHNSON | 620 ROMA AVE.N.W. | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 08/13/2020 | ACLU OF NM | P.O BOX 566 | ALBUQUERQUE | NM | 7103056 | INCOMING-LEGAL |
| 08/10/2020 | LAW OFFICE OF ERLINDA JOHNSON | 620 ROMA AVE.N.W. | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 08/04/2020 | CLARK,JONES & PENNINGTON,LLC. /ATTORNEYS | 432 GALISTEO ST. | SANTA FE | NM | 87501 | INCOMING-LEGAL |
| 08/03/2020 | LAW OFFICE OF ERLINDA JOHNSON | 620 ROMA AVE.N.W. | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 08/03/2020 | LAW OFFICE OF ERLINDA JOHNSON | 620 ROMA AVE. N.W | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 07/29/2020 | CLARK,JONES & PENNINGTON,LLC. /ATTORNEYS | 432 GALISTEO ST. | SANTA FE | NM | 87501 | INCOMING-LEGAL |
| 07/20/2020 | LAW OFFICE OF ERLINDA JOHNSON | 620 ROMA AVE.N.W. | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 07/20/2020 | CLARK,JONES & PENNINGTON,LLC. /ATTORNEYS | 432 GALISTEO ST. | SANTA FE | NM | 87501 | INCOMING-LEGAL |
| 07/13/2020 | LAW OFFICE OF ERLINDA JOHNSON | 620 ROMA AVE. N.W | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 07/10/2020 | CLARK,JONES & PENNINGTON,LLC. /ATTORNEYS | 432 GALISTEO ST. | SANTA FE | NM | 87501 | INCOMING-LEGAL |
| 03/06/2020 | FREEDMAN,BOYD HOLLANDER,GOLDBERG P. A | 20 FIRST PLAZA STE. 700 | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 10/07/2019 | ACLU | P.O BOX 566 | ALBUQUERQUE | NM | 87103 | INCOMING-LEGAL |
| 09/09/2019 | FREEDMAN,BOYD HOLLANDER,GOLDBERG P. A | 20 FIRST PLAZA STE. 700 | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 08/30/2019 | UNITED STATES DISTRICT COURT | 333 LOMAS BLVD.,NW,SUITE 270 | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 08/29/2019 | CLARK,JONES & PENNINGTON,LLC. /ATTORNEYS | 432 GALISTEO ST. | SANTA FE | NM | 87501 | INCOMING-LEGAL |
| 08/27/2019 | UNITED STATES DISTRICT COURT | 333 LOMAS BLVD.,NW, SUITE 501 | ALBUQUERQUE | NM | 87102 | OUTGOING-LEGAL |
| 08/13/2019 | FREEDMAN BOYD HOLLAND/ATTORNEYS | 20 FIRST PLAZA SUITE 700 | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 08/07/2019 | CLARK,JONES & PENNINGTON,LLC. /ATTORNEYS | 432 GALISTEO ST. | SANTA FE | NM | 87501 | INCOMING-LEGAL |
| 07/16/2019 | BARNES & NOBLE | 1000 WORD SEARCH PUZZLE BOOK | | | | INCOMING |
| 07/12/2019 | BARNES AND NOBLE | THE AUTOBIOGRAPHY OF MALCOLM X | | | | INCOMING |
| 03/07/2019 | BARNES AND NOBLE | WEBSTER NEW WORLD DICTIONARY AND THESAURUS, 2ND EDITION | MONROE | NJ | 08831 | INCOMING |
| 02/26/2019 | FREEDMAN BOYD HOLLANDER/ATTORNEYS | 20 FIRST PLAZA SUITE 700 | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 02/26/2019 | FREEDMAN BOYD HOLLANDER | 20 FIRST PLAZA SUITE 700 | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 02/26/2019 | FREEDMAN BOYD HOLLANDER/ATTORNEYS | 20 FIRST PLAZA SUITE 700 | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 02/26/2019 | FREEDMAN BOYD HOLLAND/ATTORNEYS | 20 FIRST PLAZA SUITE 700 | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 02/26/2019 | FREEDMAN BOYD HOLLANDER/ATTORNEYS | 20 FIRST PLAZA SUITE 700 | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 02/26/2019 | FREEDMAN BOYD HOLLANDER/ATTORNEYS | 20 FIRST PLAZA SUITE 700 | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 02/26/2019 | FREEDMAN BOYD HOLLANDER/ATTORNEYS | 20 FIRST PLAZA SUITE 700 | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 02/26/2019 | FREEDMAN BOYD HOLLANDER/ATTORNEYS | 20 FIRST PLAZA SUITE 700 | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 02/26/2019 | FREEDMAN BOYD HOLLAND/ATTORNEYS | 20 FIRST PLAZA SUITE 700 | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 02/26/2019 | FREEDMAN BOYD HOLLANDER/ATTORNEYS | 20 FIRST PLAZA SUITE 700 | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 02/26/2019 | FREEDMAN BOYD HOLLANDER/ATTORNEYS | 20 FIRST PLAZA SUITE 700 | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 02/26/2019 | FREEDMAN BOYD HOLLANDER/ATTORNEYS | 20 FIRST PLAZA SUITE 700 | ALBUQUERQUE | NM | 87102 | INCOMING-LEGAL |
| 01/24/2019 | TERENCE G. CADY, ATTORNEY AT LAW | PO1 32405 | SANTA FE | NM | 87594 | INCOMING-LEGAL |
| 12/12/2018 | TERENCE G. CADY, ATTORNEY AT LAW | P.O BOX 32405 | SANTA FE | NM | 7594240 | INCOMING-LEGAL |





**UNITED STATES POSTAL SERVICE** ®

**PRIORITY MAIL**

PRIORITY MAIL
PADDED
FLAT RATE ENV

US POSTAGE ™ PITNEY BOWES

ZIP 87021
02 7W
$010.60⁰
0008031485 FEB. 09. 2024

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When u~~sed~~~~
  form is~~

*Insurance
exclusions
** See Inter
limitations

**UNITED STATES POSTAL SERVICE** ®   pitney bowes

**USPS TRACKING #**

9488 8090 0027 6195 4669 45

Label 888-PB, Oct. 2015

PAD

ONE RATE ■ ANY WEIGHT

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
FEB 12 2024
MITCHELL R. ELFERS
CLERK

FROM:

Siraj IBN Wahhaj
# 00414151
P. o. Box 3540
Milan, New Mexico 87021

TO:

United States District Court
District of New Mexico
Office of the clerk
Suite 270
333 Lomas BLVD. N.W.
AL Buquerque, New Mexico
87102

Legal
Mail.